Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: rscher@foley.com

-and-

Mark L. Prager (*admitted pro hac vice*)
William J. McKenna (*admitted pro hac vice*)
Jill L. Murch (*admitted pro hac vice*)
Joanne Lee (*admitted pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Claimant Parus Holdings, Inc.*
*Successor-By-Merger to EffectNet, Inc. and*
*EffectNet, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | Jointly Administered |
| WORLDCOM, INC., et al., | ) | |
| | ) | |
| Reorganized Debtors. | ) | Case No. 02-13533 (AJG) |
| | ) | |

**NOTICE OF APPEAL**

Parus Holdings, Inc., as Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC, the Claimant, appeals to the United States District Court for the Southern District of New York under 28 U.S.C. § 158(a)(1), Fed. R. Bankr. P. 8001, 8002 and 8004, and Rule 8004-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, from the following orders or rulings of the bankruptcy judge for the United States Bankruptcy Court for the Southern District of New York (Honorable Arthur J. Gonzales): (a) the Order,

docketed on October 11, 2007, partially granting and partially denying Debtor's Motion for Summary Judgment and Motion to Strike Portions of Affidavits; (b) the Order, docketed on October 11, 2007, granting the Debtors' Amended Motion for Partial Withdrawal of Claim Objection and Allowance of Resulting Claim; and (c) any other prior adverse orders or rulings.

The names of all parties to the Memorandum Decision and final order(s) and/or ruling(s) appealed from and the names and addresses of their attorneys are as follows:

| Parties | Attorneys |
| --- | --- |
| Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC (Claimant) | Robert A. Scher (RS 2910)<br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>New York, NY 10016<br><br>-and-<br><br>Mark L. Prager (*admitted pro hac vice*)<br>William J. McKenna (*admitted pro hac vice*)<br>Jill L. Murch (*admitted pro hac vice*)<br>Joanne Lee (*admitted pro hac vice*)<br>FOLEY & LARDNER LLP<br>321 N. Clark Street, Suite 2800<br>Chicago, IL 60610 |
| WorldCom, Inc. (Reorganized Debtors) | Allison Murdock<br>Donald Ramsay<br>Robert S. Friedman<br>Lawrence Bigus<br>Stinson Morrison Hecker LLP<br>1201 Walnut, Suite 2900<br>Kansas City, MO  64106-2150 |

Dated: October 19, 2007

Respectfully submitted,

By:   /s/ Jill L. Murch
Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474

    -and-

Mark L. Prager (*admitted pro hac vice*)
William J. McKenna (*admitted pro hac vice*)
Jill L. Murch (*admitted pro hac vice*)
Joanne Lee (*admitted pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Claimant Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC*

Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: rscher@foley.com

-and-

Mark L. Prager (*admitted pro hac vice*)
William J. McKenna (*admitted pro hac vice*)
Jill L. Murch (*admitted pro hac vice*)
Joanne Lee (*admitted pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Claimant Parus Holdings, Inc.
Successor-By-Merger to EffectNet, Inc. and
EffectNet, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | CHAPTER 11 |
| ) | Jointly Administered |
| WORLDCOM, INC., et al., ) | |
| ) | |
|   Debtors. ) | Case No. 02-13533 (AJG) |
| ) | |

## CERTIFICATION OF SERVICE

Katherine E. Hall, of full age, certifies as follows:

I am a Paralegal employed with the firm of Foley & Lardner LLP, Attorneys for Claimant Parus Holdings, Inc. successor by merger to EffectNet, Inc. and EffectNet, LLC listed in the documents herein.

On October 19, 2007, I filed the NOTICE OF APPEAL, electronically with the United States Bankruptcy Court for the Southern District of New York.

The following parties were served at the addresses set forth herein as indicated.

CHIC_1354819.7

| | |
|---|---|
| **Via Overnight Delivery** | **Via Overnight Delivery** |
| Hon. Judge Arthur J. Gonzalez | Allison Murdock |
| United States Bankruptcy Court | Mark Iba |
| Alexander Hamilton Custom House | Stinson Morrison Hecker LLP |
| One Bowling Green | 1201 Walnut Street, Suite 2900 |
| New York, NY  10004 | Kansas City, Missouri 64106-2150 |
| | amurdock@stinsonmoheck.com |
| | miba@ stinsonmoheck.com |
| | Fax: 816.691.3495 |

    /s/ Katherine E. Hall

Sworn to before me this
19th day of October, 2007
/s/ Yolanda C. Peña
Notary Public, State of Illinois