Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: rscher@foley.com

-and-

Mark L. Prager (*admitted pro hac vice*)
William J. McKenna (*admitted pro hac vice*)
Jill L. Murch (*admitted pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Claimant Parus Holdings, Inc.
Successor-By-Merger to EffectNet, Inc. and
EffectNet, LLC*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | CHAPTER 11 |
| | ) | Jointly Administered |
| WORLDCOM, INC., et al., | ) | |
| | ) | |
| Reorganized Debtors. | ) | Case No. 02-13533 (AJG) |
| | ) | |

**PARUS HOLDINGS, INC.'S DESIGNATION OF CONTENTS
OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Appellant Parus Holdings, Inc., as successor by merger to EffectNet, Inc. and EffectNet, LLC ("Parus" and/or "Appellant"),[1] by its attorneys Foley & Lardner LLP, respectfully designates the following issues to be raised on appeal and items to be included in the record on appeal filed by Parus on October 19, 2007, from

---

[1] EffectNet merged into Parus on January 28, 2004.

the following orders or rulings of the bankruptcy judge for the United States Bankruptcy Court for the Southern District of New York (Honorable Arthur J. Gonzales) (the "Bankruptcy Court"): (a) the Order, docketed on October 11, 2007, partially granting and partially denying Debtors' Motion for Summary Judgment and Motion to Strike Portions of Affidavits; (b) the Order, docketed on October 11, 2007, granting the Debtors' Amended Motion for Partial Withdrawal of Claim Objection and Allowance of Resulting Claim; and (c) any other prior adverse orders or rulings.

## STATEMENT OF ISSUES ON APPEAL

1. Did the Bankruptcy Court commit reversible error in granting summary judgment to Intermedia Communications, Inc. and MCI WorldCom Communications, Inc. based upon the record before the Bankruptcy Court by:

   a. Improperly interpreting the termination provisions and other material provisions in the Unified Communications Services General Agreement;

   b. Improperly applying the limitation of liability clause contained in the Unified Communications Services General Agreement;

   c. Improperly interpreting the effect of the March 12, 2002 and March 25, 2002 letters of Robert McConnell;

   d. Improperly holding that a recovery of "loss of bargain" contract damages, "benefit of the bargain" contract damages, or "expectation" contract damages each was barred by Section 11 of the Unified Communications Services General Agreement, which only precludes recovery of "incidental, indirect, special, punitive, consequential or similar damages of any kind";

   e. Improperly holding that Intermedia Communications, Inc. was liable only for damages for past due obligations as of termination, and not all damages accrued upon the total breach of the agreement, where the total breach preceded the termination;

   f. Improperly concluding that anticipatory repudiation requires a current breach rather than a manifestation of an intent to commit a future breach;

    g.    Improperly holding that Intermedia Communications, Inc. was only liable for damages incurred in the months of December 2001 through March 2002;

    h.    By improperly determining the number of payments remaining under the Unified Communications Services General Agreement;

    i.    Improperly resolving on a summary judgment motion genuine questions of material fact on whether and when Intermedia Communications, Inc.'s actions, which precluded Intermedia Communications, Inc. from performing its obligations under the agreement, together with communications which indicated the intent not to perform the contract, amounted to an anticipatory repudiation of the parties' agreement;

    j.    Improperly holding that the limitation of liability provision contained in Section 11 of the Unified Communications Services General Agreement was unambiguous; and

    k.    Improperly refusing to allow parol evidence to be presented with respect to Section 11 of the Unified Communications Services General Agreement?

2.    Did the Bankruptcy Court commit reversible error when it granted summary judgment to Intermedia Communications, Inc. with respect to Parus's claims for (a) unfair and deceptive trade practices, (b) breach of implied covenant of good faith and fair dealing, and (c) civil conspiracy?

3.    Did the Bankruptcy Court commit reversible error when it granted summary judgment to MCI WorldCom Communications, Inc. with respect to Parus's claims for (a) civil conspiracy, (b) tortious interference with a contract, and (c) unfair and deceptive trade practices?

4.    Did the Bankruptcy Court commit reversible error when it refused to afford Parus the opportunity for additional discovery prior to addressing Intermedia Communications, Inc. and MCI WorldCom Communications, Inc.'s summary judgment motion?

5.    Did the Bankruptcy Court commit reversible error when it struck portions of the affidavits submitted by Parus in support of Parus's Response and Opposition to Intermedia

CHIC_1647789

Communications, Inc. and MCI WorldCom Communications, Inc.'s Motion for Summary Judgment?

6. Did the Bankruptcy Court commit reversible error when it failed to consider both Parus's Motion for Relief Resulting from the Debtors' Spoliation of Evidence and Parus's Amended Motion for Relief Resulting from the Debtors' Spoliation of Evidence prior to deciding Intermedia Communications, Inc. and MCI WorldCom Communications, Inc.'s Motion for Summary Judgment?

## DESIGNATION OF RECORD

| Designation No. | Docket No. | Description |
| --- | --- | --- |
| 1. |  | Proof of Claim No. 9291 Filed by EffectNet, Inc. (Attached as Exhibit A)[2] |
| 2. |  | Proof of Claim No. 9293 Filed by EffectNet, Inc. (Attached as Exhibit B) |
| 3. |  | Proof of Claim No. 11242, Replacing Claim No. 9291, Filed by EffectNet, Inc. (Attached as Exhibit C) |
| 4. |  | Proof of Claim No. 11173, Replacing Claim No. 9293, Filed by EffectNet, Inc. (Attached as Exhibit D) |
| 5. | 11838 | Debtors' Objection to All Proofs of Claim Filed by EffectNet, Inc. Which Is Now Merged Into Parus Holdings, Inc., Including, But Not Limited To, Claim Numbers 9291, 11242, 9293 and 11173 |
| 6. | 12199 | Response and Opposition of Parus Holdings, Inc. to Debtors' Objection To Proofs of Claim Filed By Effectnet, Inc. |

---

[2] While all documents listed herein are part of the record, not all were not assigned a docket number. Such documents have been attached hereto as Exhibits.

CHIC_1647789

| 7. | 12744 | Debtors' Initial Disclosures Pursuant to Fed. R. Bankr. P. 7026(a)(1) ([Mechanic's Liens] (Claim Nos. 9291, 9293, 11173 and 11242 filed by Parus Holdings, Inc.) |
|---|---|---|
| 8. | 13968 | Debtors' First Amended Initial Disclosures Pursuant to Fed.R.Bankr.P. 7026(a)(1) (Claim Nos. 9291, 9293, 11173 and 11242 filed by Parus Holdings Successor-by-Merger to EffectNet, Inc. and EffectNet, LLC) |
| 9. | 15065 | Amended Scheduling Order signed on 1/24/2005 regarding claim nos. 9291, 9293, 11173 and 11242 filed by Parus Holdings, Inc., successor-by-merger to EffectNet, Inc. and EffectNet, LLC. |
| 10. | 15332 | Letter, dated February 22, 2005, to Judge Arthur J. Gonzalez from Kevin J. Smith requesting an informal conference, as required by Local Bankruptcy Rule 7007-1(b), regarding a discovery related issue |
| 11. | 15456 | Letter, dated March 15, 2005, to Judge Gonzalez from Kevin J. Smith advising the Court that the parties have resolved their disagreement |
| 12. | 16030 | Debtors' First Amended Objection to All Proofs of Claim Filed by EffectNet, Inc. Which is Now Merged Into Parus Holdings, Inc., Including, But Not Limited to Claim Numbers 9291, 9293, 11173 and 11242 |
| 13. | 16045 | Motion of Claimant, Parus Holdings, Inc., to Withdraw and/or Amend Deemed Admissions and to Serve Late Responses and Objections to Debtors' Discovery Requests in Connection with Debtors' Objections to Claims of Parus Holdings, Inc. |
| 14. | 16211 | Debtors' Memorandum in Opposition to Claimant's Motion to Withdraw and/or Amend Deemed Admissions and to Serve Late Responses and Objections to Debtors' Discovery Requests in Connection with Debtors' Objections to the Claims of Parus Holdings, Inc. |
| 15. | 16220 | Claimant Parus Holdings, Inc.'s Reply in Support of its Motion to Withdraw and/or Amend Deemed Admissions and to Serve Late Responses and Objections to Debtors' Discovery Requests in Connection with Debtors' Objections to the Claims of Parus Holdings, Inc. |

CHIC_1647789

| | | |
|---|---|---|
| 16. | 16247 | Response and Opposition of Parus Holdings, Inc. to Debtors' First Amended Objection to all Proofs of Claim Filed by Effectnet, Inc |
| 17. | 16423 | Parus Holdings, Inc.'s Motion to Compel Production of Responsive Documents, Motion to Extend Time for Discovery Deadlines |
| 18. | 16425 | Declaration of Steven A. Wood in Support of Parus Holdings, Inc.'s Motion to Compel Production of Responsive Documents, Motion to Extend Time for Discovery Deadlines |
| 19. | 16426 | Declaration Exhibits AA-FF to Declaration of Steven A. Wood |
| 20. | 16447 | Statement /Amended Exhibits To Declaration Of Stephen A. Wood In Support Of Parus Holdings, Inc.'s Motion to Compel Production of Responsive Documents |
| 21. | 16645 | Debtors' Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC |
| 22. | 16646 | Memorandum of Law Memorandum in Support of Debtors' Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC |
| 23. | 16687 | Debtors' Response and Opposition to Parus Holdings, Inc.'s Motion to Compel Production of Responsive Documents and to Extend Discovery Deadlines |
| 24. | 16715 | Reply of Claimant, Parus Holdings, Inc., in Further Support of Its Motion to Compel Production of Responsive Documents and to Extend Discovery Deadlines |
| 25. | 17012 | Letter, dated September 9, 2005, to Judge Gonzalez from Stephen A. Wood regarding response to letter filed by Debtors requesting an informal conference regarding a motion for summary judgment |
| 26. | 17280 | Order Compelling Attendance of Parus Holdings, Inc at Settlement Conference |
| 27. | 17402 | Debtors' Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC |

CHIC_1647789

| | | |
|---|---|---|
| 28. | 17406 | Memorandum of Law in Support of Debtors' Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC |
| 29. | 17602 | Parus Holdings, Inc.'s Response to Motion and Opposition to Debtors' Motion for Summary Judgment |
| 30. | 17603 | Parus Holdings, Inc.'s Statement in Response and Opposition to Debtors' Statement of Undisputed Material Facts |
| 31. | 17604 | Declaration of Robert S. Friedman in Support of Parus Holdings, Inc.'s Response and Opposition to Reorganized Debtors' Motion for Summary Judgment |
| 32. | 17605 | Affidavit of Robert C. McConnell in Support of Parus Holdings, Inc's Response and Opposition to Debtors' Motion for Summary Judgment |
| 33. | 17606 | Affidavit of Taj Reneau in Support of Parus Holdings, Inc.'s Response and Opposition to Debtors' Motion for Summary Judgment |
| 34. | 17628 | Letter, dated November 23, 2005, to Arthur J. Gonzalez from Robert S. Friedman, requesting a conference to address Debtor's failure to meet discovery obligations, and opposing any stay of discovery |
| 35. | 17652 | Reply Memorandum in Support of Debtors' Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC |
| 36. | 17653 | Debtors' Motion to Strike Portions of Affidavits Submitted in Support of Claimant Parus Holdings, Inc.'s Response and Opposition to WorldCom's Motion for Summary Judgment |
| 37. | 17654 | Debtors' Reply to Parus Holdings, Inc.'s Statement in Response and Opposition to Debtors' Statement of Undisputed Material Facts |
| 38. | 17668 | Letter, dated December 6, 2005, to Judge Gonzalez from Robert S. Friedman regarding Parus' motion to compel and related discovery issues |

7

CHIC_1647789

| 39. | 17691 | Notice of Unconventional Filing: Transcript of Hearing on September 13, 2005 on Parus Holdings, Inc.'s Motion to Compel (Transcript attached as Exhibit E) |
|---|---|---|
| 40. | 17817 | Parus Holdings, Inc.'s Response and Opposition to Debtors' Motion to Strike Portions of Affidavits Submitted in Support of Claimant Parus Holdings, Inc.'s Response and Opposition to WorldCom's Motion for Summary Judgment |
| 41. | 17880 | Transcript of Hearing held on January 17, 2006, Re: WorldCom's Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC & Debtors' Motion to Strike Portions of Affidavits Submitted in Support of Claimant Parus Holdings, Inc.'s Response and Opposition to WorldCom's Motion for Summary Judgment |
| 42. | 17920 | Transcript of Hearing held on August 9, 2005, Re: Motion by Parus Holdings, Inc.'s Motion to Compel Production of Documents and to Extend Discovery Deadlines |
| 43. | 18068 | Notice of Unconventional Filing: Transcript of Hearing held on November 1, 2005, on Parus Holdings, Inc.'s Motion to Compel Production of Documents and to Extend Discovery Deadlines (Transcript attached as Exhibit F) |
| 44. | 18313 | Letter, dated June 2, 2006, to Judge Arthur J. Gonzalez from Robert S. Friedman requesting a scheduling order or, in the alternative, an informal conference |
| 45. | 18338 | Letter, dated June 16, 2006, to Judge Arthur J. Gonzalez from Allison M. Murdock requesting informal conference and responding to claimant's June 2, 2006 letter to Court |
| 46. | 18369 | Letter, dated July 6, 2006, to Judge Arthur J. Gonzalez from Robert S. Friedman in response to Debtors' June 16, 2006 letter to the Court |
| 47. | 18424 | Transcript of Hearing held on July 11, 2006 at 10:00 AM, Re: Pre-Motion Discovery Conference Re Claims Of Parus Holdings, Inc. |
| 48. | 18490 | Parus Holdings, Inc.'s Motion to Stay Court's Ruling on Debtors' Motion for Summary Judgment Pending Discovery Regarding Spoliation |

8

| | | |
|---|---|---|
| 49. | 18519 | Letter, dated September 20, 2006, to Judge Arthur J. Gonzalez from Allison J. Murdock, Requesting Court to Strike Claimant's Motion to Stay for Failure to Comply with Local Rules Requiring Pre-Motion and/or Informal Conference |
| 50. | 18548 | Notice of Withdrawal Of Parus Holdings, Inc.'s Motion To Stay Court's Ruling On Debtors' Motion For Summary Judgment Pending Discovery Regarding Spoliation |
| 51. | 18569 | Letter, dated October 12, 2006, to Judge Arthur J. Gonzalez from Jill L. Murch, requesting informal conference regarding scheduling and location of court ordered depositions |
| 52. | 18576 | Letter, dated October 18, 2006, to Judge Arthur J. Gonzalez from Allison J. Murdock in Response to Parus Holdings, Inc.'s October 12, 2006 Letter to Court Requesting Informal Conference |
| 53. | 18594 | Transcript of Hearing Held on October 3, 2006 at 2:05 PM, Re: Conference RE: Parus Holdings, Inc. Claims |
| 54. | 18611 | Letter, dated November 14, 2006, to Judge Arthur J. Gonzalez from Jill L. Murch, updating the Court regarding certain depositions ordered by the Court |
| 55. | 18615 | Letter, dated November 14, 2006, to Judge Arthur J. Gonzalez from Allison J. Murdock, regarding 11/15/06 Informal Conference On Request For Extension Of Time To Respond To Parus Holdings, Inc. Discovery Requests |
| 56. | 18674 | Debtor's Motion to Apply Bankruptcy Rule 7068 (Offer of Judgment) to the Proceedings on Claim Nos. 11242 (Replacing 9291) and 11173 (Replacing 9293) |
| 57. | 18689 | Motion of Parus Holdings, Inc.'s for Relief Regarding the Debtors' Spoliation of Evidence |
| 58. | 18690 | Memorandum of Law in Support of Parus Holdings, Inc.'s Motion for Relief Regarding the Debtors' Spoliation of Evidence |
| 59. | 18694 | Debtors' Notice to Take Depositions 30(b)(6) of Parus Holdings, Inc. |

9

CHIC_1647789

| 60. | 18697 | Parus Holding Inc.'s Response in Opposition to Debtors' Motion to Apply Bankruptcy Rule 7068 (Offer of Judgment) to the Proceeding on Claim Nos. 11242 (Replacing 9291) and 11171 (Replacing 9293) |
|---|---|---|
| 61. | 18711 | Letter, dated February 12, 2007, to Judge Arthur J. Gonzalez from Allison J. Murdock, Seeking Informal Conference To Compel Parus Holdings, Inc. To Appear For Rule 30(b)(6) Deposition |
| 62. | 18716 | Letter, dated February 14, 2007, to Judge Arthur J. Gonzalez from Jill L. Murch, in Response to Debtors' February 12, 2007 Letter |
| 63. | 18732 | Debtors' Reply to Parus Holdings, Inc.'s Response to Debtors' Motion to Apply Bankruptcy Rule 7068 (offer of Judgment) to the Proceedings on Claim Nos. 11242 (Replacing 9291) and 11173 (Replacing 9293) |
| 64. | 18740 | Debtors' Motion to Compel Claimant Parus Holdings, Inc. To Appear For A Properly Noticed Rule 30(b)(6) Deposition |
| 65. | 18741 | Memorandum of Law in Support of Debtors' Motion to Compel Claimant Parus Holdings, Inc. to Appear for a Properly Noticed Rule 30(b)(6) Deposition |
| 66. | 18762 | Parus Holdings, Inc.'s Response in Opposition to the Debtors' Motion to Compel Claimant Parus Holdings, Inc. to Appear for a Properly Noticed Rule 30(B)(6) Deposition |
| 67. | 18788 | Transcript Of Hearing Held On March 12, 2007 At 10:09 AM, Re: Motion By Debtors To Compel Claimant Parus Holdings Inc. To Appear For A Properly Noticed Rule 30(b) (6) Deposition; Motion By Debtors To Apply Bankruptcy Rule 7068 (Offer Of Judgment) To The Proceedings On Claim Nos. 11242 (Replacing 9291) And 11173 (Replacing 9293) |
| 68. | 18791 | Transcript Of Hearing Held Of February 16, 2007 At 12:01 PM, Re: Discovery Conference Re Parus Holdings, Inc. |
| 69. | 18853 | Opinion signed on 5/2/2007 Partially Granting and Partially Denying Debtors' Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC |

10

CHIC_1647789

| 70. | 18891 | Notice of Presentment of Proposed Order Partially Granting and Partially Denying Debtors' Motions for Summary Judgment and to Strike Portions of Affidavits Concerning Claims of Parus Holdings, Inc. |
|---|---|---|
| 71. | 18896 | Letter, dated May 21, 2007, to Judge Arthur J. Gonzalez from Allison J. Murdock, regarding testimony of James Renforth |
| 72. | 18903 | Transcript Of Hearing Held On May 15, 2007 At 2:03 PM, Re: Motion By Debtors To Apply Bankruptcy Rule 7068 (Offer Of Judgment) To The Proceedings On Claim Numbers 11242 And 11173; Motion Of Debtors To Compel Claimant Parus Holdings, Inc. To Appear For A Properly Noticed Rule 30(b) (6) Deposition |
| 73. | 18927 | Parus Holdings, Inc.'s Objection to Debtors' Proposed Order Partially Granting and Partially Denying Debtors' Motion for Summary Judgment and Motion to Strike Portions of Affidavits Concerning Claim 11242 (Replacing 9291) Against MCI Worldcom Communications, Inc. and Claim 11173 (Replacing 9293) Against Intermedia Communications, Inc. |
| 74. | 18935 | Amended Motion of Parus Holdings, Inc. for Relief Resulting from the Debtors' Spoliation of Evidence |
| 75. | 18936 | Memorandum of Law in Support of Parus Holdings, Inc.'s Amended Motion for Relief Resulting from the Debtors' Spoliation of Evidence |
| 76. | 18974 | Opposition to Parus Holdings, Inc.'s Amended Motion Seeking Spoliation Sanctions |
| 77. | 18975 | Debtors' Motion for an Order Permitting Partial Withdrawal of Claim Objection, Allowance of Resulting Claim, and Reservation of Right to Re-File Claim Objection |
| 78. | 19032 | Memorandum of Law in Response to Parus Holdings, Inc.'s Objection to Proposed Order Partially Granting and Partially Denying Debtors' Motion for Summary Judgment and Motion to Strike Portions of Affidavits |
| 79. | 19048 | Transcript of Hearing Held on 7/10/07 at 10:12 a.m. Re: Status Conference; Amended Motion of Parus Holdings, Inc. for Relief Resulting from the Debtors' Spoliation of Evidence. Opposition Filed |

11

CHIC_1647789

| | | |
|---|---|---|
| 80. | 19054 | Amended Motion to Allow Partial Withdrawal of Claim Objection to Parus Holdings, Inc.'s Proof of Claim No. 11173 (Replacing 9293), Allowing Resulting Claim, and Denying all Other Pending Motions As Moot |
| 81. | 19083 | Parus Holdings, Inc.'s Limited Objection to Debtors' Amended Motion for an Order Permitting Partial Withdrawal of Claim Objection to Parus Holdings, Inc.'s Proof of Claim No. 11173 (Replacing 9293), Allowing Resulting Claim, and Denying All Other Pending Motions as Moot |
| 82. | 19095 | Debtors' Reply Memorandum in Support of Amended Motion for an Order Permitting Partial Withdrawal of Claim Objection to PARUS HOLDINGS, INC.'S Proof of Claim No. 11173 |
| 83. | 19113 | Order signed on 10/3/2007 partially granting and partially denying debtors' motion for summary judgment and motion to strike portions of affidavits concerning claim 11242 (replacing 9291) against MCI WorldCom Communications, Inc. and claim 11173 (replacing 9293) against Intermedia Communications, Inc. |
| 84. | 19114 | Order signed on 10/3/2007 granting debtors' amended motion for partial withdrawal of claim objection and allowance of resulting claim |
| 85. | | Transcript of hearing held on 05/22/2007 (Attached as <u>Exhibit G</u>) |

Dated: October 29, 2007

Respectfully submitted,

By:   /s/ Jill L. Murch
    Robert A. Scher (RS 2910)
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, NY 10016
    Phone: (212) 682-7474

    -and-

    Mark L. Prager (*admitted pro hac vice*)
    William J. McKenna (*admitted pro hac vice*)
    Jill L. Murch (*admitted pro hac vice*)
    FOLEY & LARDNER LLP

CHIC_1647789

321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Claimant Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC*

13

CHIC_1647789