STINSON MORRISON HECKER LLP
Attorneys for the Reorganized Debtors
1201 Walnut Street
Kansas City, MO  64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
Robert L. Driscoll, Esq.
Allison M. Murdock, Esq.
Mark M. Iba, Esq.
Mark A. Shaiken, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                    :
                                                         :   Chapter 11 Case No.
WORLDCOM, INC., et al.,                                  :   02-13533 (AJG)
                                                         :
                                                         :   (Jointly Administered)
                        Debtors.                         :
---------------------------------------------------------x

## APPELLEE DEBTORS' COUNTER DESIGNATION OF THE RECORD

Appellee Debtors, pursuant to Federal Rule of Bankruptcy Procedure 8006, designate the following additional items (including any exhibits attached to such items) to be included in the record concerning Appellant Parus Holdings, Inc.'s appeal from (a) the Order, docketed on October 11, 2007, partially granting and partially denying Debtors' Motion for Summary Judgment and Motion to Strike Portions of Affidavits; (b) the Order, docketed on October 11, 2007, granting the Debtors' Amended Motion for Partial Withdrawal of Claim Objection and Allowance of Resulting Claim; and (c) any other prior adverse orders or rulings:

| Item | Date Filed | Docket Entry No. | Description |
| --- | --- | --- | --- |
| 1 | 08/11/2005 | 16736 | Notice of Withdrawal |
| 2 | 08/12/2005 | 16746 | Letter to Judge Gonzalez filed by Robert L. Driscoll on behalf of WorldCom, Inc. |

DB02/048629.0094_0019/7840276.1

| 3 | 10/25/2005 | 17471 | WorldCom's Supplemental Opposition to Claimant's Motion to Compel Production of Responsive Documents and to Extend Discovery Deadline |
| 4 | 11/17/2005 | 17580 | Letter to Judge Gonzalez filed by Robert L. Driscoll on behalf of WorldCom, Inc. |
| 5 | 08/23/2006 | 18515 | Transcript of Hearing held on July 11, 20006 at 10:00 AM, Re: Pre-Motion Discovery Conference Re Claims of Parus Holdings, Inc. |
| 6 | 01/12/2007 | 18675 | Memorandum of Law in Support of Debtors' Motion to Apply Bankruptcy Rule 7068 (Offer of Judgment) to the Proceedings on Claim Nos. 11242 (Replacing 9291) and 11173 (Replacing 9293) |
| 7 | 05/04/2007 | 18861 | Errata signed on 5/4/2007 RE: Opinion signed on 5/2/2007 partially granting and partially denying debtors' motion for summary judgment and motion to strike portions of affidavits |
| 8 | 5/25/2007 | 18905 | Transcript of Hearing Held on May 15, 2007 at 2:03 p.m. |
| 9 | 05/30/2007 | 18922 | Transcript of Hearing Held On May 22, 2007 At 2:22 PM, Re: Status Conference Re Motion By Debtors To Apply Bankruptcy Rule 7068 (Offer Of Judgment) To The Proceedings On Claim No. 11242 (Replacing 9291) And 11173 (Replacing 9293), etc. |

Respectfully submitted,

STINSON MORRISON HECKER LLP

By /s/ *Allison M. Murdock*
Robert L. Driscoll, Esq.
Mark A. Shaiken, Esq.
Allison M. Murdock, Esq.
Mark M. Iba, Esq.
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
(816) 842-8600 – Telephone
(816) 691-3495 - Facsimile

ATTORNEYS FOR DEBTORS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2007, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all parties receiving electronic means.

                                    /s/    *Allison M. Murdock*
                                    Attorney for Debtors