Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone:  (212) 682-7474
Fax:  (212) 682-2329
email:  rscher@foley.com

-and-

Mark L. Prager (*pro hac vice pending*)
Steve Szczepanski (*pro hac vice pending*)
Jill L. Murch (4535712)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone:  (312) 832-4500
Fax:  (312) 832-4700

*Attorneys for Appellant Parus Holdings, Inc. Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> WORLDCOM, INC., et al., <br><br>             Debtors. <br> Parus Holdings, Inc., <br><br>             Appellant, <br><br>      v. <br><br> WorldCom, Inc., et al., <br><br>             Appellees. | Chapter 11 <br> Jointly Administered <br><br> Case No. 02-13533 (AJG) <br><br><br> Case No. 07-cv-10507 (BSJ) <br><br> ECF Case <br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, Appellant

Parus Holdings, Inc., as successor by merger to EffectNet, Inc. and EffectNet, LLC ("Parus" and/or

-2-

"Appellant"), and the Appellee Debtors, that the due dates for the parties' appellate briefs have been extended in accordance with the following:

1. Parus shall be given to and including January 4, 2008 to file its opening appellate brief;

2. The Debtors shall be given to and including February 19, 2008 to file their response brief; and

3. Parus shall be given to and including March 10, 2008 to file its reply brief.

Dated: November 27, 2007

By:  /s/ Brian K. O'Bleness

STINSON MORRISON HECKER LLP

Brian K. O'Bleness, Esq. (BO 9790)
Allison M. Murdock, Esq. (*pro hac vice being filed*)
Mark M. Iba, Esq. (*pro hac vice being filed*)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495

*Attorneys for Debtors*

By:   /s/ Robert A. Scher

Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: rscher@foley.com

-and-

Mark L. Prager (*pro hac vice pending*)
Steve Szczepanski (*pro hac vice pending*)
Jill L. Murch (4535712)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Claimant Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC*

SO ORDERED:
Dated: November ____, 2007

_____
U.S.D.J.