Jones, J

Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: rscher@foley.com

-and-

Mark L. Prager (*pro hac vice pending*)
Steve Szczepanski (*pro hac vice pending*)
Jill L. Murch (4535712)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Appellant Parus Holdings, Inc.
Successor-By-Merger to EffectNet, Inc. and
EffectNet, LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Jointly Administered |
| WORLDCOM, INC., et al., | |
| | Case No. 02-13533 (AJG) |
| Debtors. | |
| Parus Holdings, Inc., | |
| | Case No. 07-cv-10507 (BSJ) |
| Appellant, | |
| | ECF Case |
| v. | |
| | **STIPULATION AND ORDER** |
| WorldCom, Inc., et al., | |
| | |
| Appellees. | |

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned, Appellant

Parus Holdings, Inc., as successor by merger to EffectNet, Inc. and EffectNet, LLC ("Parus" and/or

"Appellant"), and the Appellee Debtors, that the due dates for the parties' appellate briefs have been extended in accordance with the following:

1. Parus shall be given to and including January 4, 2008 to file its opening appellate brief;

2. The Debtors shall be given to and including February 19, 2008 to file their response brief; and

3. Parus shall be given to and including March 10, 2008 to file its reply brief.

Dated: November 29, 2007

By: /s/ B. K. O'Bleness

STINSON MORRISON HECKER LLP
Brian K. O'Bleness, Esq. (BO 9790)
Allison M. Murdock, Esq. (*pro hac vice being filed*)
Mark M. Iba, Esq. (*pro hac vice being filed*)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495

*Attorneys for Debtors*

By: /s/ Robert A. Scher

Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: rscher@foley.com

-and-

Mark L. Prager (*pro hac vice pending*)
Steve Szczepanski (*pro hac vice pending*)
Jill L. Murch (4535712)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700

*Attorneys for Claimant Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC*

SO ORDERED: December 6, 2007
Dated: November ___, 2007

/s/ Barbara S. Jones
U.S.D.J.

CHIC_1666745.1                   2