SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Parus Holdings, Inc.      Plaintiff,
(Appellant)

    - against -

WorldCom, Inc.      Defendant.
(Appellee)

7 cv 10507 (BSJ)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert A. Scher a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Mark L. Prager
Firm Name: FOLEY & LARDNER LLP
Address: 321 NORTH CLARK STREET, SUITE 2800
City/State/Zip: CHICAGO, ILLINIOS 60610
Phone Number: (312) 832-4500
Fax Number: (312) 832-4700

Mark L. Prager is a member in good standing of the Bar of the States of Illinois and Wisconsin

There are no pending disciplinary proceeding against Mark L. Prager in any State or Federal court.

Dated: Nov. 30, 2007
City, State: New York, NY

Respectfully submitted,

*Robert Scher* (signature)

Sponsor's
SDNY Bar: RS 2910
Firm Name: Foley & Lardner LLP
Address: 90 Park Avenue
City/State/Zip: New York, NY 10016
Phone Number: 212 682 7474
Fax Number: 212 687 2329

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Parus Holdings, Inc. (Appellant)      Plaintiff,

                                                    7   cv   10507   (BSJ)

         - against -
WorldCom, Inc. (Appellee)              Defendant.      **ORDER FOR ADMISSION**
                                                       **PRO HAC VICE**
                                                       **ON WRITTEN MOTION**

Upon the motion of  Robert A. Scher    attorney for  Parus Holdings, Inc.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Mark L. Prager |
| Firm Name: | FOLEY & LARDNER LLP |
| Address: | 321 NORTH CLARK STREET, SUITE 2800 |
| City/State/Zip: | CHICAGO, ILLINOIS  60610 |
| Telephone/Fax: | (312) 832-4500 |
| Email Address: | (312) 832-4700 |

is admitted to practice pro hac vice as counsel for  Parus Holdings, Inc.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY


                                    _____
                                    United States District/Magistrate Judge

UNITED STATES DISTRICT

## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Parus Holdings, Inc. | | 07 cv 10507 (BSJ) |
|                Appellant, | | |
|    - against - | | AFFIDAVIT OF |
| | | ROBERT A. SCHER |
| WorldCom, Inc. | | IN SUPPORT OF MOTION |
|                Appellee. | | TO ADMIT COUNSEL |
| | | PRO HAC VICE |

State of New York          )
                                     ) ss: Mark L. Prager
County of New York      )

Robert A. Scher, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Foley & Lardner LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Mark L. Prager as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 23, 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mark L. Prager since 2004.

4. Mark L. Prager is a Partner at Foley & Lardner LLP in Chicago, Illinois. Mr. Prager is a member in good standing of the bars in Illinois and Wisconsin (Certificates of Good Standing attached hereto).

5. I have found Mr. Prager to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Mark L. Prager, pro hac vice.

WHEREFORE it is respectfully requested that the motion to admit Mark L. Prager, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: November 30, 2007

City, State: New York, NY

Notarized:

SAMANTHA S. EDITE
NOTARY PUBLIC, State Of New York
No. 01ED6068678
Qualified In Kings County
Commission Expires Jan. 14, 2010

*Samantha S. Edite* (signature)

Respectfully submitted,

*Robert Scher* (signature)

Name of Movant: Robert A. Scher

SDNY Bar Code: 2124790

1666357.1

# WISCONSIN SUPREME COURT
## OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

David R. Schanker
Clerk

## CERTIFICATE OF GOOD STANDING

I, Christopher J. Paulsen, Chief Deputy Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:

MARK L. PRAGER

was admitted to practice as an attorney within this state on July 28, 1998 and is presently in good standing in this court.

Dated: October 31, 2007

CHRISTOPHER J. PAULSEN
Chief Deputy Clerk of Supreme Court

AP-7000, 03/2005 Certificate of Good Standing

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Mark Lawrence Prager

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on October 29, 1976 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Thursday, November 01, 2007.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PARUS HOLDINGS, Inc.

                    Appellant,

    against

WORLDCOM, INC.

                    Appellee.

------------------------------------------------------------X

Index No. 7 cv 10507 (BSJ)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

       AVA BESSEL, being duly sworn, deposes and says:

       Deponent is not a party to the action, is over 18 years of age, and resides at 400 East 50th Street, New York, New York 10022.

       That on the 3rd day of December, 2007, appellant Parus Holdings, Inc. served a copy of the **Motion for the Admission to Practice,** *Pro Hac Vice,* **of Mark L. Prager** by Regular Mail on:

NYC_52703.1

Brian K. O'Bleness, Esq. (BO 9790)
Allison M. Murdock, Esq. (*pro hac vice being filed*)
Mark M. Iba, Esq. (*pro hac vice being filed*)
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495

_____
AVA BESSEL

Sworn to before me this
3rd day of December, 2007

_____
Notary Public

**MARY L. MORAN**
**Notary Public, State of New York**
**No. 01MO6139146**
**Qualified in Queens County**
**Certificate Filed in New York County**
**Commission Expires 01/03/2011**

2

NYC_52703.1