RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In RE WORLDCOM, INC., et al.,          :
                                        :   Bankruptcy Case No. 02-13533 (AJG)
                        Debtors        :   (chapter 11)
                                        :
PARUS HOLDINGS, INC.,                   :
                                        :
                        Appellant,      :   Appellate Case No. 07-cv-10507 (BSJ)
                                        :
                                        :   <u>ECF Case</u>
        vs.                             :
                                        :   MOTION TO ADMIT MARK M.
WORLDCOM, INC.,                         :   IBA PRO HAC VICE
                                        :
                        Appellee.       :
                                        :
------------------------------------------------------------x

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brian K. O'Bleness, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Mark M. Iba
> Stinson Morrison Hecker LLP
> 1201 Walnut, Suite 2900
> Kansas City, MO 64106
> Telephone:  (816) 691-3289
> Facsimile:  (816) 691-3495

Mark M. Iba is a member in good standing of the Bar of the States of Missouri and Kansas.  There are no pending disciplinary proceedings against Mr. Iba in any state or federal court.

Dated:  November 27, 2007
Kansas City, Missouri

Respectfully submitted,

*[signature]*

Brian K. O'Bleness, SDNY Bar Code: BO9790
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO 64016
Telephone:    816-842-8600
Fax Number:  816-691-3495
Counsel for Appellee

DB02/048629.0094_0019/7825833.1

# 𝕿𝖍𝖊 𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕶𝖆𝖓𝖘𝖆𝖘



## 𝕮𝖊𝖗𝖙𝖎𝖋𝖎𝖈𝖆𝖙𝖊 𝖔𝖋 𝕲𝖔𝖔𝖉 𝕾𝖙𝖆𝖓𝖉𝖎𝖓𝖌

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on __April 28, 1995__,

MARK McKAY IBA

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this __26TH__ day of __November__, __2007__.

_Carol G. Green_
Clerk of the Supreme Court of Kansas

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 30, 1994,

## *Mark McKay Iba*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 8th day of November, 2007.

_____
Clerk of the Supreme Court of Missouri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In RE WORLDCOM, INC., et al.,

                       Debtors

PARUS HOLDINGS, INC.,

                       Appellant,

vs.

WORLDCOM, INC.,

                       Appellee.

-----------------------------------------------------------------x

Bankruptcy Case No. 02-13533 (AJG)
(chapter 11)

Appellate Case No. 07-cv-10507 (BSJ)

<u>ECF Case</u>

**AFFIDAVIT OF BRIAN K. O'BLENESS IN SUPPORT OF MOTION TO ADMIT MARK M. IBA PRO HAC VICE**

Brian K. O'Bleness, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Stinson Morrison Hecker LLP, counsel for Appellee in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellee's motion to admit Mark M. Iba as counsel pro hac vice to represent the Appellee in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted in January 2005. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mark Iba since November 2000.

4. Mr. Iba is an attorney at Stinson Morrison Hecker LLP.

5. I have found Mr. Iba to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the federal rules of procedure.

6. Accordingly, I am pleased to move the admission of Mark Iba, pro hac vice.

7. I respectfully submit, as Exhibit A, a proposed order granting the admission of Mark Iba, pro hac vice, to represent the Appellee in the above-captioned matter.

Dated: November 27, 2007
City, State: Kansas City, Missouri

Notarized *[signature: Ronice D. Bevan]*

RONICE D. BEVAN
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires: March 26, 2010
Commission # 06436355

Respectfully submitted,

*[signature]*

Brian K. O'Bleness, SDNY Bar Code: BO9790
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO 64016
Telephone:   816-842-8600
Fax Number:   816-691-3495
Counsel for Appellee

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In RE WORLDCOM, INC., et al., :
 : Bankruptcy Case No. 02-13533 (AJG)
             Debtors :  (chapter 11)
 :
PARUS HOLDINGS, INC., :
 :
         Appellant, : Appellate Case No. 07-cv-10507 (BSJ)
 :
 : ECF Case
vs. :
 : ORDER FOR ADMISSION
WORLDCOM, INC., : PRO HAC VICE
 : ON WRITTEN MOTION
         Appellee. :

------------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Brian K. O'Bleness, attorney for Appellee WorldCom, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Mark M. Iba

    Firm Name: Stinson Morrison Hecker

    Address: 1201 Walnut, Suite 2900

    City/State/Zip: Kansas City, Missouri 64106

    Telephone/Fax: (816) 601-3289/ ((816) 691-3495

    Email Address: miba@stinson.com

is admitted to practice pro hac vice as counsel for Appellee in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

_____
City, State


_____
United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In RE WORLDCOM, INC., et al.,          :
                                       :    Bankruptcy Case No. 02-13533 (AJG)
                         Debtors       :    (chapter 11)
                                       :
PARUS HOLDINGS, INC.,                  :
                                       :
                         Appellant,    :    Appellate Case No. 07-cv-10507 (BSJ)
                                       :
                                       :    <u>ECF Case</u>
vs.                                    :
                                       :    PROOF OF SERVICE
WORLDCOM, INC.,                        :
                                       :
                         Appellee.     :
-------------------------------------------x

This is to certify that on November 27, 2007, the undersigned served the Motion to Admit Allison M. Murdock Pro Hac Vice, Motion to Admit Mark M. Iba Pro Hac Vice, Affidavit of Brian K. O'Bleness in Support of Motion to Admit Allison M. Murdock Pro Hac Vice, Affidavit of Brian K. O'Bleness in Support of Motion to Admit Mark M. Iba Pro Hac Vice, and the proposed orders were served *via* U.S. Mail, postage prepaid, on the following:

Robert A. Scher
Foley & Lardner LLP
90 Park Ave.
New York, NY 10016

Mark L. Prager
William J. McKenna
Jill L. Murch
Joanne Lee
Foley &Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610


Dated: November 27, 2007
Kansas City, Missouri

DB02/048629.0094_0019/7825842.1

Respectfully submitted,

*[signature]*

Brian K. O'Bleness, SDNY Bar Code: BO9790
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO 64016
Telephone:   816-842-8600
Fax Number:  816-691-3495
Counsel for Appellee