UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In RE WORLDCOM, INC., et al.,         :
                                      :    Bankruptcy Case No. 02-13533 (AJG)
              Debtors                 :    (chapter 11)
                                      :
PARUS HOLDINGS, INC.,                 :
                                      :
              Appellant,              :    Appellate Case No. 07-cv-10507 (BSJ)
                                      :
                                      :    ECF Case
                                      :
      vs.                             :
                                      :    MOTION TO ADMIT ALLISON M.
WORLDCOM, INC.,                       :    MURDOCK PRO HAC VICE
                                      :
              Appellee.               :
----------------------------------------------------------x

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Brian K. O'Bleness, a member of good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Allison M. Murdock
Stinson Morrison Hecker LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 691-3138
Facsimile: (816) 691-3495

Allison M. Murdock is a member in good standing of the Bar of the States of Missouri and Kansas. There are no pending disciplinary proceedings against Ms. Murdock in any State or Federal court.

Dated: November 27, 2007
Kansas City, Missouri

DB02/048629.0094_0019/7825776.1

Respectfully submitted,

*[signature]*

Brian K. O'Bleness, SDNY Bar Code: BO9790
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO 64016
Telephone:    816-842-8600
Fax Number:  816-691-3495
Counsel for Appellee

DB02/048629.0094_0019/7825776.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In RE WORLDCOM, INC., et al., :
                                        : Bankruptcy Case No. 02-13533 (AJG)
               Debtors : (chapter 11)
                                        :
PARUS HOLDINGS, INC., :
                                        :
              Appellant, : Appellate Case No. 07-cv-10507 (BSJ)
                                        :
                                        : <u>ECF Case</u>
vs. :
                                        : AFFIDAVIT OF BRIAN K. O'BLENESS
WORLDCOM, INC., : IN SUPPORT OF MOTION TO ADMIT
                                        : ALLISON M. MURDOCK PRO HAC
             Appellee. : VICE
-----------------------------------------------------------x

Brian K. O'Bleness, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Stinson Morrison Hecker LLP, counsel for Appellee in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Appellee's motion to admit Allison M. Murdock as counsel pro hac vice to represent the Appellee in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted in January 2005. I am also admitted to the Bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Allison Murdock since March 2001.

4. Ms. Murdock is an attorney at Stinson Morrison Hecker LLP.

5. I have found Ms. Murdock to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the federal rules of procedure.

6. Accordingly, I am pleased to move the admission of Allison Murdock, pro hac vice.

7.  I respectfully submit, as Exhibit A, a proposed order granting the admission of Allison Murdock, pro hac vice, to represent the Appellee in the above-captioned matter.

Dated: November 27, 2007
City, State: Kansas City, Missouri

Notarized: *Ronice D. Bevan*

RONICE D. BEVAN
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires: March 26, 2010
Commission # 06436355

Respectfully submitted,

Brian K. O'Bleness, SDNY Bar Code: BO9790
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO 64016
Telephone:   816-842-8600
Fax Number:  816-691-3495
Counsel for Appellee

## *The Supreme Court of Missouri*



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on October 14, 1988,

## *Allison Marie Murdock*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 8th day of November, 2007.

Clerk of the Supreme Court of Missouri

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on _____May 5, 1989_____,

### ALLISON M. MURDOCK

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this __26TH__ day of __November__, __2007__.

_Carol G. Green_
Clerk of the Supreme Court of Kansas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In RE WORLDCOM, INC., et al.,                  :
                                               :   Bankruptcy Case No. 02-13533 (AJG)
                            Debtors            :   (chapter 11)
                                               :
PARUS HOLDINGS, INC.,                          :
                                               :
                            Appellant,         :   Appellate Case No. 07-cv-10507 (BSJ)
                                               :
                                               :   <u>ECF Case</u>
vs.                                            :
                                               :   ORDER FOR ADMISSION
                                               :   PRO HAC VICE
WORLDCOM, INC.,                                :   ON WRITTEN MOTION
                                               :
                            Appellee.          :
---------------------------------------------------------------x

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Brian K. O'Bleness, attorney for Appellee WorldCom, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Allison M. Murdock

    Firm Name:  Stinson Morrison Hecker

    Address:  1201 Walnut, Suite 2900

    City/State/Zip:  Kansas City, Missouri 64106

    Telephone/Fax:  (816) 691-3138/ ((816) 691-3495

    Email Address:  amurdock@stinson.com

is admitted to practice pro hac vice as counsel for Appellee in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____

_____
City, State

                                            _____
                                            United States District/Magistrate Judge

DB02/048629 0094_0019/7825859.1