USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/26/07 du

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In RE WORLDCOM, INC., et al.,        :

                           **Debtors**        :

                              :

**PARUS HOLDINGS, INC.,**        :

                  **Appellant,**        :

                              :

        **vs.**        :

**WORLDCOM, INC.,**        :

                  **Appellee.**        :

-----------------------------------------------------------x

Bankruptcy Case No. 02-13533 (AJG)
(chapter 11)

Appellate Case No. 07-cv-10507 (BSJ)

**ECF Case**

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Brian K. O'Bleness, attorney for Appellee WorldCom, Inc., and said

sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Allison M. Murdock

    Firm Name:  Stinson Morrison Hecker

    Address:  1201 Walnut, Suite 2900

    City/State/Zip: Kansas City, Missouri 64106

    Telephone/Fax:  (816) 691-3138/ ((816) 691-3495

    Email Address:  amurdock@stinson.com

is admitted to practice pro hac vice as counsel for Appellee in the above captioned case in the

United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

DB02/048629.0094_0019/7825859.1



discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the pro hac vice fee to the Clerk of Court.

Dated: _12/18/07_

_NY, NY_
City, State

United States District/~~Magistrate~~ Judge

2