

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In RE WORLDCOM, INC., et al.,

                                Debtors

PARUS HOLDINGS, INC.,

                                Appellant,

vs.

WORLDCOM, INC.,

                                Appellee.
----------------------------------------------------------x

Bankruptcy Case No. 02-13533 (AJG)
(chapter 11)

Appellate Case No. 07-cv-10507 (BSJ)

**ECF Case**

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Brian K. O'Bleness, attorney for Appellee WorldCom, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: Mark M. Iba

    Firm Name: Stinson Morrison Hecker

    Address: 1201 Walnut, Suite 2900

    City/State/Zip: Kansas City, Missouri 64106

    Telephone/Fax: (816) 601-3289/ ((816) 691-3495

    Email Address: miba@stinson.com

is admitted to practice pro hac vice as counsel for Appellee in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

DB02 048629.0094_0019/7825863 1

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 12/18/07

New York, N.Y.
City, State

_____
United States District/~~Magistrate~~ Judge