Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY  10016
Phone:     (212) 682-7474
Facsimile:  (212) 682-2329
Email:  rscher@foley.com

-and-

Mark L. Prager (*pro hac vice*)
Steve Szczepanski (*pro hac vice*)
David B. Goroff (*pro hac vice pending*)
Mary Jo Boldingh (*pro hac vice pending*))
Jill L. Murch (4535712)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL  60610
Phone:     (212) 832-4500
Facsimile:  (213) 832-4700
Email: sszczepanski@foley.com

*Attorneys for Appellant Parus Holdings, Inc. Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WORLDCOM, INC., et al.,<br><br>　　　　　Debtors.<br>Parus Holdings, Inc.,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>WorldCom, Inc., et al.,<br><br>　　　　　Appellees. | Chapter 11<br>Jointly Administered<br><br>Case No. 02-13533 (AJG)<br><br><br>Case No. 07-cv-10507 (BSJ)<br><br>ECF Case<br><br>**APPENDIX TO APPELLANT'S OPENING BRIEF** |


# TABLE OF CONTENTS

| Tab No. | Volume I | Begin Bates | End Bates | Designation No. |
|---|---|---|---|---|
| 1. | Proof of Claim No. 11242, Replacing Claim No. 9291, Filed by EffectNet, Inc. | 1 | 22 | 3 |
| 2. | Proof of Claim No. 11173, Replacing Claim No. 9293, Filed by EffectNet, Inc. | 23 | 44 | 4 |
| 3. | Debtors' Objection to All Proofs of Claim Filed by EffectNet, Inc. Which Is Now Merged Into Parus Holdings, Inc., Including, But Not Limited To, Claim Numbers 9291, 11242, 9293 and 11173 | 45 | 51 | 5 |
| 4. | Response and Opposition of Parus Holdings, Inc. to Debtors' Objection To Proofs of Claim Filed By Effectnet, Inc. | 52 | 106 | 6 |
| 5. | Debtors' First Amended Objection to All Proofs of Claim Filed by EffectNet, Inc. Which is Now Merged Into Parus Holdings, Inc., Including, But Not Limited to Claim Numbers 9291, 9293, 11173 and 11242 | 107 | 114 | 12 |
| 6. | Response and Opposition of Parus Holdings, Inc. to Debtors' First Amended Objection to all Proofs of Claim Filed by Effectnet, Inc | 115 | 120 | 16 |
| 7. | Parus Holdings, Inc.'s Motion to Compel Production of Responsive Documents, Motion to Extend Time for Discovery Deadlines | 121 | 156 | 17 |
| 8. | Declaration of Steven A. Wood in Support of Parus Holdings, Inc.'s Motion to Compel Production of Responsive Documents, Motion to Extend Time for Discovery Deadlines | 157 | 538 | 18 |
| 9. | Declaration Exhibits AA-FF to Declaration of Steven A. Wood | 539 | 558 | 19 |

| Tab No. | Volume II | Begin Bates | End Bates | Designation No. |
|---|---|---|---|---|
| 10. | Statement /Amended Exhibits To Declaration Of Stephen A. Wood In Support Of Parus Holdings, Inc.'s Motion to Compel Production of Responsive Documents | 559 | 937 | 20 |
| 11. | Debtors' Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC | 938 | 1026 | 21 |
| 12. | Memorandum of Law in Support of Debtors' Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC | 1027 | 1042 | 22 |
| 13. | Debtors' Response and Opposition to Parus Holdings, Inc.'s Motion to Compel Production of Responsive Documents and to Extend Discovery Deadlines | 1043 | 1095 | 23 |
| 14. | Reply of Claimant, Parus Holdings, Inc., in Further Support of Its Motion to Compel Production of Responsive Documents and to Extend Discovery Deadlines | 1096 | 1108 | 24 |
| 15. | Debtors' Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC | 1109 | 1213 | 27 |
| 16. | Memorandum of Law in Support of Debtors' Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC | 1214 | 1232 | 28 |
| 17. | Parus Holdings, Inc.'s Response to Motion and Opposition to Debtors' Motion for Summary Judgment | 1233 | 1288 | 29 |
| 18. | Parus Holdings, Inc.'s Statement in Response and Opposition to Debtors' Statement of Undisputed Material Facts | 1289 | 1309 | 30 |

| Tab No. | Volume III | Begin Bates | End Bates | Designation No. |
|---|---|---|---|---|
| 19. | Declaration of Robert S. Friedman in Support of Parus Holdings, Inc.'s Response and Opposition to Reorganized Debtors' Motion for Summary Judgment | 1310 | 2285 | 31 |

| Tab No. | Volume IV | Begin Bates | End Bates | Designation No. |
|---|---|---|---|---|
| 20. | Affidavit of Robert C. McConnell in Support of Parus Holdings, Inc's Response and Opposition to Debtors' Motion for Summary Judgment | 2286 | 2296 | 32 |
| 21. | Affidavit of Taj Reneau in Support of Parus Holdings, Inc.'s Response and Opposition to Debtors' Motion for Summary Judgment | 2297 | 2680 | 33 |
| 22. | Reply Memorandum in Support of Debtors' Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC | 2681 | 2810 | 35 |
| 23. | Debtors' Motion to Strike Portions of Affidavits Submitted in Support of Claimant Parus Holdings, Inc.'s Response and Opposition to WorldCom's Motion for Summary Judgment | 2811 | 2816 | 36 |
| 24. | Debtors' Reply to Parus Holdings, Inc.'s Statement in Response and Opposition to Debtors' Statement of Undisputed Material Facts | 2817 | 2824 | 37 |
| 25. | Notice of Unconventional Filing: Transcript of Hearing on September 13, 2005 on Parus Holdings, Inc.'s Motion to Compel (Transcript attached as Exhibit E) | 2825 | 2825 | 39 |
| 26. | Parus Holdings, Inc.'s Response and Opposition to Debtors' Motion to Strike Portions of Affidavits Submitted in Support of Claimant Parus Holdings, Inc.'s Response and Opposition to WorldCom's Motion for Summary Judgment | 2826 | 2836 | 40 |
| 27. | Intentionally Omitted | 2837 | 2847 | N/A |
| 28. | Transcript of Hearing held on August 9, 2005, Re: Motion by Parus Holdings, Inc.'s Motion to Compel Production of Documents and to Extend Discovery Deadlines | 2848 | 2885 | 42 |

| Tab No. | Volume IV | Begin Bates | End Bates | Designation No. |
|---|---|---|---|---|
| 29. | Notice of Unconventional Filing: Transcript of Hearing held on November 1, 2005, on Parus Holdings, Inc.'s Motion to Compel Production of Documents and to Extend Discovery Deadlines (Transcript attached as Exhibit F) | 2886 | 2886 | 43 |
| 30. | Motion of Parus Holdings, Inc.'s for Relief Regarding the Debtors' Spoliation of Evidence | 2887 | 2894 | 57 |

| Tab No. | Volume V | Begin Bates | End Bates | Designation No. |
|---|---|---|---|---|
| 31. | Memorandum of Law in Support of Parus Holdings, Inc.'s Motion for Relief Regarding the Debtors' Spoliation of Evidence | 2895 | 3366 | 58 |
| 32. | Opinion signed on 5/2/2007 Partially Granting and Partially Denying Debtors' Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC | 3367 | 3401 | 69 |
| 33. | Amended Motion of Parus Holdings, Inc. for Relief Resulting from the Debtors' Spoliation of Evidence | 3402 | 3409 | 74 |

| Tab No. | Volume VI | Begin Bates | End Bates | Designation No. |
|---|---|---|---|---|
| 34. | Memorandum of Law in Support of Parus Holdings, Inc.'s Amended Motion for Relief Resulting from the Debtors' Spoliation of Evidence | 3410 | 4079 | 75 |

| Tab No. | Volume VII | Begin Bates | End Bates | Designation No. |
|---|---|---|---|---|
| 35. | Opposition to Parus Holdings, Inc.'s Amended Motion Seeking Spoliation Sanctions | 4080 | 4278 | 76 |
| 36. | Debtors' Motion for an Order Permitting Partial Withdrawal of Claim Objection, Allowance of Resulting Claim, and Reservation of Right to Re-File Claim Objection | 4279 | 4285 | 77 |
| 37. | Transcript of Hearing Held on 7/10/07 at 10:12 a.m. Re: Status Conference; Amended Motion of Parus Holdings, Inc. for Relief Resulting from the Debtors' Spoliation of Evidence. Opposition Filed | 4286 | 4297 | 79 |

| Tab No. | Volume VII | Begin Bates | End Bates | Designation No. |
|---|---|---|---|---|
| 38. | Amended Motion to Allow Partial Withdrawal of Claim Objection to Parus Holdings, Inc.'s Proof of Claim No. 11173 (Replacing 9293), Allowing Resulting Claim, and Denying all Other Pending Motions As Moot | 4298 | 4304 | 80 |
| 39. | Parus Holdings, Inc.'s Limited Objection to Debtors' Amended Motion for an Order Permitting Partial Withdrawal of Claim Objection to Parus Holdings, Inc.'s Proof of Claim No. 11173 (Replacing 9293), Allowing Resulting Claim, and Denying All Other Pending Motions as Moot | 4305 | 4324 | 81 |
| 40. | Debtors' Reply Memorandum in Support of Amended Motion for an Order Permitting Partial Withdrawal of Claim Objection to PARUS HOLDINGS, INC.'S Proof of Claim No. 11173 | 4325 | 4336 | 82 |
| 41. | Order signed on 10/3/2007 partially granting and partially denying debtors' motion for summary judgment and motion to strike portions of affidavits concerning claim 11242 (replacing 9291) against MCI WorldCom Communications, Inc. and claim 11173 (replacing 9293) against Intermedia Communications, Inc. | 4337 | 4338 | 83 |
| 42. | Order signed on 10/3/2007 granting debtors' amended motion for partial withdrawal of claim objection and allowance of resulting claim | 4339 | 4340 | 84 |
| 43. | Notice of Appeal | 4341 | 4345 | N/A |
| 44. | Transcript of Hearing held on January 17, 2006, Re: WorldCom's Motion for Summary Judgment Against Parus Holdings, Inc., Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC & Debtors' Motion to Strike Portions of Affidavits Submitted in Support of Claimant Parus Holdings, Inc.'s Response and Opposition to WorldCom's Motion for Summary Judgment | 4346 | 4394 | 41 |
| 45. | Transcript of Hearing held on July 11, 2006 at 10:00 AM, Re: Pre-Motion Discovery Conference Re Claims Of Parus Holdings, Inc. | 4395 | 4420 | 47 |

Dated: January 4, 2008                             FOLEY & LARDNER LLP


By: /s/ Jill L. Murch
    Robert A. Scher (RS 2910)
    90 Park Avenue
    New York, NY 10016
    Phone: (212) 682-7474

    -and-

    FOLEY & LARDNER LLP

    Mark L. Prager
    Steve Z. Szczepanski
    David B. Goroff
    Mary Jo Boldingh
    Jill L. Murch (4535712)
    321 N. Clark Street, Suite 2800
    Chicago, IL 60610
    Phone: (312) 832-4500

    Attorneys for Claimant Parus Holdings, Inc.
    Successor-By-Merger to EffectNet, Inc. and
    EffectNet, LLC