**STINSON**

**MORRISON**

**HECKER** LLP

Robert L. Driscoll
(816) 691-3102
bdriscoll@stinsonmoheck.com
www.stinsonmoheck.com

1201 Walnut, Suite 2900
Kansas City, MO 64106-2150

*Tel* (816) 842-8600
*Fax* (816) 691-3495

August 12, 2005

**VIA FEDERAL EXPRESS**

Mr. Steven Wood
Kelley Drye & Warren LLP
333 West Wacker Drive, Suite 2600
Chicago, Illinois  60606

      Re:     In re Worldcom, Inc. -- Claim of Parus Holdings, Inc.

Dear Steve:

      As discussed at the conclusion of the hearing held on Tuesday, August 9, I am enclosing a list of the boxes of Intermedia Communications, Inc. ("Intermedia") documents that have been shipped to Kansas City and currently are being reviewed. Also enclosed are copies of the five indexes, which were previously provided to you by email, with the boxes selected for review highlighted. The highlighted indexes provide the same information as the list. (The index for the boxes in the Mississippi Filings Systems depository is not highlighted because it does not appear that there are any responsive documents in that depository.)

      As you will see in reviewing the highlighted indexes, a sampling of boxes was selected for review in a few instances even though the boxes appeared to contain non-responsive documents. For example, there are approximately 12 boxes of documents in the Tampa depository described as "CS & SO Stop Bill Migration." We have selected five of these boxes for review to determine whether the boxes described in that manner may contain responsive documents. If so, we will retrieve the remaining approximately seven boxes with this same description for review.

      Also, as you may have gathered from my responses to the Court on August 9 regarding future scheduling, I will be out of the office the next couple of weeks. In my absence, please call my partner, Allison Murdock, if you have any questions regarding the boxes selected for review or if you identify any additional boxes that you believe should be reviewed. Allison's direct dial is (816) 691-3138. Concerning

KANSAS CITY
OVERLAND PARK
WICHITA
WASHINGTON, D.C.
PHOENIX
ST. LOUIS
OMAHA
JEFFERSON CITY

DB02/048629.0094/6769393.1

**EXHIBIT**

2

Mr. Steven Wood
August 12, 2005
Page 2

the related point of electronically stored documents, Allison will contact you soon to discuss review and production of those documents.

Very truly yours,

STINSON MORRISON HECKER LLP

Robert L. Driscoll

Enclosures

cc:    Allison M. Murdock

A 02121

## Parus Holdings, Inc.'s Claims
## Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept | Box Record | Description |
|---|---|---|---|---|---|---|
| CP661 | Denver | 298408973 | 298408973 | | | WorldCom Unified Messaging Project Plans |
| CWWLD | Denver | 128790428 | | | | Alfred Binford, file: 50-0084 |
| CWWLD | Denver | 187965984 | | | | Alfred Binford, file: 50-0084 |
| CWWLD | Denver | 167394560 | | | | Alfred Binford, file: 50-0084 |
| CWWLD | Denver | 216725800 | | | | Richard Buyens, files: 50-8015 |
| CWWLD | Denver | 167394564 | | | | Richard Buyens, files: 50-8015 |
| CWWLD | Denver | 216725800 | | | | Richard Buyens, files: 50-8015 |
| CWWLD | Denver | 258791684 | | | | Kathleen Victory, file: 86-6141 |
| CWWLD | Denver | 258791684 | | | | Kathleen Victory, file: 86-6141 |
| CWWLD | Denver | 167394539 | | | | Kathleen Victory, file: 86-6141 |
| CWWLD | Denver | 216725712 | | | | Richard Black, file: 50-1918 |
| CWWLD | Denver | 216725712 | | | | Richard Black, file: 38-7983 |
| CWWLD | Denver | 216725800 | | | | Richard Black |
| CWWLD | Denver | 258791684 | | | | Richard Black, file: 56-0806 |
| CWWLD | Denver | 167394506 | | | | Richard Black |
| CWWLD | Denver | 368064274 | | | | Richard Black, filed: 60-5408 |
| CWWLD | Denver | 367795662 | | | | James Renfro, file: 98-4808 |
| CWWLD | Denver | 167394664 | | | | Len Jasczak, file: 52-8781 |
| CWWLD | Denver | 216725800 | | | | Len Jasczak, file: 52-8781 |
| CWWLD | Denver | 167394580 | | | | Richard Black |
| CWWLD | Denver | 306445276 | | | | Jack Kerrington, file: 27-6262 |
| CWWLD | Tampa | 6288 Only | 121466916 | | | MBA |
| T094D | Tampa | 18CR | 165034480 | | File Room | |
| T094D | Tampa | 6391-6403 | 121466928 | | | MBA |
| T094D | Tampa | 6379-6390 | 121466927 | | | MBA |
| T094D | Tampa | 6371-6379 | 121466926 | | | MBA |
| T094D | Tampa | 6352-6370 | 121466925 | | | MBA |
| T094D | Tampa | 6341-6351 | 121466924 | | | MBA |
| T094D | Tampa | 226516617 | 226516617 | | | Intermedia-Tampa FL - CS&SO Stop Bill Migration |
| T094D | Tampa | 226516616 | 226516616 | | | Intermedia-Tampa FL - CS&SO Stop Bill Migration |
| T094D | Tampa | 226516615 | 226516615 | | | Intermedia-Tampa FL - CS&SO Stop Bill Migration |
| T094D | Tampa | 226516614 | 226516614 | | | Intermedia-Tampa FL - CS&SO Stop Bill Migration |
| T094D | Tampa | 226516613 | 226516613 | | | Intermedia-Tampa FL - CS&SO Stop Bill Migration |

A 02122

## Parus Holdings, Inc.'s Claims
## Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept. | Box Record | Description |
|---|---|---|---|---|---|---|
| T094D | Tampa | 226516612 | 226516612 | | | Intermedia-Tampa FL - CS&SO Stop Bill Migration |
| T094D | Tampa | 224664998 | 224664998 | | | Intermedia-Tampa FL - CS&SO Disconnect Files A-Z |
| T094D | Tampa | 224664997 | 224664997 | | | Intermedia-Tampa FL - CS&SO Disconnect Files A-M |
| T094D | Tampa | 224664962 | 224664962 | | E | Intermedia-Tampa FL - CS and SO LNP Files- |
| T094D | Tampa | 224664961 | 224664961 | | E | Intermedia-Tampa FL - CS and SO LNP Files- |
| T094D | Tampa | 224664960 | 224664960 | | E | Intermedia-Tampa FL - CS and SO LNP Files- |
| T094D | Tampa | 224664959 | 224664959 | | E | Intermedia-Tampa FL - CS and SO LNP Files- |
| T094D | Tampa | 224664958 | 224664958 | | E | Intermedia-Tampa FL - CS and SO LNP Files- |
| T094D | Tampa | 224664927 | 224664927 | | E | Intermedia-Tampa FL - CS&SO LNP Files Out |
| T094D | Tampa | 224664926 | 224664926 | | E | Intermedia-Tampa FL - CS&SO LNP Files Out |
| T094D | Tampa | 224664912 | 224664912 | | | |
| T094D | Tampa | 224664908 | 224664908 | | | |
| T094D | Tampa | 224664907 | 224664907 | | | |
| T094D | Tampa | 224664905 | 224664905 | | | |
| T094D | Tampa | 224664904 | 224664904 | | | |
| T094D | Tampa | 224664903 | 224664903 | | | |
| T094D | Tampa | 224664901 | 224664901 | | | |
| T094D | Tampa | 224664900 | 224664900 | | | |
| T094D | Tampa | 224664899 | 224664899 | | | |
| T094D | Tampa | 224664898 | 224664898 | | | |
| T094D | Tampa | 224664897 | 224664897 | | | |
| T094D | Tampa | 224664896 | 224664896 | | | |
| T094D | Tampa | 224664895 | 224664895 | | | |
| T094D | Tampa | 224664894 | 224664894 | | | |
| T094D | Tampa | 224664893 | 224664893 | | | |
| T094D | Tampa | 224664892 | 224664892 | | | |

A 02123

Parus Holdings, Inc.'s Claims
Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept. | Box Record | Description |
|---|---|---|---|---|---|---|
| T094D | Tampa | 224664891 | 224664891 | | | |
| T094D | Tampa | 224664890 | 224664890 | | | |
| T094D | Tampa | 224664889 | 224664889 | | | |
| T094D | Tampa | 224664886 | 224664886 | | | |
| T094D | Tampa | 224664885 | 224664885 | | | |
| T094D | Tampa | 224664884 | 224664884 | | | |
| T094D | Tampa | 224664883 | 224664883 | | | |
| T094D | Tampa | 224664882 | 224664882 | | | |
| T094D | Tampa | 224664881 | 224664881 | | | |
| T094D | Tampa | 224664880 | 224664880 | | | |
| T094D | Tampa | 224664879 | 224664879 | | | |
| T094D | Tampa | 224664878 | 224664878 | | | |
| T094D | Tampa | 224664877 | 224664877 | | | |
| T094D | Tampa | 224664876 | 224664876 | | | |
| T094D | Tampa | 224664875 | 224664875 | | | |
| T094D | Tampa | 224664874 | 224664874 | | | |
| T094D | Tampa | 224664873 | 224664873 | | | |
| T094D | Tampa | 224664872 | 224664872 | | | No Transmittal Received |
| T094D | Tampa | 224664871 | 224664871 | | | No Transmittal Received |
| T094D | Tampa | 224664870 | 224664870 | | | |
| T094D | Tampa | 224664869 | 224664869 | | | |
| T094D | Tampa | 224664868 | 224664868 | | | |
| T094D | Tampa | 224664867 | 224664867 | | | |
| T094D | Tampa | 224664866 | 224664866 | | | |
| T094D | Tampa | 224664865 | 224664865 | | | |
| T094D | Tampa | 224664864 | 224664864 | | | |
| T094D | Tampa | 224664863 | 224664863 | | | |
| T094D | Tampa | 224664862 | 224664862 | | | |
| T094D | Tampa | 224664861 | 224664861 | | | |
| T094D | Tampa | 224664860 | 224664860 | | | |
| T094D | Tampa | 224664859 | 224664859 | | | |
| T094D | Tampa | 224664858 | 224664858 | | | |
| T094D | Tampa | 224664857 | 224664857 | | | |
| T094D | Tampa | 224664856 | 224664856 | | | |
| T094D | Tampa | 224664855 | 224664855 | | | |
| T094D | Tampa | 224664854 | 224664854 | | | |

A 02124

Parus Holdings, Inc's Claims
Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept | Box Record | Description |
|---|---|---|---|---|---|---|
| T094D | Tampa | 224664853 | 224664853 | | | |
| T094D | Tampa | 224664852 | 224664852 | | | |
| T094D | Tampa | 224664851 | 224664851 | | | |
| T094D | Tampa | 224664850 | 224664850 | | | |
| T094D | Tampa | 224664849 | 224664849 | | | |
| T094D | Tampa | 224664848 | 224664848 | | | |
| T094D | Tampa | 224664847 | 224664847 | | | |
| T094D | Tampa | 224664846 | 224664846 | | | |
| T094D | Tampa | 224664845 | 224664845 | | | |
| T094D | Tampa | 224664844 | 224664844 | | | |
| T094D | Tampa | 224664843 | 224664843 | | | |
| T094D | Tampa | 224664842 | 224664842 | | | |
| T094D | Tampa | 224664841 | 224664841 | | | |
| T094D | Tampa | 224664840 | 224664840 | | | |
| T094D | Tampa | 224664839 | 224664839 | | | |
| T094D | Tampa | 224664838 | 224664838 | | | |
| T094D | Tampa | 224664837 | 224664837 | | | |
| T094D | Tampa | 224664832 | 224664832 | | | |
| T094D | Tampa | 224664831 | 224664831 | | | |
| T094D | Tampa | 224664829 | 224664829 | | | |
| T094D | Tampa | 224664828 | 224664828 | | | |
| T094D | Tampa | 224664827 | 224664827 | | | |
| T094D | Tampa | 224664826 | 224664826 | | | |
| T094D | Tampa | 224664824 | 224664824 | | | |
| T094D | Tampa | 224664823 | 224664823 | | | |
| T094D | Tampa | 224664822 | 224664822 | | | |
| T094D | Tampa | 224664821 | 224664821 | | | |
| T094D | Tampa | 224664820 | 224664820 | | | |
| T094D | Tampa | 224664819 | 224664819 | | | |
| T094D | Tampa | 224664818 | 224664818 | | | |
| T094D | Tampa | 224664817 | 224664817 | | | |
| T094D | Tampa | 224664816 | 224664816 | | | |
| T094D | Tampa | 224664815 | 224664815 | | | |
| T094D | Tampa | 224664814 | 224664814 | | | |
| T094D | Tampa | 224664813 | 224664813 | | | |
| T094D | Tampa | 224664812 | 224664812 | | | |

A 02125

Parus Holdings, Inc.'s Claims
Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept. | Box Record | Description |
|---|---|---|---|---|---|---|
| T094D | Tampa | 22464811 | 22464811 | | | |
| T094D | Tampa | 22464810 | 22464810 | | | |
| T094D | Tampa | 22464809 | 22464809 | | | |
| T094D | Tampa | 22464808 | 22464808 | | | |
| T094D | Tampa | 22464807 | 22464807 | | | |
| T094D | Tampa | 22464806 | 22464806 | | | |
| T094D | Tampa | 22464805 | 22464805 | | | |
| T094D | Tampa | 22464804 | 22464804 | | | |
| T094D | Tampa | 22464800 | 22464800 | | | |
| T094D | Tampa | 22464799 | 22464799 | | | |
| T094D | Tampa | 22464798 | 22464798 | | | |
| T094D | Tampa | 22464797 | 22464797 | | | |
| T094D | Tampa | 22464796 | 22464796 | | | |
| T094D | Tampa | 22464793 | 22464793 | | | |
| T094D | Tampa | 22464791 | 22464791 | | | |
| T094D | Tampa | 22464790 | 22464790 | | | |
| T094D | Tampa | 22464789 | 22464789 | | | |
| T094D | Tampa | 22464788 | 22464788 | | | |
| T094D | Tampa | 22464786 | 22464786 | | | |
| T094D | Tampa | 22464785 | 22464785 | | | |
| T094D | Tampa | 22464784 | 22464784 | | | |
| T094D | Tampa | 22464783 | 22464783 | | | |
| T094D | Tampa | 22464782 | 22464782 | | | |
| T094D | Tampa | 22464781 | 22464781 | | | |
| T094D | Tampa | 22464780 | 22464780 | | | |
| T094D | Tampa | 22464779 | 22464779 | | | |
| T094D | Tampa | 22464778 | 22464778 | | | |
| T094D | Tampa | 22464777 | 22464777 | | | |
| T094D | Tampa | 22464776 | 22464776 | | | |
| T094D | Tampa | 22464775 | 22464775 | | | |
| T094D | Tampa | 22464772 | 22464772 | | | |
| T094D | Tampa | 22464771 | 22464771 | | | |
| T094D | Tampa | 22464770 | 22464770 | | | |
| T094D | Tampa | 22464769 | 22464769 | | | |
| T094D | Tampa | 22464768 | 22464768 | | | |
| T094D | Tampa | 22464767 | 22464767 | | | |

A 02126

Parus Holdings, Inc.'s Claims
Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept. | Box Record | Description |
|---|---|---|---|---|---|---|
| T094D | Tampa | 224664766 | 224664766 | | | |
| T094D | Tampa | 224664765 | 224664765 | | | |
| T094D | Tampa | 224664742 | 224664742 | | | |
| T094D | Tampa | 224664741 | 224664741 | | | |
| T094D | Tampa | 224664740 | 224664740 | | | |
| T094D | Tampa | 224664739 | 224664739 | | | |
| T094D | Tampa | 224664734 | 224664734 | | | |
| T094D | Tampa | 224664715 | 224664715 | | | Intermedia-Tampa FL/Customer Service & Support Disconnect |
| T094D | Tampa | 187572540 | 187572540 | | | Paid Invoices H-Z - Dothan-AL |
| T094D | Tampa | 187572539 | 187572539 | | | Paid Invoices A-G - Dothan-AL |
| T094D | Tampa | 177204264 | 177204264 | | | Bev's file Cabinet |
| T094D | Tampa | 177204263 | 177204263 | | | Bev's file Cabinet |
| T094D | Tampa | 177204262 | 177204262 | | | Bev's file Cabinet |
| T094D | Tampa | 177199708 | 177199708 | | | Vendor Mgt - Contract Documentation |
| T094D | Tampa | 177199707 | 177199707 | | | Vendor Mgt - Contract Documentation |
| T094D | Tampa | 177199706 | 177199706 | | | Vendor Mgt - Contract Documentation |
| T094D | Tampa | 177199704 | 177199704 | | | Vendor Mgt - Contract Documentation |
| T094D | Tampa | 177199703 | 177199703 | | | Vendor Mgt - Contract Documentation |
| T094D | Tampa | 177199702 | 177199702 | | | Vendor Management - Contract Backup Documentation |
| T094D | Tampa | 168157699 | 168157699 | | | Payroll Local 164 2000 Wk Rpts and Monthly |
| T094D | Tampa | 165274660 | 165274660 | | | Benefit Request |
| T094D | Tampa | 165274659 | 165274659 | | | IBI CR |
| T094D | Tampa | 165030232 | 165030232 | | | IBI CR |
| T094D | Tampa | 165012792 | 165012792 | | | See Attached Record |
| T094D | Tampa | 165012791 | 165012791 | | | See Attached Record |
| T094D | Tampa | 165012790 | 165012790 | | | See Attached Record |
| T094D | Tampa | 165012789 | 165012789 | | | See Attached Record |
| T094D | Tampa | 165012788 | 165012788 | | | See Attached Record |
| T094D | Tampa | 165012787 | 165012787 | | | See Attached Record |
| T094D | Tampa | 165012786 | 165012786 | | | See Attached Record |
| T094D | Tampa | 165012785 | 165012785 | | | See Attached Record |
| T094D | Tampa | 165012783 | 165012783 | | | See Attached Record |
| T094D | Tampa | 165012782 | 165012782 | | | See Attached Record |

A 02127

Parus Holdings, Inc.'s Claims
Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept. | Box Record | Description |
|---|---|---|---|---|---|---|
| T094D | Tampa | 165012781 | 165012781 | | | See Attached Record |
| T094D | Tampa | 165012780 | 165012780 | | | See Attached Record |
| T094D | Tampa | 165012779 | 165012779 | | | See Attached Record |
| T094D | Tampa | 165012778 | 165012778 | | | See Attached Record |
| T094D | Tampa | 165012777 | 165012777 | | | See Attached Record |
| T094D | Tampa | 165012776 | 165012776 | | | See Attached Record |
| T094D | Tampa | 165012775 | 165012775 | | | See Attached Record |
| T094D | Tampa | 165012774 | 165012774 | | | See Attached Record |
| T094D | Tampa | 165012773 | 165012773 | | | See Attached Record |
| T094D | Tampa | 165012772 | 165012772 | | | See Attached Record |
| T094D | Tampa | 165012771 | 165012771 | | | See Attached Record |
| T094D | Tampa | 165012770 | 165012770 | | | See Attached Record |
| T094D | Tampa | 165012769 | 165012769 | | | See Attached Record |
| T094D | Tampa | 165012768 | 165012768 | | | See Attached Record |
| T094D | Tampa | 165012767 | 165012767 | | | See Attached Record |
| T094D | Tampa | 165012766 | 165012766 | | | See Attached Record |
| T094D | Tampa | 165012765 | 165012765 | | | See Attached Record |
| T094D | Tampa | 165012764 | 165012764 | | | See Attached Record |
| T094D | Tampa | 165012763 | 165012763 | | | See Attached Record |
| T094D | Tampa | 165012762 | 165012762 | | | See Attached Record |
| T094D | Tampa | 165012761 | 165012761 | | | See Attached Record |
| T094D | Tampa | 121695308 | 121695308 | | | Payroll ICX Term EE files 2001 |
| T094D | Tampa | 121695307 | 121695307 | | | Payroll ICX Term EE files 2001 |
| T094D | Tampa | 121695306 | 121695306 | | | Payroll ICX Term EE files 2001 |
| T094D | Tampa | 121846859 | 121846859 | | | 6122-6126 |
| T094D | Tampa | 121846858 | 121846858 | | | 6108-6120 |
| T094D | Tampa | 121846857 | 121846857 | | | 6103-6107 |
| T094D | Tampa | 121846856 | 121846856 | | | 6084-6102 |
| T094D | Tampa | 121846855 | 121846855 | | | 6082-6084 |
| T094D | Tampa | 121846854 | 121846854 | | | 6068-6078 |
| T094D | Tampa | 121486853 | 121486853 | | | 6060-6066 |
| T094D | Tampa | 121486852 | 121486852 | | | 6054-6059 |
| T094D | Tampa | 121486851 | 121486851 | | | 6045-6052 |
| T094D | Tampa | 121486850 | 121486850 | | | 6039-6044 |
| T094D | Tampa | 121486849 | 121486849 | | | 6036-6039 |
| T094D | Tampa | 121486848 | 121486848 | | | 6021-6036 |

A 02128

Parus Holdings, Inc.'s Claims
Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept | Box Record ID | Description |
|---|---|---|---|---|---|---|
| T094D | Tampa | 121486847 | 121486847 | | | 6014-6020 |
| T094D | Tampa | 121486846 | 121486846 | | | 6014-6018 |
| T094D | Tampa | 121486845 | 121486845 | | | 6008-6012 |
| T094D | Tampa | 121486803 | 121486803 | | | 6000-6006 |
| T094D | Tampa | 121486802 | 121486802 | | | 5979-6000 |
| T094D | Tampa | 121486801 | 121486801 | | | 5973-5978 |
| T094D | Tampa | 121486800 | 121486800 | | | 5969-5972 |
| T094D | Tampa | 121481657 | 121481657 | | | Jan-Mar 2000 Kruse Reports |
| T094D | Tampa | 228407 | DST314165 | | | 0000228407 Audit Folders #231-285 |
| T094D | Tampa | 228406 | DST314164 | | | 0000228406 Audit Folders #286-390 |
| T094D | Tampa | 228405 | DST314163 | | | 0000228405 Audit Folders #411-520 |
| T094D | Tampa | 228404 | DST314162 | | | 0000228404 Audit Folders #2154-2225 |
| T094D | Tampa | 228348 | DST314106 | | | 0000228348 Intermedia Year 2000 Readiness & System/APP |
| T094D | Tampa | 200985 | 125672974 | | | C/R |
| T094D | Tampa | 200984 | 125672973 | | | CR Research TR Rep G/L W/S |
| T094D | Tampa | 200983 | 125672984 | | | CR |
| T094D | Tampa | 200982 | 125672979 | | | CR |
| T094D | Tampa | 200981 | 125672972 | | | CR |
| T094D | Tampa | 200980 | 125672969 | | | CR |
| T094D | Tampa | 200868 | DST313415 | | | 0000200868 IBI |
| T094D | Tampa | 200868 | DST313416 | | | 0000200869 IBI |
| T094D | Tampa | 200867 | DST313414 | | | 0000200867 IBI |
| T094D | Tampa | 200866 | DST313413 | | | 0000200866 IBI |
| T094D | Tampa | 200866 | DST313412 | | | 0000200865 IBI |
| T094D | Tampa | 196536 | DST306078 | | | 0000196536 IBI |
| T094D | Tampa | 196535 | DST306077 | | | 0000196535 IBI |
| T094D | Tampa | 196534 | DST306076 | | | 0000196534 IBI |
| T094D | Tampa | 181990 | 126606636 | | | INT-Research 99/00 I-Z |
| T094D | Tampa | 169070 | DST301252 | | | 0000169070 Litigation File |
| T094D | Tampa | 169067 | DST301250 | | | 0000169067 Litigation File Cybergate |
| T094D | Tampa | 169066 | DST301249 | | | 0000169066 Litigation File |
| T094D | Tampa | 169065 | DST301248 | | | 0000169065 Litigation File |
| T094D | Tampa | 169064 | DST301247 | | | 0000169064 Litigation File |
| T094D | Tampa | 168507 | DST301237 | | | 0000168507 Phone One Files 94-96 |
| T094D | Tampa | 168507 | DST301237 | | | 0000168507 Phone One Files 94-96 |

A 02129

## Parus Holdings, Inc.'s Claims
## Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept. | Box Record | Description |
|---|---|---|---|---|---|---|
| T094D | Tampa | 166140 | DST273550 | | | 0000166140 Jim Geiger - #Name ? |
| T094D | Tampa | 166139 | DST273549 | | | 0000166139 Jim Geiger - #Name ? |
| T094D | Tampa | 166138 | DST273548 | | | 0000166138 Jim Geiger - #Name ? |
| T094D | Tampa | 150354 | DST262583 | | | 0000150354 Commission Statements Sales Persons |
| T094D | Tampa | 150350 | DST262579 | | | 0000150350 Commission Statements - Sales Persons |
| T094D | Tampa | 142604 | DST301230 | | | 0000142604 Intermedia Annual Reports |
| T094D | Tampa | 142602 | DST301228 | | | 0000142602 Miscellaneous Customer Files |
| T094D | Tampa | 134131 | DST264505 | | | 0000134131 Management Reports |
| T094D | Tampa | 109633 | DST260721 | | | 0000109633 A/P Vendor Files |
| T094D | Tampa | 106847 | DST260557 | | | 0000106847 LDDS Project |
| T094D | Tampa | 106846 | DST260556 | | | 0000106846 LDDS Project |
| T094D | Tampa | 106845 | DST260555 | | | 0000106845 LDDS Project |
| T094D | Tampa | 106844 | DST260554 | | | 0000106844 LDDS Project |
| T094D | Tampa | 106756 | DST260478 | | | 0000106756 A/P Vendor Files |
| T094D | Tampa | 106755 | DST260477 | | | 0000106755 A/P Vendor Files |
| T094D | Tampa | 106754 | DST260476 | | | 0000106754 A/P Vendor Files |
| T094D | Tampa | 96590 | DST247651 | | | 0000096590 Billing Reports/Tax Recap Phone One |
| T094D | Tampa | 87831 | DST260871 | | | 0000087831 Audit |
| T094D | Tampa | 84658 | DST227801 | | | 0000084658 Phone One Case Postings |
| T094D | Tampa | 84629 | DST227772 | | | 0000084629 Orlando Records - #Name ? |
| T094D | Tampa | 84628 | DST227771 | | | 0000084628 Orlando Records - #Name ? |
| T094D | Tampa | 82839 | DST227435 | | | 0000082839 Phone One Accounts |
| T094D | Tampa | 82833 | DST227429 | | | 0000082833 Phone One Comm. Reports |
| T094D | Tampa | 82832 | DST227428 | | | 0000082832 Phone One Comm. Reports |
| T094D | Tampa | 82815 | DST227411 | | | 0000082815 Indiana Bell - Indiana Town-Tel- Lakedel Tel |
| T094D | Tampa | 82728 | DST227325 | | | 0000082728 Legal Accounts |
| T094D | Tampa | 82656 | DST227254 | | | 0000082656 Closed Files |
| T094D | Tampa | 82273 | DST227214 | | | 82273 |
| T094D | Tampa | 82266 | DST227207 | | | 82266 |
| T094D | Tampa | 82265 | DST227206 | | | 82265 |
| T094D | Tampa | 82264 | DST227205 | | | 82264 |

A 02130

## Parus Holdings, Inc.'s Claims
## Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept | Box Record | Description |
|---|---|---|---|---|---|---|
| T094D | Tampa | | | | 82263 | |
| T094D | Tampa | 82263 | DST227204 | | | Reports |
| T094D | Tampa | 82228 | DST227169 | | | Reports |
| T094D | Tampa | 82223 | DST227164 | | | 0000082222 Phone One Miscellaneous |
| T094D | Tampa | 82222 | DST227163 | | | Phone One Billing Reports Tax Recap |
| T094D | Tampa | 76173 | DST230608 | | | 0000076173 Admin. Files |
| T094D | Tampa | 76172 | DST230607 | | | 0000076172 Admin. Files |
| T094D | Tampa | 51448 | DST226883 | | | 0000051448 Legal Closed Files |
| T094D | Tampa | 26188 | DST250936 | | | 0000026188 Purged Files |
| T094D | Tampa | 26187 | DST250935 | | | 0000026187 Purged Files |
| T094D | Tampa | 26186 | DST250934 | | | 0000026186 Purged Files |
| T094D | Tampa | 26185 | DST250933 | | | 0000026185 Purged Files |
| T094D | Tampa | 26184 | DST250932 | | | 0000026184 Purged Files |
| T094D | Tampa | 26183 | DST250931 | | | 0000026183 Purged Files |
| T094D | Tampa | 26182 | DST250930 | | | 0000026182 Purged Files |
| T094D | Tampa | 26181 | DST250929 | | | 0000026181 Purged Files |
| T094D | Tampa | 2162 | DST170332 | | | 0000004681 Records |
| T094D | Tampa | 2161 | DST170344 | | | 0000004693 Records |
| T094D | Tampa | 2160 | DST170334 | | | 0000004683 Records |
| T094D | Tampa | 2158 | DST170337 | | | 0000004686 Records |
| T094D | Tampa | 2157 | DST170329 | | | 0000004678 Records |
| T094D | Tampa | 2156 | DST170339 | | | 0000004688 Records |
| T094D | Tampa | 2155 | DST170359 | | | 0000004708 Records |
| T094D | Tampa | 2154 | DST170328 | | | 0000004677 Records |
| T094D | Tampa | 2154 | DST070330 | | | 0000004679 Records |
| T094D | Tampa | 2153 | DST170338 | | | 0000004687 Records |
| T094D | Tampa | 2152 | DST170364 | | | 0000004703 Records |
| T094D | Tampa | 2151 | DST170353 | | | 0000004702 Records |
| T094D | Tampa | 2150 | DST170350 | | | 0000004699 Records |
| T094D | Tampa | 2149 | DST170358 | | | 0000004707 Records |
| T094D | Tampa | 2148 | DST170342 | | | 0000004691 Records |
| T094D | Tampa | 2147 | DST170341 | | | 0000004690 Records |
| T094D | Tampa | 2146 | DST170352 | | | 0000004701 Records |
| T094D | Tampa | 2145 | DST170347 | | | 0000004696 Records |
| T094D | Tampa | 2144 | DST170349 | | | 0000004698 Records |

A 02131

Parus Holdings, Inc.'s Claims
Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept. | Box Record | Description |
|---|---|---|---|---|---|---|
| T094D | Tampa | 2143 | DST170356 | | | 0000004705 Records |
| T094D | Tampa | 2142 | DST170336 | | | 0000004685 Records |
| T094D | Tampa | 2141 | DST170360 | | | 0000004709 Records |
| T094D | Tampa | 2140 | DST170345 | | | 0000004694 Records |
| T094D | Tampa | 2139 | DST170343 | | | 0000004692 Records |
| T094D | Tampa | 2139 | DST170346 | | | 0000004695 Records |
| T094D | Tampa | 2137 | DST170348 | | | 0000004697 Records |
| T094D | Tampa | 780 | DST137447 | | | X007010167 Phone One #Name ? |
| T094D | Tampa | 577 | DST301257 | | | 0000197338 Miscellaneous Corp |
| T094D | Tampa | 575 | DST301255 | | | 0000197335 Miscellaneous Corp |
| T094D | Tampa | 574 | DST301256 | | | 0000197337 Miscellaneous Corp |
| T094D | Tampa | 573 | DST234247 | | | 0000092887 Miscellaneous Corp |
| T094D | Tampa | 572 | DST234252 | | | 0000092892 Miscellaneous Corp |
| T094D | Tampa | 571 | DST234241 | | | 0000092875 Miscellaneous Corp |
| T094D | Tampa | 570 | DST234250 | | | 0000092890 Miscellaneous Corp |
| T094D | Tampa | 569 | DST234242 | | | 0000092878 Miscellaneous Corp |
| T094D | Tampa | 561 | DST234244 | | | 0000092884 Miscellaneous Corp |
| T094D | Tampa | 560 | DST234245 | | | 0000092885 Miscellaneous Corp |
| T094D | Tampa | 559 | DST234251 | | | 0000092891 Miscellaneous Corp |
| T094D | Tampa | 557 | DST137147 | | | Z010030016 Contracts Legal Dept |
| T094D | Tampa | 493 | DST242698 | | | 0000110429 CFO & Exec Admin Files |
| T094D | Tampa | 492 | DST242699 | | | 0000110430 CFO Chron Files |
| T094D | Tampa | 491 | DST242704 | | | 0000110435 Records |
| T094D | Tampa | 490 | DST242703 | | | 0000110434 Records |
| T094D | Tampa | 489 | DST242701 | | | 0000110432 Records |
| T094D | Tampa | 486 | DST242713 | | | 0000110444 Records |
| T094D | Tampa | 444 | DST176067 | | | 0000012578 Minute Books & Business Plans |
| T094D | Tampa | 369 | DST137441 | | | 0000080801024 Financial Statements |
| T094D | Tampa | 357 | DST137483 | | | X003080801015 Marketing Misc |
| T094D | Tampa | 355 | DST137482 | | | X003080801007 Misc Correspondence & Other |
| T094D | Tampa | 93 | DST137467 | | | X0051208009 Executive Correspondence |
| T094D | Tampa | 85 | DST137461 | | | X006050801075 Personal |
| T094D | Tampa | 84 | 154208060 | | | 2028557-2028767 |
| T094D | Tampa | 84 | DST137460 | | | X006050801055 Personal |

## Parus Holdings, Inc.'s Claims
### Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept | Box Record | Description |
|---|---|---|---|---|---|---|
| T094D | Tampa | 75 | DST137438 | | | X006050105 0 Board of Director Reports |
| T094D | Tampa | 12 | DST137541 | | | X007080308 7 Phone I Terminations |
| T094D | Tampa | 11 | DST137540 | | | X007080308 6 Phone I Terminations |
| T094D | Tampa | 10 | DST137539 | | | X007080308 5 Phone I Terminations |
| T094D | Tampa | 9 | DST137538 | | | X007080308 4 Phone I Terminations |
| T094D | Tampa | 8 | DST137537 | | | X007080308 3 Phone I Terminations |
| T094D | Tampa | 7 | DST137536 | | | X007080308 2 Phone I Terminations |
| T094D | Tampa | 6 | DST137535 | | | X007080308 1 Phone I Terminations |
| T094D | Tampa | 5 | DST137534 | | | X007080308 0 Phone I Terminations |
| T094D | Tampa | 4 | DST137473 | | | U005020702 2 Marketing |
| T094D | Tampa | 4 | DST137532 | | | U005020702 2 Phone I Terminations |
| T094D | Tampa | 4 | DST137472 | | | U005020702 1 Marketing |
| T094D | Tampa | 4 | DST137533 | | | U005020701 9 Marketing |
| T094D | Tampa | 3 | DST137471 | | | U005020701 8 Phone I Terminations |
| T094D | Tampa | 3 | DST137470 | | | U005020701 7 Marketing |
| T094D | Tampa | 3 | 15420 979 | | 44773-68172 | U005020701 6 Marketing |
| T094D | Tampa | 2 | DST137531 | | | X007080307 9 Phone I Terminations |
| T094D | Tampa | 2 | DST137469 | | | X007080307 8 Phone I Terminations |
| T094D | Tampa | 1 | DST137530 | | | X007080307 7 Phone I Terminations |
| T094D | Tampa | 1 | | | | X007080307 6 Phone I Terminations |
| MWLDK | Virginia | 270740450 | | 8408 | RS430 | Intermedia WP's 1999-2000 Annual Report |
| MWLDK | Virginia | 273701050 | | 9850 | RS706 | WorldCom/Intermedia Merger |
| MWLDK | Virginia | 273701086 | | 9850 | RS706 | WorldCom/Intermedia Merger |
| MWLDK | Virginia | 273701085 | | 9850 | RS706 | WorldCom/Intermedia Merger |
| MWLDK | Virginia | 273701045 | | 9850 | RS706 | WorldCom/Intermedia Merger |
| MWLDK | Virginia | 273701042 | | 9850 | RS706 | WorldCom/Intermedia Merger |
| MWLDK | Virginia | 273701046 | | 9850 | RS706 | WorldCom/Intermedia Merger |
| MWLDK | Virginia | 273701041 | | 9850 | RS706 | WorldCom/Intermedia Merger |
| MWLDK | Virginia | 273701044 | | 9850 | RS706 | WorldCom/Intermedia Merger |
| MWLDK | Virginia | 273699642 | | Tax | RS445 | Intermedia & Subs Annual Reports |
| MWLDK | Virginia | 273699643 | | Tax | RS445 | Intermedia & Subs Annual Reports |
| MWLDK | Virginia | 273696641 | | Tax | RS445 | Intermedia & Subs Annual Reports |
| MWLDK | Virginia | 273696648 | | Tax | RS445 | Intermedia & Subs Annual Reports |
| MWLDK | Virginia | 26181 | | 610 | RS741 | Intermedia & Subs Annual Reports |
| MWLDK | Virginia | Redwell | | Ashburn Corporate Library ~ D1-1-400, ref. the OSS - WorldCom/Intermedia Acquisition 2001 | | |

A 02133

Parus Holdings, Inc.'s Claims
Boxes Selected for Review

| Customer ID | Location | Customer Box # | SKP Box # | Box Dept. | Box Record | Description |
|---|---|---|---|---|---|---|
| | Virginia | Redwell II | | | | Intermedia Financial Statement |
| | Virginia | Redwell 15 | | | | Intermedia/Digex Balance Sheet Analysis Jan.- |
| | Virginia | Redwell 11 | | | | June 2001 |
| | Virginia | Redwell VI | | | | Intermedia/Digex Balance Sheet Analysis Jan.- |
| | Virginia | Box 22 | | | | June 2001 |
| | Virginia | Box 28 | | | | Intermedia/Digex Balance Sheet Analysis Jan.- |
| | | | | | | June 2001 |
| | Virginia | Box 29 | | | | Intermedia/Digex Balance Sheet Analysis Jan.- |
| | | | | | | June 2001 |
| | Virginia | Box 30 | | | | Intermedia/Digex Balance Sheet Analysis Jan.- |
| | | | | | | June 2001 |
| | Virginia | Box 34 | | | | Intermedia JE's 2000 |
| | Virginia | Box 40 | | | | Intermedia F/S Sep/Nov. 2000 |
| | Virginia | Box 46 | | | | Intermedia Financial Statement Analysis |
| | Virginia | Box 59 | | | | June 2000 JE Log Books |
| | Virginia | Box 62 | | | | June 2000 JE Log Books |
| | Virginia | Box 68 | | | | June 2000 JE Log Books |
| | Virginia | Box 71 | | | | GL Intermedia 2000 |
| | Virginia | Box 74 | | | | Shared Revenue 2000 |
| | Virginia | Box 84 | | | | Balance Sheet Analysis 2000 |
| | Virginia | Box 88 | | | | Financial Closing Files 6/2000 |
| | Virginia | Box 108 | | | | Financial Statements 1/2000 |
| | Virginia | Box 114 | | | | Intermedia |
| | Virginia | Box 115 | | | | Intermedia JE's |
| | | | | | | JE's 2001 |

A 02134

**EXHIBIT 3**

A 02135



STINSON
MORRISON
HECKER LLP

Robert L. Driscoll
(816) 691-3102
bdriscoll@stinsonmoheck.com
www.stinsonmoheck.com

1201 Walnut, Suite 2900
Kansas City, MO 64106-2150

*Tel* (816) 842-8600
*Fax* (816) 691-3495

September 1, 2005

Mr. Steven Wood
Kelley Drye & Warren LLP
333 West Wacker Drive, Suite 2600
Chicago, Illinois 60606

      Re:    In re Worldcom, Inc. -- Claim of Parus Holdings, Inc.

Dear Steve:

    I am writing to advise that we now have completed our review of the over 350 boxes of Intermedia Communications, Inc. ("Intermedia") documents that were shipped to Kansas City for review before the August 9 hearing. We are in the process of copying and Bates numbering the responsive documents and preparing a privilege log. I will contact you once this process is competed to discuss the manner in which you would like these documents produced.

    Also, we determined that approximately 70 additional boxes of Intermedia documents listed on the Tampa index should be reviewed. A list of those boxes is attached. The boxes have been shipped to Kansas City and currently are being reviewed.

    Please call Allison Murdock or me if you have any questions.

    Very truly yours,

    **STINSON MORRISON HECKER LLP**

    Robert L. Driscoll

KANSAS CITY
OVERLAND PARK
WICHITA
WASHINGTON, D.C.
PHOENIX
ST. LOUIS
OMAHA
JEFFERSON CITY

Enclosure

cc:    Allison M. Murdock

**EXHIBIT**

3

DB02/048629.0094/6805988.1

A 02136

# Parus Holdings Claims

## Additional Boxes Selected for Review

| Contract ID | Location | Customer ID | ShipRec | Description |
|---|---|---|---|---|
| T094D | Tampa | W15420803 | 15420803 | |
| T094D | Tampa | R10115/C105 | 165034485 | Sandy Pechin |
| T094D | Tampa | C2043 | 165034479 | Mills Computer |
| T094D | Tampa | C2013 | 165034484 | W. Adams |
| T094D | Tampa | C1350 | 165034483 | Shepahali |
| T094D | Tampa | C1348 | 165034491 | Inactive Files - Angela Palms |
| T094D | Tampa | C1348 | 165034486 | Inactive Files |
| T094D | Tampa | C1348 | 165034490 | Recurring Angela Palms |
| T094D | Tampa | C1051 | 165034481 | Sandy Pechin |
| T094D | Tampa | B1015 | 165034475 | |
| T094D | Tampa | AV113 | 165034489 | File Room |
| T094D | Tampa | AV103 | 165034477 | File Room |
| T094D | Tampa | | 226516611 | Intermedia-Tampa FL CS&SO Sop Bill Migration files |
| T094D | Tampa | | 226516610 | Intermedia-Tampa FL CS&SO Sop Bill Migration files |
| T094D | Tampa | | 226516609 | Intermedia-Tampa FL CS&SO Sop Bill Migration files |
| T094D | Tampa | | 226516608 | Intermedia-Tampa FL CS&SO Sop Bill Migration files |
| T094D | Tampa | | 226516606 | Intermedia-Tampa FL CS&SO Sop Bill Migration files |
| T094D | Tampa | | 226516605 | Intermedia-Tampa FL CS&SO Sop Bill Migration files |
| T094D | Tampa | | 226464982 | Intermedia-Tampa FL CS and SO LNP files-I |
| T094D | Tampa | | 226464981 | Intermedia-Tampa FL CS and SO LNP files-I |
| T094D | Tampa | | 226464980 | Intermedia-Tamp FL CS and SO LNP files-i |
| T094D | Tampa | | 226464979 | Intermedia-Tamp FL CS and SO LNP files-i |
| T094D | Tampa | | 226464978 | Intermedia-Tampa FL CS and SO LNP files-I |
| T094D | Tampa | | 226464933 | Intermedia-Tampa FL CS and SO LNP Out J |
| T094D | Tampa | | 226464932 | Intermedia-Tampa FL CS and SO LNP Out I |
| T094D | Tampa | | 177204267 | Bev's File Cabinet Binders |
| T094D | Tampa | | 177204266 | Bev's File Cabinet Binders |
| T094D | Tampa | | 177204265 | Bev's File Cabinet Smith Credenza |
| T094D | Tampa | | 177204261 | Bev's File Cabinet |
| T094D | Tampa | | 177204260 | Bev's File Cabinet |
| T094D | Tampa | | 177204259 | Bev's File Cabinet |
| T094D | Tampa | | 177204258 | Bev's File Cabinet |
| T094D | Tampa | | 177204256 | Bev's File Cabinet |
| T094D | Tampa | | 177204255 | Bev's File Cabinet |
| T094D | Tampa | | 177204254 | Bev's File Cabinet |
| T094D | Tampa | | 177204253 | Bev's File Cabinet |

A 02137

## Parus Holdings Claims
## Additional Boxes Selected for Review

| | | | | |
|---|---|---|---|---|
| T094D | Tampa | 177204252 | | 177204252 Sheila McDaniel's File |
| T094D | Tampa | 177204051 | | 177204051 Wanda Friend - Binders |
| T094D | Tampa | 177204052 | | 177204052 Wanda Friend - Binders |
| T094D | Tampa | 177204053 | | 177204053 Wanda Friend - Binders |
| T094D | Tampa | 177204054 | | 177204054 Wanda Friend - Binders |
| T094D | Tampa | 166137 | DST273547 | 0000166137 Jim Geiger |
| T094D | Tampa | 166136 | DST273546 | 0000166136 Jim Geiger |
| T094D | Tampa | 166135 | DST273545 | 0000166135 Jim Geiger |
| T094D | Tampa | 166134 | DST273544 | 0000166134 Jim Geiger |
| T094D | Tampa | 166133 | DST273543 | 0000166133 Jim Geiger |
| T094D | Tampa | 166132 | DST273542 | 0000166132 Jim Geiger |
| T094D | Tampa | 166131 | DST273541 | 0000166131 Jim Geiger |
| T094D | Tampa | 166130 | DST273540 | 0000166130 Jim Geiger |
| T094D | Tampa | 166129 | DST273539 | 0000166129 Jim Geiger |
| T094D | Tampa | 166128 | DST273538 | 0000166128 Jim Geiger |
| T094D | Tampa | 166127 | DST273537 | 0000166127 Jim Geiger |
| T094D | Tampa | 166126 | DST273536 | 0000166126 Jim Geiger |
| T094D | Tampa | 166125 | DST273535 | 0000166125 Jim Geiger |
| T094D | Tampa | 166124 | DST273534 | 0000166124 Jim Geiger |
| T094D | Tampa | 166123 | DST273533 | 0000166123 Jim Geiger |
| T094D | Tampa | 166122 | DST273532 | 0000166122 Jim Geiger |
| T094D | Tampa | 166121 | DST273531 | 0000166121 Jim Geiger |
| T094D | Tampa | 166120 | DST273530 | 0000166120 Jim Geiger |
| T094D | Tampa | 166119 | DST273529 | 0000166119 Jim Geiger |
| T094D | Tampa | 166118 | DST273528 | 0000166118 Jim Geiger |
| T094D | Tampa | 166117 | DST273527 | 0000166117 Jim Geiger |
| T094D | Tampa | 166116 | DST273526 | 0000166116 Jim Geiger |
| T094D | Tampa | 166114 | DST273525 | 0000166114 Jim Geiger |
| T094D | Tampa | 166113 | DST273524 | 0000166113 Jim Geiger |
| T094D | Tampa | 166112 | DST273523 | 0000166112 Jim Geiger |
| T094D | Tampa | 166111 | DST273522 | 0000166111 Jim Geiger |
| T094D | Tampa | 166110 | DST273521 | 0000166110 Jim Geiger |
| T094D | Tampa | 166109 | DST273520 | 0000166109 Jim Geiger |
| T094D | Tampa | 166108 | DST273519 | 0000166108 Jim Geiger |
| T094D | Tampa | 166107 | DST273518 | 0000166107 Jim Geiger |
| T094D | Tampa | 166106 | DST273517 | 0000166106 Jim Geiger |
| T094D | Tampa | 166105 | DST273516 | 0000166105 Jim Geiger |

A 02138

## Parus Holdings Claims
### Additional Boxes Selected for Review

| | | | | |
|---|---|---|---|---|
| T094D | Tampa | 166104 | DST273515 | 000001166104 Jim Geiger |
| T094D | Tampa | 166103 | DST273514 | 000001166103 Jim Geiger |
| T094D | Tampa | 166102 | DST273513 | 000001166102 Jim Geiger |
| T094D | Tampa | 166101 | DST273512 | 000001166101 Jim Geiger |

A 02139

**EXHIBIT 4**

A 02140

**In re: WorldCom, Inc., et al.**
**02-13555**
**Parus Holdings/EffectNet Claim**

## MCI'S RESPONSE TO FIRST REQUEST FOR DOCUMENTS
### September 22, 2005

### Parus Holdings' Requests for Documents

1.  Documents concerning objection to Claim No. 9291

2.  Documents concerning  objection to Claim No. 9293.

3.  Documents concerning objection to Claim No. 11173.

4.  Documents concerning objection to Claim No. 112242.

5.  Documents concerning objection on ground that Claimant is not entitled to double recovery.

6.  Documents concerning Debtors' alleged payment.

7.  Documents concerning Debtors' contention that Claimant terminated the UC contract.

8.  Documents concerning allegation that Claimant seeks an unenforceable penalty.

9.  Documents concerning allegation that Claimant has calculated its damages using amount per commitment higher than contract specifies.

10. Documents concerning allegation that UC Contract prohibits assignment.

11. Documents concerning the General Agreement.

12. Documents concerning the Memorandum of Understanding.

13. Documents concerning the Interim Agreement.

14. Documents concerning decision to give notice to cancel accounts in September 2001.

15. Documents concerning decision to give notice to cancel accounts in March 2002.

16. Communication between Debtor and Claimant re: General Agreement.

17. Documents concerning payment under General Agreement.

18. Communication among Debtors concerning General Agreement.



EXHIBIT

4

1

19.     Documents concerning communications among Debtors re: cancellation of accounts created pursuant to the General Agreement.

20.     Documents concerning Claimant.

21.     Documents concerning analysis of Claimants' finances, business, technology, or products.

22.     Documents concerning Master Licensing Agreement ("MLA").

23.     Documents concerning communication between Debtors and Claimant re: MLA.

24.     Documents concerning communication between Debtors and Claimant from September 1, 2000 to present re: products and services provided under MLA.

25.     Documents concerning price to be paid under MLA.

26.     Documents concerning Debtors' payments under MLA.

27.     Documents concerning Debtors' communications among each other re: MLA.

28.     Documents concerning Jim Renforth's ceasing employment.

29.     Documents concerning Jimmy Faust's ceasing employment.

30.     Documents concerning in product suite IntermediaOne.

31.     Documents concerning launch of IntemediaOne.

32.     Communications among debtors re: IntermediaOne.

33.     Documents re: merger that relate to Claimant.

34.     Documents re: merger that relate to Unified Messaging Product.

35.     Documents concerning efforts to develop, obtain, market or launch Unified Communications product or service.

A 02142

## DOCUMENT INDEX BY REQUEST NUMBER

| BOX NO. | BATES NO. | CORRESPONDING REQUEST NO. |
|---|---|---|
| Not from Iron Mountain Boxes | MCIW000561-1027 | 14, 15, 28, 29, 30 |
| | MCIW001028-1126 | 20, 21, 22, 23, 24, 25, 26, 27 |
| | MCIW001127-1538 | 20, 21, 22, 23, 24, 27 |
| | MCIW001539-1609 | 20 |
| | MCIW001610 | 25 |
| | MCIW001611-1617 | 20 |
| | MCIW001618 | 25 |
| | MCIW001619-1637 | 20 |
| | MCIW001638 | 27 |
| | MCIW001639 | 25, 27 |
| | MCIW001640-1645 | 20 |
| | MCIW001646-1660 | 22, 27 |
| | MCIW001661-1670 | 20 |
| | MCIW001671-1675 | 25 |
| | MCIW001676-1705 | 20 |
| | MCIW001706-1735 | 20, 21 |
| | MCIW001736-1763 | 20 |
| | MCIW001764-1765 | 22 |
| | MCIW001766-1769 | 20 |
| | MCI001770-1771 | 22, 23, 24 |
| | MCIW001772-1774 | 22, 25 |

A 02143

| BOX NO. | BATES NO. | CORRESPONDING REQUEST NO. |
|---|---|---|
| | MCIW001775-1776 | 22, 25 |
| | MCIW001777-1780 | 21 |
| | MCIW001781-1792 | 20 |
| | MCIW001793-1795 | 22, 25 |
| | MCIW001796-1817 | 20 |
| | MCIW001818-1826 | 22, 25 |
| | MCIW001827-1838 | 20 |
| | MCIW001839-1880 | 22, 23, 24 |
| | MCIW001881-1883 | 22, 23, 24, 25 |
| | MCIW001884-1908 | 20, 22, 23, 24 |
| | MCIW001909-1917 | 20 |
| | MCIW001918-1938 | 22, 23, 24, 25 |
| | MCIW001939-1983 | 20, 22, 23, 24 |
| | MCIW001984-2013 | 20 |
| | MCIW002014-2041 | 20, 25 |
| | MCIW002042-2095 | 20 |
| | MCIW002096-2098 | 21 |
| | MCIW002099-2242 | 20 |
| | MCIW002243-2248 | 20 |
| | MCIW002249-2772 | 22, 23, 24 |
| | MCIW002773-2311 | 20 |
| | MCIW002312-2337 | 20, 25 |

4

| BOX NO. | BATES NO. | CORRESPONDING REQUEST NO. |
|---|---|---|
| | MCIWM002338-2423 | 20, 23, 24 |
| | MCIW002424-2425 | 23, 24, 25 |
| | MCIW002426-2510 | 20 |
| | MCIW002511-2514 | 20, 23, 24, 25 |
| | MCIW002515-2565 | 20 |
| | MCIWC002566-2601 | 20, 24 |
| | MCIWC002602-2604 | 22, 25 |
| | MCIW002605-2691 | 20, 24 |
| | MCIW002692-2741 | 20, 23, 24, 25 |
| | MCIW002742-2747 | 20, 23, 24, 25 |
| | MCIW002748-2826 | 20-26 |
| | MCIW002827-3021 | 20, 24 |
| | MCIW003022-3036 | 22, 25 |
| | MCIW003037-3046 | 20 |
| | MCIW003047-3087 | 22, 25 |
| | MCIW003048-3087 | 20, 21 |
| | MCIW003088-3093 | 20, 21, 22 |
| | MCIW003094-3105 | 20, 21, 22, 25 |
| | MCIW003106-3173 | 20 |
| | MCIW003174-3176 | 20, 22, 23, 24 |
| | MCIW003177-3207 | 20 |
| | MCIW003208 | 20, 23, 24 |

5

| BOX NO. | BATES NO. | CORRESPONDING REQUEST NO. |
|---------|-----------|---------------------------|
| | MCIW003209-3323 | 20, 22, 23, 24 |
| | MCIW003324-3390 | 20, 22, 23, 24 |
| | MCIW003391-3489 | 20, 23, 24 |
| | MCIW003490-3494 | 20, 21, 22, 25 |
| | MCIW003495-3629 | 20, 22, 23, 24, 25 |
| | MCIW003630-3755 | 22 |
| | MCIW003756-3762 | 20, 24 |
| | MCIW003763-3788 | 20, 22 |
| | MCIW003789-3858 | 22 |
| | MCIW003859-3895 | 20, 21, 22, 23, 24 |
| | MCIW003896-6321 | 20-26 |
| 177204262 | MCIW006322-6333 | 30, 31, 35 |
| 177204262 | MCIW006334-6348 | 35 |
| 177204262 | MCIW006349-6352 | 34 |
| 224664893 | MCIW006353-6404 | 35 |
| 224664894 | MCIW006405-6595 | 11, 30, 35 |
| 224664897 | MCIW006596-6946 | 35 |
| 224664901 | MCIW006947-7217 | 35 |
| 224664771 | MCIW007218-7375 | 11, 30, 35 |
| 165012767 | MCIW007376-7386 | 11, 30, 35 |
| 165012767 | MCIW007397-7418 | 11, 30, 35 |
| 165012767 | MCIW007419-7424 | 11, 30, 35 |

A 02146

| BOX NO. | BATES NO. | CORRESPONDING REQUEST NO. |
| --- | --- | --- |
| 177204263 | MCIW007425-7427 | 35 |
| 177204263 | MCIW007428-7467 | 34, 35 |
| 177204264 | MCIW007468-7648 | 34, 35 |
| 226516617 | MCIW007649-7698 | 11, 30, 35 |
| 226516616 | MCIW007699-7711 | 35 |
| 224664908 | MCIW007712-8267 | 35 |
| 224664908 | MCIW008268-8331 | 11, 30, 35 |
| 224664908 | MCIW008332-8632 | 35 |
| 224664908 | MCIW008633-9438 | 35 |
| 224664793 | MCIW009439-9845 | 35 |
| 224664886 | MCIW009846-9873 | 35 |
| 224664904 | MCIW009874-9943 | 11, 30, 35 |
| 224664904 | MCIW009945-10248 | 35 |
| 224664884 | MCIW010249-10752 | 35 |
| 224664884 | MCIW010753-11001 | 11, 30, 35 |
| 224664884 | MCIW011002-11141 | 35 |
| 224664884 | MCIW011142-11220 | 11, 30, 35 |
| 224664884 | MCIW011221-11243 | 37 |
| 224664883 | MCIW011244-11939 | 35 |
| 224664881 | MCIW011940-12645 | 35 |
| 224664905 | MCIW012646-12816 | 11, 30, 35 |
| 224664905 | MCIW012817-12984 | 35 |

7

A 02147

| BOX NO. | BATES NO. | CORRESPONDING REQUEST NO. |
|---|---|---|
| 224664882 | MCIW012985-13180 | 11, 30, 35 |
| 224664882 | MCIW013181-13243 | 35 |
| 224664889 | MCIW013244-13255 | 11, 30, 35 |
| 224664889 | MCIW013256-13578 | 35 |
| 224664896 | MCIW013579-14172 | 35 |
| 191496627 | MCIW014173-14196 | 11, 18, 30, 31, 32, 35 |
| 191496627 | MCIW014197-14220 | 11, 18, 30, 31, 35 |
| 191496627 | MCIW014221 | 1, 2, 3, 4, 11, 14, 15, 19, 30, 32 |
| 191496627 | MCIW014222-14252 | 35 |
| 191496627 | MCIW014253 | 1, 2, 3, 4, 11, 14, 15, 19, 26, 32 |
| 191496627 | MCIW014254 | 35 |
| 298468973B | MCIW014255-14353 | 35 |
| 224664899 | MCIW014354-15855 | 35 |
| 224664899 | MCIW015856-16152 | 11, 30, 35 |
| 224664885 | MCIW016153-16226 | 35 |
| 224664885 | MCIW016227-16434 | 11, 30, 35 |
| 224664885 | MCIW016435-17927 | 35 |
| 224664890 | MCIW017928-18590 | 11, 30, 35 |
| 224664890 | MCIW018591-18621 | 35 |
| 224664890 | MCIW018622-18900 | 11, 30, 35 |
| 224664890 | MCIW018901-19998 | 35 |

A 02148