Donald Ramsay  11/14/2005

80

1
2     A.   Other than what I just said, I don't.
3     Q.   Do you know if the in-house counsel
4  collected documents from someplace?
5     A.   I'm not certain.
6         (Luncheon recess:  1:02 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

81

1
2
3        A F T E R N O O N   S E S S I O N
4        (Time noted:  1:58 p.m.)
5  DONALD C. RAMSAY, resumed and testified as
6     follows:
7  EXAMINATION BY
8  MR. SMITH  (Cont'd.):
9     Q.   Obviously, you're still under oath after
10  your lunch break.
11     A.   I understand that, yes.
12     Q.   Did you, or anyone from Stinson, ever
13  request or communicate -- let me try to rephrase
14  it, I'm sorry.  Did you, or anyone from Stinson,
15  ever communicate with a person by the name of
16  Richard Dryer concerning any documents in this
17  case?
18     A.   Don't recall that we did.  I don't
19  recall if we did.
20         MR. DRISCOLL:  Spell the name please.
21         MR. SMITH:  D R Y E R.
22     A.   I don't recall.  It's possible, but I
23  don't recall.
24     Q.   Did you, or anyone from Stinson, every
25  communicate with a person by the name of Richard

82

1
2  Drayer, and I think you spell it DRAYER.  It may be
3  the same person, it may just be misspellings of the
4  last name.  I just want to be sure.  Did you ever
5  communicate with him regarding any documents in
6  this case?
7     A.   I don't recall if we did.
8     Q.   With respect to the individuals
9  mentioned in this morning's session, in addition to
10  the ones we talked about on the initial disclosure
11  of that list which would encompass others that you
12  had mentioned, did you ever ask them for, if they
13  had documents concerning the Unified Communications
14  general agreement, or the negotiation concerning
15  it, or the pricing structure of it, or the drafting
16  of that document?
17         MR. DRISCOLL:  Excuse me.  Read that
18  back.
19         (Record read.)
20         MR. DRISCOLL:  Object to the form of the
21  question.  It starts out with asking about
22  individuals, and then moves to asking about
23  content of conversations, so it's a confusing
24  question.
25         MR. SMITH:  All right.  I'll try and

83

1
2  rephrase it.  I didn't think it was confusing,
3  but I'll rephrase it.
4         MR. DRISCOLL:  It's okay.
5     Q.   Did you request, of any of the
6  individuals we discussed this morning, any
7  documents concerning the Unified Communications
8  services general agreement, including but not
9  limited to, the negotiations, drafting, pricing of
10  the services under that agreement?
11     A.   Yes, we would have asked first of all,
12  generally, for everything that they had that
13  related any way to EffectNet, and in addition, at
14  least I believe, the individual topics would have
15  been discussed in one or more of those
16  conversations.
17     Q.   Do you have a recollection of discussing
18  that topic with any of those individuals?
19     A.   You've got a list of topics.  Yes, I
20  recall discussing those topics specifically.
21         MR. DRISCOLL:  Just so we're clear, the
22  Unified services agreement to which you're
23  referring is the November 20, 2000 agreement
24  between EffectNet and Intermedia?
25         MR. SMITH:  Correct.

A 02190

Donald Ramsay  11/14/2005

84

1
2    Q.  Did you request of any of the
3    individuals who were mentioned this morning in our
4    discussion, whether they had any documents
5    concerning the cessation or termination of the
6    Unified Communications agreement, the November 20,
7    2000 agreement, hereabout at all?
8    A.  I believe we did, yes.
9    Q.  What were their responses?
10    A.  The question is, did they have
11    documents?
12    Q.  Correct.
13    A.  In general, did not.
14    Q.  Did any of them specifically have any
15    documents?
16    MR. DRISCOLL:  Asked and answered.
17    A.  Did any of who, I guess?
18    Q.  Any of the individuals you mentioned you
19    spoke with, or Stinson spoke with, the names of
20    which we mentioned this morning?
21    A.  Relating to cessation?
22    Q.  Or termination of the agreement.
23    A.  Well, we produced documents relating to
24    the termination of the agreement.  And I can't
25    recall exactly who produced what, but I think I've

85

1
2    told you generally who produced documents that
3    included some related to the cessation of that
4    agreement.
5    Q.  Do you know if WorldCom ever destroyed
6    any documents?
7    A.  WorldCom, ever any time?  I'm not --
8    Q.  Since 2000, do you know if WorldCom has
9    destroyed any documents?
10    A.  I don't know.  Anybody at WorldCom
11    anywhere?
12    Q.  Do you know since 2000, if anyone at
13    Intermedia destroyed any documents?
14    A.  I don't know, I don't know.
15    Q.  When you were inquiring of the
16    individuals mentioned earlier this morning, whether
17    they had any documents on any of the topics, did
18    you ever ask them whether or not they had - had at
19    one time documents, but since do not?
20    A.  I don't recall asking them, no.
21    Q.  Do you know if anyone at Stinson ever
22    asked them?
23    A.  Not that I recall.
24    Q.  Earlier this morning you mentioned
25    words, "stored documents", and I just want to be

86

1
2    clear.  I don't know whether you're using that as a
3    defined term so to speak, or just sort of the every
4    day use of the words, that they were documents that
5    were stored.  If you recall what I'm talking about,
6    for clarification...
7    A.  I don't know what you call a defined
8    term.  I'm not going from a specific definition
9    that I read or anything to that effect, but I do
10    intend it documents that are stored at locations
11    such as Iron Mountain.
12    Q.  Do you intend to include other places of
13    storage that you just don't know the names of?
14    A.  I know the name of one of them.  There
15    may be others.
16    Q.  Besides from Iron Mountain, where else
17    does either WorldCom Intermedia or one of the other
18    entities have documents stored?
19    A.  Mississippi Filings.
20    Q.  Any others?
21    A.  That's the only one I'm aware of.
22    Q.  Do you know if WorldCom or Intermedia,
23    any of the entities that are include within those,
24    have documents stored elsewhere?
25    A.  Elsewhere meaning, other than at --

87

1
2    other than where?
3    Q.  Other than either at Iron Mountain or
4    Mississippi Filings?
5    A.  I'm not certain.  Let me correct my
6    answer.  I do know of some that are stored in the
7    corporate library at Ashburn.
8    Q.  Corporate library at Ashburn, Virginia?
9    A.  Virginia.
10    Q.  When the searches were conducted by, or
11    at the direction of the individuals, Miss Tate,
12    Miss Taylor, Mr. Beckman or Mr. Hasselvander, of
13    what facilities were those searches conducted at?
14    A.  Again, I don't believe they were
15    searches of facilities.  They were searches done on
16    a computerized system that has all stored documents
17    on it.
18    Q.  Did the computerized system on which the
19    searches were conducted, contain all the documents
20    that were maintained at Iron Mountain and
21    Mississippi filings and the corporate library at
22    Ashburn, Virginia?
23    A.  I believe they did.
24    Q.  Did the computerized data bases contain
25    documents stored elsewhere?

A 02191

Donald Ramsay  11/14/2005

88

1
2    A.   I believe they did, yes.
3         MR. SMITH:  Can you mark this as Ramsay
4    Exhibit 2?
5         (Ramsay Exhibit 2, debtor's responses to
6    claimant's first request for production of
7    documents, marked for identification, as of
8    this date.)
9    Q.   I'm going to put in front of you what we
10   marked for identification as Ramsay Exhibit 2.
11   Once again, it's a document with a caption United
12   States Bankruptcy Court for the Southern District
13   of New York, chapter 11 case number 02-13533 In Re,
14   WorldCom Inc. et al and it's a document entitled
15   debtors responses to claimant's first request for
16   production of documents.  It has a certificate of
17   service of March 25, 2005.  Do you recognize the
18   document?
19   A.   I do.
20   Q.   Did you assist in preparing the
21   document?
22   A.   I did.
23   Q.   If you turn to page seven of the
24   document, I have some questions for you in the
25   section that's entitled "continuing effort to

89

1
2    locate documents."  Feel free to take a look at
3    that section.  Let me know when you've had a chance
4    to take a look at it.
5    A.   Okay, okay.
6    Q.   On page seven, there's at the top of the
7    page in parenthetical, second line there's a
8    reference to stored documents?
9    A.   I do, yes.
10   Q.   Is the stored documents that's here as
11   sort of a defined term, what you were referring to
12   earlier in your testimony as stored documents, or
13   something different?
14   A.   I didn't participate in the preparation
15   of this particular section of it, but I believe
16   that's probably what's intended.
17   Q.   I'm sorry, you did or did not
18   participate in the drafting of this section?
19   A.   This section, I did not.
20   Q.   Do you know who did?
21   A.   Larry Bigus.
22   Q.   Do you know if the documents that were
23   searched via the electronic data bases that you
24   mentioned, the computerized data bases, excuse me,
25   included the stored documents as they're referred

90

1
2    to here as Intermedia documents?
3    A.   I believe they did, yes.
4    Q.   Did they include any other documents?
5    A.   I believe they did.
6    Q.   What other documents?
7    A.   I believe the search produced some
8    documents that were not Intermedia documents in the
9    sense that they were originated through Intermedia.
10   Q.   Do you know from what entities other
11   documents were included within the computerized
12   data bases, that were searched for documents?
13   A.   Oh, no, certainly not.
14   Q.   You don't know?
15   A.   No.  All entities as far as I know.
16   Q.   Based on your conversation with
17   Mr. Hasselvander?
18   A.   Right, correct.
19   Q.   Do you know if there were any documents
20   that were, or that originated from Intermedia, that
21   had not been boxed up and sent to storage?
22   A.   My understanding was that the indexes we
23   provided were indexes of all existing documents
24   relating to the entire universe of them.
25   Q.   That again, is based on your -- that

91

1
2    understanding is based on your conversation with
3    Mr. Hasselvander?
4    A.   That's correct and/or others that I
5    named, or with that same Records Management Group.
6    Q.   I'm sorry, Miss Taylor, Miss Tate or I
7    believe, it was Mr. Beckman?
8    A.   Joe Stevens, is what I mentioned
9    earlier.
10   Q.   I don't recall you mentioning a Joe
11   Stevens, my apologies.
12   A.   I thought I did.  If I didn't, I should
13   have.
14   Q.   A Joe...
15   A.   Stevens.
16   Q.   Where was he from?
17   A.   He's with that same Records Management
18   Group.
19   Q.   How did you communicate with him?
20   A.   By phone.
21   Q.   Did you ever communicate in writing with
22   him?
23   A.   I don't recall.
24   Q.   Do you know whether Mr. Stevens
25   conducted any searches of the computerized data

A 02192

Donald Ramsay  11/14/2005

92

1
2  base that you referred to?
3      A.  I'm not sure.  He might have.
4      Q.  Do you know what his role or function is
5  at this Records Management Group?
6      A.  I don't recall his title.  He worked for
7  Mr. Hasselvander.
8      Q.  Turn back within Ramsay Exhibit 2 to
9  Page 4, and it's starting on paragraph four, and
10  it's within the section objections to definitions.
11      A.  Okay.
12      Q.  Did you assist in the preparation of
13  this section meaning objections to definitions?
14      A.  I believe, I may have.  I think I did.
15      Q.  Can you take a look at objection number
16  -- the objections that's contained in paragraph
17  number four of that section?
18      A.  On page four, to the definition of
19  debtor?
20      Q.  Correct.  Feel free to read the entire
21  thing.  I just have a couple of questions for you.
22      A.  Okay.
23      Q.  Does MCI -- you know what I mean in
24  terms of reorganized debtors -- or the debtors in
25  this case still maintain the objections that's

93

1
2  listed, or identified within this paragraph four?
3      MR. DRISCOLL:  Objection to the
4  question, as calling for a legal conclusion.
5  Mr. Ramsay is here to testify about what was
6  done by way of document production.  That
7  certainly provides an answer to the question
8  that is not legal, it's factual.  But I object
9  to the question as framed, asking for a legal
10  conclusion.
11      Q.  Did the debtors search for documents
12  within the files, or custody or possession of the
13  200 direct and indirect domestic subsidiaries of
14  WorldCom communications?
15      THE WITNESS:  Could you read that back?
16      (Record read.)
17      A.  I guess my answer would be they -- as
18  I've already indicated, my understanding is a
19  search for stored boxes, documents, in stored boxes
20  that cut across all corporate lines.  When we made
21  inquiry of individuals we knew had been informed
22  might have information of documents relating to the
23  issues, we did not limit ourselves and say don't
24  produce them if they belong to XYZ corporation.
25  Did that mean we looked at the files in 200

94

1
2  corporations?  I'd have to say the answer to that
3  is, no we didn't limit it, but I don't think
4  inquiry to the persons we knew might be involved
5  probably didn't cut across probably 200 corporate
6  lines, except for the computerized searches.
7      MR. SMITH:  Can you mark that as Ramsay
8  3.
9      (Ramsay Exhibit 3, Debtor's Supplemental
10  Responses to Claimant's First Request for
11  Production of Documents, marked for
12  identification, as of this date.)
13      Q.  Mr. Ramsay, you should have now what we
14  marked for identification as Ramsay Exhibit 3.
15  It's a document with a caption of United States
16  Bankruptcy Court Southern District of New York,
17  Chapter 11, case number 02-13533 in re, WorldCom
18  Inc. et al, and it's entitled Debtor's Supplemental
19  Responses to claimant's First Request for
20  Production of Documents.  This one is unsigned, but
21  certificate of service of July 1, 2005.  Do you
22  recognize the document?
23      A.  Let me look at this.  I don't, at first
24  glance, I don't recognize it.
25      Is there a question pending?  The

95

1
2  question is, do I recognize it?
3      Q.  Correct.
4      A.  I honestly don't recall seeing it.  I
5  may have, but I don't.
6      Q.  Did you participate, to the best of your
7  recollection, in drafting the document?
8      A.  Don't recall doing that.
9      Q.  You don't recall doing that?
10      A.  No.
11      Q.  Okay.
12      Let me ask you this.  Do you know
13  independent of the document, what's referred to
14  within the document as MCI documents?
15      A.  Paragraph A1?
16      Q.  That's where it's referred to, but I'm
17  just -- if that helps in refreshing your
18  recollection as to what the documents are as
19  defined or called MCI documents, but if you have an
20  independent knowledge or recollection of what MCI
21  documents means, that's what I'm asking really.
22      A.  I think I do.  I believe I do.  I
23  believe I know what's referred to.
24      Q.  Okay what is that?
25      A.  I believe that's a reference to

A 02193

Donald Ramsay  11/14/2005

96

1
2   documents that have been identified through contact
3   with Mr. Steve Hooper.
4       Q.   What is the basis for that belief?
5       A.   I think I have a memory that Mr. Hooper
6   referred to them in correspondence in that way.
7   I'm not sure when, but that is my current memory.
8       Q.   Do you know what correspondence that is
9   that you're referring to?
10      A.   I have a memory that I believe he sent a
11  letter, in what's the date of this, that referred
12  to MCI documents and from discussions with him, my
13  memory is that he was talking about what I call the
14  documents from Steve Hooper.
15      Q.   Your conversations you mean, with
16  Mr. Bigus?
17      A.   Yes.
18      Q.   Aside from that recollection, do you
19  have any other basis for believing that the MCI
20  documents refer to the documents that Mr. Hooper
21  had indicated he had, concerning the Webley
22  materials?
23      A.   Well the general time frame of this
24  suggests to me that - that was what might be
25  referred to, as I recall, it being a set of

97

1
2   documents that we had discovered around this time
3   frame, or not too long before.
4       Q.   Do you know how many documents were
5   included within the set that Mr. Hooper identified
6   for you?
7       A.   I don't recall.
8       Q.   I believe you had testified earlier the
9   documents that, or the response of non-privileged
10  documents that Mr. Hooper provided to you had been
11  produced?
12      A.   They have been, yes.
13      Q.   Do you know if the MCI documents as
14  they're referred to here, have been produced?
15          MR. DRISCOLL:  Object to the form of the
16      question.  He has already answered that by
17      saying he believes the documents referred to
18      the ones identified to by Mr. Hooper.
19      Q.   Do you know if the responsive
20  non-privileged documents referred to as MCI
21  documents, have been produced?
22      A.   Based on my understanding that they are
23  from Mr. Hooper, I believe they have.
24      Q.   There's also a reference to stored boxes
25  both on the first page of the document, as well as

98

1
2   on the second page, under paragraph two under
3   status of additional documents.  Do you see where
4   I'm referring?
5       A.   I do.
6       Q.   Do you have any understanding of what
7   stored boxes refer to?
8       A.   I believe it's those boxes on indexes
9   that we provided.
10      Q.   Are these the same stored boxes that
11  we've referred to before as stored documents?
12      A.   Yes.
13      Q.   On the first page of the document, it's
14  the second paragraph, that I'm going to refer to
15  starting with since debtor's responses, do you see
16  where I'm referring?
17      A.   I do.
18      Q.   Since debtors responses to the request
19  were filed, debtors have located one additional
20  hard documents,( stored documents), which are in
21  storage.  Do you know why these are referred to as
22  additional hard documents?
23      A.   Here's my memory of it.  The best I can
24  sitting here today, my memory of it is, at the time
25  of our initial response we had some of the indexes

99

1
2   of stored boxes of documents, but maybe not all,
3   and then we got a more complete index after that,
4   so this would be a reference to those additional
5   documents on those indexes.
6       Q.   So the definition of stored boxes in the
7   supplemental response in Ramsay Exhibit 3, and then
8   stored documents that's referred to in Ramsay
9   Exhibit 2, make up the total of the documents that
10  were located that are contained in the indices that
11  are produced in this case; is that accurate?
12          MR. DRISCOLL:  Excuse me.  Where on
13      Exhibit 2 is the terminology you're referring
14      to?
15          MR. SMITH:  Stored documents.
16          MR. DRISCOLL:  Yes.
17          MR. SMITH:  Go to page seven.  I believe
18      under the section, dealing with continuing
19      effort to locate documents.
20      A.   Could you repeat the question?
21          (Record read.)
22      A.   I believe that's an accurate statement
23  as I understand it, yes.
24      Q.   I believe earlier you had mentioned that
25  your communications with the individuals at the

A 02194

Donald Ramsay  11/14/2005

100

1
2  Records Management Group included Mr. Hasselvander,
3  Miss Taylor, Miss Tate, Mr. Beckman, and I guess
4  Mr. Stevens as well?
5      A.  Right.
6      Q.  As well as Mr. Mancini, but I'm not
7  including it only because he dealt with electronic
8  discovery documents which we're not going into
9  today -- after those communications in January,
10  February of 2005?
11      A.  Okay.
12      Q.  Approximately --
13      A.  Early communications.  There were later
14  ones.
15      Q.  That was my question, what other
16  communications, and when did you have them
17  concerning the documents in this case?
18      A.  Let me -- I had communications with them
19  over a period of months, and I had numerous
20  communications.  I don't think I could sit here and
21  pretend to describe them all.
22      Q.  When was the last time you communicated
23  with them regarding documents?
24      A.  Probably about a month ago.
25      Q.  Who was it that you communicated with?

101

1
2      A.  Phil Hasselvander.
3      Q.  What did you discuss with him at that
4  time?
5      A.  I had, as part of sort of a cleanup
6  process, wanted to verify that we had actually
7  received all the boxes we requested, and it
8  appeared to be that perhaps we had not, and I
9  communicated with him about that.
10      Q.  How many boxes -- strike that.
11          How many boxes did it appear that you
12  did not receive from him?
13      A.  I'm not absolutely certain, but I think
14  it was 11.
15      Q.  And since speaking with him about a
16  month ago, have you received those 11 boxes?
17      A.  We received -- we identified four of
18  them as boxes of office supplies instead of
19  documents, and the others, yes, we received.
20      Q.  After you started communicating with
21  folks at Records Management Group, what was the
22  process by which you informed them of documents or
23  boxes as you wanted, and ones that you did not
24  want, or if you could describe for me that process?
25      A.  Our legal assistant created a list, and

102

1
2  that was sent to them, sent to Phil Hasselvander,
3  Joe Stevens and others.
4      Q.  What did the legal assistant create a
5  list from?
6      A.  Information that I provided her.
7      Q.  What was the information you provided to
8  her?
9      A.  A list of the boxes that I thought we
10  should bring from Orlando or Virginia, Colorado, to
11  look at.
12      Q.  Where did you collect that list of boxes
13  you thought should come from wherever, the
14  different locations?
15      A.  We generated it.
16      Q.  Generated the list from what?
17      A.  From the indexes that our client had
18  provided.
19      Q.  How did you go about determining from
20  the indices, what boxes should be reviewed?
21      A.  Well, it was a sort of a multi-step
22  process.  I went through the indexes to see, at
23  this point, whether it precluded or triggers
24  communication from the description that could,
25  might have something to do with the issues in this

103

1
2  case.  Actually, what I did is highlight them on an
3  index.  I identified as the second step some that
4  just didn't seem to be that likely, but it might be
5  a large volume of them, but I wasn't sure, so we
6  elected to bring a few of them back to see what's
7  referred to by them in the description.  That was
8  stage two.  And then as a third stage, in that we
9  provided a list to Parus Holdings and asked them to
10  identify anything they thought should be brought
11  back.  This list was given to the legal assistant
12  who generated from what we had marked list, another
13  list that was sent to the client.
14      Q.  What was the name of the legal
15  assistant?
16      A.  Chery Diaz.
17      Q.  Can you spell the name for me?
18      A.  D I A Z, C H E R Y.
19      Q.  Did you have any else assist you in
20  reviewing the indices, to either highlight or
21  select which one, which boxes should be included on
22  the list that Chery Diaz put together?
23      A.  I made a marked set, and then I provided
24  what I had marked to Jeff Befort and asked him to
25  review it as well, to see if he thought there was

A 02195

Donald Ramsay  11/14/2005

104

1
2  anything else that should be added, or if I put in
3  too much for that matter.
4      Q.  Do you know if he added anything in
5  addition to yours, or took any out?
6      A.  I believe he added some.  I don't think
7  he took anything out.
8      Q.  Approximately when was this that you did
9  this?
10     A.  This is approximate June, July, June
11  probably.
12     Q.  Of 2005?
13     A.  Yes.  Could have been later, could have
14  been July, I'm not certain.
15     Q.  Somewhere in the range of June or July
16  of this year?
17     A.  Yes.
18     Q.  When you went through the indices that
19  you had received from Records Management Group, did
20  you have anyone from WorldCom or Intermedia go
21  through them with you?
22     A.  Not at the time I was doing it, no.
23     Q.  Did you have them go through it any
24  other time?
25     A.  I had discussed that process with

105

1
2  Records Management people earlier, yes.  Losing my
3  voice.
4      Q.  What did you discuss with Records
5  Management, in terms of that process that you
6  described right now?
7      A.  I asked them if there was anyone who
8  could read the index and know what was going to be
9  contained in the boxes from the index, to help us
10 select or help anybody, Parus, anybody select boxes
11 to be reviewed.
12     Q.  Did they have a response to you?
13     A.  They indicated there was none, didn't
14 have anybody that can do that.
15     Q.  When you say they didn't have anybody
16 that can do that, meaning no one that could
17 interpret, so to speak, the terms of the index and
18 tell you based on that, what was in the actual
19 boxes?
20     A.  Yes.
21     Q.  Aside from that conversation with
22 Records Management, did you have any other
23 discussions with anyone at WorldCom Intermedia
24 about the process you undertook to identify certain
25 boxes on the indices?

106

1
2          MR. DRISCOLL:  You're talking about
3  something that happened in June or July of
4  '05, according to this witness's testimony.
5          MR. SMITH:  Okay.
6          MR. DRISCOLL:  Intermedia didn't
7  function.
8      Q.  At any of the debtor's-- I'll rephrase
9  my question to say that -- do you understand my
10 question?
11     A.  You probably have to rephrase it.
12     Q.  Sure.  Did you have any discussions with
13 anyone at the debtors, aside from what you
14 mentioned at Records Management, regarding the
15 process you undertook to identify boxes on the
16 indices?
17     A.  Don't recall that I did.  You can go
18 ahead and ask questions if you want.  I'm just sort
19 of --
20     Q.  Let me know if you want to take a break.
21 I don't mind continuing if you're standing.
22     A.  Go ahead.
23          MR. DRISCOLL:  Kevin, why don't we take
24 a break.
25          (Time noted:  2:51 p.m.)

107

1
2          (Recess taken.)
3          MR. SMITH:  Can you mark this as Ramsay
4  4.
5          (Ramsay Exhibit 4, search report from
6  Iron Mountain Records, received March 25,
7  2005, marked for identification, as of this
8  date.)
9      Q.  Mr. Ramsay, I'm going to put in front of
10 you a multi-page document that we've marked for
11 identification as Ramsay Exhibit No. 4, and on the
12 first page it has at the top, Records center, Iron
13 Mountain Records Center, and it looks like you
14 stamped "received of March 25, 2005" what appears
15 to be search result.  It's a fairly lengthy
16 document, and I don't have the page number in
17 total, but do you recognize this set of documents?
18     A.  Generally, yes.
19     Q.  What you recognize it as?
20     A.  One of the indexes that was provided by
21 our clients.
22     Q.  That you received?
23     A.  That we received, yes.
24     Q.  Do you know what the index purports to
25 contain, in terms of types of documents -- strike

A 02196

Donald Ramsay 11/14/2005

108

1
2  that.
3        Let me try and rephrase the question,
4  I'm sorry.
5        Do you have an understanding as to how
6  this index that we've marked as Ramsay Exhibit No.
7  4 was created?
8     A.  I can't tell you about this specific.
9  It's one of a number that came as they did
10  searches. Obviously they have highlighted the term
11  Intermedia on this, but I'm not sure what searches,
12  terms were used for this one.
13     Q.  So this index Ramsay Exhibit No. 4 is an
14  index, as I understand it, and correct me if I'm
15  wrong, I'm trying to understand all of this. This
16  index that was marked as Ramsay Exhibit No. 4 is an
17  index created from computer data base, based on a
18  search of the term Intermedia?
19     A.  I really can't say- well if you read it
20  at the top, all I can say it's records containing
21  Intermedia. One of 10 of 338 records searched,
22  records containing Intermedia, but I don't
23  otherwise know what terms were used.
24     Q.  Did you have any conversations with
25  anyone at Records Management Group to determine how

109

1
2  they came up with, or where this resulted from,
3  this index, meaning Ramsay Exhibit No. 4?
4     A.  Probably with, generally, I did, but I
5  don't know that I can -- I probably --
6     Q.  Do you have a recollection of doing
7  that?
8     A.  I don't have a current recollection.
9        MR. DRISCOLL: I got lost.
10        Could you read it back?
11        (Record read.)
12     Q.  Do you have an understanding as to
13  whether or not the documents -- strike that.
14        Do you have an understanding as to
15  whether or not the index that we marked as Ramsay
16  Exhibit No. 4 is an index of all the documents
17  maintained by Iron Mountain of debtor's documents?
18     A.  I have an understanding that it's not.
19     Q.  That it's not?
20     A.  Correct.
21     Q.  So this index is an index of documents
22  that resulted from a search of the word, or records
23  containing Intermedia; is that correct?
24     A.  Well, again, as I said before, the face
25  of it says records containing Intermedia and that

110

1
2  term is highlighted in the descriptions of each of
3  these boxes, but I don't have a present
4  recollection of a conversation about that.
5     Q.  I see. Okay.
6        On the first page of Ramsay Exhibit No.
7  4 towards the middle of the page, there's an entry
8  that says one of 10 of 338 records searched.
9     A.  I see that, yes.
10     Q.  Do you know what this refers to, what
11  that means?
12     A.  I'm not certain.
13     Q.  And the next line says "with customer
14  equals M" as in Mary "WLDK."
15     A.  I see that, yes.
16     Q.  Do you have an understanding as to what
17  that line is referring to, and then what the
18  customer is referring to?
19     A.  No.
20     Q.  Do you have an understanding as to what
21  the next line refers to as "records containing
22  Intermedia"?
23     A.  Only what appears on its face, that it
24  is a search to identify records containing the term
25  Intermedia. The term Intermedia is highlighted in

111

1
2  major, and all descriptions.
3     Q.  Still, on the first page of Ramsay
4  Exhibit No. 4, there's an entry that says 290 and
5  then there's a space or something, 48. Do you know
6  what that refers to?
7     A.  I don't.
8     Q.  And then moving across on the same line,
9  it says status; do you know what this is referring
10  to.
11     A.  I don't.
12     Q.  And then dropping down, there's an entry
13  of a long number, it's 273788675; do you know what
14  that refers to?
15     A.  That's the box number. That's a number
16  they put on the boxes.
17     Q.  And then across from there to the right,
18  there's an entry that says at Iron Mountain?
19     A.  Yes.
20     Q.  Do you have an understanding of what
21  that means?
22     A.  My understanding is that they're stored
23  at Iron Mountain.
24     Q.  And then below the lengthy number that
25  we read a second ago, there's an entry that says

A 02197

Donald Ramsay  11/14/2005

112

1
2  customer MWLDK.  I think you indicated, you didn't
3  have an understanding?
4      A.  I don't.
5      Q.  And then the next line is box department
6  59823.  Do you have an understanding of what that
7  means?
8      A.  I don't.
9      Q.  There's an entry for box record code
10  with the entry of RS45.  Do you have an
11  understanding of what that means?
12      A.  I don't currently.  No, I should say
13  that I discussed some of those things, and I don't
14  remember which, with Phil Hasselvander and others,
15  Joe Stevens, but they did not appear to provide
16  anything significant to me in finding documents,
17  and I don't remember which one it is, but I did go
18  through some of those.  I just don't remember now
19  what they were.
20      Q.  And then there's another entry major
21  description next to it, it says WorldCom A slash P,
22  storage forms for.
23          Do you have an understanding as to what
24  the major description refers to?
25      A.  It's a description they had of contents

113

1
2  of the box.
3      Q.  Okay.
4          When you say "they had", meaning?
5      A.  Records Management at MCI, part of their
6  computer system.
7      Q.  And then there's an entry for minor
8  description, with next to it, it says Jackson /
9  Clinton MS office.
10      A.  Right.  Sometimes it's additional
11  information about the contents, sometimes it's a
12  location, sometimes it's a topic.
13      Q.  And then below that, there's an entry
14  for long description?
15      A.  Same thing.
16      Q.  I'm not going to read that, but do you
17  have an understanding as to what long description
18  is referred to there?
19      A.  It's my understanding, it's information
20  that he had about what's in the box.
21      Q.  Okay.
22          With respect to any of the major
23  description, minor descriptions, or long
24  descriptions that are contained, not just in this
25  particular entry in Ramsay Exhibit No. 4, but all

114

1
2  of the entries in Ramsay Exhibit 4, did you contact
3  anyone at Records Management to determine what
4  different entries meant?
5      A.  Well, I talked to them to some extent,
6  as I mentioned, and tried to find somebody who
7  maybe could interpret the descriptions, and was
8  told there really wasn't anybody who could
9  interpret those description any better than we
10  could, from looking at them.  They didn't know
11  about what was in these boxes.
12      Q.  Did they indicate how Records Management
13  arrived at the descriptions that are contained in
14  the major, minor, and long description categories?
15      A.  Only it was my understanding that at
16  least in part, the information came from what was
17  left by employees as they were leaving the company.
18  Other than that, I'm not- I don't.
19      Q.  So is it your understanding, that the
20  documents that are referenced in Ramsay Exhibit No.
21  4, are documents from Intermedia?
22      A.  Not necessarily, because, I mean, there
23  are documents that relate to Intermedia, some of
24  them may be from Intermedia, some of them may not
25  be.

115

1
2      Q.  Do you know where else the documents
3  that are contained in Ramsay Exhibit No. 4 came
4  from, if not Intermedia?
5      A.  Well, they could have come from MCI
6  entity of some kind, and relate to Intermedia in
7  some way.
8      Q.  Are all of the boxes that are contained
9  in Ramsay Exhibit No. 4, boxes that were reviewed
10  by Stinson to determine whether they contain
11  responsive documents?
12      A.  No.
13      Q.  Does Ramsay Exhibit No. 4 contain
14  reference to any documents that were reviewed by
15  Stinson for possible production in this proceeding?
16      A.  Yes.
17      Q.  Can you tell me which ones those are?
18      A.  I believe we provided to you the list
19  that was highlighted.
20      Q.  I'm sorry, say that again?
21      A.  I beive on the list we provided you, I
22  believe they're highlighted.
23      Q.  They're highlighted on this Ramsay
24  Exhibit No. 4?
25      A.  Correct.

Page  112 - 115

A 02198

Donald Ramsay  11/14/2005

116

1
2      Q.   So if you turn to page, for example,
3   page five of the Exhibit, it's not a numbered five,
4   but just turn to the fifth page of the Exhibit.
5      A.   Correct.
6      Q.   In the middle of the page there's an
7   entry with the number, it looks like 307327251.
8      A.   Correct.
9      Q.   On the copy it looks as though it's a
10  grayed line, shaded so to speak.  Is that the
11  highlighting you're referring to as to those
12  documents that were identified to be reviewed for
13  possible production?
14     A.   Yes.
15     Q.   With respect to that particular entry,
16  how did you determine to review that entry for
17  possible production in this proceeding?
18        MR. DRISCOLL:  Maybe it's clear on the
19  record, but I'm not clear.  Which one are you
20  referring to?
21        MR. SMITH:  It's on page five of the
22  Exhibit not numbered five, but the fifth page
23  of the Exhibit with the number 307327251.
24        MR. DRISCOLL:  Got it, thank you.
25     A.   You know, I believe, and I'm not hundred

117

1
2   person certain of this, but I believe these are
3   among those added by Mr. Befort.
4      Q.   The ones that are within Ramsay Exhibit
5   No. 4, you believe, are ones that were added by
6   Mr. Befort?
7      A.   I believe so.
8      Q.   Do you have any understanding as to why
9   he selected the ones in Ramsay Exhibit No. 4 to be
10  selected for possible production?
11     A.   In general, I discussed with him, and it
12  was our intention to bring back documents that by
13  some indication might have responsive documents.
14     Q.   Within the boxes that are contained in
15  Ramsay Exhibit No. 4, are there any dates
16  referenced for documents that are contained in
17  those boxes?
18     A.   I don't recall if there are on this
19  particular --
20     Q.   That's what I'm referring to as this
21  particular one.
22     A.   Some of them, but I don't see any as I
23  go through this document.  I haven't been through
24  every page, but I don't.
25     Q.   If you go to the 16 page of Ramsay

118

1
2   Exhibit 4.
3      A.   Okay.
4      Q.   It's going to be the third full entry
5   down, with number 191496627.
6      A.   I see that, yes.
7      Q.   The major description is Paul
8   Eskildsen's files.
9      A.   I see it.
10     Q.   And then the minor description is
11  Intermedia, general.  The long description is
12  correspondence.
13     A.   Yes.
14     Q.   Based on what you described before as to
15  what would indicate selection for review, this does
16  not look as though it was selected for review;
17  correct?
18     A.   Correct.
19     Q.   Do you have an understanding as why it
20  was not selected for review?
21     A.   As I sit here today, I recognize that
22  name but I don't think I would have.  I don't have
23  any reason to believe, Jeff would have at the time
24  we went through this.  That being the case, that
25  name became familiar to me to some degree after

119

1
2   reviewing the documents, not before.
3      Q.   From reviewing the documents when?  You
4   mean in this case?
5      A.   Yes, this in this case.  The documents
6   from the boxes we brought from Orlando and other
7   places, as a result of reviewing this, I think at
8   the time at least, I wouldn't have been familiar
9   with this name, I don't think.  I do recognize it
10  now.
11        MR. DRISCOLL:  For the record, the name
12  to which reference is being made is Paul E S K
13  I L D S E N.
14     Q.   Do you have an understanding as to, I'm
15  sorry were you going to finish an answer?
16     A.   No.
17     Q.   Do you have an understanding as to what
18  the distinctions are between major descriptions,
19  minor descriptions, and long description?
20     A.   Not entirely, no I don't.
21     Q.   Do you know if within this box of
22  documents, and I'm still referring to the same one
23  identified before, contained not only
24  Mr. Eskildsen's files, but also Intermedia
25  documents generally, or correspondence concerning

A 02199

Donald Ramsay  11/14/2005

120

1
2    Intermedia?
3        A.   From the description, Eskildsen's files
4    minor description, long description correspondence,
5    I don't know more than that.
6        Q.   So there was no communication with the
7    Records Management folks as to determine what
8    specifically was contained within this box of
9    documents, other than what's described in the
10   descriptions here on this index?
11       A.   I don't believe so.
12       Q.   If you go to page, the 20th page of
13   Ramsay Exhibit 4.  It should have as the first full
14   description of a box with the number 133133.
15       A.   I've got it- I'm on the wrong page then.
16   How many pages?
17       Q.   The 20th page.
18       A.   The previous page was 16, 17, 18, 19,
19   20.
20       Q.   Then go to 19, I'm sorry, my apologies.
21   First full description of a box is 1333133?
22       A.   Yeah, I see that, yes.
23       Q.   As I understand your testimony earlier,
24   to indicate what would have been selected to
25   review, this box would not have been selected to

121

1
2    review?
3        A.   That's correct.
4        Q.   Do you have an understanding as to what
5    is mentioned in the major, minor, and long
6    descriptions here?
7        A.   "TCOMS Exemption, clean up reports a
8    location, Intermedia, source reports for initial
9    cleanup:  Mega standalone response file."
10       Q.   Other than what's described there, you
11   don't have any understanding of what you believe
12   that means?
13       A.   I believe source is a reference to one
14   of their billing systems, at some point in time.
15       Q.   One of their billing systems, is that
16   what you said?
17       A.   Correct, Intermedia's.
18       Q.   Do you know what is referred to as
19   cleanup reports?
20       A.   I do not.
21       Q.   Did you contact anyone at either Records
22   Management, or anyone else at WorldCom to determine
23   what any of the terms within that description
24   meant?
25       A.   Not this specific description.

122

1
2        Q.   After having received index that we
3    marked for identification as Ramsay Exhibit No. 4,
4    did you contact anyone to determine what any of the
5    descriptions meant within the index?
6        MR. DRISCOLL:  Object to the question.
7    Asked and answered.  He already said he spoke
8    to Mr. Hasselvander and others.
9        A.   I talked to Joe Stevens and/or
10   Hasselvander about descriptions and what they might
11   mean.  I was told they didn't know either.
12       Q.   My apologies.  If you go to the 33 page
13   of the Exhibit.
14       MR. DRISCOLL:  What's the caption? 204
15   is on top and.
16       MR. SMITH:  The number would be a
17   highlighted number, 273701050.
18       MR. DRISCOLL:  All right.  270.
19       MR. SMITH:  It may be Page 32.
20       A.   What's the number?
21       Q.   273701050.  And it also has a check mark
22   next to it?
23       A.   I found it, yes.
24       MR. DRISCOLL:  Good.  I'm going to look
25   over your shoulder.

123

1
2        Q.   That indicates from the highlight, based
3    on my understanding of your testimony earlier, that
4    - that box that's referenced here was requested and
5    reviewed by Stinson; is that correct?
6        A.   That's correct.
7        Q.   There appears to be a check mark to the
8    right-hand side of the descriptions there, do you
9    see where I'm referring?
10       A.   I do.
11       Q.   Do you have an understanding of what the
12   check mark refers to?
13       A.   No.
14       Q.   Do you know who placed the check mark
15   there?
16       A.   No.
17       Q.   Do you know if it was anyone from
18   Stinson that may have placed the check mark there?
19       A.   I don't know.
20       Q.   Aside from just that entry there, are
21   other check marks on the page that we were looking
22   at, as well as other pages, do you have an
23   understanding of the check marks otherwise within
24   the document?
25       A.   No.

A 02200

Donald Ramsay  11/14/2005

124

1
2    Q.   Do you know who else reviewed the index
3    that we marked as Ramsay Exhibit No. 4 at Stinson?
4    A.   As I testified, Jeff Befort.
5    Q.   Aside from him, did anyone else that
6    you're aware of?
7    A.   I'm sure Diaz, the legal assistant would
8    have.  Not reviewed to select boxes, but probably
9    looked through the index.
10    MR. DRISCOLL:  Clarification counsel.
11    Does anyone else include Mr. Ramsay or not?
12    MR. SMITH:  I don't understand what you
13    mean.
14    MR. DRISCOLL:  Well --
15    MR. SMITH:  My question was, did anyone
16    else other than Mr. Ramsay review the Exhibit
17    that we marked as Exhibit No. 4?
18    MR. DRISCOLL:  And he said Befort.
19    MR. SMITH:  I'm sorry, I thought it was
20    clear that Mr. Ramsay had reviewed.
21    A.   I'm not certain that I, on this
22    particular index -- I reviewed this index --
23    whether I selected the boxes.  Maybe all Befort
24    did.  I just don't recall.  There's over ten
25    thousand of them.

125

1
2    Q.   I understood that you had reviewed it.
3    A.   I have looked at this index, yes.
4    Q.   If you go to the last page of the
5    Exhibit, the last page of Ramsay Exhibit No. 4,
6    there's an entry at top of the page, for example
7    the number 224400777.
8    A.   Yes.
9    Q.   And there's in the descriptions
10    Intermedia PO's POB, looks like II, the numbers
11    483-5130 in both the major and long descriptions.
12    Do you have an understanding as to what that refers
13    to?
14    A.   I don't.  PO often refers to purchase
15    order, but I don't know the specifics.
16    Q.   Do you know if Jeff Befort contacted
17    anyone at WorldCom to make any inquiries as to
18    descriptions?
19    A.   I don't know.
20    Q.   Put this to the side for now.
21    MR. SMITH:  Can you mark this as Ramsay
22    Exhibit 5, please.
23    (Ramsay Exhibit 5, Intermedia accounts
24    payable records Mississippi filings system,
25    marked for identification, as of this date.)

126

1
2    Q.   Mr. Ramsay, I put in front of you what
3    we marked for identification as Ramsay Exhibit No.
4    5.  It's again, it's a multi page document, 11
5    pages and it has on the top left corner what
6    appears to be a heading of some sort, Intermedia
7    accounts payable records Mississippi filings
8    system.  Do you recognize this document?
9    A.   I do.
10    Q.   What do you recognize it as?
11    A.   An index provided to us of boxes stored
12    at Mississippi filings.
13    Q.   That was one of the Records Management
14    Companies that was utilized by WorldCom to store
15    documents?
16    A.   Correct.
17    Q.   Do you know who created the index that
18    we marked as Ramsay Exhibit No. 5?
19    A.   The Records Management people, Joe
20    Stevens, Phil Hasselvander and Brenda Tate, one of
21    those, one of them.
22    Q.   So one of the individuals at WorldCom
23    Records Management Group created the index that we
24    marked as Ramsay Exhibit No. 5?
25    A.   Correct.

127

1
2    Q.   Do you know what they used to create
3    this index?
4    A.   The same search information that had
5    been used otherwise, I believe.
6    Q.   I don't understand what you mean.
7    A.   Well, they were given a description of
8    the claims and asked to find documents relating to
9    EffectNet, Intermedia, any of the claims in this
10    litigation.
11    Q.   Just so I understand, the folks, the
12    individuals that worked at Records Management Group
13    of WorldCom, did a search of something at
14    Mississippi Filings System.  That search then
15    resulted in this index?
16    A.   Yes.
17    Q.   So then this index refers to Ramsay
18    Exhibit No. 5, correct?
19    A.   Correct.
20    Q.   So the index that we marked as Ramsay
21    Exhibit No. 5, is not an index of all documents at
22    Mississippi Filings Systems?
23    A.   That's correct.
24    Q.   Did you select any documents from index,
25    from the index that we marked as Ramsay Exhibit No.

Donald Ramsay  11/14/2005

128

1
2  5, for review?
3      A.  No.
4      Q.  Why is that?
5      A.  It did not appear any of them were
6  responsive, or relevant relating to the issues in
7  this case.
8      Q.  And that was based on your review of the
9  descriptions that they contained in, and the index
10  that was marked as Ramsay Exhibit No. 5?
11      A.  Correct.
12      Q.  After having received this index, did
13  you speak with anyone about their descriptions that
14  they provided in this index?
15      A.  Don't recall that I did.  This one has
16  accounts payable records description on it.  That
17  appears to consist of what's in the document.
18  Actually, I did discuss that generally, the fact
19  that it was accounts payable, but I don't
20  specifically recall sitting here.
21      Q.  On the first page of Ramsay Exhibit No.
22  5, the very first entry under description of
23  records column, you see where I'm referring?
24      A.  I'm not sure.  Description- okay.
25      Q.  It says --

129

1
2      A.  Description of records.
3      Q.  There's an entry that says APP, looks
4  like two I's and then PD.  Do you have an
5  understanding as to what that means?
6      A.  Not currently, no.
7      Q.  Did you ask anyone at Records Management
8  Office or Group what that meant?
9      A.  I don't recall doing so.
10      Q.  Three entries down from that one, the
11  same page under the same column of description of
12  records, it says APINT, month end reports.
13      A.  Correct.
14      Q.  Did you inquire of the Records
15  Management Group what that entry meant?
16      A.  Don't recall that I did.
17      Q.  Below that in the same column it says A
18  P I N T P D, do you see where I'm referring?
19      A.  I do.
20      Q.  Did you inquire of anyone at Records
21  Management what that meant?
22      A.  No.  These are identified by entity, and
23  I looked for entities of all.
24      Q.  In looking at the column under "box
25  contents", do you see where I'm referring?

130

1
2      A.  Yes.
3      Q.  And dropping down six lines where it
4  says --
5      A.  Left or right?
6      Q.  What?
7      A.  Go ahead.
8      Q.  Where it says A, and there's a large
9  space and then Alltel.
10      A.  Yes.
11      Q.  Do you have an understanding as to why
12  there's a space between A and Alltel in that --
13  within that column under box contents?
14      A.  I'm not sure I understand your question.
15  Space between A and Alltel?  I don't know what you
16  mean.  Okay, you mean the space from left to right
17  as you're reading?
18      Q.  Correct.
19      A.  There's two columns listed of entities,
20  there's a space between the two columns it appears.
21      Q.  Do you have an understanding as to
22  whether that could indicate there's a range of
23  entities, starting with A through an entity
24  entitled Alltel, and there could be entities in
25  between there in the alphabetical order?

131

1
2      A.  No, I don't have an understanding of
3  that.
4      Q.  Did you inquire whether that could be
5  the case?
6      A.  It looked to me like a list of entities,
7  and I didn't ask that question, or I don't recall
8  asking that question.
9      Q.  Did you inquire of the folks at Records
10  Management, whether or not any of the accounts
11  payable records that are listed here included any
12  records for accounts payable to EffectNet?
13      A.  I believe I looked through the list for
14  that, but I don't recall asking anybody at Records
15  Management that question.
16      MR. SMITH:  Can you mark this as Ramsay
17  No. 6?
18      (Ramsay Exhibit 6, files in corporate
19  library D1-1-400 ref DISS, is WorldCom/
20  Intermedia Acquisition 2001, marked for
21  identification, as of this date.)
22      Q.  Mr. Ramsay, you should have in front of
23  you what we marked for identification as Ramsay
24  Exhibit No. 6, the top of the page, the first page
25  it says files in corporate library D1-1-400 ref

A 02202

Donald Ramsay  11/14/2005

132

1
2  DISS. Next line is WorldCom/ Intermedia
3  Acquisition 2001. It is a four-page document.
4       A.  Yes.
5       Q.  Do you recognize the document?
6       A.  I do.
7       Q.  What do you recognize it as?
8       A.  A list of Webley's containing documents
9  that were stored, are stored at the -- rephrase
10  that -- they were, and some of them were stored,
11  and some of them are now in our office, were stored
12  at the corporate library in Ashburn, Virginia.
13       Q.  is that where the corporate headquarters
14  are for MCI?
15       A.  I believe so.
16       Q.  Had WorldCom's corporate headquarters
17  previously been in Mississippi?
18       A.  My understanding is, they have.
19       Q.  Were all the documents at the corporate
20  headquarters of WorldCom moved to MCI's
21  headquarters in Ashburn, Virginia?
22       A.  I don't know the answer.
23       Q.  Do you know if any documents of WorldCom
24  remain at the former corporate headquarters for
25  WorldCom in Mississippi?

133

1
2       A.  Not to my knowledge, but I don't know
3  for sure.
4       Q.  You don't know for sure?
5       A.  No.
6       Q.  On the first page of Ramsay Exhibit No.
7  6, there's what appears to be the first entry so to
8  speak, which has heading of F subfile room
9  comments, and then there's Redwell dash -- it could
10  be either 2 or double 1, with a highlight on it.
11  What does the highlight indicate?
12       A.  It means it's a set of documents we
13  asked to be sent to our offices for review.
14       Q.  When you say you asked, it was of the
15  Records Management folks again, that you described
16  previously?
17       A.  Yes, yes.
18       Q.  Do you know if Ramsay Exhibit No. 6 is a
19  print-out from a computer screen?
20       A.  I know -- I'm not sure what you mean.
21  It was sent to me electronically.
22       Q.  Was it sent to you electronically in the
23  form that it is in presently?
24       A.  I believe that as it was sent to me, if
25  I hit print, it prints like this. It maybe could

134

1
2  be rearranged, but I believe this is the way it
3  prints.
4       Q.  I guess my point in asking this
5  question, I'm looking at the first two headings,
6  the first two categories or sections that have much
7  larger descriptions with comments, and they are
8  actually highlighted, and then on the same first
9  page of Ramsay Exhibit No. 6 sort of the third
10  entry, there's a much smaller box with just
11  Redwell-7HSR. Do you know if the comments within
12  that category are the only comments that are in
13  there, or do you have to sort of click on that link
14  and it opens up into the much larger comments that
15  are above that?
16       A.  I don't believe that's the case, your
17  latter description. I believe those are the only
18  comments on what was sent to us electronically. I
19  don't remember seeing anything in back of that, or
20  otherwise accessible, not to my knowledge.
21       Q.  You know what I'm talking about?
22       A.  I believe I do.
23       Q.  Do you know how the entries in Ramsay
24  Exhibit No. 6 were selected to be sent to you?
25       A.  You mean the highlighted version?

135

1
2       Q.  Not the highlighted version but -- let
3  me back up.
4            From your testimony previously today, I
5  understand you received a document which we're
6  calling now for identification Ramsay No. 6,
7  without any highlights on it. You received it.
8  You then highlighted it and sent it back to the
9  Records Management folks for selection?
10       A.  That's correct.
11       Q.  Do you know how it was, that Records
12  Management actually selected Ramsay Exhibit No. 6,
13  without the highlights?
14       A.  Well, among your request for production,
15  there were requests for documents relating to the
16  merger between MCI Intermedia that might relate to
17  Unified Messaging, or documents relating to the
18  merger of -- there was one other category relating
19  to the merger between MCI and Intermedia. We asked
20  them to produce for us all the documents they could
21  locate relating to the merger between MCI and
22  Intermedia, and this is among other materials they
23  sent to us in response to that.
24            I might clarify an answer to an earlier
25  question. This index suggests that some of these

A 02203

Donald Ramsay  11/14/2005

136

1
2    were located and came from Clinton.
3        Q.  Why do you say that?
4        A.  Well the last page, "Intermedia Docs in
5    Clinton".
6        Q.  Where is that?
7        A.  The second from the bottom group.
8        Q.  Redwell-1, correspondence attorney's
9    notes filings Intermedia, Intermedia Docs in
10   Clinton, 1/02, okay.  Can you tell me why certain
11   of the Redwells were selected for review, and
12   others were not?
13       A.  Well, the general criteria was, if it
14   appears it might have something linked to the
15   issues in this case as best we could determine, to
16   bring it back, bring it back meaning, bring it to
17   our offices for review.
18       Q.  If you look at second page of Ramsay
19   Exhibit No. 6, it's the very bottom, it seems as
20   though it carries over to the third page.
21       A.  Okay.
22       Q.  It's the Redwell Roman numeral 9.
23       A.  Yes.
24       Q.  Do you know why this particular Redwell,
25   or sub file, was not selected?

137

1
2        A.  It didn't appear to have anything to be
3    linked to the issues in this case.
4        Q.  If you look on the first line of that
5    entry, it says engagement letter for sale of
6    Intermedia, attorneys notes and correspondence.  Is
7    there any way to tell from this file why, or is
8    there any way to tell from this entry as to what
9    attorneys notes and correspondence might contain?
10       A.  I can't tell from that entry.  This is
11   among the reasons we asked for -- Parus on
12   selection of boxes.  Can I take a quick break.
13       (Recess taken.)
14       MR. SMITH:  Can you mark this as Exhibit
15   Ramsay No. 7?
16       (Ramsay Exhibit 7, document stating DEPT
17   record CUST box, WorldCom Unified Messaging,
18   marked for identification, as of this date.)
19       Q.  Mr. Ramsay, you should have in front of
20   you, what we marked as Ramsay Exhibit No. 7.  It's
21   a legal sized paper, it appears to be a
22   spreadsheet, and it has at the top left corner of
23   it DEPT record CUST box and various different
24   columns for entries, and just for purposes of
25   identifying the document aside from the Exhibit No.

138

1
2    Within the major description, it has WorldCom
3    Unified Messaging.  Have you had a chance to take a
4    look at document?
5        A.  I have.
6        Q.  What do you recognize it to be?
7        A.  One of the indexes provided to us by the
8    Records Management Group at MCI as a result of the
9    search that was done.
10       Q.  Do you know what they were searching to
11   arrive at the index that we marked as Ramsay
12   Exhibit No. 7?
13       A.  Well as you mentioned, and at the top
14   entry it's Unified Messaging project plans.  I
15   don't really know what produced that, but I can
16   guess, I'd have to be guessing, a guess that it was
17   Unified Messaging who produced it, but the names
18   below that are names that I believe, they were
19   provided among the names that were provided to
20   search.
21       Q.  I guess my question is, what was the
22   data base they were searching to come up with this
23   index?
24       A.  Okay.  Their stored documents data base
25   of all their stored documents.

139

1
2        Q.  Okay.  The ten thousand boxes or so we
3    discussed earlier, or something else?
4        A.  No -- I'm sure -- ten thousand is what
5    the results -- the data base would be much larger
6    than that.
7        Q.  Maybe I'm misunderstanding something.
8    What is the universe of documents or boxes of
9    documents, that were searched within the data base
10   on the computerized data base at WorldCom?
11       A.  I believe it to be all of MCI and their
12   related entities stored documents.
13       Q.  How many boxes of documents?
14       A.  I have no idea.
15       MR. DRISCOLL:  In that data base?
16       MR. SMITH:  Correct.
17       A.  I don't know.
18       Q.  So there's more than ten thousand boxes?
19       A.  Oh, I'm- yes.
20       Q.  The ten thousand boxes of documents that
21   have been referred to in responses and letters
22   regarding discovery in this case, are referring to
23   what?
24       A.  They are the boxes of documents on the
25   indexes we provided, and they are the boxes

A 02204

Donald Ramsay  11/14/2005

140

1
2  produced or the results of the searches produced by
3  a list, or lists that included over ten thousand
4  boxes.
5      Q.  Okay, thank you.
6      And the index that we've marked as
7  Ramsay Exhibit No. 7, is an index of some boxes
8  that include or encompass that ten thousand boxes,
9  or make up part of that ten thousand boxes correct?
10     A.  The boxes identified on Exhibit 7 are
11 part of the boxes, part of the ten thousand boxes,
12 yes.
13     Q.  Do you have an understanding as to what
14 each of the different, I guess, column codes stand
15 for at the top of the page?
16     A.  As I sit here now, I don't.  I do recall
17 going over some of this information with, if not
18 all, with people at Records Management, but it was
19 not helpful to me in the search.
20     Q.  Was it your understanding that within
21 the first entry there, that next in the row that
22 starts with CP661 --
23     A.  Yes.
24     Q.  -- that the date of the documents that
25 were contained in that box, were from January 1,

141

1
2  2000 through June 30, 2002?
3      A.  Yes.
4      Q.  What does RCPT date refer to, do you
5  know?
6      A.  I'm not certain, but I would be
7  guessing, but I believe it may be the date they
8  received it in storage.
9      Q.  They being, Records Management?
10     A.  Right.
11     Q.  And then the major, what appears to be
12 major, description column?
13     A.  Yes.
14     Q.  It refers to WorldCom Unified Messaging?
15     A.  Correct.
16     Q.  Do you have an understanding as to what
17 that refers to?
18     A.  The contents of that box?  I'm not sure
19 what you mean.  What's your question?
20     Q.  Okay.
21     A.  I'm not --
22     Q.  Did you have an understanding as to what
23 the entry WorldCom Unified Messaging means?
24     A.  In general, yes.  The contract
25 EffectNet/Intermedia contract related to Unified

142

1
2  Messaging services.
3      Q.  And then under minor description, it
4  says project plans?
5      A.  Yes.
6      Q.  Do you have an understanding as to what
7  was meant by the entry project plans?
8      A.  Plans for a Unified Messaging project it
9  appears.
10     Q.  Did you speak with anyone at Records
11 Management about any of those two descriptions that
12 they placed on this index?
13     A.  We brought that box back and reviewed
14 it, but I don't recall speaking to anybody.
15     Q.  Did you speak with anyone at Records
16 Management about the index, or the contents of the
17 data base that they used to create this
18 description, WorldCom Unified Messaging?
19     A.  Say that again, I'm sorry.
20     Q.  I'll try to rephrase it.
21     I'll try it this way.  Did you ever
22 review the entry in the Records Management data
23 base, from which they took the information to then
24 place into this index, being Ramsay Exhibit No. 7?
25     A.  I believe what you see on this document,

143

1
2  is the entry of the data base, but beyond, that I
3  reviewed what's on the index that they provided us.
4      Q.  It's your understanding, that they
5  identified only one box of documents with this
6  description of WorldCom Unified Messaging?
7      A.  That is my understanding, yes.
8      Q.  The entry below that, it's what appears
9  to be a much larger column HR personnel files
10 listed below for relevant Intermedia employees
11 period retrievable from HR file room in Denver, and
12 then there's several entries of different
13 individuals.  The entry that I just read, starting
14 with HR personnel files, is that an entry that was
15 placed in this index by the people at Records
16 Management?
17     A.  Yes.
18     Q.  Do you know how they made the
19 determination of relevant Intermedia employees?
20     A.  We provided them a list of individuals.
21 That's how they determined -- we searched for
22 documents relating to those individuals, Kathleen
23 Victory for example.
24     Q.  As I understand your prior testimony
25 about highlighting on the indices, the highlighted

A 02205

Donald Ramsay  11/14/2005

144

1
2    entries are ones that you reviewed, correct?
3        A.   Correct.
4        Q.   Do you recall if any of the highlighted
5    entries on the index, the index that we marked as
6    Ramsay Exhibit No. 7 were produced?
7        A.   I believe they were.  Mr. Befort
8    reviewed these documents, and I believe we
9    produced, any of them would be responsive and maybe
10   more, and certainly these individuals relevant
11   individuals.
12       Q.   There's an entry four lines up from the
13   bottom within that subsection that says James
14   Renfro, do you see where I'm referring to?
15       A.   Yes.
16       Q.   Do you have an understanding as to
17   whether that's a typo or something?
18       A.   I believe that's a typo intended to be
19   James Renforth and we subsequently corrected them,
20   received his file and produced it.
21       Q.   So there actually was a person by the
22   name of James Renfro?
23       A.   It appears so.  It's a big world.
24       Q.   Do you know when Records Management did
25   their searches, if other typos may have occurred in

145

1
2    their searches?
3        A.   I'm not aware of any.
4        Q.   But it's possible?
5        A.   Again, I'm not aware of any.  Of course,
6    anything is possible out of ten thousand boxes.
7        Q.   The next entry says EffectNet personnel.
8    You see where I'm referring to?
9        A.   Yes.
10       Q.   And there's different codes and then
11   major description, it says Robert McConnell?
12       A.   I see that, yes.
13       Q.   Did Stinson request that box?
14       A.   No.
15       Q.   Is there any particular reason?
16       A.   Yes, and this kind of reminds me.  We
17   asked for communication to and from individuals.
18   He was on the list.  He was with EffectNet.  I was
19   advised by someone with Records Management that -
20   that is one piece of paper and it relates to an
21   employee at MCI, and it has to do with his right to
22   work in the United States.  He's from some other
23   country, was not the Robert McConnell we know to
24   have worked for EffectNet.
25       Q.   So there's a Robert McConnell at

146

1
2    WorldCom whose name came up with the search of the
3    data base, and resulted with the entry on this
4    index?
5        A.   Correct.
6        Q.   How did you find out that - that was the
7    case?
8        A.   I talked to, I believe, this -- the
9    conversation regarding this was with Phil
10   Hasselvander.
11       Q.   So then your understanding is, that
12   there's no files or boxes of documents concerning
13   Robert McConnell from EffectNet?
14       A.   That's my understanding, yes.
15       Q.   At the bottom of the spreadsheet
16   left-hand side, it says employee personnel file?
17       A.   Yes.
18       Q.   It seems to be the end of the
19   spreadsheet?
20       A.   Yes.
21       Q.   Is there supposed to be anything after
22   that?
23       A.   Not to my knowledge, no.
24           MR. SMITH:  To the extent that we did
25   not request this earlier, and I think I may

147

1
2    have, but we request a copy of the list of
3    names that were sent to Records Management for
4    searching of the data base, which I think you
5    had testified earlier and I had requested.
6        A.   I'm not certain that was a written list
7    so, but may have been.
8           MR. SMITH:  To the extent one exists
9    that was sent, and to the extent that I didn't
10   ask for one before, I'm asking for it now.
11   That also applies to the list of, to the
12   extent that it exists, of terms used for
13   searching.
14           MR. DRISCOLL:  That I'm pretty sure you
15   have requested.
16           MR. SMITH:  Can you mark this as Ramsay
17   No. 8.
18           (Ramsay Exhibit 8, large spreadsheete
19   with a list of boxes, marked for
20   identification, as of this date.)
21       Q.   Mr. Ramsay, you should have in front of
22   you what we marked as Ramsay Exhibit No. 8.  It
23   again, it's a multi-page document of irregular
24   sized, it appears to be a large spreadsheet,
25   different codes and dates, and information on it.

Page  144 - 147

A 02206

Donald Ramsay  11/14/2005

148

1
2      Do you recognize the document.
3          A.   I do.
4          Q.   What do you recognize it as?
5          A.   Another list of boxes of documents.
6          Q.   And this would be considered one of the
7      indices that you referred to as one that was
8      produced to us?
9          A.   It is.
10         Q.   And the indices that we've gone through
11     thus far, starting with Ramsay Exhibit No. 4, and
12     No. 5, No. 6 and No. 7, which you should have right
13     here --
14         A.   Yes.
15         Q.   -- 4, 5, 6 and 7 and 8, are indices of
16     the documents that were, I guess, reviewed by
17     Stinson, and the indices were then given to us?
18         MR. DRISCOLL:  Objection to the form of
19     the question.  Misstates the witness's prior
20     testimony.
21         Q.   Then correct me.
22         A.   We did provide you with these indices, I
23     believe.
24         Q.   These meaning...
25         A.   These exhibits.

149

1
2          Q.   4, 5, 6, 7 and 8?
3          A.   I believe we provided you with other
4      indices as well, not marked, but other indices.
5          Q.   Okay.
6          So this is not the complete set?
7          A.   That I sent to Mr. Wood?
8          Q.   Right.
9          A.   I don't believe it is.
10         Q.   I'm not talking about listing of boxes
11     selected for review.  I'm strictly talking about
12     the indices.
13         A.   I understand.  I don't believe this is
14     all of them.
15         Q.   Okay.  I'll follow up on that in a few
16     minutes.  I just want to go through this one as
17     well.  On the first page of Ramsay Exhibit No. 8,
18     there are different columns at the top that go
19     across the entire page?
20         A.   Yes.
21         Q.   Do you have an understanding as to what
22     those columns refer to?
23         A.   Well, they're the same columns as you
24     will see on some of the other indices, and my
25     testimony is the same with regard to these.  In

150

1
2      some instance, I know the box numbers are what
3      shows up on the Iron Mountain box, and there's a
4      description, a major description, a minor
5      description, and each of those I know, and the
6      others I do recall asking some about those numbers,
7      but they were not helpful to my process, and I
8      don't recall the answers.
9          Q.   Are the boxes of documents referred to
10     in Ramsay Exhibit No. 8, do they include boxes of
11     documents in the Iron Mountain list that we
12     reviewed earlier as Ramsay Exhibit No. 4?
13         A.   I haven't done the comparison, but I
14     believe somebody told me that, at least somebody at
15     Records Management, that there may be some overlap.
16         Q.   Okay.
17         Do you have any sense as to the extent
18     of the overlap?
19         A.   I don't.
20         Q.   Do you know how Ramsay Exhibit No. 8 was
21     created?
22         A.   Through the same process we described
23     with the other indices, with one perhaps caveat.  I
24     believe these are located at Orlando, which was the
25     headquarters of Intermedia, and that was part of

151

1
2      the reason they were all believed to be linked to
3      Intermedia in some way.
4          Q.   Do you understand that the boxes of
5      documents referred to in Ramsay Exhibit 8 are those
6      that are from Orlando, Florida or Intermedia's
7      headquarters?
8          A.   Yes.
9          Q.   Based on your last answer, I understand
10     that Ramsay Exhibit No. 8 was created by someone at
11     Records Management within WorldCom, based on their
12     search of the larger computer data base that they
13     have of stored documents.
14         A.   Correct.
15         Q.   When the person at Records Management,
16     or people at Records Management created Ramsay
17     Exhibit 8, did they just cut and paste what was in
18     their data base into this index in terms of the
19     information that's here?
20         A.   I don't have any reason to believe that
21     they did any cutting or pasting, no.
22         Q.   Do you know what the mechanics were of
23     how they created this index from that data base?
24         A.   I was advised it was an index of all the
25     boxes that were probably all related to Intermedia.

Page  148 - 151

A 02207

Donald Ramsay  11/14/2005

152

1
2    I don't know the mechanics of it.
3       Q.   Do you know what search terms were used
4    to create to come up with the terms that were in
5    this index?
6       A.   Beyond what I said before?
7       Q.   Meaning, you described to them what the
8    claims --
9       A.   What the claims were about and they did
10   searches.  In this particular instance, I believe -
11   let me back up.  As I mentioned, there were some
12   other instances where they had done searches using
13   terms and produced some of these indexes, and
14   decided to simply produce an index which should
15   include everything that existed relating to
16   Intermedia.  This together with the others you've
17   already mentioned, my understanding, does that.
18      Q.   Your understanding does that?
19      A.   Yes.
20      Q.   Within this index that we've marked as
21   Ramsay Exhibit No. 8, there are again highlighted
22   entries.
23      A.   Correct.
24      Q.   What are the highlighted entries again?
25      A.   Those are boxes that we reviewed that we

153

1
2    brought to Kansas city to be reviewed by attorneys
3    at our firm.
4       Q.   Before selecting any of the particular
5    boxes or entries that were here, did you contact or
6    speak with anyone at WorldCom about what the
7    entries meant, either in major or minor
8    descriptions?
9       A.   We discussed to some degree, and again,
10   they told me they really couldn't say more than I
11   probably could tell from reading it.
12      Q.   On the first page of Ramsay Exhibit 8,
13   there are highlighted a few of the entries.
14   There's the first highlighted entry is under the
15   major description, is described as MBA?
16      A.   Yes.
17      Q.   Do you have an understanding as to what
18   MBA refers to?
19      A.   I believe, and as I sit here I'm
20   probably not going to give you an exact what was
21   going there through my mind when I marked this, but
22   I believe what was in my mind on these.  We thought
23   that this might be a business of Intermedia related
24   in some way to the marketing function.  I was
25   looking for letters that would give me clues.  M

154

1
2    was a clue.
3       Q.   Why did you think M B A referred to the
4    marketing?
5       A.   The M.
6       Q.   Dropping down below that, there are a
7    few other entries that are highlighted that have
8    the entry M B A, correct?
9       A.   Correct.  This is one of those
10   categories where I didn't think it probably did,
11   but I thought I'd bring some back to look at them.
12   As you see, I didn't bring them all back.
13      Q.   That was going to be my next question.
14   How come you did not select the other entries that
15   are there for M B A?  There's probably another 1 or
16   10 entries in addition to the ones you selected.
17      A.   Well it is a description that I thought
18   conceivably could relate to the marketing or other
19   function, but didn't really think it probably did,
20   so I didn't think it was warranted to bring back,
21   however, many other boxes there were, but perhaps
22   warrant taking a look to see what types of
23   documents were in those boxes.
24      Q.   When you reviewed the boxes with the
25   description M B A that are highlighted here, what

155

1
2    were the documents contained in them?
3       A.   They relate to a bank account,
4    Intermedia bank account.  As I recall, most of them
5    were deposit slips.
6       Q.   Is there any reason to believe that any
7    of the entries with M B A, may have contained
8    something else?
9       A.   Not that I know of.
10      Q.   Is it possible that the other boxes with
11   M B A entry contained something else?
12      A.   Well, all the ones I looked at were the
13   same thing.  Obviously, as you know anything is
14   possible, but it doesn't seem reasonably likely.
15      Q.   On the same page just below the first
16   entry of M B A, there's another highlighted entry,
17   and the major description states file room?
18      A.   Correct.
19      Q.   Why did you select that entry?
20      A.   That was a generic description that
21   could mean any number of things, and I didn't want
22   to rule out that box of documents that were
23   described as file room.  I wanted to see what sort
24   of thing they may be.
25      Q.   On the second page of the index we've

A 02208

Donald Ramsay  11/14/2005

156

1
2    marked for identification as Ramsay Exhibit No. 8,
3    there's a set of highlighted entries that within
4    the major description says Intermedia Tampa, FL. I
5    assume stands for Florida, and then under the minor
6    description has an entry S C ampersand SO stop bill
7    migration file.  Do you have any understanding as
8    to what those entries refer to?
9        A.   Do I know?
10       Q.   Well, at the time you selected them?
11       A.   At the time I selected, I really wasn't
12   sure.  That was one of the reasons I didn't bring
13   them all back, but I knew the complaint by Parus
14   included a complaint that Intermedia had terminated
15   accounts, and this is a stop bill migration file.
16   I wasn't sure whether those terms might refer to
17   accounts that were being terminated or migration
18   brought over to MCI, or something like that.
19       Q.   There are several others below that -
20   that have the same description.  How come you
21   didn't select the other ones as well for review?
22       A.   What I just described it seems unlikely
23   for those files, but probably I'm going to take a
24   look and see.
25       Q.   Basically, you wanted to look at some

157

1
2    but not all of them, to see whether they contained
3    something that had something to do with the case?
4        A.   If the types of files in these files had
5    something to do with the case.
6        Q.   Did you review the document with entries
7    CS and SO stop bill migration file?
8        A.   Did I personally?
9        Q.   Did anyone at Stinson?
10       A.   Yes, yes.
11       Q.   What was contained in those boxes?
12       A.   As best I recall, sitting here CS is
13   customer service, and they were files relating to
14   that sort of thing.  I don't recall specifically.
15       Q.   Do you know who reviewed these
16   particular boxes?
17       A.   It would be one of seven people.
18       Q.   And those seven people, are those
19   Stinson?
20       A.   Yes.
21       Q.   Who would it have been?
22       A.   Well, I don't know which one
23   specifically.  There may be several people reviewed
24   them, in fact, probably.  You want the names?
25       Q.   Yes.

158

1
2            MR. DRISCOLL:  They were already given.
3        A.   Myself, Jeff Befort, Allison Murdock,
4    Jodi Hoss, Angie Heppner, Shane Mecham, Nicole
5    Graham and Matt Koehler.
6        Q.   There's also a few lines below what we
7    were just referring to, another highlighted
8    entries, with again, major description Intermedia
9    Tampa FL, and minor description of CS & SO
10   disconnect files A through Z, and then another
11   entry A through N; do you see where I'm referring?
12       A.   I'm sorry.  I lost you.  On the second
13   page?
14       Q.   Correct.
15       A.   Okay A through Z, A through N.
16       Q.   Do you know why those files were
17   selected for review?
18       A.   Well it was a part of the process
19   looking for what might have been involved in
20   disconnect in service, because that was part of the
21   Parus complaint.
22       Q.   There were other entries there that were
23   identified as CS & SO disconnect files, couple
24   below and a couple just above those entries.
25       A.   Yes.

159

1
2        Q.   Can you tell me why those were not
3    selected for review?
4        A.   As I said, it seemed to me unlikely
5    going to produce responsive documents, but I think
6    there was a sufficient possibility to take a look
7    at it.
8        Q.   Same page, more entries that are to the
9    bottom that are highlighted again.  Intermedia -
10   Tampa FL, CS & SO, L and P files dash E.
11       A.   I see that.
12       Q.   Can you tell me why those were selected
13   for review?
14       A.   I think, again, I mentioned I was
15   looking for clues.  I thought at the time E,
16   EffectNet, I'm not sure.
17       Q.   And then on the third page of Ramsay
18   Exhibit 8.
19       A.   Yes.
20       Q.   There's a large block that carries over
21   to the fourth, and then onto the fifth page as
22   well, that don't have any major or minor
23   descriptions.  I take it based on the highlighting
24   that those were reviewed?
25       A.   Yes.

Donald Ramsay  11/14/2005

160

1
2     Q.    Did any of them contain documents that
3  were produced in the case?
4     A.    I don't recall.
5     Q.    You don't recall?
6     A.    No.
7     Q.    Do you know?
8     A.    I don't recall -- I don't recall by box
9  number which ones did.
10     MR. DRISCOLL: They have a list and we
11  provided them.
12     Q.    Do you know what the boxes contained?
13     A.    I don't recall what those contained, or
14  whether they contained the same things.
15     Q.    Going back to page two of Ramsay Exhibit
16  8, there's a highlighting of the CS & SO, L and P
17  files.  Do you see where I'm referring to, the
18  bottom?
19     A.    Yes.
20     Q.    There's also a couple of other entries
21  with the CS & SO, L and P files, same entries.
22     A.    Yes.
23     Q.    I take it, based on the fact that they
24  were not highlighted, they were not selected for
25  review?

161

1
2     A.    The ones that were not highlighted were
3  not selected the first time.
4     Q.    Were they selected at all?
5     A.    Some may have been the second time.
6  There were two groups brought back.  I kind of
7  think maybe they were the second time, but I have
8  to look at the list to be sure.
9     Q.    So you think the "I" ones were selected
10  for review the second time?
11     A.    I think they may have been.
12     Q.    Do you know if any of the other, I
13  guess, entries that -- what you're referring to,
14  there's an I at the end of the "files" entry?
15     A.    Right.  I think the thinking was that
16  was relating to Intermedia One, but I don't think
17  there were others.  I think the I's....
18     Q.    On the third page there's also a
19  continuation of CS & SO, L and P files.  This is
20  all in the minor descriptions.  Some with in, out,
21  and different letters of the alphabet, and the E
22  ones are selected again for review.
23     A.    Correct.
24     Q.    What was the thinking behind that?
25     A.    It conceivably could relate to

162

1
2  EffectNet.
3     Q.    What was the reason for the non
4  selection of the other CS & SO, L and P files?
5     A.    Well, I mean again, this is the category
6  of boxes that from the description seemed to me --
7  I couldn't look at those and say they would likely
8  contain anything responsive, but it seemed
9  possible, so I wanted to, A, find out what kind of
10  documents were in there, and then part of that
11  process if I'm going to do that, I ought to select
12  E or I, and see if that had anything relevant.  I
13  indicated it didn't.
14     Q.    Right.  So that was your way of sort of
15  doing a sampling of those boxes?
16     A.    Yes.
17     Q.    Based on the review of the indices, was
18  there anything to indicate that the other CS &
19  L and P files entries would not have contained
20  potentially responsive documents?
21     MR. DRISCOLL: We're talking about just
22  looking at the index itself as opposed to
23  having the benefit of looking in the boxes
24  now?
25     MR. SMITH: Right, right.

163

1
2     A.    The description is what it is, and when
3  we looked at the boxes we made another call based
4  on what was in those boxes.
5     Q.    What was in those boxes?
6     A.    Again, I don't recall now.  From the
7  documents we produced to you, we determined whether
8  they had documents that were responsive, but I
9  can't sitting here now.
10     (Recess taken.)
11     Q.    If you turn to page 7 of Ramsay Exhibit
12  8.
13     A.    Okay.
14     Q.    There are towards the top third of the
15  page, there's BEV's file cabinet?
16     A.    Yes.
17     Q.    Some entries are highlighted, others are
18  not.
19     A.    Correct.
20     Q.    Can you tell me why the ones that are
21  highlighted were highlighted, and others were not?
22     A.    As I told you at the beginning, I'm not
23  sure I can always remember what was going through
24  my mind, but I do note that the file cabinet might
25  include more than BEV.  I wasn't aware of a BEV

A 02210

Donald Ramsay  11/14/2005

164

1
2  that involved in the matter, but I thought we ought
3  to take a look and see what's in there.
4      Q.   Did you find out what Bev or BEV stood
5  for?
6      A.   I don't know that we did.  I don't
7  recall.
8      Q.   Did you ever end up reviewing the boxes
9  that are -- that have the description BEV's file
10 cabinet, but that are not highlighted?
11     A.   Yes.
12     Q.   The ones that are not highlighted you
13 reviewed as well?
14     A.   We did.  We brought them back on the
15 second set we brought back.
16     Q.   When was this second set of review?
17     A.   I don't recall the dates.  It's been
18 summer, late summer of '05.  I believe you were
19 advised of it.  I think this correspondence
20 attached to one of our pleadings mentions it.
21     Q.   Is that the second review that included
22 the 70 additional boxes; is that what you're
23 referring to?
24     A.   Yes, yes.
25     Q.   You mentioned earlier, there was a

165

1
2  second review of CS & SO, L and P that was
3  encompassed within that 70 additional boxes?
4      A.   That's correct.
5      Q.   And then also the other BEV file
6  cabinets that were reviewed?
7      A.   That's correct.
8      Q.   Why were in the second round, the other
9  BEV file cabinet boxes reviewed?
10     A.   I think there were two reasons.  One I
11 believe, the initial review produced some
12 documents.  When I say the review of the initial
13 set brought back produced some responsive
14 documents, I'm not positive about that, but what I
15 do recall, is that the files were of multiple
16 topics, including some that were getting into the
17 sort of things that might relate to this, and they
18 were not homogenous.  We couldn't say these were
19 all one thing and rule it out from what we saw, so
20 we brought them all back.
21     Q.   This is more of a general description
22 with respect to the descriptions that are within
23 the index that we marked as Ramsay exhibit 8.
24          Did you inquire or determine that if
25 there was a description for a particular box entry,

166

1
2  that - that was the only document type or person's
3  files, or whatever the entry was, that was the only
4  type of document or documents in that box?
5      A.   What was the first part?  Did I inquire?
6      Q.   Or determine in some way.
7      A.   Well, I think it depends on which type
8  of box you're talking about, but we can go back to
9  MBA.  They were the banking boxes, the stop bill
10 migration boxes.  They were the same types of
11 documents, I believe, so often that was the case.
12 It was not necessarily the case with BEV files, the
13 documents.
14     Q.   So to make a determination whether or
15 not a box contained only the particular types of
16 documents that were described in the index, a
17 review of that box would have had to have occurred?
18     A.   It did.
19     Q.   Is that correct on those ones that you
20 described, for example, if there were other ones?
21 Look on page 7, for example.
22     A.   Okay.
23     Q.   Starting at the top of the page, just as
24 an example, it says STFI commissions.  Was there a
25 determination made somehow that the box that says

167

1
2  STFI commissions, only contains that type of
3  document STFI commissions, or that category of
4  documents?
5      A.   Only in the sense that it tended to be
6  true throughout this documents, that if there was a
7  description and you looked at five boxes with the
8  same description, it was five boxes with the same
9  type of document, generally.  I don't recall
10 exceptions to that really.
11     Q.   Going to the page before that, page six
12 towards the bottom of the page, there's entries
13 descriptions for boxes where it says commissions
14 records.
15     A.   Yes.
16     Q.   Do you know what that refers to?
17     A.   No.
18     Q.   Based on your prior testimony, you did
19 not inquire, or Records Management people did not
20 have an understanding as to what that entry meant?
21          MR. DRISCOLL:  Beyond what it says?
22     A.   Commissions records appears to refer to
23 commissions made.  I don't recall whether that
24 particular kind of entry was discussed, I don't
25 recall that it was.

A 02211

Donald Ramsay  11/14/2005

168

1
2      MR. SMITH:  Just as to your last
3   comment, he's testifying, not you, okay.
4      MR. DRISCOLL:  Are you mindful of the
5   seven-hour rule.
6      MR. SMITH:  There's an awful lot of
7   stuff here.
8      MR. DRISCOLL:  You're welcome to come
9   back to Kansas city.
10      MR. SMITH:  You're welcome to come back
11   to New York.
12      MR. DRISCOLL:  We've done it once.
13      MR. SMITH:  The case is pending.
14   Q.   I take it based on your review of the
15   index, based on the description that was within the
16   index of a particular set of boxes, you made a
17   determination based on that description to either
18   include or exclude a set of boxes for review?
19      MR. DRISCOLL:  Object to the form of the
20   question.  Misstates the witness's prior
21   testimony which provided at least four steps
22   in the review process, not just that one.
23   Q.   After you had already received the
24   index, let's take Exhibit No. 8; how did you make
25   determinations based on what you saw on this index

169

1
2   as to what documents to bring back for review, and
3   which ones not?
4      A.   It was a process of going through the
5   indexes, identifying those which by description, or
6   in some cases date, identified appeared might
7   contain the step one, responsive documents.  There
8   was a category or categories, that appeared
9   probably would not, but we thought maybe there was
10   at least sufficient chance they would, they ought
11   to be brought back too, to be reviewed to see what
12   types of documents were in there and then we
13   provided the indexes to Parus and invited them to
14   select boxes as well.
15   Q.   Go to page nine of Ramsay Exhibit 8.
16      A.   Okay.
17   Q.   It has highlighted entries for in the
18   major description IVICR, do you see where I'm
19   referring?
20      A.   I do.
21   Q.   What does IVICR, to your knowledge,
22   refer to?
23      A.   I'm not certain.
24   Q.   Do you know why those particular boxes
25   were selected for review?

170

1
2      A.   Well, again, I'm not able to recreate my
3   thought process at the time exactly, but if it got
4   the I Internet, Intermedia One, I was looking for
5   that sorts of clues as I went through it.  I
6   suspect that it's part....
7   Q.   Do you know why the other entries for
8   IVICR were not selected?
9      A.   I believe, it would be when we reviewed
10   those types of documents they didn't produce
11   anything responsive.
12   Q.   Based on your review of two boxes with
13   that description, your belief was that the rest of
14   the boxes with that description would not contain
15   responsive documents?
16      A.   I believe that's the case, yes.
17   Q.   What were the types of documents in the
18   IVICR box?
19      A.   I don't recall, as I sit here.
20      MR. DRISCOLL:  Would it help you to look
21   at a file of documents that describes the
22   response to the document request, to which
23   they're responsive.
24      MR. SMITH:  I'm asking him questions.
25   If you want to ask him questions when I'm

171

1
2   done --
3      MR. DRISCOLL:  This is not a memory
4   test, it's a record Kevin, as is most of the
5   stuff that you've asked about in the last six
6   and a half hours.
7      MR. SMITH:  I don't think it's been six
8   and a half hours, besides that, it's my
9   deposition not your deposition.
10      MR. DRISCOLL:  Your deposition is about
11   over.
12   Q.   If you go to page 12 of Ramsay Exhibit
13   8.
14      A.   Okay.
15   Q.   There's entries that are highlighted and
16   marked, see attached record.
17      A.   Yes.
18   Q.   Do you know why those were selected for
19   review?
20      A.   Well they fell in that same category of
21   boxes that had no apparent date or description that
22   I could tell anything from, and I didn't feel like
23   I could rule them out 'til we looked at them.
24   Q.   I think it's the next page, page 13 and
25   14, there should be an entry in the middle of the

A 02212

Donald Ramsay  11/14/2005

172

1
2    page for payroll ICX term EE files 2001.
3        A.   Yes.
4        Q.   Do you know what that refers to?
5        A.   Not specifically, not as I sit here.
6        Q.   There are several other entries below
7    those highlighted ones that have either the same or
8    similar terms, or active EE files.  Were any of
9    those reviewed in subsequent reviews?
10       A.   I don't recall, I don't believe so.  I
11   don't recall for sure.
12       Q.   Do you know why those particular ones
13   were selected, and others were not?
14       A.   It would be at the time I selected the
15   second set, it was my impression that the first set
16   didn't produce anything responsive.
17       Q.   If you go six pages after that.
18       A.   Okay.
19       Q.   There are highlighted entries for --
20   they have numbers, then it says audit folders?
21       A.   Yes.
22       Q.   Do you know why some boxes referred to
23   as audit folders and others -- why some were
24   selected, and others were not?
25       A.   Again, it's a category of boxes that I

173

1
2    thought not likely to have documents responsive
3    potentially.  I wanted to see what they were.
4        Q.   On a second review, did you review any
5    of the other boxes with that entry?
6        A.   I don't remember specifically, but if
7    part of my review of documents I recall seeing
8    audit folders that turned out to be audits of Y 2 K
9    issues, computer issues, and not responsive.
10            MR. SMITH:  Can you mark this as Ramsay
11   9.
12            (Ramsay Exhibit 9, document stating Iron
13   Mountain Records Center, 1 to 10 of 75 records
14   searched, marked for identification, as of
15   this date.)
16       Q.   Mr. Ramsay, I marked a document I have
17   in front of you, what's been marked for
18   identification as Ramsay Exhibit 9.  It has again,
19   at the top, Iron Mountain Records Center, and then
20   dropping down a few lines, one to 10 of 75 records
21   searched.
22       A.   Yes.
23       Q.   The way in which this document is set
24   up, it appears to be similar to, though not in the
25   same page length as Exhibit 4, but it appears as

174

1
2    though it was something that was searched, or I'm
3    trying to find out from you what this document is?
4        A.   I don't think it is the same as 4.  I
5    think it's one of the other indexes they provided
6    from their searches.
7        Q.   Within the first page under one to 10
8    of 75 records searched, there's an entry that says
9    "with status equals", right under it says "record
10   containing spectrum."
11       A.   Yes.
12       Q.   Do you know what that refers to?
13       A.   It appears to me that they searched for
14   the term spectrum, and this is the result.
15       Q.   Do you know why they were searching for
16   the spectrum?
17       A.   I remember talking about this to someone
18   there because I belief the term spectrum was not a
19   term that we asked them to search, and I believe
20   someone there thought spectrum was in some way
21   related to some of the entities in this litigation.
22   I think they were trying to find records.
23       Q.   When I took a quick look at Ramsay
24   Exhibit 9, I didn't see any boxes or the numbers
25   associated with boxes, highlighted for review.  Is

175

1
2    it correct, that you did not review any boxes
3    associated with Ramsay Exhibit number 9?
4        A.   That is correct.
5        Q.   Is that because there did not appear to
6    be documents that would be responsive to the
7    requests in this case?
8        A.   Yes.
9             MR. SMITH:  Can you mark this as Ramsay
10   No. 10?
11            (Ramsay Exhibit 10, index provided by
12   Records Management at WorldCom of their record
13   search, marked for identification, as of this
14   date.)
15       Q.   You should have in front of you a
16   document we marked as Ramsay Exhibit No. 10.  It
17   looks like a five-page document, doesn't seem to
18   have a heading to it.  It has columns at the top,
19   box number, original name on box, item number, type
20   of binding company, and then description of
21   materials.  Have you ever seen this document
22   before?
23       A.   I have.
24       Q.   Can you tell me what it is?
25       A.   It's another index that they provided us

Page  172 - 175

A 02213

Donald Ramsay  11/14/2005

176

1
2  from their computer searches.
3  Q.  They, being Records Management at
4  WorldCom?
5  A.  Correct.
6  Q.  Do you know what they were searching for
7  that resulted in this index, what terms or names?
8  A.  I don't recall specifically, no.  As I
9  mentioned, there a number of initial searches.
10  When we received the indexes we asked for more, and
11  we end up getting what we understood to be the
12  complete universe, which is a large part is 8, and
13  other indexes you've already discussed.
14  Q.  I'm sorry.
15      In large measure, is the universe of
16  entries resulting from their searches in Ramsay
17  Exhibit No. 8?
18  A.  8, and others you marked here already.
19  Q.  4, 5, 6 and 7?
20  A.  Yes.  There were a series of searches
21  that produced these shorter indexes that we asked
22  for.
23  Q.  You don't recall what search terms, or
24  names resulted in Ramsay Exhibit No. 10?
25  A.  No.

177

1
2  Q.  There are on some of the pages
3  highlighted, or what look to be shaded since
4  they're not colored on here, entries is it correct,
5  that those shaded entries are ones that you
6  selected for review?
7  A.  No.
8  Q.  Can you tell me what those shaded
9  entries mean?
10  A.  No, I can't.  I don't know, I don't
11  recall.
12  Q.  Do you know if any of the boxes that are
13  contained within Ramsay Exhibit No. 10 were
14  selected for review?
15  A.  I'm hesitating because this may be a
16  duplicate of another index that was printed in
17  another format, and I'm not certain.
18      MR. SMITH:  Can you mark this as 11?
19      (Ramsay Exhibit 11, duplicate printout
20  in landscape format, marked for
21  identification, as of this date.)
22  Q.  You should have in front of you what we
23  marked as Ramsay Exhibit No. 11.  You can take a
24  look at that document as well.  Do you recognize
25  Ramsay Exhibit No. 11?

178

1
2  A.  I believe it's a duplicate, simply
3  printed out, landscape, yes.
4  Q.  Is that what you are referring to --
5  A.  Seeing it now, yes, I believe it is.
6  Q.  From the other format which seems to be
7  in Ramsay No. 11, are you able to tell whether or
8  not any documents or boxes were selected for review
9  from this set?
10  A.  I do not believe they were.  If they
11  were, we would have advised you of it.
12  Q.  So the shading, or highlighting doesn't
13  indicate that those boxes were selected?
14  A.  No, I don't believe so.  It's shading
15  done -- something other than by hand apparently.
16  Q.  Either you or someone else at Stinson
17  had, in order to make that determination to select
18  boxes for review, looked at the description of the
19  materials that are contained in Exhibit 11?
20  A.  I believe we did, yes.
21  Q.  If you go to the fourth page of Exhibit
22  11, and it will be box number 62.  It says
23  Intermedia, and then under the description it
24  appears to say JE logbooks.
25  A.  Yes.

179

1
2  Q.  June 2000 Intermedia, do you know what
3  that refers to?
4  A.  I don't for certain, no.
5  Q.  Going up on that page under, I guess,
6  it's box 50.
7  A.  Yes.
8  Q.  It's a description management book
9  analysis balance sheet REC's, February to September
10  2001.  It carries over to the following line.  It
11  says STFI revenue elimination January to September
12  2001.
13  A.  Yes.
14  Q.  Do you know what those entries refer to?
15  A.  I do not for certain, no.
16  Q.  Dropping down below to box number 65 it
17  looks like, it says a description it says JE Jan
18  '01 - Sept '01.
19  A.  I see that.
20  Q.  Do you know what that refers to?
21  A.  I don't.
22  Q.  Do you know what JE stands for?
23  A.  It sometimes refers to journal entry,
24  but I don't know what it is in this case.
25  Q.  Do you know if it could be a person's

A 02214

Donald Ramsay  11/14/2005

180

1
2    initials, or something like that?
3       A.   It's possible.
4       Q.   Box number 68, if you look under the
5    description for that it says GLIFC 2000, GLDGX
6    2000. GLD Roman numeral two or two I's, 2000,
7    GLINT8 / 2000.  Do you know what that refers to?
8       A.   I don't for certain, no.
9       Q.   On the following page box 71.
10      A.   Devnet concession fees.
11      Q.   Right.  There's a number of different
12   entries, then there's an entry for shared revenue
13   2001, and then below that within the same box it
14   appears ICIMGNT book 7 / '01.  Do you know what any
15   of those entries mean?
16      A.   Other than what's said there, I don't
17   know.
18      Q.   With respect to any of the entries and
19   the descriptions, aside from what just may be
20   within the words that are there, do you have any
21   idea of what they refer to?
22      A.   I know they do not appear to me to have
23   a significant likelihood of anything in response to
24   -- that's my view of it.
25      Q.   Just so I'm clear, Ramsay Exhibit No.

181

1
2    11, is the same index as Ramsay Exhibit No. 10,
3    just in a different format?
4       A.   It appears to be.
5       Q.   Do you recall there being any other
6    indices that were produced in the case?
7       A.   I don't now recall any others.
8          MR. DRISCOLL:  Just so the record is
9    clear, the balance of that question is from
10   which the boxes were selected for review?
11         MR. SMITH:  That was my intention, that
12   was the intended question if that's --
13      A.   As intended, I don't recall is the
14   answer.
15      Q.   Putting aside electronic documents or E
16   discovery, that is not to be covered in this
17   deposition; is the debtor's review and production
18   of documents completed in your view?
19      A.   I believe it is, yes.
20      Q.   Are there any other data bases, or
21   indices, or documents that are being reviewed for
22   production in this case?
23      A.   Not currently, no.
24         MR. SMITH:  Can you mark that as 12?
25         (Ramsay Exhibit 12, declaration of

182

1
2    Donald C. Ramsay, marked for identification,
3    as of this date.)
4       Q.   Mr. Ramsay, you should have in front of
5    you what we marked for identification as Ramsay
6    Exhibit 12.  Again, it has the same caption for the
7    case United States Bankruptcy Court for the
8    Southern District of New York In Re WorldCom Inc.
9    and the title or caption to the document is
10   declaration of Donald C. Ramsay.  Did you prepare
11   this document.
12      A.   I provided the information for it, for
13   the document, but I don't believe I drafted in.
14      Q.   What did draft it?
15      A.   I believe Allison Murdock.
16      Q.   But you provided the information that's
17   contained in all the paragraphs within Exhibit 12?
18      A.   Yes.
19      Q.   And that's your signature on the third
20   page?
21      A.   Yes.
22         MR. SMITH:  Can you mark that as Ramsay
23   13.
24         (Ramsay Exhibit 13, supplemental
25   declaration of Donald C. Ramsay, marked for

183

1
2    identification, as of this date.)
3       Q.   Mr. Ramsay, you should have in front of
4    you what we marked for identification as Ramsay
5    Exhibit 13.  Again, same caption United States
6    Bankruptcy Court in the Southern District of
7    New York. In Re WorldCom, the title of the document
8    is supplemental declaration of Donald C. Ramsay.
9       A.   Again, Allison Murdock prepared it,
10   drafted it.
11      Q.   Did you understand what this document
12   was being attached to?
13      A.   I did.
14      Q.   What was that?
15      A.   Our supplemental response to motion to
16   compel.
17      Q.   Is that your signature on the second
18   page of Ramsay Exhibit 13?
19      A.   Yes.
20      Q.   The e-mails that have been produced in
21   the case by WorldCom or by the debtors, where did
22   those e-mails come, from the hard copy e-mails that
23   have been produced?
24      A.   Several sources to my knowledge, among
25   them -- well you want the name or the -- Steve

Donald Ramsay  11/14/2005

184

1
2    Hooper provided some, Mike Randles provided them,
3    and there are others that were produced before my
4    involvement in the case, and I'm not certain of the
5    source.  There may have been e-mails.  I don't
6    recall part of the stored documents that were
7    produced.
8        MR. SMITH:  Can you mark that as Ramsay
9    14?
10        (Ramsay Exhibit 14, production response
11    headed "Document Index by Request Number,"
12    marked for identification, as of this date.)
13    Q.    You should have in front of you
14    Mr. Ramsay, what we marked for identification as
15    Ramsay Exhibit 14.
16    A.    I do.
17    Q.    Do you recognize the document?
18    A.    Yes.
19    Q.    What do you recognize it as?
20    A.    It's a document we provided, along with
21    our response, as part of our response to the first
22    request for documents.
23    Q.    If you go to Page three of the Exhibit,
24    it has the heading document index by request
25    number.

185

1
2    A.    Yes.
3    Q.    It's a table, box number, Bates number
4    and correspondence request number across the top.
5    A.    Yes.
6    Q.    Under box number, there's in the first
7    entry, it says not from Iron Mountain boxes.
8    A.    Yes.
9    Q.    What does that refer to?
10    A.    It refers to at least documents, well
11    I'm not -- I'm hesitating because I'm not sure
12    which were produced with which production, but the
13    same is true of our second production.  There was a
14    list of not Iron Mountain.
15    Q.    If you look at the first page of Ramsay
16    Exhibit 14 where it says at the very top under the
17    sort of caption, it says MCI's response to first
18    request of documents September 22, 2005, does that
19    give you any indication then of what the not from
20    Iron Mountains boxes...
21    A.    My guess- well it would include those
22    documents I described to you as documents that were
23    provided by Steve Hooper.  I believe, it may
24    include some documents from the depository in
25    Virginia that were sent to us that didn't have an

186

1
2    Iron Mountain box number on them.
3    Q.    When you say the depository in Virginia,
4    you're referring to the corporate library?
5    A.    Yes.  The reason for my hesitation is,
6    I'm not certain whether this first request included
7    documents from Mike Randles, or whether that was
8    part of the second supplemental response, which
9    documents, that is, the Mike Randles.  The
10    documents from Mike Randles also would not have had
11    an Iron Mountain box number associated with them.
12    Q.    If you go to page six of the Exhibit.
13    A.    Yes.
14    Q.    In the middle of the page, there's a
15    start of box numbers starting with 177204262.
16    A.    Correct.
17    Q.    Where are those documents from, that are
18    referred to within that entry?
19    A.    Where, meaning what physical --
20    Q.    Are they boxes from, for example, the
21    Orlando, Florida set of documents, or from some
22    Iron Mountain facility, or someplace else?
23    A.    I'd have to refer back to the indexes to
24    be sure of this box.
25    Q.    This box would correlate with whatever

187

1
2    is in the indices?
3    A.    Should make it transparent.
4    Q.    If you go to the ninth page of the
5    Exhibit, the last page, it looks like three entries
6    with a VA prefix and then the number, what does the
7    VA stand for?
8    A.    VA is refreshing my memory a bit.  Some
9    of the boxes from Ashburn, Virginia were not Iron
10    Mountain box numbers, but they had -- they may have
11    been Iron Mountain, in fact, I'll say that they
12    probably were, it's just a different number, but
13    they're from Virginia and they were one through 20
14    or 02 and 016, that sort of number on them.  I'm
15    not certain if it was an Iron Mountain number, or
16    whether it was their number, boxes had been
17    numbered.
18    Q.    The VA number would have been referring
19    to Virginia and whatever the depository was in
20    Virginia; that's what this is referring to?
21    A.    Right, correct.
22        MR. SMITH:  Can you mark this as Ramsay
23    15.
24        (Ramsay Exhibit 15, MCI supplemental
25    response on October 7, 2005, marked for

Page  184 - 187

A 02216

Donald Ramsay  11/14/2005

188

1
2       identification, as of this date.)
3       Q.   You should have in front of you, what we
4       marked as Ramsay Exhibit 15.
5       A.   Yes.
6       Q.   Do you recognize the document?
7       A.   I do.
8       Q.   What do you recognize it as?
9       A.   It's the same information, only with
10      regard to MCI supplemental response on October 7,
11      2005.
12      Q.   And the production that was made on
13      October 7, 2005, was the result of the second
14      review?
15      A.   Yes.
16      Q.   Of the 70 boxes you referred to?
17      A.   And if my memory is correct, and I'm not
18      certain about that, it also included Mike Randles's
19      documents, documents obtained from Mike Randles.
20      Q.   In addition, I think you had testified
21      earlier, was that your recollection was that the
22      MCI documents as that term is referred to in the
23      supplemental response, included the Steve Hooper's
24      documents that you believe exist?
25      A.   Correct.

189

1
2       Q.   Did it also include a Mike Randles?
3       A.   I don't believe we had identified those
4       at that time.
5       Q.   Aside from the names of other attorneys
6       at Stinson that you mentioned today, were there any
7       other attorneys at Stinson involved in the
8       production or review of documents in the case?
9       A.   Not that I recall.  I think I named them
10      all.
11      Q.   Aside from Mr., I think it's Wachen,
12      in-house attorney at WorldCom, aside from him, were
13      there any other attorneys at WorldCom involved in
14      the location or review of documents in the case?
15      A.   Not that I recall.
16      Q.   Aside from the individuals that you
17      mentioned from Records Management Group at
18      WorldCom, is there any other individuals or groups
19      for that matter, involved in the location or
20      identification of documents that were requested in
21      this case?
22      A.   We're talking about hard copy?
23      Q.   Correct.
24      A.   Well, I've named others that weren't
25      with Records Management review that we talked to.

190

1
2       Q.   Specific individuals?
3       A.   I can't think of anybody that I haven't
4       named.
5       Q.   I'm specifically referring to the people
6       at Records Management, as others who were involved
7       in the identification or location of documents, and
8       I was excluding in my mind the people who you
9       contacted, or someone from Stinson contacted
10      directly who you believe may have had some
11      involvement in the case.  That's what I was
12      focusing on.
13      A.   You know, as I sit here, I think there
14      may have been another person or two, some people
15      whose names I don't now remember.  There's a
16      gentleman whose name I can't call up right now
17      beginning with F, Fuiridi (phonetic)  or something
18      to that effect, and I think -- oh, Margie Polgar.
19      As I sit here, there was another person.  It's hard
20      to, over the course of a year, to sit here and call
21      up all the names.
22      Q.   You mentioned a person by the name of
23      Margie Polgar?
24      A.   Yes.
25      Q.   What was her role in this?

191

1
2       A.   And I was given her name as someone who
3       might have accounting records relating to
4       Intermedia.
5       Q.   Did you speak with her?
6       A.   Yes.
7       Q.   Did she conduct a search for any kind of
8       records regarding Intermedia?
9       A.   Yes.
10      Q.   How did she go about conducting her
11      search?
12      A.   The words I remember her using was --
13      were something to the effect, that she would ask
14      her team to search, and I don't know physically how
15      they did that.
16      Q.   Do you know what they were searching?
17      A.   Accounting records, as I recall.  She
18      was someone who was thought, might have information
19      about the location of Intermedia accounting
20      records.
21      Q.   Do you know how they conducted the
22      search?
23      A.   I'm not certain.
24      Q.   Do you know if they searched actual hard
25      copy documents, or did they search through a data

A 02217

Donald Ramsay 11/14/2005

192

1
2  base of some sort?
3      A.  I don't recall, don't recall.
4      Q.  Do you know what --
5      A.  Don't believe there was a data base, but
6  whether they were checking their own files or
7  calling other people, I'm not certain.
8      Q.  Do you know what search terms they used?
9      A.  I don't.
10     Q.  Were there any individual --
11     A.  She was looking in general, for any
12 accounting records.  I don't think it was a search
13 term process.
14     Q.  Where were the accounting records based,
15 that she was having her team look for?
16     A.  I don't recall, don't recall if there
17 was a location that was identified.
18     Q.  Where was she based?
19     A.  I don't recall that either.  Talked to
20 her on the phone.
21     Q.  Did her review or search, or her team's
22 review or search, result in any documents?
23     A.  They were not able to locate any.
24     Q.  Were they looking in WorldCom documents,
25 or some other source?

193

1
2      A.  I don't recall.
3      Q.  Were there any other individuals that
4  you spoke with or communicated with, or that
5  Stinson spoke with, communicated with, regarding
6  the search for documents?
7      A.  Again, I talked to people over the
8  course of almost a year.  I don't think I could sit
9  here and be absolutely certain of saying every
10 name, but I don't recall any others as I sit here
11 today.
12     Q.  Do you recall if there were others aside
13 from what you mentioned?
14     MR. DRISCOLL:  Didn't you just ask that?
15     MR. SMITH:  I don't know.  I'm trying to
16 get a clear answer.
17     A.  I would be willing to guess there were,
18 but I just I can't remember for who they might be, or
19 whether there were for certain.  It's just that, in
20 the normal course of events, if you ask somebody to
21 name everybody they talked to, it's quite possible
22 that I left somebody out, so I can't be certain.
23     Q.  Do you remember if you spoke with anyone
24 other than who you mentioned already, regarding
25 other types of documents, and as an example, you

194

1
2  mentioned Margie Polgar, who you spoke to regarding
3  accounting records.  Do you remember if there were
4  other types of records that you spoke with a person
5  about, as opposed to the name of a person?
6      A.  I believe by and large, most of them
7  were any documents relating to EffectNet,
8  Intermedia, Webley, MCI, the merger, anything of
9  those sorts of things, indices, in relationship to
10 those parties, or those contracts, and the contract
11 with EffectNet contract, with master software
12 licensing agreement.
13     Q.  Did you ever ask any of those
14 individuals about WorldCom competing Unified
15 Messaging plan?
16     A.  Yes.
17     Q.  All of the individuals you mentioned
18 already?
19     A.  I can't sit here today, say that I
20 recall asking about that to people I talked to.
21     Q.  I may have asked you this with respect
22 to particular individuals, but I'll ask it globally
23 in terms of the conversation you had with all of
24 the individuals.  Did you take notes of those
25 conversations with individuals regarding your

195

1
2  requests for documents?
3      A.  Sometimes yes, and sometimes no.
4      Q.  Which ones did you take notes versus
5  which ones you didn't?
6      A.  I remember some, some I don't and --
7      Q.  Who were the ones you remember that you
8  took notes?
9      A.  I remember taking notes of Kathleen
10 Victory, Richard Black, Barry Zip, Teresa Hastings.
11 I believe I have some notes of conversations with
12 Margie Polgar, and I believe there probably are
13 notes of others, but I don't recall.  The notes may
14 be simply yes or no they have documents, they said
15 they don't have documents, that's all.
16     Q.  I understand.
17     (Recess taken.)
18     Q.  When you first went and contacted or
19 communicated with the internal WorldCom records
20 management people, what was the, I guess, what was
21 the data base that they were going to search, what
22 did that encompass?
23     A.  The data base they're searching is
24 again, my understanding it's a data base of all
25 stored boxes or documents.

A 02218

Donald Ramsay  11/14/2005

196

1
2    Q.   Okay, and did the data base -- was the
3    data base made up of only what's in these indices
4    that were produced to us, or does the data base
5    have a larger group of names or terms within them
6    that the search terms were plugged into?
7        MR. DRISCOLL: Asked and answered
8    multiple times.
9    Q.   I'm just not understanding how that
10   worked.
11   A.   I'm, I guess, I'm not exactly sure I
12   understand this particular question.
13   Q.   When the WorldCom records management
14   people, not specific names, but just the group did
15   the search using whatever search terms were
16   provided to them, what was the data base that the
17   search terms went into to then generate the indices
18   that we now have?
19       MR. DRISCOLL: Are you asking for its
20   name?
21       MR. SMITH: No, not the name but --
22   Q.   Do you understand my question?
23   A.   I don't. Other than the answer I gave
24   before, the data base of information relating to
25   all the stored documents. So beyond that, you

197

1
2    obviously intend something else by that, but it
3    seems to me the same question. I don't know.
4    Q.   What I'm trying to understand is, when
5    records management at WorldCom did a search of the
6    data base, what was the information that was in the
7    data base? Was it were they searching the actual
8    contents of each document, or were they searching
9    just in a data base made up of another index?
10       MR. DRISCOLL: Object to the form of the
11   question. Asked and answered, also confusing.
12   A.   I'm having trouble, honestly,
13   understanding your question. My understanding is
14   that the data base has the information that you see
15   in your indexes, and that's pulled up when they
16   search for the terms or names or dates.
17   Q.   I guess what I'm not understanding is,
18   in their computer, what was actually in the
19   computer that they were searching for, boxes?
20   A.   I don't know beyond what prints out.
21   Q.   Maybe if you go back to Ramsay Exhibit
22   No. 4, and it has for example, on the first page
23   the entries within the major, minor and long
24   description, right?
25   A.   Correct.

198

1
2    Q.   What we have here on Ramsay Exhibit No.
3    4 is just the description that someone input within
4    this Iron Mountain Record Center document, right?
5    A.   Say that again? That they printed, or
6    that somebody entered, yeah.
7    Q.   No, Ramsay Exhibit No. 4 is an index
8    that you provided to us, correct?
9    A.   Correct.
10   Q.   Is the data base that WorldCom records
11   management searched, look similar or the same, as
12   what is the document Ramsay Exhibit No. 4?
13       MR. DRISCOLL: I'm sorry, counsel. Are
14   you asking him to what it looks like on a
15   screen?
16       MR. SMITH: In any way, or any form. I
17   just don't understand.
18   Q.   Did you understand my question?
19   A.   I don't beyond, really -- I am confused
20   by what you're asking. I mean, it appears it
21   prints up in a couple of forms, but it's the same
22   information that pulls up with regard to stored
23   documents. So beyond that, I don't, I don't
24   follow, and I apologize for that, but I'm not sure.
25   Q.   I'm trying to frame this so that you

199

1
2    understand my question, so I can find out exactly
3    how the whole process worked, because I'm not
4    clear, that I'm not hundred percent clear, as to
5    how the searches occurred based on your terms, that
6    you gave people at WorldCom records management what
7    they then did to generate these indices, and so did
8    they, I guess, my question in one way, is did they
9    search an index of documents as opposed to a data
10   base?
11   A.   Well, this is -- my understanding as a
12   data base can be an index. That's one form of a
13   data base, so I don't distinguish those
14   necessarily. What I know, is that they conduct an
15   electronic search for information on their system
16   to identify boxes of documents.
17   Q.   Do you have an understanding as to what
18   was the electronic information on their system?
19   A.   I don't, beyond what prints, what shows
20   up when they send you an index. That information
21   is quite apparently on this system.
22   Q.   All right, so then going back to my
23   question about Ramsay Exhibit No. 4, for example,
24   the print out, and just taking it as the example,
25   the first page is the print-out that they provided,

A 02219

Donald Ramsay  11/14/2005

200

1
2  the information that they searched for, was it a
3  larger volume of information that they searched to
4  then be reduced to this index?
5       A.   The latter, as my understanding.  It was
6  a larger volume that they searched to be reduced to
7  that index.
8       Q.   Do you know what was contained within
9  that larger volume of information?
10      MR. DRISCOLL:  Asked and answered.
11      A.   Do I know what everything in the larger
12  volume is, no.
13      MR. DRISCOLL:  You've already answered
14  it multiple times.  Give the same answer
15  again.
16      A.   It's the universe of stored documents
17  across corporate lines.
18      MR. DRISCOLL:  That's the last time.
19      Q.   Maybe I can use an example, just so that
20  I can understand this.  In their data base when
21  they conducted a search, did the search terms pull
22  up documents that contained those terms, or did
23  they just pull up an index for a particular box
24  that contained that search term?
25      A.   I don't believe they pulled up

201

1
2  documents.  My understanding is that the indexing
3  is done in what they refer to as a box level, not a
4  document level, so their search would be of
5  descriptions of boxes of documents.
6       Q.   Okay.
7       A.   Is that --
8       Q.   That's what I was trying to find out,
9  because earlier today, my understanding was that
10  the searches of the data base were searches of the
11  documents that might have contained whatever the
12  terms were that you provided.
13      A.   If I led you to believe that, that's not
14  my understanding.  My understanding is that they
15  are indexed at the box level, not the document
16  level.
17      Q.   And so the search done by the records
18  management people was of box indices that might
19  have contained whatever the search term was?
20      A.   That's correct.
21      Q.   All right.  And then the next step, the
22  people, or individuals who created those indices at
23  the box level, were at least with respect to
24  Intermedia people, who took their boxes from their
25  offices, boxed them up, created their indices, and

202

1
2  then moved on?
3       A.   At least I was advised that - that was
4  what they had been asked to do, and that they did,
5  and that information was taken and used to create
6  to put into the system, yes.
7       Q.   My understanding is also, and correct me
8  if I'm wrong, that the same thing was done with
9  respect to WorldCom / MCI employees as well,
10  whether or not they were let go or not.
11      A.   I don't have an understanding of that.
12  I'm not certain how that was done.
13      Q.   Do you know if the data base of
14  documents of WorldCom MCI documents are maintained
15  in the same way that the Intermedia documents are
16  maintained?
17      A.   I'm not certain.
18      Q.   Do you know if the searches of the
19  WorldCom MCI documents are searches at a box level
20  index?
21      A.   I believe they are.
22      Q.   Do you know if the Intermedia documents
23  are kept in the same locations as the MCI WorldCom
24  documents?
25      A.   Certainly didn't appear to me that they

203

1
2  are in all cases.  I don't have a sense -- I don't
3  know.  I know that there's a great number of the
4  Intermedia boxes in Orlando.  Whether there are
5  also MCI boxes there, I'm not certain, no.
6       Q.   In terms of the volume of boxes as I
7  understand it, based on the search done by the
8  WorldCom records management people, they located
9  potentially -- potential documents to be reviewed,
10  approximately ten thousand boxes.
11      A.   Yes.
12      Q.   And that's -- that ten thousand boxes is
13  what's in these indices that were produced to us
14  correct?
15      A.   Correct.
16      Q.   And then you, not you personally, but
17  Stinson, looked at the indices, reviewed them to
18  make determinations as to whether to review the
19  boxes themselves for potential production in the
20  case; is that accurate?
21      A.   That's accurate.
22      Q.   And that's what then was culled down to
23  the 12 and a half boxes that have been produced to
24  date?
25      A.   Don't recall the exact number of boxes,

Page  200 - 203

A 02220

Donald Ramsay  11/14/2005

204

1
2  but whatever it is, yes.
3      Q.   10 to 15 boxes?
4      A.   Yes.
5      Q.   When you did the -- you and others at
6  Stinson did the review of the indices, did you keep
7  notes of the review to keep track of what you were
8  deciding may or may not come back for review?
9      A.   I don't believe that we did, I don't
10  believe I did.
11      Q.   Do you know if anyone else at Stinson
12  did?
13      A.   Not that I'm aware of.
14      Q.   Take a look at Ramsay Exhibit 14,
15  please.
16      A.   Which one is that?
17      MR. DRISCOLL:  It's the first request
18  for document response, December 22.
19      A.   Okay.
20      Q.   Take a look on your Ramsay Exhibit No.
21  14, request number 18.  It's a communication among
22  debtors concerning the general agreement.
23      A.   Yes.
24      Q.   Within the series of documents
25  Bates-numbered, and then the corresponding request

205

1
2  numbers, there are -- there is based on our review,
3  only one document that concerns the termination,
4  excuse me, the communications among the debtors
5  regarding, concerning the general agreement.
6      A.   Whatever it shows, I'll rely on the
7  document.
8      Q.   It actually comes up in Ramsay Exhibit
9  No. 15, my apologies.
10      MR. DRISCOLL:  This deposition has been
11  ongoing for 7 hours, even considering the late
12  time.  Do you have a sense if you will ever
13  finish, and if so when?
14      MR. SMITH:  Very shortly.
15      MR. DRISCOLL:  When is that, can you
16  quantify it?
17      MR. SMITH:  I don't want to put a
18  specific time on it.  I disagree with you on
19  the timing of how long we've been going.
20      MR. DRISCOLL:  You're wrong.  Anyway, go
21  on.  How much longer?
22      MR. SMITH:  Fifteen minutes at most.
23      MR. DRISCOLL:  Let's go.
24      MR. SMITH:  Can you mark this as Exhibit
25  No. 16.

206

1
2      (Ramsay Exhibit 16, document concerning
3  communications among debtors regarding the
4  general agreement, marked for identification,
5  as of this date.)
6      Q.   When you've had a chance to take a look
7  at Exhibit 16, let me know.
8      A.   Okay.
9      Q.   Do you know how this document concerns
10  communications among debtors regarding the general
11  agreement?
12      MR. DRISCOLL:  It is your
13  representation, I gather counsel, that the
14  document with data on it is part and parcel of
15  MCI W026076 document.
16      MR. SMITH:  It has the Bates numbers MCI
17  W026076 through MCI W026077.
18      A.   I mean -- sorry, I don't mean to
19  interrupt.
20      MR. DRISCOLL:  Go ahead.
21      A.   There's a reference to hundred thousand
22  total active subscribers Unified Communications,
23  and it appears to be a list of contracts.  I don't
24  know whether I thought that was a set that was
25  communicated between the entities, must have.

207

1
2  Pending contracts, completed contracts.  It's a
3  list of --
4      Q.   Do you know why there's only one such
5  document concerning communications among debtors
6  regarding the general agreement?
7      A.   Well --
8      MR. DRISCOLL:  The answer is, do you
9  know.
10      A.   I don't know.
11      Q.   On the first page of that Exhibit which
12  is MCI W026076, it looks like a file folder, a copy
13  of a file folder that says NERF meeting.
14      A.   Correct.
15      Q.   Do you know what that refers to?
16      A.   I do not.
17      Q.   Did you ever inquire of anyone at
18  WorldCom, as to why there were no other documents
19  concerning communications among debtors regarding
20  the general agreement?
21      A.   Don't recall that I did.
22      Q.   Did you ever communicate with anyone at
23  WorldCom as to what the meaning of NERF is?
24      A.   I don't recall.
25      Q.   Do you know if anyone at Stinson did?

A 02221

Donald Ramsay  11/14/2005

208

1
2    A.  I don't recall.
3        MR. SMITH:  Can you mark this as 17
4    please?
5        (Ramsay Exhibit 17, documents concerning
6    terminations of customer accounts with
7    Intermedia customers, marked for
8    identification, as of this date.)
9    Q.  Our review of the documents indicated --
10    I'm not going to show him the document.
11        MR. DRISCOLL:  You marked this.
12        MR. SMITH:  I'm not showing it to him
13    yet.  I'm asking him a question about
14    something else.
15        MR. DRISCOLL:  Go ahead.
16    Q.  -- that there were one or two documents
17    that were produced concerning the termination of
18    the Intermedia One product after the merger of
19    WorldCom and Intermedia.  There are numerous
20    documents produced concerning termination of
21    accounts with Intermedia customers, and do you know
22    why there were not any more documents than the one
23    or two that were produced concerning the internal
24    communications about the termination of Intermedia
25    One?

209

1
2    A.  I don't agree with your
3    characterization, that there were only one or two.
4    I believe there were more than that.
5    Q.  Do you recall there being a production
6    of documents, a large volume of documents, that
7    concerned Intermedia's termination of its own
8    customer accounts?
9    A.  I recall there were a number of
10    documents.  I don't know what large is.  I don't
11    think I knew how many there were, but I remember
12    there were documents.
13    Q.  Just as an example, I'm going to show
14    you Exhibit No. 17, what we've marked as Exhibit
15    No. 17.  And if you could take a look at that and
16    tell me whether or not that is what would represent
17    the documents concerning terminations of customer
18    accounts with Intermedia customers, either
19    terminations or cancellations, whatever the
20    terminology is.
21    A.  Well, this particular one, let me --
22    relates to Intermedia One, and you requested
23    documents relating to Intermedia One.  I'm not
24    certain whether this is a cancellation.  Let me go
25    through it.

210

1
2        I don't see a reference to cancellation
3    in this particular one.  They may be missing it,
4    but I do see it relates to an Intermedia One
5    account.
6    Q.  A customer account?
7    A.  Yes.
8        MR. SMITH:  Can you mark this as Ramsay
9    18 and 19.
10        (Ramsay Exhibit 18, document concerning
11    communications among the debtors regarding
12    cancellations of accounts, marked for
13    identification, as of this date.)
14        (Ramsay Exhibit 19, document concerning
15    communications among the debtors regarding
16    cancellations of accounts, marked for
17    identification, as of this date.)
18    Q.  I'm going to give you what we marked as
19    Ramsay No. 18 and 19.  Both of these documents
20    Bates-numbered MCI W014221 and MCI W014253, appear
21    to me to be -- they look to be the same document,
22    just with a different Bates number.
23    A.  Appears so.
24    Q.  Based on our review of the documents,
25    these are the only documents that appear to relate

211

1
2    to documents concerning communications among the
3    debtors regarding cancellations of accounts.  My
4    question to you is, why is that the case?
5    A.  I don't know.  I don't know that it is
6    the case, but I don't know.
7        MR. SMITH:  Okay.  I think I'm done.
8        (Time noted:  6:45 p.m.)
9
10        _____
11        DONALD C. RAMSAY
12    Subscribed and sworn to before me
13    this ___ day of _____, 2005.
14
15    _____
16
17
18
19
20
21
22
23
24
25

A 02222

Donald Ramsay  11/14/2005

212

```
1
2         C E R T I F I C A T E
3    STATE OF NEW YORK )
4         : ss.
5    COUNTY OF QUEENS  )
6
7         I, MIRIAM KAPLAN, a Notary Public within
8    and for the State of New York, do hereby
9    certify:
10        That DONALD C. RAMSAY, the witness whose
11   deposition is hereinbefore set forth, was duly
12   sworn by me and that such deposition is a true
13   record of the testimony given by the witness.
14        I further certify that I am not related
15   to any of the parties to this action by blood
16   or marriage, and that I am in no way
17   interested in the outcome of this matter.
18        IN WITNESS WHEREOF, I have hereunto set
19   my hand this 15 day of November, 2005.
20
21        _____
22        MIRIAM KAPLAN
23
24
25
```

214

```
1
2    library D1-1-400 ref DISS, is WorldCom/
3    Intermedia Acquisition 2001
4    Ramsay Exhibit 7, document stating DEPT   138
5    record CUST box, WorldCom Unified
6    Messaging
7    Ramsay Exhibit 8, large spreadsheete    148
8    with a list of boxes
9    Ramsay Exhibit 9, document stating Iron   174
10   Mountain Records Center, 1 to 10 of 75
11   records searched
12   Ramsay Exhibit 10, index provided by    176
13   Records Management at WorldCom of their
14   record search
15   Ramsay Exhibit 11, duplicate printout    178
16   in landscape format
17   Ramsay Exhibit 12, declaration of    182
18   Donald C. Ramsay
19   Ramsay Exhibit 13, supplemental    183
20   declaration of Donald C. Ramsay
21   Ramsay Exhibit 14, production response   185
22   headed "Document Index by Request
23   Number
24   Ramsay Exhibit 15, MCI supplemental    188
25   response on October 7, 2005
```

213

```
1
2    ------------------ I N D E X ------------------
3    WITNESS          EXAMINATION BY        PAGE
4    DONALD C. RAMSAY    MR. SMITH           5
5
6    ------------------ EXHIBITS ------------------
7    RAMSAY                    FOR ID.
8
9
10
11   Ramsay Exhibit 1, WorldCom's first     67
12   amended initial disclosure
13   Ramsay Exhibit 2, debtor's responses to  89
14   claimant's first request for production
15   of documents
16   Ramsay Exhibit 3, Debtor's Supplemental  95
17   Responses to Claimant's First Request
18   for Production of Documents
19   Ramsay Exhibit 4, search report from   108
20   Iron Mountain Records, received March
21   25, 2005
22   Ramsay Exhibit 5, Intermedia accounts   126
23   payable records Mississippi filings
24   system
25   Ramsay Exhibit 6, files in corporate   132
```

215

```
1
2    Ramsay Exhibit 16, document concerning   207
3    communications among debtors regarding
4    the general agreement
5    Ramsay Exhibit 17, documents concerning  209
6    terminations of customer accounts with
7    Intermedia customers
8    Ramsay Exhibit 18, document concerning   211
9    communications among the debtors
10   regarding cancellations of accounts
11   Ramsay Exhibit 19, document concerning   211
12   communications among the debtors
13   regarding cancellations of accounts
14   (EXHIBITS ATTACHED.)
15
16
17
18
19
20
21
22
23
24
25
```

A 02223

Donald Ramsay  11/14/2005

216

```
1
2          *** ERRATA SHEET ***
           ESQUIRE DEPOSITION SERVICES
3          216 EAST 45TH STREET
           NEW YORK, NEW YORK 10017
4          (212) 687-8010
5   NAME OF CASE:  WORLDCOM, INC., REORGANIZED DEBTORS
    DATE OF DEPOSITION:  NOVEMBER 14, 2005
6   NAME OF WITNESS:  DONALD C. RAMSAY
    PAGE   LINE    FROM       TO
7   ___|___|_____|_____|_____
8   ___|___|_____|_____|_____
9   ___|___|_____|_____|_____
10  ___|___|_____|_____|_____
11  ___|___|_____|_____|_____
12  ___|___|_____|_____|_____
13  ___|___|_____|_____|_____
14  ___|___|_____|_____|_____
15  ___|___|_____|_____|_____
16  ___|___|_____|_____|_____
17  ___|___|_____|_____|_____
18  ___|___|_____|_____|_____
19
20          _____
21          DONALD C. RAMSAY
22  Subscribed and sworn to before me
23  this ____ day of _____, 2005.
24  _____    _____
25  (Notary Public)        My Commission Expires:
```

A 02224

Donald Ramsay  11/14/2005

---

**-**

---------------------------x
-:3,6

---

**0**

**0** 34:9
**01** 179:18,18 180:14
**016** 187:14
**02** 187:14
**02-13533** -:5 67:2 88:13
 94:17
**04** 22:20 29:3 64:19
**05** 33:24,25 34:4,7,10,12
 ,18,21 42:3 64:20 75:20
 106:4 164:18

---

**1**

**1** 4:19 5:13,22 6:3 40:7
 49:2 66:18,19,24 73:3
 94:21 140:25 154:15
 173:13 213:11 214:10
**1/02** 136:10
**10** 6:3 108:21 110:8
 154:16 173:13,20 174:7
 175:10,11,16 176:24
 177:13 181:2 204:3
 214:10,12
**10017** 216:-
**101** 1:6 2:6
**10178** 2:7
**108** 213:19
**10:40** 1:3
**11** 67:2 88:13 94:17
 101:14,16 126:4 177:18
 ,19,23,25 178:7,19,22
 181:2 214:15
**11:30** 13:22
**12** 70:2 171:12 181:24
 ,25 182:6,17 203:23
 214:17
**1201** 2:12
**126** 213:22
**13** 6:4 171:24 182:23,24
 183:5,18 214:19
**132** 213:25
**133133** 120:14
**1333133** 120:21
**138** 214:4
**14** -:12 1:2 34:7 171:25
 184:9,10,15 185:16
 204:14,21 214:21 216:-
**148** 214:7
**15** 187:23,24 188:4
 204:3 205:9 212:19
 214:24
**151** 4:11
**16** 117:25 120:18 205:25
 206:2,7 215:2

---

**17** 120:18 208:3,5
 209:14,15 215:5
**174** 214:9
**176** 214:12
**177204262** 186:15
**178** 214:15
**179103** -:21
**18** 120:18 204:21 210:9
 ,10,19 215:8
**182** 214:17
**183** 214:19
**185** 214:21
**188** 214:24
**19** 120:18,20 210:9,14
 ,19 215:11
**191496627** 118:5
**199** 41:4
**1:02** 80:6
**1:58** 81:4

---

**2**

**2** 88:4,5,10 92:8 99:9,13
 133:10 173:8 213:13
**20** 83:23 84:6 120:19
 187:13
**200** 40:25 93:13,25 94:5
**2000** 40:7 49:2 83:23
 84:7 85:8,12 141:2
 179:2 180:5,6,6,7
**2001** 131:20 132:3 172:2
 179:10,12 180:13 214:3
**2002** 40:7 49:2,3 141:2
**2004** 20:12 22:19,22
 27:4 28:3 41:25 42:2
 67:7
**2005** -:12 1:2 34:14 42:4
 88:17 94:21 100:10
 104:12 107:7,14 185:18
 187:25 188:11,13
 211:13 212:19 213:21
 214:25 216:-,23
**204** 122:14
**207** 215:2
**209** 215:5
**20th** 120:12,17
**211** 215:8,11
**212** 216:4
**216** 216:3
**22** 185:18 204:18
**224400777** 125:7
**23** 67:6
**25** 5:12 67:18 88:17
 107:6,14 213:21
**270** 122:18
**273701050** 122:17,21
**273788675** 111:13
**290** 111:4
**2:51** 106:25

---

**3**

**3** 94:8,9,14 99:7 213:16
**30** 15:22 18:9 141:2
**307327251** 116:7,23
**32** 122:19
**33** 122:12
**338** 108:21 110:8

---

**4**

**4** 7:5 92:9 107:4,5,11
 108:7,13,16 109:3,16
 110:7 111:4 113:25
 114:2,21 115:3,9,13,24
 117:5,9,15 118:2 120:13
 122:3 124:3,17 125:5
 148:11,15 149:2 150:12
 173:25 174:4 176:19
 197:22 198:3,7,12
 199:23 213:19
**45th** 216:3
**48** 111:5
**483-5130** 125:11
**4940** 4:11

---

**5**

**5** 125:22,23 126:4,18,24
 127:18,21 128:2,10,22
 148:12,15 149:2 176:19
 213:4,22
**50** 179:6
**59823** 112:6

---

**6**

**6** 131:17,18,24 133:7,18
 134:9,24 135:6,12
 136:19 148:12,15 149:2
 176:19 213:25
**62** 178:22
**64106** 2:13
**65** 179:16
**66224** 4:12
**67** 213:11
**68** 180:4
**687-8010** 216:4
**6:45** 211:8

---

**7**

**7** 9:24 137:15,16,20
 138:12 140:7,10 142:24
 144:6 148:12,15 149:2
 163:11 166:21 176:19
 180:14 187:25 188:10
 ,13 205:11 214:4,25
**70** 164:22 165:3 188:16
**706281** 67:5
**71** 180:9
**75** 173:13,20 174:8

---

**214**:10

---

**8**

**8** 147:17,18,22 148:15
 149:2,17 150:10,20
 151:5,10,17 152:21
 153:12 156:2 159:18
 160:16 163:12 165:23
 168:24 169:15 171:13
 176:12,17,18 214:7
**89** 213:13

---

**9**

**9** 13:21,22 136:22
 173:11,12,18 174:24
 175:3 214:9
**900** 19:12
**95** 213:16

---

**A**

**a.m** 1:3
**a1** 95:15
**able** 170:2 178:7 192:23
**above** 134:15 158:24
**absolutely** 19:4 50:11
 101:13 193:9
**accessible** 134:20
**according** 106:4
**account** 155:3,4 210:5,6
**accounting** 191:3,17,19
 192:12,14 194:3
**accounts** 125:23 126:7
 128:16,19 131:10,12
 156:15,17 208:6,21
 209:8,18 210:12,16
 211:3 213:22 215:6,10
 ,13
**accurate** 56:22 99:11,22
 203:20,21
**acquisition** 131:20
 132:3 214:3
**across** 93:20 94:5 111:8
 ,17 149:19 185:4 200:17
**action** 17:21 212:15
**active** 172:8 206:22
**actual** 47:9 105:18
 191:24 197:7
**actually** 13:22 47:20
 59:12 70:5 101:6 103:2
 128:18 134:8 135:12
 144:21 197:18 205:8
**add** 39:12
**added** 104:2,4,6 117:3,5
 104:5 154:16 188:20
**addition** 82:9 83:13
 104:5 154:16 188:20
**additional** 98:3,19,22
 99:4 113:10 164:22
 165:3

---

A 02225

Donald Ramsay  11/14/2005

**address** 4:9
**advised** 4:21 30:2
145:19 151:24 164:19
178:11 202:3
**advisement** 25:20
**advising** 28:17,24
**affiliate** 43:18
**again** 9:20 10:19 11:11
16:16 29:22 48:15,20,25
50:9,18 52:15 55:6,18
64:5,11 65:14 68:11
73:9 75:18 87:14 88:11
90:25 109:24 115:20
126:4 133:15 142:19
145:5 147:23 152:21,24
153:9 158:8 159:9,14
161:22 162:5 163:6
170:2 172:25 173:18
182:6 183:5,9 193:7
195:24 198:5 200:15
**against** 52:24
**ago** 9:21 10:2,15 100:24
101:16 111:25
**agree** 209:2
**agreed** 3:2,7,11
**agreement** 56:7 62:11
63:5 72:20 82:14 83:8
,10,22,23 84:6,7,22,24
85:4 194:12 204:22
205:5 206:4,11 207:6,20
215:4
**ahead** 77:24 106:18,22
130:7 206:20 208:15
**ajg** 67:2
**al** -:- 67:3 88:14 94:18
**alleged** 76:6
**allison** 9:13 13:8 14:2
158:3 182:15 183:9
**alltel** 130:9,12,15,24
**almost** 193:8
**along** 14:20 15:5 184:20
**alphabet** 161:21
**alphabetical** 130:25
**already** 68:10,16 69:10
93:18 97:16 122:7
152:17 158:2 168:23
176:13,18 193:24
194:18 200:13
**always** 163:23
**am** 7:25 198:19 212:14
,16
**amended** 66:20 67:4,13
213:12
**among** 7:18 16:17 45:25
57:15 117:3 135:14,22
137:11 138:19 183:24
204:21 205:4 206:3,10
207:5,19 210:11,15
211:2 215:3,9,12

**amount** 11:8 12:6
**ampersand** 156:6
**analysis** 75:21 77:8,12
78:17 179:9
**and/or** 25:19 68:21 91:4
122:9
**angie** 158:4
**answer** 8:12,13,20 46:3
48:15 61:7 72:5 77:24
87:6 93:7,17 94:2
119:15 132:22 135:24
151:9 181:14 193:16
196:23 200:14 207:8
**answered** 48:14 74:14
84:16 97:16 122:7 196:7
197:11 200:10,13
**answering** 77:20
**answers** 150:8
**anybody** 79:4 85:10
105:10,10,14,15 114:8
131:14 142:14 190:3
**anyone** 5:19 14:8,10,11
27:4 31:3 38:11 58:16
,25 62:17 65:7,9 69:22
70:10 71:8 78:12 79:3
81:12,14,24 85:12,21
104:20 105:7,23 106:13
108:25 114:3 121:21,22
122:4 123:17 124:5,11
,15 125:17 128:13 129:7
,20 142:10,15 153:6
157:9 193:23 204:11
207:17,22,25
**anything** 14:21 15:4
21:16 23:3,17 24:7 25:6
,10 27:25 29:18 30:6
31:19,22 32:4 37:17
38:12 40:8 56:16 57:22
,24 59:22 65:2 72:21
75:19 78:19 86:9 103:10
104:2,4,7 112:16 134:19
137:2 145:6 146:21
155:13 162:8,12,18
170:11 171:22 172:16
180:23 194:8
**anyway** 205:20
**anywhere** 12:12 85:11
**apint** 129:12
**apologies** 79:3 91:11
120:20 122:12 205:9
**apologize** 39:5 198:24
**app** 129:3
**apparent** 171:21
**apparently** 178:15
199:21
**appear** 101:11 112:15
128:5 137:2 175:5
180:22 202:25 210:20
,25

**appeared** 101:8 169:6,8
**appears** 107:14 110:23
123:7 126:6 128:17
130:20 133:7 136:14
137:21 141:11 142:9
143:8 144:23 147:24
167:22 173:24,25
174:13 178:24 180:14
181:4 198:20 206:23
210:23
**applies** 147:11
**appreciate** 6:24
**approach** 68:7
**appropriate** 7:7
**approximate** 11:8
104:10
**approximately** 10:18,20
12:7,10,23 15:22 18:14
19:7 100:12 104:8
203:10
**area** 16:7
**argument** 6:11
**around** 22:23 97:2
**arrive** 138:11
**arrived** 114:13
**ashburn** 29:24 33:8 38:9
87:7,8,22 132:12,21
187:9
**aside** 23:15 29:16 53:3
55:4,13 68:15 76:15,21
78:15 96:18 105:21
106:13 123:20 124:5
137:25 180:19 181:15
189:5,11,12,16 193:12
**ask** 8:4,11,13,19 15:6
43:2,5 48:14 52:23
64:24 68:8,12 75:2,6
77:7,19 82:12 85:18
95:12 106:18 129:7
131:7 147:10 170:25
191:13 193:14,20
194:13,22
**asked** 21:25 42:24,25
43:3 46:22 50:16 51:2
52:10 59:24 62:22 73:18
74:11,14,16 75:9,21,24
76:2,4,9,15,17 77:8
78:18 83:11 84:16 85:22
103:9,24 105:7 122:7
127:8 133:13,14 135:19
137:11 145:17 171:5
174:19 176:10,21
194:21 196:7 197:11
200:10 202:4
**asking** 19:10 33:5 62:25
68:20 76:19,20,22,22
78:3,4 82:21,22 85:20
93:9 95:21 131:8,14
134:4 147:10 150:6

**170:24** 194:20 196:19
198:14,20 208:13
**assigned** 19:25
**assist** 88:20 92:12
103:19
**assistance** 36:2
**assistant** 101:25 102:4
103:11,15 124:7
**associated** 174:25 175:3
186:11
**assume** 11:21 29:13
34:23 51:4 156:5
**attached** 164:20 171:16
183:12 215:14
**attachments** 14:23,24
,25 15:2
**attempt** 20:6
**attempting** 28:3
**attorney** 7:13,21,23 8:9
189:12
**attorney's** 136:8
**attorneys** 2:5,11 11:17
137:6,9 153:2 189:5,7
,13
**audit** 172:20,23 173:8
**audits** 173:8
**authorized** 4:18 5:10
**avenue** 1:7 2:6
**aware** 22:21 28:17,19
44:17 55:11 57:8 58:24
59:3 65:12 75:17 79:9
86:21 124:6 145:3,5
163:25 204:13
**away** 16:23
**awful** 168:6
**ayala** 64:6 65:19

—————————————

B

**back** 13:5 19:10 21:11
23:8 25:25 31:20 32:3
33:5 39:9 45:17,24
46:17 47:17 60:11,24
61:5 64:22 65:11 70:16
78:25 82:18 92:8 93:15
103:6,11 109:10 117:12
134:19 135:3,8 136:16
,16 142:13 152:11
154:11,12,20 156:13
160:15 161:6 164:14,15
165:13,20 166:8 168:9
,10 169:2,11 186:23
197:21 199:22 204:8
**background** 15:17
**backup** 38:6 65:13
**balance** 179:9 181:9
**bank** 155:3,4
**banking** 166:9
**bankruptcy** -:2 7:15
66:25 67:5 88:12 94:16

Page 2

**A 02226**

Donald Ramsay  11/14/2005

182:7 183:6
**bar** 15:19
**barry** 22:9 63:10,12 69:3
,4,8 195:10
**base** 57:2 92:2 108:17
138:22,24 139:5,9,10,15
142:17,23 143:2 146:3
147:4 151:12,18,23
192:2,5 195:21,23,24
196:2,3,4,16,24 197:6,7
,9,14 198:10 199:10,12
,13 200:20 201:10
202:13
**based** 17:7 77:21 90:16
,25 91:2 97:22 105:18
108:17 118:14 123:2
128:8 151:9,11 159:23
160:23 162:17 163:3
167:18 168:14,15,17,25
170:12 192:14,18 199:5
203:7 205:2 210:24
**bases** 87:24 89:23,24
90:12 181:20
**basically** 156:25
**basis** 53:14 96:4,19
**bates** 185:3 206:16
210:22
**bates-numbered** 204:25
210:20
**be-** 63:3
**beach** 17:17 19:13
**became** 29:3 79:11
118:25
**beckman** 30:19 33:3,20
36:15 37:17,24 38:3,8
,12,18 39:3,7 42:8 44:8
54:25 87:12 91:7 100:3
**become** 22:23
**beer** 17:25
**befort** 9:14 10:8,12 13:9
,12 103:24 117:3,6
124:4,18,23 125:16
144:7 158:3
**beginning** 163:22
190:17
**behind** 161:24
**belief** 96:4 170:13
174:18
**believe** 9:14,21,22,24
10:2,9,11 11:6,14,24
12:4,19,20 13:14 22:9
23:7 24:13,17 26:3,14
27:16,24 29:20,25 30:17
,18 32:19 33:3,10 35:2
,15 36:8,13,17,23 37:5
,21,25 38:8 39:24 40:18
,24 41:19 42:13,15,16
44:11,22,23 45:21,22,23
47:23 49:8 53:7,19 55:9

,14,18,25 56:2,13,23
57:25 59:4 62:13 63:8
,16 65:14,17 66:6 67:13
,14 68:3,23,24 69:2,8,9
,11,12,12,13,14,14,16
,21 70:4,12,16,18,24
71:12,16,19,22 72:5,10
73:15 78:7 83:14 84:8
87:14,23 88:2 89:15
90:3,5,7 91:7 92:14
95:22,23,25 96:10 97:8
,23 98:8 99:17,22,24
104:6 115:18,22 116:25
117:2,5,7 118:23 120:11
121:11,13 127:5 131:13
132:15 133:24 134:2,16
,17,22 138:18 139:11
141:7 142:25 144:7,8,18
146:8 148:23 149:3,9,13
150:14,24 151:20
152:10 153:19,22 155:6
164:18 165:11 166:11
170:9,16 172:10 174:19
178:2,5,10,14,20 181:19
182:13,15 185:23
188:24 189:3 190:10
192:5 194:6 195:11,12
200:25 201:13 202:21
204:9,10 209:4
**believed** 151:2
**believes** 97:17
**believing** 96:19
**belive** 115:21
**belong** 93:24
**below** 111:24 113:13
129:17 138:18 143:8,10
154:6 155:15 156:19
158:6,24 172:6 179:16
180:13
**benefit** 162:23
**besides** 86:16 171:8
**best** 8:16 10:14 12:20
56:23 72:19,25 95:6
98:23 136:15 157:12
**better** 114:9
**bev** 163:25,25 164:4,4
165:5,9 166:12
**bev's** 163:15 164:9
**beyond** 24:22 38:24
51:20 62:8 143:2 152:6
167:21 196:25 197:20
198:19,23 199:19
**big** 144:23
**bigus** 20:19 21:22 22:4
,13,17 23:3,22 24:7
25:14,19 26:9,12,25
30:18 37:5 58:16 61:21
79:12 89:21 96:16
**bigus's** 27:15

**bill** 156:6,15 157:7 166:9
**billing** 17:21 121:14,15
**binding** 175:20
**bit** 13:10 64:21 187:8
**black** 22:8 59:6,11,16,19
60:8,18 61:2,12,25
62:23 64:16,18 195:10
**blacken** 17:17 19:13
**block** 159:20
**blood** 212:15
**bob** 13:8
**book** 179:8 180:14
**bottom** 136:7,19 144:13
146:15 159:9 160:18
167:12
**box** 51:2,11 52:10
111:15 112:5,9 113:2,20
119:21 120:8,14,21,25
123:4 129:24 130:13
134:10 137:17,23
140:25 141:18 142:13
143:5 145:13 150:2,3
155:22 160:8 165:25
166:4,8,15,17,25 170:18
175:19,19 178:22 179:6
,16 180:4,9,13 185:3,6
186:2,11,15,24,25
187:10 200:23 201:3,15
,18,23 202:19 214:5
**boxed** 90:21 201:25
**boxes** 15:3 18:9,16,18
,19 19:7,12,16,18 33:7
35:15 47:21 51:22 52:12
56:3 93:19,19 97:24
98:7,8,10 99:2,6 101:7
,10,11,16,18,23 102:9
,12,20 103:21 105:9,10
,19,25 106:15 110:3
111:16 114:11 115:8,9
117:14,17 119:6 124:8
,23 126:11 137:12 139:2
,8,13,18,20,24,25 140:4
,7,8,9,10,11,11 145:6
146:12 147:19 148:5
149:10 150:9,10 151:4
,25 152:25 153:5 154:21
,23,24 155:10 157:11,16
160:12 162:6,15,23
163:3,4,5 164:8,22
165:3,9 166:9,10 167:7
,8,13 168:16,18 169:14
,24 170:12,14 171:21
172:22,25 173:5 174:24
,25 175:2 177:12 178:8
,13,18 181:10 185:7,20
186:20 187:9,16 188:16
195:25 197:19 199:16
201:5,24 203:4,5,6,10
,12,19,23,25 204:3

214:8
**break** 8:17,18,19,21 38:4
81:10 106:20,24 137:12
**brenda** 30:21 32:16 46:7
126:20
**briefly** 9:14 15:16
**bring** 64:12 102:10
103:6 117:12 136:16,16
,16 154:11,12,20 156:12
169:2
**broad** 25:6,11
**brought** 103:10 119:6
142:13 153:2 156:18
161:6 164:14,15 165:13
,20 169:11
**business** 16:2 153:23

---

C

**cabinet** 163:15,24
164:10 165:9
**cabinets** 19:19 165:6
**call** 86:7 96:13 163:3
190:16,20
**called** 4:2 46:2,4 95:19
**calling** 93:4 135:6 192:7
**calls** 32:12
**can't** 24:15 25:10 40:5
44:22 45:12 49:14 84:24
108:8,19 137:10 163:9
177:10 190:3,16 193:18
,22 194:19
**cancellation** 209:24
210:2
**cancellations** 209:19
210:12,16 211:3 215:10
,13
**capacity** 42:14
**caption** 66:24 88:11
94:15 122:14 182:6,9
183:5 185:17
**carleen** 69:14 72:13
**carries** 136:20 159:20
179:10
**carroll** 69:2,3,7 70:17,23
,24 71:2
**carroll's** 70:19,20
**carry** 8:3,6
**case** 18:5,9,15 51:24
52:17 66:12 67:2 79:6
,11 81:17 82:6 88:13
92:25 94:17 99:11
100:17 103:2 118:24
119:4,5 128:7 131:5
134:16 136:15 137:3
139:22 146:7 157:3,5
160:3 166:11,12 168:13
170:16 175:7 179:24
181:6,22 182:7 183:21
184:4 189:8,14,21

A 02227

Donald Ramsay 11/14/2005

190:11 203:20 211:4,6
216:5
**cases** 17:23 19:19 44:12
68:23 74:5,6 169:6
203:2
**cassidy** 69:8 71:10,12
**categories** 74:11 114:14
134:6 154:10 169:8
**category** 134:12 135:18
162:5 167:3 169:8
171:20 172:25
**caveat** 150:23
**center** 107:12,13 173:13
,19 198:4 214:10
**central** 53:16 54:13
**certain** 9:16,22 10:19
14:22 19:4 23:19,19
28:21 29:22 32:14 33:6
34:2 37:7 41:19 42:17
44:10,11 54:15,22 56:8
57:7 60:7 63:5 68:9,25
69:3,5,20,24 70:8,12,14
,15,22,23 71:24 79:20
80:5 87:5 101:13 104:14
105:24 110:12 117:2
124:21 136:10 141:6
147:6 169:23 177:17
179:4,15 180:8 184:4
186:6 187:15 188:18
191:23 192:7 193:9,19
,22 202:12,17 203:5
209:24
**certainly** 48:11 64:2
90:13 93:7 144:10
202:25
**certificate** 67:6 88:16
94:21
**certification** 3:5
**certify** 212:9,14
**cessation** 84:5,21 85:3
**chance** 67:18 89:3 138:3
169:10 206:6
**chapter** 67:2 88:13
94:17
**characterization** 209:3
**charges** 17:22
**chat** 60:21
**check** 122:21 123:7,12
,14,18,21,23
**checking** 192:6
**chery** 103:16,22
**cheryl** 69:19
**chronologically** 64:12
**circumstance** 52:8
**city** 2:13 7:24 153:2
168:9
**claim** 74:23,24 76:6
**claimant** 7:15
**claimant's** 88:6,15 94:10

,19 213:14,17
**claims** 74:15 78:6 127:8
,9 152:8,9
**clarification** 86:6 124:10
**clarify** 5:4 135:24
**claro** 69:25
**class** 17:20
**clean** 77:14 121:7
**cleanup** 101:5 121:9,19
**clear** 6:12 18:18,23
41:24 47:20 60:14,22
76:25 77:11 83:21 86:2
116:18,19 124:20
180:25 181:9 193:16
199:4,4
**clearer** 54:3
**click** 54:3
**client** 16:20,22,25 17:20
102:17 103:13
**clients** 16:23 107:21
**clinton** 113:9 136:2,5,10
**closed** 54:17,18
**clue** 154:2
**clues** 153:25 159:15
170:5
**code** 112:9
**codes** 140:14 145:10
147:25
**colleagues** 7:4
**collect** 102:12
**collected** 79:5,10,14,16
,22 80:4
**collection** 22:24
**colorado** 102:10
**colored** 177:4
**column** 128:23 129:11
,17,24 130:13 140:14
141:12 143:9
**columns** 130:19,20
137:24 149:18,22,23
175:18
**coming** 32:5 64:10
**comment** 168:3
**comments** 133:9 134:7
,11,12,14,18
**commercial** 16:2 17:24
49:19
**commission** 216:25
**commissions** 166:24
167:2,3,13,22,23
**communicate** 37:3
68:18 81:13,15,25 82:5
91:19,21 207:22
**communicated** 56:15
100:22,25 101:9 193:4,5
195:19 206:25
**communicating** 58:17
101:20
**communication** 60:19

102:24 120:6 145:17
204:21
**communications** 55:22
56:4 60:6 62:11 63:14
75:8 82:13 83:7 84:6
93:14 99:25 100:9,13,16
,18,20 205:4 206:3,10
,22 207:5,19 208:24
210:11,15 211:2 215:3,9
,12
**companies** 17:24 49:20
126:14
**company** 114:17 175:20
**comparison** 150:13
**compel** 14:22 183:16
**competing** 75:7 194:14
**complaint** 156:13,14
158:21
**complete** 8:12,13 14:19
99:3 149:6 176:12
**completed** 181:18 207:2
**compound** 28:7
**computer** 43:5 46:15
55:8 108:17 113:6
133:19 151:12 173:9
176:2 197:18,19
**computerized** 47:11
48:3 50:10 87:16,18,24
89:24 90:11 91:25 94:6
139:10
**conceivable** 79:6
**conceivably** 154:18
161:25
**concepts** 49:10
**concerned** 209:7
**concerning** 4:19,24 5:20
7:18 38:12,21 65:2 75:3
76:10 78:16 81:16 82:13
,14 83:7 84:5 96:21
100:17 119:25 146:12
204:22 205:5 206:2
207:5,19 208:5,17,20,23
209:17 210:10,14 211:2
215:2,5,8,11
**concerns** 205:3 206:9
**concession** 180:10
**conclusion** 93:4,10
**conduct** 44:21 47:13
56:21 191:7 199:14
**conducted** 44:8,18
47:12 58:4 87:10,13,19
91:25 191:21 200:21
**conducting** 191:10
**conferences** 32:2,10
**confident** 13:21 45:13
**confused** 37:14 198:19
**confusing** 70:19 82:23
83:2 197:11
**connection** 19:20 20:7

,10,21,21 21:17,18,23
,24 22:25 23:4,17,22
28:3 31:23 42:12,19
56:6,15 67:24 71:3
**considered** 148:6
**considering** 205:11
**consist** 128:17
**construction** 17:23,24
,25 18:3,13
**constructions** 17:19
**cont'd** 81:8
**contact** 20:23 21:12
23:11 29:17,23 30:10,15
,18,22 31:11 58:20,25
68:18,23 70:6 79:7 96:2
114:2 121:21 122:4
153:5
**contacted** 21:3,9,13,15
,25 22:4,8,14,15 24:12
26:13,19,25 41:21 42:5
,6 59:6 63:21 64:16,17
,19 65:15 67:23,23 68:3
,25 69:2,8,9,10,19,23
70:2,10,18,21 71:3,23
,25 78:14,21 79:18
125:16 190:9,9 195:18
**contacting** 22:18 23:15
**contain** 87:19,24 107:25
115:10,13 137:9 160:2
162:8 169:7 170:14
**contained** 51:15 92:16
99:10 105:9 113:24
114:13 115:3,8 117:14
,16 119:23 120:8 128:9
140:25 155:2,7,11 157:2
,11 160:12,13,14 162:19
166:15 177:13 178:19
182:17 200:8,22,24
201:11,19
**containing** 108:20,22
109:23,25 110:21,24
132:8 174:10
**contains** 167:2
**contemporaneously**
53:17 54:11
**content** 82:23
**contents** 112:25 113:11
129:25 130:13 141:18
142:16 197:8
**continuation** 161:19
**continuing** 88:25 99:18
106:21
**contract** 62:8,10 76:8
78:10 141:24,25 194:10
,11
**contracts** 194:10 206:23
207:2,2
**conversation** 40:6 59:19
60:18 61:12,21,22 62:17

A 02228

Donald Ramsay  11/14/2005

,18 90:16 91:2 105:21
110:4 146:9 194:23
**conversations** 39:16
41:9,22 42:21 57:8
59:10,15 62:15 63:9,10
74:25 82:23 83:16 96:15
108:24 194:25 195:11
**conveyor** 17:23
**convoluted** 73:10
**coordinate** 28:4,10
**coordinating** 19:23,23
27:5
**copy** 4:20 5:2,15,21 7:4
,18 25:17 26:10 29:14
48:5 54:7,8 116:9 147:2
183:22 189:22 191:25
207:12
**corner** 126:5 137:22
**corporate** 26:22 39:14
,17 41:3 42:23 43:6,7,8
44:4 55:10,12 87:7,8,21
93:20 94:5 131:18,25
132:12,13,16,19,24
186:4 200:17 213:25
**corporation** 93:24
**corporations** 94:2
**correct** 7:21,22 10:17
11:18,19,23 12:16 14:15
18:25 19:3 23:14 24:6
27:21 32:17 33:13 34:24
40:13 42:9 48:24 51:6
57:16,17 58:3 59:7
61:17 63:10,11 66:9
73:7,16 77:4 78:23,24
83:25 84:12 87:5 90:18
91:4 92:20 95:3 108:14
109:20,23 115:25 116:5
,8 118:17,18 121:3,17
123:5,6 126:16,25
127:18,19,23 128:11
129:13 130:18 135:10
139:16 140:9 141:15
144:2,3 146:5 148:21
151:14 152:23 154:8,9
155:18 158:14 161:23
163:19 165:4,7 166:19
175:2,4 176:5 177:4
186:16 187:21 188:17
,25 189:23 197:25 198:8
,9 201:20 202:7 203:14
,15 207:14
**corrected** 144:19
**correctly** 34:17
**correlate** 186:25
**correspondence** 54:5
96:6,8 118:12 119:25
120:4 136:8 137:6,9
164:19 185:4
**corresponding** 204:25

**couldn't** 29:5 39:12
45:16 69:16 153:10
162:7 165:18
**counsel** 3:3 4:22 18:24
27:7,9,19 79:19 80:3
124:10 198:13 206:13
**counted** 19:17
**country** 145:23
**county** 212:5
**couple** 8:10 46:17 57:14
92:21 158:23,24 160:20
198:21
**course** 4:23 11:20 145:5
190:20 193:8,20
**court** -:2 3:15 5:12 7:20
8:15 66:25 88:12 94:16
182:7 183:6
**court's** 38:20,24
**courtesy** 6:22
**cover** 8:10 68:10
**covered** 181:16
**cp661** 140:22
**create** 51:2,11,15 102:4
127:2 142:17 152:4
202:5
**created** 49:23 50:2,6,17
52:20 54:21,22 55:2
101:25 108:7,17 126:17
152:21 151:10,16,23
201:22,25
**creating** 53:3
**criteria** 136:13
**cross** 43:7 55:8,12
**crossed** 42:23
**crosses** 41:3
**cs** 157:7,12 158:9,23
159:10 160:16,21
161:19 162:4,18 165:2
**culled** 203:22
**current** 21:3 23:20 24:3
96:7 109:8
**currently** 65:25 112:12
129:6 181:23
**cust** 137:17,23 214:5
**custody** 93:12
**customer** 110:13,18
112:2 157:13 208:6
209:8,17 210:6 215:6
**customers** 208:7,21
209:18 215:7
**cut** 93:20 94:5 151:17
**cutting** 151:21

**D**

**d1-1-400** 131:19,25
214:2
**dash** 133:9 159:10
**data** 57:2 87:24 89:23,24
90:12 91:25 108:17

138:22,24 139:5,9,10,15
142:17,22 143:2 146:3
147:4 151:12,18,23
181:20 191:25 192:5
195:21,23,24 196:2,3,4
,16,24 197:6,7,9,14
198:10 199:9,12,13
200:20 201:10 202:13
206:14
**date** 20:5 66:21 88:8
94:12 96:11 107:8
125:25 131:21 137:18
140:24 141:4,7 147:20
169:6 171:21 173:15
175:14 177:21 182:3
183:2 184:12 188:2
203:24 206:5 208:8
210:13,17 216:-
**dated** 7:5 67:5,6
**dates** 49:12 117:15
147:25 164:17 197:16
**david** 27:10
**day** 10:9,10 86:4 211:13
212:19 216:23
**days** 9:7
**de** 41:12
**dealing** 99:18
**dealt** 16:13 100:7
**debtor** 92:19
**debtor's** 88:5 94:9,18
98:15 109:17 181:17
213:13,16
**debtor's--** 106:8
**debtors** -:5 5:19 7:19
14:8 15:9 24:4 32:23
88:15 92:24,24 93:11
98:18,19 106:13 183:21
204:22 205:4 206:3,10
207:5,19 210:11,15
211:3 215:3,9,12 216:5
**december** 49:2 204:18
**decided** 152:14
**deciding** 204:8
**declaration** 181:25
182:10,25 183:8 214:17
,20
**defined** 86:3,7 89:11
95:19
**definition** 86:8 92:18
99:6
**definitions** 92:10,13
**degree** 68:2 118:25
153:9
**denham-dale** 69:9 71:15
**denver** 143:11
**department** 43:21 54:7
112:5
**depend** 37:7
**depends** 166:7

**deposed** 5:20
**deposit** 155:5
**deposition** -:10 1:5 3:5
,12 4:18 5:6,7,23 6:6,13
,20,22,25 7:7,11,17 8:11
,24 11:20 171:9,9,10
181:17 205:10 212:11
,12 216:-,-
**depositions** 5:15,23 6:6
**depository** 29:24 185:24
186:3 187:19
**dept** 137:16,23 214:4
**describe** 23:7 100:21
101:24
**described** 14:7 17:8
37:6 74:15,19 78:6
105:6 118:14 120:9
121:10 133:15 150:22
152:7 153:15 155:23
156:22 166:16,20
185:22
**describes** 170:21
**description** 102:24
103:7 112:21,24,25
113:8,14,17,23 114:9,14
118:7,10,11 119:19
120:3,4,4,14,21 121:23
,25 127:7 128:16,22
129:2,11 134:17 138:2
141:12 142:3,18 143:6
145:11 150:4,4,5 153:15
154:17,25 155:17,20
156:4,6,20 158:8,9
162:6 163:2 164:9
165:21,25 167:7,8
168:15,17 169:5,18
170:13,14 171:21
175:20 178:18,23 179:8
,17 180:5 197:24 198:3
**description-** 128:24
**descriptions** 110:2
111:2 113:23,24 114:7
,13 119:18,19 120:10
121:6 122:5,10 123:8
125:9,11,18 128:9,13
134:7 142:11 153:8
159:23 161:20 165:22
167:13 180:19 201:5
**destroyed** 28:19 85:5,9
,13
**details** 17:6 60:8 74:24
**determination** 143:19
166:14,25 168:17
178:17
**determinations** 168:25
203:18
**determine** 60:16 68:18
108:25 114:3 115:10
116:16 120:7 121:22

**A 02229**