WHETHER OTHER PROVISIONS OF THIS CONTRACT HAVE BEEN BREACHED OR PROVEN INEFFECTIVE. "AS IS" means the As Is condition of the EffectNet Services to be provided as Intermedia UC Services, including such customer support, software and hardware as required in the condition as of the Initial Launch Date agreed upon between the Parties and including any planned enhancement as well as any other changes mutually agreed upon. These products may as of the Initial Launch Date include works for hire for the benefit of Intermedia as further described in Section 9.2.

## 9. INTELLECTUAL PROPERTY.

9.1     General. Except as otherwise agreed in writing between the Parties, EffectNet shall own any Patent applications and Patents issued on inventions under this Agreement. All Inventions that are not the subject of patents or applications will be considered Confidential Information of EffectNet. Nothing in this Agreement shall be construed to transfer any right title or interest in EffectNet's designs, inventions, copyrights, trade secrets, trade names or other intellectual property.

## 10. INDEMNIFICATION. Each Party ("Indemnitor") will defend, indemnify and hold harmless the other Party and such Party's affiliates, directors, officers, employees, proprietors, independent contractors, consultants, partners, shareholders, representatives, customers, agents, predecessors, successors, and permitted assigns (collectively, "Indemnitees") from and against any claim, suit, demand, loss, damage, expense (including reasonable attorneys' fees and costs) or liability that may result from, arise out of or relate to: (a) acts or omissions arising out of or in connection with this Agreement resulting in property damage; by Indemnitor and (b) intentional or negligent violations by Indemnitor of any applicable laws or governmental regulation.

Intermedia shall indemnify and hold harmless EffectNet from and against any and all claims, expenses, judgments, liabilities, damages or losses, including reasonable attorney's fees and expenses, and shall defend all third-party actions and proceedings arising from any infringement or alleged infringement of any patent, copyright, trade secret, mask work, trade marks or service marks of any third party to the extent such claims are caused by the acts or omissions of Intermedia with respect to the marketing and/or provision of the Intermedia UC Services, but not including any claims, expenses, judgments, liabilities, damages or losses to the extent attributable to the EffectNet Services. EffectNet shall indemnify and hold harmless Intermedia from and against any and all claims, expenses, judgments, liabilities, damages or losses, including reasonable attorneys' fees and expenses, and shall defend all third-party actions and proceedings arising from any infringement or alleged infringement of any patent, copyright, trade secret, mask work or other intellectual property right of any third party, to the extent such claims are caused by use of the EffectNet Services. In the event that an injunction or restraining order is obtained against the use or distribution of any product or deliverable pursuant to this Agreement because of any infringement or alleged infringement of any patent, copyright, trade secret, mask work or other intellectual property right or any proprietary, contract or other right of any third party, or if in EffectNet's reasonable judgment any product or deliverable is likely to become the subject of a successful claim of such infringement, then EffectNet's sole obligation to Intermedia (in addition to its obligations of indemnification set forth above) shall be to promptly: (i) procure for Intermedia the right to use the product or deliverable as provided in this Agreement, (ii)

11/20/00                                Page 9

PH 00572

A 02347

replace or modify the EffectNet product or deliverable so it becomes non-infringing without materially affecting the performance thereof, or if options (i) and (ii) are not available despite commercially reasonable efforts, (iii) terminate the licenses granted hereunder, and accept the return of all copies of all products.

11.  **LIMITATION OF LIABILITY.**  EXCEPT FOR DAMAGES ARISING UNDER SECTION , IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY INCIDENTAL, INDIRECT, SPECIAL, PUNITIVE, CONSEQUENTIAL OR SIMILAR DAMAGES OF ANY KIND INCLUDING WITHOUT LIMITATION, LOSS OF PROFITS, LOSS OF BUSINESS OR INTERRUPTION OF BUSINESS, WHETHER SUCH LIABILITY IS PREDICATED ON CONTRACT, STRICT LIABILITY OR ANY OTHER THEORY WITHOUT REGARD TO WHETHER SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

12.  **GENERAL PROVISIONS.**

12.1  Monetary Values.  All monetary values in the Agreement refer to U.S. dollars.

12.2  Assignment.  Either Party may assign its rights or obligations under this Agreement with written notice to the other Party, and after obtaining written approval by the other party, which shall not be unreasonably withheld or delayed.  In the event that Intermedia is acquired by WorldCom no such written approval shall be required.  In the event of a restructuring, merger, or acquisition of either party, in which such party retains at least 25 percent control of the resulting entity such notice and approval shall not be required.

12.3  Governing Law. This Agreement will be interpreted in accordance with the laws of the state of Arizona, excluding its conflict of law rules.  The Parties agree that the federal and state courts located in Arizona and/or Florida shall be the proper forum for any action brought against the other Party, and each Party shall take all necessary actions to consent to the jurisdiction of such courts. 12.4  Notices.  All notices or other communications between EffectNet and Intermedia under this Agreement shall be in writing and delivered personally, sent by confirmed facsimile, by confirmed e-mail, by certified mail, postage prepaid and return receipt requested, or by a nationally recognized express delivery service addressed to the Parties at the addresses first set forth below or at such other addresses, facsimile numbers or e-mail addresses or to such individuals as either Party may specify by notice to the other Party pursuant to this Section. All notices shall be in English and shall be effective upon receipt. As a courtesy, Parties are encouraged to send duplicate copies of notice, demands, or other by facsimile. Issuance of a facsimile copy of a notice, request, demand or other communication shall not replace the requirements for delivery by mail or overnight courier in the manner provided in this Section, nor shall the date the facsimile received constitute the official receipt date. Any Party may change the address to which notices, requests, demands or other to such Party shall be delivered or mailed by giving notice of the change to the other Party in the manner provided in this Section. The addresses for the Parties for the purposes of this Agreement are:

PH 00573

A 02348

For EffectNet:                          For Intermedia Communications, Inc.

Taj Reneau                              Kathleen A. Victory

Chief Executive Officer                 VP Product Line Management

EffectNet                               Intermedia Communications Inc.

Phone: 602.296.3300                     Phone: 813.829.6703

Fax:    602.296.3311                    Fax:    813.829.2359

12.5    Independent Contractors. This Agreement and the relations hereby established do not constitute a partnership, joint venture, franchise or agency between the Parties. Both parties are independent contractors acting for their own accounts and neither is authorized to bind, or attempt to bind, the other to any contract, general warranty, covenant or undertaking of any nature whatsoever unless authorized in writing. Neither party shall have the authority to accept delivery, collect or otherwise take possession of any funds or other property of the other party, and if done so inadvertently, shall immediately notify the other party, shall hold same in trust and shall immediately deliver same to the other party. In all matters relating to this Agreement neither party nor such party's employees or agents are, or will act, as employees of the other party within the meaning of any federal or state laws.

12.6    Severability. If any provision of this Agreement shall for any reason be held to be invalid, illegal or unenforceable in any respect, such invalidity, illegality or unenforceability shall not affect any other term or provision hereof. The Parties agree that they will negotiate in good faith or will permit a court to replace any provision hereof so held invalid, illegal or unenforceable with a valid provision, which is as similar as possible in substance to the invalid, illegal or unenforceable provision.

12.7    Entire Agreement And Modifications. This Agreement together with any appendices, exhibits and attachments constitute the entire agreement between the Parties with regard to the subject matter hereof and supersedes all prior, agreements and understandings, whether written or oral, relating to the subject matter hereof. This Agreement may only be modified by a written instrument duly executed by each Party, making specific reference to this Agreement and to the clause to be modified.

12.8    Captions. Where provided, captions of the sections and subsections of this Agreement are for reference purposes only and do not constitute terms or conditions of this Agreement, and shall not limit or affect the terms and conditions hereof.

12.9    Waiver. No provision of, right, power or privilege under this Agreement shall be deemed to have been waived by any act, delay, omission or acquiescence on the part of either Party, its agents, or employees, but only by an instrument in writing signed by an authorized officer of each Party. No waiver by either Party of any breach or default of any provision of this Agreement by the other Party shall be effective as to any other breach or default, whether of the same or any other provision and whether occurring prior to, concurrent with, or subsequent to the date of such waiver.

11/20/00                    Page 11

PH 00574

A 02349

12.10  Counterparts. This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. In making proof of this Agreement, it shall not be necessary to produce or account for more than one such counterpart.

12.11  Force Majeure. Neither Party shall have any liability to the other for delays resulting from any "Event of Force Majeure" or from any act or omission of the such other Party. An Event of Force Majeure shall include without limitation any delay or failure in performance due to acts of God, earthquake, labor disputes, changes in law, regulation or government policy, riots, war, fire, epidemic, acts or omissions of vendors or suppliers, equipment failures, transportation difficulties, or other occurrences which are beyond the affected Party's reasonable control.

12.12  Conflicts. To the extent the terms of this Agreement and the MOU conflict, the terms of this Agreement shall be controlling.

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the date first written above.

EffectNet, L.L.C.                                    Intermedia Communications, Inc.

Signature:                                           Signature:

Printed Name: Brad Steinmeyer                        Printed Name: Kathleen A. Victory

Title: VP Partner Development                        Title: VP Product Line Management

Date: 11/27/00                                       Date: November 20, 2000

PH 00575

A 02350

APPENDIX P (Pricing)

EffectNet shall offer the following products to Intermedia at the prices attached thereto as follows:

1.    Basic

$11.45 per month for each basic account with all platform usage and inbound call times on the EffectNet platform an additional $.10 per minute. The basic account includes unlimited free on-line usage including checking e-mails, faxes, etc... Outbound calling will be $.10 per minute. This package includes customer service and technical support. All basic accounts will be billed a base subscription price of $6.00 for the first calendar month of activation partial or full, and $11.45 for any calendar month thereafter partial or full.

2.    Unlimited

$27.40 per month for each unlimited account with unlimited free platform usage and inbound call time included. Outbound calling will be $.10 per minute. The unlimited account includes unlimited free on-line usage including checking e-mails, faxes, etc. Outbound calls include: conference calls (per member), outbound long distance, outbound fax, follow me, notification, return calls, etc. All unlimited accounts will be billed a base subscription price of $14.00 for the first calendar month of activation partial or full, and $27.40 for any calendar month thereafter partial or full.

Intermedia shall be responsible for any and all expenses incurred related to the completion of the Virtual Private Network ("VPN"). No expenses shall be incurred on behalf of Intermedia for the VPN without prior consent from Intermedia.

PH 00576

A 02351

# EXHIBIT G

A 02352

RE Technical Reqmts for Training
From: Kerrigan, Jack G. (EXCH) [JGKerrigan@intermedia.com]
Sent: Friday, October 27, 2000 1:00 PM
To: 'Javid Freeman'; 'Kerrigan, Jack G. (EXCH)'
Subject: RE: Technical Reqmts for Training

All training folks from our side will be present in the same room with your trainer...not remote trainees is anticiapted.

jack

-----Original Message-----
From: Javid Freeman [mailto:JavidF@phx.effectnet.net]
Sent: Friday, October 27, 2000 1:55 PM
To: 'Kerrigan, Jack G. (EXCH)'; Javid Freeman
Subject: RE: Technical Reqmts for Training


Worse case scenario we can make due with a good speaker phone.

Javid Freeman
Project Manager
mailto:jfreeman@effectnet.com
EffectNet LLC
Kate: 1-888-539-5857

-----Original Message-----
From: Kerrigan, Jack G. (EXCH) [mailto:JGKerrigan@intermedia.com]
Sent: Friday, October 27, 2000 10:06 AM
To: 'Javid Freeman'; 'Kerrigan, Jack G. (EXCH)'
Subject: RE: Technical Reqmts for Training
Importance: High


I think a Phone for each user will be a problem given we use a conference room or training room, but i will check.  A laptop with internet access should be doable.  The projector I assume is the type you would use on a PC to project on a wall to see the entries a trainer would use screen by screen....

One telephone for the trainer should not be a problem.

Jack

-----Original Message-----
From: Javid Freeman [mailto:JavidF@phx.effectnet.net]
Sent: Friday, October 27, 2000 12:36 PM
To: 'Kerrigan, Jack G. (EXCH)'
Subject: RE: Technical Reqmts for Training


One computer w/ Internet connectivity and a telephone for each person. One projector, laptop and telephone for the trainer.

Thanks,

Javid Freeman
Project Manager
mailto:jfreeman@effectnet.com
EffectNet LLC
Kate: 1-888-539-5857

WS00276

S    176

PH27877
A 02353

RE Technical Reqmts for Training

-----Original Message-----
From: Kerrigan, Jack G. (EXCH) [mailto:JGKerrigan@intermedia.com]
Sent: Friday, October 27, 2000 7:14 AM
To: 'Javid Freeman'
Subject: Technical Reqmts for Training
Importance: High

Javid,

What type of techncial requirements, if any, do we need to provide in the
way of a training environment for your team to be able to provide the
training targeted for Nov 8-10.

Jack

WS00277

S    177

PH27878
A 02354

EffectNet Training
From: Kerrigan, Jack G. (EXCH) [JGKerrigan@intermedia.com]
Sent: Tuesday, October 31, 2000 1:52 PM
To: 'Javid Freeman'
Cc: Carol Vigor; Diane Stevens; Donna Serdinak; George Spyros; Jack
Kerrigan; Jhan West; Jim Renforth; Leonard Jasczak; Mark Haff; Ralph
Stolz; Rebecca Wells; Sherrie Baughman; Sylvia Chapman; Theresa Blake;
Wanda Friend; Wendy Webber; Yvonne Brown
Subject: EffectNet Training

Importance: High

Follow Up Flag: Follow up
Due By: Tuesday, October 31, 2000 6:00 PM
Flag Status: Flagged

Javid,

We have an expected total headcount of TEN for the three training subjects
your team plans to cover in one full day the week of 11/13-11/17.   Is there
any reason we could not lock down the date as Wed. 11/15 for the training
session?   Please let me know.

As soon as you can get me the training materials, I will pass them along to
the folks who will be attending the session.

Thanks,

Jack

HR        =  3
CS&NO     =  3
Cust Care =  4

Page 1

PH 00696

A 02355

# EXHIBIT H

A 02356

RE Your New Unified Messaging Account
From: Kerrigan, Jack G. (EXCH) [JGKerrigan@intermedia.com]
Sent: Monday, April 09, 2001 8:37 AM
To: Webber, Wendy D. [EXCH]; Renforth, Jim [EXCH]; 'Javid Freeman'
Cc: Baughman, Sherrie (EXCH)
Subject: RE: Your New Unified Messaging Account

Importance: High

Your "Happy Dance?".....That's good for a Monday....

I actually went in a tried a test already this morning and they have
provided the screen to enter in multiple accounts like we once had, but
lost.....Here's the thing though.  After it provisioned the account and we
got the confirmation natice, I pressed the indicator at the bottom of the
screen to go back and provision another account, like an AC would...problem!
When I did this, it brouhgt me back to the original order entry screen that
permits onely one mailbox to be entered.  It appears they forgot to map the
path back to the revised screen they just provided...This is a minor thing
to correct, so I'm sure we'll have this back this morning sometime, but I
wanted you to be aware of it....

Go ahead and give it at test....use this input to permit Javid and the gang
to strip it out later as a "test"  for the Name used Billy Hutton and use
MBA accout 0007...these tow indicators will tell everyone this is a test
order....

Jack

> -----Original Message-----
> From: Webber, Wendy D. [EXCH]
> Sent: Monday, April 09, 2001 9:30 AM
> To:   Renforth, Jim  [EXCH]; 'Javid Freeman'
> Cc:   Kerrigan, Jack G. (EXCH)
> Subject:     RE: Your New Unified Messaging Account
>
> You can't see it, but I'm doing my happy dance, right now!
>
>       -----Original Message-----
>       From:   Renforth, Jim  [EXCH]
>       Sent:   Monday, April 09, 2001 8:30 AM
>       To:     'Javid Freeman'
>       Cc:     Kerrigan, Jack G. (EXCH); Webber, Wendy D. [EXCH]
>       Subject:     RE: Your New Unified Messaging Account
>
>       Terrific !  Then I should not have to follow up with each of them,
> right?
>
>       I received your voice mail message and forwarded it to Jack.
>
>       Thanks for jumping on top of the remaining issues.  If all items are
> to be delivered today, we should be in good shape for the hand-off to
> Wendy Webber for finalizing the training curriculum.
>
>       Jack will coordinate.
>
>       Thanks again.
>
>       Jim
>
>                       -----Original Message-----
>                       From:   Javid Freeman
> [mailto:JavidF@phx.effectnet.net]
>                       Sent:   Friday, April 06, 2001 4:47 PM
                                Page 1

**PH 00702**

**A 02357**

```
                      RE Your New Unified Messaging Account
>                     To:    'Renforth, Jim [EXCH]'; Javid Freeman
>                     Subject:      RE: Your New Unified Messaging
> Account
>                     Importance:       High
>
>                     We have been calling them directly as Intermedia
> Support and helping them
>                     over the phone.
>
>                     I just talked with my Dir. of IT/IS and I should be
> able to address your
>                     Intermedia UM project concerns at 2:30 my time.
> Would you like me to send
>                     everyone on the team an email or would you like me
> to call you directly?
>
>                     Javid Freeman
>                     EffectNet Inc.
>                     jfreeman@effectnet.com
>                     Phone/Fax (888)539-5857
>
>                     -----Original Message-----
>                     From: Renforth, Jim [EXCH]
> [mailto:JRenforth@intermedia.com]
>                     Sent: Friday, April 06, 2001 1:22 PM
>                     To: 'Javid Freeman'
>                     Subject: RE: Your New Unified Messaging Account
>
>                     Javid,
>
>                     What contact with the users has been done?
>
>                     Yes, I'll need the detailed information on each one,
> please; i.e., missing
>                     web passwords, email receipt data for those
> completely missing, etc.
>
>                     Thank you.
>
>                     Jim
>
>
>                             -----Original Message-----
>                     From:    Javid Freeman
> [mailto:JavidF@phx.effectnet.net]
>                     Sent:   Friday, April 06, 2001 4:14
> PM
>                     To:    'Renforth, Jim [EXCH]'
>                     Subject:      RE: Your New Unified
> Messaging Account
>                     Importance:       High
>
>                     Jim,
>
>                     I have been sending these to our
> call center and they have
>                     been taking care
>                             of them. Did you want me to send you
> confirmation on all of
>                     your emails?
>                             Page 2
```

RE Your New Unified Messaging Account
>                    Thanks,
>
>                    Javid Freeman
>                    EffectNet Inc.
>                    jfreeman@effectnet.com
>                    Phone/Fax (888)539-5857
>
>                    -----Original Message-----
>                    From: Renforth, Jim [EXCH]
> [mailto:JRenforth@intermedia.com]
>                    Sent: Friday, April 06, 2001 12:12
> PM
>                    To: 'jfreeman@effectnet.com'
>                    CC: 'Coldren, James R. (EXCH)'
>                    Subject: RE: Your New Unified
> Messaging Account
>
>                    Importance: High
>
>
>                    Oh PHOOEY !
>
>                    Javid,
>
>                    Jim Coldren (in our group) was on
> the most recent list to
>                    receive an
>                    account, but has not seen anything.
>                    Will you please verify that his name
> was processed and get
>                    the email receipt
>                    and fulfillment sent to him ?
>
>                    Thanks.
>
>                    Jim
>
>                    -----Original
> Message-----
>                    From: Coldren,
> James R. (EXCH)
>                    [mailto:JRCOLDREN@intermedia.com]
>                    Sent: Friday,
> April 06, 2001 3:08 PM
>                    To: 'Renforth,
> Jim [EXCH]'
>                    Subject: RE:
> Your New Unified
>                    Messaging Account
>
>                    this is the only
> thing I received !!
>
>                    -----Original
> Message-----
>                    From: Renforth, Jim
> [EXCH]
>                    [mailto:JRenforth@intermedia.com]
>                    Sent: Thursday,
> April 05, 2001 11:59 AM
>                    To:
> 'BLADDAMUS@intermedia.com';

                         Page 3

PH 00704

A 02359

RE Your New Unified Messaging Account
>                               'AFAgnes@intermedia.com';
>
> 'PAguilar@intermedia.com';
>                               CLAmero@intermedia.com';
>
> 'MJAmes@intermedia.com';
>                               NAmman@intermedia.com';
>
> 'BGAnic@intermedia.com';
>                               LCAnoceto@intermedia.com';
>
> 'KRArms@intermedia.com';
>                               RHArnold@intermedia.com';
>
> 'ACArtze-Chau@intermedia.com';
>                               JPAtchley@intermedia.com';
>
> 'GBaack@intermedia.com';
>                               BLBaker@intermedia.com';
>
> 'RTBalazs@intermedia.com';
>                               DKBaldino@intermedia.com';
>
> 'BWBarton@intermedia.com';
>                               SMBarton@intermedia.com';
>
> 'RDBeattie@intermedia.com';
>                               SBegg@intermedia.com';
>
> 'MABenavidez@intermedia.com';
>                               DABendl@intermedia.com';
>
> 'MABennett@intermedia.com';
>                               SBENNETT@intermedia.com';
>
> 'DBENNETT@intermedia.com';
>                               JRBerke@intermedia.com';
>
> 'MABermudez@intermedia.com';
>                               DBerry@intermedia.com';
>
> 'GWBLACKBURN@intermedia.com';
>                               PEBlanford@intermedia.com';
>
> 'TABlythe@intermedia.com';
>                               JTBoatwright@intermedia.com';
>
> 'WLBodensteiner@intermedia.com';
>                               CMBOLAND@intermedia.com';
>
> 'DMBowen@intermedia.com';
>                               SRBowen@intermedia.com';
>
> 'WBowling@intermedia.com';
>                               JMBoyd@intermedia.com';
>
> 'JCBOYT@intermedia.com';
>                               CABragg@intermedia.com';
>
> 'MWBrandon@intermedia.com';
>                               LCBRANNEN@intermedia.com';
>
> 'KABrasch@intermedia.com';

Page 4

PH 00705

A 02360

RE Your New Unified Messaging Account
>       'JBrown@intermedia.com';
>
> 'JLBROWN@intermedia.com';
>       'EX@intermedia.com';
>
> 'EBRUMMETT@intermedia.com';
>       'JJBuchanan@intermedia.com';
>
> 'RCBudrow@intermedia.com';
>       'JTBui@intermedia.com';
>
> 'DJBullett@intermedia.com';
>       'AWBurd@intermedia.com';
>
> 'MWilliams-Burke@intermedia.com';
>       'PMBurkey@intermedia.com';
>
> 'MGBurns@intermedia.com';
>       'SLCalder@intermedia.com';
>
> 'KSCallender@intermedia.com';
>       'SECampbell@intermedia.com';
>
> 'PLCampodonico@intermedia.com';
>       'DCannone@intermedia.com';
>
> 'JKCanterbury@intermedia.com';
>       'TLCape@intermedia.com';
>
> 'APCardamone@intermedia.com';
>       'MPCardenas@intermedia.com';
>
> 'AJCausey@intermedia.com';
>       'CHCLAGG@intermedia.com';
>
> 'JLClark@intermedia.com';
>       'GCleary@intermedia.com';
>
> 'KDCoffman@intermedia.com';
>       'JRCOLDREN@intermedia.com';
>
> 'MJConely@intermedia.com';
>       'RRConnors@intermedia.com';
>
> 'JLCOONEY@intermedia.com';
>       'DMCopeland@intermedia.com';
>
> 'JVCORONA@intermedia.com';
>       'JCCosta@intermedia.com';
>
> 'PMCottone@intermedia.com';
>       'MCrakel@intermedia.com';
>
> 'JACranfield@intermedia.com';
>       'SCCrockett@intermedia.com';
>
> 'JGCrosby@intermedia.com';
>       'JECROW@intermedia.com';
>
> 'SCCurtin@intermedia.com';
>       'JEDaly@intermedia.com';
>
> 'CNDavies@intermedia.com';

Page 5

PH 00706

A 02361

```
                           RE Your New Unified Messaging Account
                              'VLDeBacco@intermedia.com';
>
> 'MDeen@intermedia.com';
>                             'SSDeering@intermedia.com';
>
> 'DDDelgado@intermedia.com';
>                             'CRKeene@intermedia.com';
>
> 'KMDerbish@intermedia.com';
>                             'JHDERRICK@intermedia.com';
>
> 'AJDEVINE@intermedia.com';
>                             'WWDills@intermedia.com';
>
> 'VJDohmann@intermedia.com';
>                             'EX@intermedia.com';
>
> 'DDomico@intermedia.com';
>                             'DWDomke@intermedia.com';
>
> 'TGDotson@intermedia.com';
>                             'LDDrozdowski@intermedia.com';
>
> 'LIDSA@intermedia.com';
>                             'AGDucharme@intermedia.com';
>
> 'KDuncan@intermedia.com';
>                             'PFDuvernet@intermedia.com';
>
> 'EFDybas@intermedia.com';
>                             'SEgosi@intermedia.com';
>
> 'WGEisenmann@intermedia.com';
>                             'AMElias@intermedia.com';
>
> 'MEllington@intermedia.com';
>                             'MAEllison@intermedia.com';
>
> 'WCEngelson@intermedia.com';
>                             'djevans@intermedia.com';
>
> 'JKFairchild@intermedia.com';
>                             'JMFalconer@intermedia.com';
>
> 'PJFELBER@intermedia.com';
>                             'VDFelicione@intermedia.com';
>
> 'KMFerguson@intermedia.com';
>                             'RNFernandez@intermedia.com';
>
> 'JAFerrandes@intermedia.com';
>                             'SFRASIER@intermedia.com';
>
> 'RBFulco@intermedia.com';
>                             'PEFuller@intermedia.com';
>
> 'SSFuller@intermedia.com';
>                             'DWFuquay@intermedia.com';
>
> 'TGalper@intermedia.com';
>                             'AGarcia@intermedia.com';
>
> 'CJGeary@intermedia.com';
                              Page 6
```

PH 00707

A 02362

```
                        RE Your New Unified Messaging Account
  >                        'NJGentile@intermedia.com';
  >
  > 'DWGiese@intermedia.com';
  >                        'EGiglio@intermedia.com';
  >
  > 'JJGILLESPIE@intermedia.com';
  >                        'CWGinter@intermedia.com';
  >
  > 'RGOHRINGER@intermedia.com';
  >                        'WJGottschall@intermedia.com';
  >
  > 'WDGrain@intermedia.com';
  >                        'SRGrizzle@intermedia.com';
  >
  > 'JSGuccione@intermedia.com';
  >                        'DJGumbert@intermedia.com';
  >
  > 'BDHaller@intermedia.com';
  >                        'MHAMILTON@intermedia.com';
  >
  > 'JMZoellner@intermedia.com';
  >                        'ESHarlin@intermedia.com';
  >
  > 'HVHarris@intermedia.com';
  >                        'RWHarris@intermedia.com';
  >
  > 'JLHarter@intermedia.com';
  >                        'JRHartman@intermedia.com';
  >
  > 'GTHartnett@intermedia.com';
  >                        'JCHazekamp@intermedia.com';
  >
  > 'MLHEDGES@intermedia.com';
  >                        'JFHeinzelmann@intermedia.com';
  >
  > 'DEHeitman@intermedia.com';
  >                        'ALHenick@intermedia.com';
  >
  > 'PJHewelt@intermedia.com';
  >                        'WHiggenbotham@intermedia.com';
  >
  > 'JAHill@intermedia.com';
  >                        'CHINDSMAN@intermedia.com';
  >
  > 'JAHitchcock@intermedia.com';
  >                        'RSHOCHDORF@intermedia.com';
  >
  > 'AJHock@intermedia.com';
  >                        'BAHodges@intermedia.com';
  >
  > 'JDHodges@intermedia.com';
  >                        'GRHooper@intermedia.com';
  >
  > 'AWHorn@intermedia.com';
  >                        'MJHoulihan@intermedia.com';
  >
  > 'BJHouston@intermedia.com';
  >                        'WBHowell@intermedia.com';
  >
  > 'JWHowerton@intermedia.com';
  >                        'NLHubschman@intermedia.com';
  >
  > 'CWHuff@intermedia.com';
```

PH 00708

A 02363

```
                              RE Your New Unified Messaging Account
>                                 'MRHUTCHINGS@intermedia.com';
>
> 'SPIbrahim@intermedia.com';
>                                 'JVIRISH@intermedia.com';
>
> 'JSJACKSON@intermedia.com';
>                                 'SEJackson@intermedia.com';
>
> 'JCJackson@intermedia.com';
>                                 'DMJennings@intermedia.com';
>
> 'AGJohnson@intermedia.com';
>                                 'JAJohnson@intermedia.com';
>
> 'WAJohnson@intermedia.com';
>                                 'WLJohnson@intermedia.com';
>
> 'ALKeitt@intermedia.com';
>                                 'RJKENNEDY@intermedia.com';
>
> 'LJKentfield@intermedia.com';
>                                 'WHKidder@intermedia.com';
>
> 'DKinnard@intermedia.com';
>                                 'EMKLEIN@intermedia.com';
>
> 'PLMEIER@intermedia.com';
>                                 'TEKOPAC@intermedia.com';
>
> 'LSKraynick@intermedia.com';
>                                 'SSNovello@intermedia.com';
>
> 'RALaguerra@intermedia.com';
>                                 'AJland@intermedia.com';
>
> 'MALANGKAN@intermedia.com';
>                                 'SMLaverty@intermedia.com';
>
> 'WWLAWSON@intermedia.com';
>                                 'CMLayland@intermedia.com';
>
> 'BLLazicki@intermedia.com';
>                                 'JJLEAF@intermedia.com';
>
> 'JJLEBOURGEOIS@intermedia.com';
>                                 'HMLEDER@intermedia.com';
>
> 'MLegault@intermedia.com';
>                                 'VLLemon@intermedia.com';
>
> 'RSLentz@intermedia.com';
>                                 'AFLeone@intermedia.com';
>
> 'EMLichenstein@intermedia.com';
>                                 'DDLinder@intermedia.com';
>
> 'PMLipham@intermedia.com';
>                                 'SLogan@intermedia.com';
>
> 'JLLong@intermedia.com';
>                                 'MMLOVE@intermedia.com';
>
> 'RALozano@intermedia.com';
                              Page 8
```

PH 00709

A 02364

```
                           RE Your New Unified Messaging Account
                              'DBMACEWEN@intermedia.com';
    >
    >
    > 'NWMarks@intermedia.com';
    >                              'JMarsjanik@intermedia.com';
    >
    > 'RJMartin@intermedia.com';
    >                              'SAMartin@intermedia.com';
    >
    > 'RJMartin@intermedia.com';
    >                              'DIMartinez@intermedia.com';
    >
    > 'PMaslia@intermedia.com';
    >                              'DVMATHENY@intermedia.com';
    >
    > 'FJMatheus@intermedia.com';
    >                              'MAMcBride@intermedia.com';
    >
    > 'CKMcClellan@intermedia.com';
    >                              'ARMcCoy@intermedia.com';
    >
    > 'NJMCCOY@intermedia.com';
    >                              'TFMCDONNELL@intermedia.com';
    >
    > 'TNMcGee@intermedia.com';
    >                              'SRMCGRATH@intermedia.com';
    >
    > 'MVMCKINNIS@intermedia.com';
    >                        'GMMcKnight@intermedia.com';
    >
    > 'PMMCNAIR@intermedia.com';
    >                              'SAMedve@intermedia.com';
    >
    > 'MMeier@intermedia.com';
    >                              'MKMellecker@intermedia.com';
    >
    > 'AINESA@intermedia.com';
    >                              'DOMEYER@intermedia.com';
    >
    > 'DRMILLIMAN@intermedia.com';
    >                              'KDMills@intermedia.com';
    >
    > 'FKMintz@intermedia.com';
    >                              'TMiranda@intermedia.com';
    >
    > 'RFMisick@intermedia.com';
    >                              'SEMorlier@intermedia.com';
    >
    > 'JMMucha@intermedia.com';
    >                              'MMyhand@intermedia.com';
    >
    > 'TNarducci@intermedia.com';
    >                              'RANELSON@intermedia.com';
    >
    > 'TDNelson@intermedia.com';
    >                              'TANEUFELD@intermedia.com';
    >
    > 'BANovario@intermedia.com';
    >                              'AMOConnell@intermedia.com';
    >
    > 'DLOden-Slaughter@intermedia.com';
    >                              'DJOdom@intermedia.com';
    >
    > 'MO'Donnell@intermedia.com';
```

                              Page 9

PH 00710

A 02365

```
                          RE Your New Unified Messaging Account
                              'KHOrgan@intermedia.com';
>
> 'AOrizondo@intermedia.com';
>                             'BNOsterman@intermedia.com';
>
> 'AMOSTREGA@intermedia.com';
>                             'TJOwens@intermedia.com';
>
> 'DOZoemelam@intermedia.com';
>                             'CPacheco@intermedia.com';
>
> 'RDPADGETT@intermedia.com';
>                             'EEPagano@intermedia.com';
>
> 'LRPARCEWSKI@intermedia.com';
>                             'WAParker@intermedia.com';
>
> 'LJPeccoralo@intermedia.com';
>                             'DPedreira@intermedia.com';
>
> 'SSPegram@intermedia.com';
>                             'BGPennetti@intermedia.com';
>
> 'MDPETERS@intermedia.com';
>                             'TAPetway@intermedia.com';
>
> 'JPike@intermedia.com';
>                             'JenniferP@intermedia.com';
>
> 'SSPANGENBERGER@intermedia.com';
>                             'CDPirant@intermedia.com';
>
> 'NAPopa@intermedia.com';
>                             'APovio@intermedia.com';
>
> 'TWPOWER@intermedia.com';
>                             'LPrather@intermedia.com';
>
> 'WCPricket@intermedia.com';
>                             'MPryslak@intermedia.com';
>
> 'JMRALEY@intermedia.com';
>                             'SLRambo@intermedia.com';
>
> 'LSRECTOR@intermedia.com';
>                             'DARenbjor@intermedia.com';
>
> 'JJRepp@intermedia.com';
>                             'KEREVEL@intermedia.com';
>
> 'FReyes@intermedia.com';
>                             'SDRhoades@intermedia.com';
>
> 'SKRichard@intermedia.com';
>                             'KDRiddle@intermedia.com';
>
> 'JSRisley@intermedia.com';
>                             'MGRoberts@intermedia.com';
>
> 'VMRoberts@intermedia.com';
>                             'MRoderer@intermedia.com';
>
> 'MJRogers@intermedia.com';
```

Page 10

```
                        RE Your New Unified Messaging Account
                          'MSRoman@intermedia.com';
>
> 'BIRome@intermedia.com';
                          'GARomero@intermedia.com';
>
> 'GMROSA@intermedia.com';
>                         'MHRosenzweig@intermedia.com';
>
> 'ATRoss@intermedia.com';
>                         'RAROWE@intermedia.com';
>
> 'JRRUCKERT@intermedia.com';
>                         'DASakalauski@intermedia.com';
>
> 'PTSattazhan@intermedia.com';
>                         'TLSatterly@intermedia.com';
>
> 'CCSaunders@intermedia.com';
>                         'BASavage@intermedia.com';
>
> 'JASavino@intermedia.com';
>                         'DLSCALF@intermedia.com';
>
> 'JDSchildhorn@intermedia.com';
>                         'MRSCHNEIDER@intermedia.com';
>
> 'RASchneiderman@intermedia.com';
>                              'WCSchroyer@intermedia.com';
>
> 'RASchwuchow@intermedia.com';
>                         'AMSerrano@intermedia.com';
>
> 'TJSHARABBA@intermedia.com';
>                         'Lauras@intermedia.com';
>
> 'LDShaw@intermedia.com';
>                         'O6Sheldon@intermedia.com';
>
> 'RMShoemaker@intermedia.com';
>                              'NCShort-Ackerman@intermedia.com';
>
> 'PKSidorenko@intermedia.com';
>                         'CSSILVERMAN@intermedia.com';
>
> 'JSSimpson@intermedia.com';
>                         'SSirokman@intermedia.com';
>
> 'DJSirokman@intermedia.com';
>                         'BRSivulich@intermedia.com';
>
> 'BMSommer@intermedia.com';
>                         'GSpano@intermedia.com';
>
> 'JPSpecht@intermedia.com';
>                         'BJSPOOR@intermedia.com';
>
> 'SSTADEL@intermedia.com';
>                         'TDSteegman@intermedia.com';
>
> 'JMStJohn@intermedia.com';
>                         'DLStouffer@intermedia.com';
>
> 'DSullivan@intermedia.com';
```

                                Page 11

PH 00712

A 02367

RE Your New Unified Messaging Account
>                  'EFSustrick@intermedia.com';
>
> 'BRTanner@intermedia.com';
>                  'JATeichert@intermedia.com';
>
> 'CLBrown@intermedia.com';
>                  'JATHOMPSON@intermedia.com';
>
> 'BETierman@intermedia.com';
>                  'JTTOLLETTE@intermedia.com';
>
> 'PCTouchstone@intermedia.com';
>                  'JMTower@intermedia.com';
>
> 'GDTowns@intermedia.com';
>                  'WMTuttle@intermedia.com';
>
> 'DBVance@intermedia.com';
> 'SJVanGorder@intermedia.com';
>
> 'LSVanNatta@intermedia.com';
>                  'MJVAUGHN@intermedia.com';
>
> 'TMVALEAZ@intermedia.com';
>                  'HCVillanueba@intermedia.com';
>
> 'DAVining@intermedia.com';
>                  'SMWagner@intermedia.com';
>
> 'MEWAGNER@intermedia.com';
>                  'GMWALKEY@intermedia.com';
>
> 'dwall@intermedia.com';
>                  'CWallace@intermedia.com';
>
> 'TDWantroba@intermedia.com';
>                  'RSWeis@intermedia.com';
>
> 'MOWells@intermedia.com';
>                  'MWWenner@intermedia.com';
>
> 'WMWerner@intermedia.com';
>                  'JFWesterhoff@intermedia.com';
>
> 'ALWhite@intermedia.com';
>                  'HCWHITE@intermedia.com';
>
> 'VLWhitehead@intermedia.com';
>                  'BDWhitley@intermedia.com';
>
> 'Mwickline@intermedia.com';
>                  'EBWilson@intermedia.com';
>
> 'JMWILSON@intermedia.com';
>                  'ACWind@intermedia.com';
>
> 'TDWitt@intermedia.com';
>                  'WSWolf@intermedia.com';
>
> 'EKYoung@intermedia.com';
>                  'MYounts@intermedia.com';
>
> 'ASYurdin@intermedia.com';

PH 00713

A 02368

```
                    RE Your New Unified Messaging Account
                       'PZamfir@intermedia.com'              Cc:
>
> 'jfreeman@effectnet.com';
>                       'bsteinmeyer@effectnet.com';
>                               Lett, Wanda
>                                           L.; Kerrigan, Jack
> G. (EXCH); Baughman,
>               Sherrie (EXCH)
>                               Subject: Your New
> Unified Messaging Account
>
>
>                               Within the past day
> or two, you received an
>               electronic
>                       fulfillment email
>                               message informing
> you of your new Unified
>               Messaging Account.
>
>
>                               Some of these email
> receipts were missing
>               the Web Site
>                       Password.
>
>                               If this is the case
> for your account, please
>               accept our
>                       apologies for the
>                               inconvenience.
>
>                               Intermedia's Unified
> Messaging vendor
>               (EffectNet) is working
>                       today on
>                               identifying the
> software glitch that caused
>               this omission
>                       and will be
>                               re-sending your
> email receipt with the
>               missing information
>                       added.
>
>                               Thanks for your
> patience-even though you
>               cannot access your
>                       personal web
>                               page, the
> functionality of the box is still
>               usable via your
>                       toll free number
>                               and voice response.
>
>                               Jim Renforth
```

Page 13

PH 00714

A 02369

# EXHIBIT I

A 02370

Officer Launch

From: Renforth, Jim [EXCH] [JRenforth@intermedia.com]
Sent: Wednesday, April 11, 2001 3:56 PM
To: 'jfreeman@effectnet.com'; 'bsteinmeyer@effectnet.com'
Subject: Officer Launch

Importance: High

Brad,

We're tentatively looking at either May 7th or 14th for the Officer/Voice
Product Leadership Team presentation here at headquarters in Tampa.

Local Marketing is working with the executive team right now to finalize the
date and agenda.

I'll follow up with you as soon as I know.

Javid,

Attached is a copy of the existing Officer/VPLT roster. These people have
had accounts provisioned for them already, but it is uncertain whether their
accounts have been migrated to the intermediamail.com platform. I do not
think they have because I did not receive their user@intermediamail.com
<mailto:user@intermediamail.com> ID.

This needs to be done and the email receipts sent to me prior to the
upcoming meeting/presentation.

   <<Officers_VPLT_Accounts.xls>>

Thanks.

Jim

Page 1

PH 00751

PH00751

A 02371

| LastName | FirstName | Business Tel# | eMail ID | Exchange eMail Address |
|----------|-----------|---------------|----------|------------------------|
| Black | Richard | (813) 829-2503 | RGBlack | RGBlack@intermedia.com |
| Buyens | Rick | (813) 829-2562 | RJBuyens | RJBuyens@intermedia.com |
| Collins | Craig | (301) 847-6552 | CLCollins | CLCollins@intermedia.com |
| Corrao | Paul | (813) 829-4635 | PCorrao | PCorrao@intermedia.com |
| Decker | Michelle | (813) 829-6866 | MLAugier | MLAugier@intermedia.com |
| Dimperio | Michael | (813) 829-4900 | MDimperio | MDimperio@intermedia.com |
| Fincher | Robert | (813) 829-3881 | RDFincher | RDFincher@intermedia.com |
| Galvez | Mario | (813) 829-2493 | MLGALVEZ | MLGALVEZ@intermedia.com |
| Gold | Heather | (813) 829-4867 | HGold | HGold@intermedia.com |
| Graham | Kerry | (813) 829-2837 | KGraham | KGraham@intermedia.com |
| Henkel | James | (813) 829-4829 | JHHenkel | JHHenkel@intermedia.com |
| Hooks | William | (813) 829-4330 | WJHooks | WJHooks@intermedia.com |
| Howe | Davis | (813) 829-3702 | DDHowe | DDHowe@intermedia.com |
| Kiefer | James | (813) 829-4362 | JKKeifer | JKKeifer@intermedia.com |
| Kurlin | Pat | (813) 829-2438 | PAKURLIN | PAKURLIN@intermedia.com |
| Lawless | Raymond | (813) 829-6721 | RLLawless | RLLawless@intermedia.com |
| Lopez | Ruben | (813) 829-6651 | RPLopez | RPLopez@intermedia.com |
| Manning | Robert | (813) 829-2403 | RMMANNING | RMMANNING@intermedia.com |
| Marchant | Richard | (813) 829-4020 | RWMarchant | RWMarchant@intermedia.com |
| Mitchell | Lloyd | (203) 882-3927 | LAMitchell | LAMitchell@intermedia.com |
| Nunziata | John | (201) 785-8704 | JJNUNZIATA | JJNUNZIATA@intermedia.com |
| Randels | Michael | (813) 829-4676 | MJRandels | MJRandels@intermedia.com |
| Ray | Mark | (813) 829-6583 | MARay | MARay@intermedia.com |
| Rochfort | Bill | (615) 238-2010 | BRochfort | BRochfort@intermedia.com |
| Ruberg | David | (813) 829-2401 | DCRUBERG | DCRUBERG@intermedia.com |
| Tubb | Mark | (813) 829-2408 | MHTubb | MHTubb@intermedia.com |
| Tuck | Timothy | (813) 829-2218 | TNTUCK | TNTUCK@intermedia.com |
| Victory | Kathy | (813) 829-6703 | KAVictory | KAVictory@intermedia.com |
| Walters | Jeanne | (813) 829-2456 | JMWALTERS | JMWALTERS@intermedia.com |
| Westich | Michelle | (813) 829-2415 | MLWESTICH | MLWESTICH@intermedia.com |

**PH 00752**

**New intermediamail Address**
RGBlack@intermediamail.com
RJBuyens@intermediamail.com
CLCollins@intermediamail.com
PCorrao@intermediamail.com
MLAugier@intermediamail.com
MDimperio@intermediamail.com
RDFincher@intermediamail.com
MLGALVEZ@intermediamail.com
HGold@intermediamail.com
KGraham@intermediamail.com
JHHenkel@intermediamail.com
WJHooks@intermediamail.com
DDHowe@intermediamail.com
JKKeifer@intermediamail.com
PAKURLIN@intermediamail.com
RLLawless@intermediamail.com
RPLopez@intermediamail.com
RMMANNING@intermediamail.com
RWMarchant@intermediamail.com
LAMitchell@intermediamail.com
JJNUNZIATA@intermediamail.com
MJRandels@intermediamail.com
MARay@intermediamail.com
BRochfort@intermediamail.com
DCRUBERG@intermediamail.com
MHTubb@intermediamail.com
TNTUCK@intermediamail.com
KAVictory@intermediamail.com
JMWALTERS@intermediamail.com
MLWESTICH@intermediamail.com

**PH 00753**

PH00753

**A 02373**

Revised 04/12/2001

Internal Intermedia Unified Messaging Accounts

Intermedia Officers/Voice Product Leadership Team roster

| # | Effective Date | Set Up Date | Account Name Last | First | Title | Account Number | Telephone Number | Telephone/ Security Code | Web Password | Cap Limit | Company Information | Contact Phone | E-Mail Address | Secret Word (Mothers Maiden) | Fulfillment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2/22/2001 | 2/22/2001 | Bailey | Leslie | | | (866) 892-9614 | 6878 | manzrow | Unlimited | Intermedia Comm | | | Bailey | |
| 2 | | | Barker | Jan | | | (866) 891-2306 | 1765 | GCgeHETM | Unlimited | Intermedia Comm | | | Barker | |
| 3 | | | Black | Richard | | | (866) 891-2305 | 3273 | fbHUqCE | Unlimited | Intermedia Comm | | | Black | |
| 4 | | | Bremes | Anne | | | (866) 888-1027 | 6731 | jiwDNIg | Unlimited | Intermedia Comm | | | Bremes | |
| 5 | | | Buyens | Rick | | | (866) 888-1026 | 7782 | QBlgoLXY | Unlimited | Intermedia Comm | | | Buyens | |
| 6 | | | Campanola | Mary | | | (866) 888-1024 | 6340 | b-pzmCZ | Unlimited | Intermedia Comm | | | Campanola | |
| 7 | | | Carnahan | Greg | | | (866) 887-6891 | 8944 | DQmUXGm | Unlimited | Intermedia Comm | | | Carnahan | |
| 8 | | | Collins | Craig | | | (866) 887-6890 | 2722 | RDwpSCY | Unlimited | Intermedia Comm | | | Collins | |
| 9 | 1/12/2001 | 1/12/2001 | Coneo | Paul | | | (877) 715-2695 | 0096 | xaUpay | Unlimited | Intermedia Comm | | | Coneo | |
| 10 | | | Decker | Michelle | | | (866) 887-6886 | 4265 | oK3ICOkq | Unlimited | Intermedia Comm | | | Decker | |
| 11 | 1/17/2000 | 11/17/2000 | Dimperio | Mike | | 10023395 | (866) 887-6885 | 5145 | auncic | Unlimited | Intermedia Comm | | | Dimperio | |
| 12 | | | Fincher | Robert | | | (866) 887-6879 | 9862 | UcLMBSSK | Unlimited | Intermedia Comm | | | Fincher | |
| 13 | | | Galvez | Mario | | | (866) 887-6878 | 2093 | etkEkSL | Unlimited | Intermedia Comm | | | Galvez | |
| 14 | | | Gold | Heather | | | (866) 887-6877 | 5158 | BgFOsZOL | Unlimited | Intermedia Comm | | | Gold | |
| 15 | 1/2/2001 | 1/2/2001 | Graham | Kerry | | | (888) 237-9973 | 5751 | teltifcz | Unlimited | Intermedia Comm | | | Graham | |
| 16 | | | Hawkins | Cindy | | | (866) 887-6875 | 5848 | sEONTXwB | Unlimited | Intermedia Comm | | | Hawkins | |
| 17 | | | Henkel | James | | | (866) 887-6217 | 3456 | SbADGEWE | Unlimited | Intermedia Comm | | | Henkel | |
| 18 | | | Hernandez | Hondo | | | (866) 887-6216 | 8429 | EAOTENWR | Unlimited | Intermedia Comm | | | Hernandez | |
| 19 | | | Hooks | William | | | (866) 887-6215 | 0361 | iZVSUElu | Unlimited | Intermedia Comm | | | Hooks | |
| 20 | | | Howe | Davis | | | (866) 887-6214 | 7345 | VeeDWFYT | Unlimited | Intermedia Comm | | | Howe | |
| 21 | | | Kelley | Ronald | | | (866) 887-6211 | 7972 | GTRkAFXa | Unlimited | Intermedia Comm | | | Kelley | |
| 22 | | | Kiefer | James | | | (866) 887-4209 | 4622 | LHPAkCe | Unlimited | Intermedia Comm | | | Kiefer | |
| 23 | | | Kufin | Pat | | | (866) 887-4206 | 9011 | EUEGnkIM | Unlimited | Intermedia Comm | | | Kufin | |
| 24 | | | Lawless | Raymond | | | (866) 887-6206 | 8071 | NXXVZggP | Unlimited | Intermedia Comm | | | Lawless | |
| 25 | | | Lopez | Ruben | | | (866) 887-3955 | 1278 | iOSIsGTV | Unlimited | Intermedia Comm | | | Lopez | |
| 26 | 1/26/2001 | 1/26/2001 | Massing | Robert | | | (877) 448-4703 | 4515 | jacquav | Unlimited | Intermedia Comm | | | Massing | |
| 27 | | | Marchant | Richard | | | (866) 873-3953 | 4408 | oyoOQIPE | Unlimited | Intermedia Comm | | | Marchant | |
| 28 | | | Marshall | Henry | | | (866) 873-3952 | 0834 | JfWDhYuX | Unlimited | Intermedia Comm | | | Marshall | |
| 29 | | | Meyers | Robert | | | (866) 873-3951 | 3983 | CYcUFkN | Unlimited | Intermedia Comm | | | Meyers | |
| 30 | | | Mitchell | Lloyd | | | (866) 873-3950 | 3648 | HVKxgJb | Unlimited | Intermedia Comm | | | Mitchell | |
| 31 | | | Nunziata | John | | | (866) 873-3949 | 3459 | jBJpBVak | Unlimited | Intermedia Comm | | | Nunziata | |
| 32 | | | Randels | Michael | | | (866) 873-3948 | 3139 | ZNSNuapE | Unlimited | Intermedia Comm | | | Randels | |
| 33 | | | Ray | Mark | | | (866) 873-3947 | 4373 | GpEFTKVM | Unlimited | Intermedia Comm | | | Ray | |
| 34 | | | Rochfort | Bill | | | (866) 887-3946 | 0161 | MIPNCda | Unlimited | Intermedia Comm | | | Rochfort | |
| 35 | | | Roeder | Dan | | | (866) 886-9991 | 8022 | BnXcqUby | Unlimited | Intermedia Comm | | | Roeder | |
| 36 | | | Ruberg | David | | | (866) 886-9989 | 9612 | iYaXgZJH | Unlimited | Intermedia Comm | | | Ruberg | |
| 37 | | | Scarfo | Joseph | | | (866) 886-9987 | 8992 | QOKaPWiR | Unlimited | Intermedia Comm | | | Scarfo | |
| 38 | | | Smith | Beverly | | | (866) 886-9986 | 6062 | VNSwVMu | Unlimited | Intermedia Comm | | | Smith | |
| 39 | | | Thomas | Ed | | | (866) 886-9985 | 5619 | AkQMDIW | Unlimited | Intermedia Comm | | | Thomas | |
| 40 | | | Tubb | Mark | | | (866) 886-9984 | 0707 | DYAZdSzW | Unlimited | Intermedia Comm | | | Tubb | |
| 41 | 2/22/2001 | 2/22/2001 | Tuck | Timothy | | | (866) 893-5649 | 8491 | apoqaJk | Unlimited | Intermedia Comm | | | Tuck | |
| 42 | | | Tudley | Kelly | | | (877) 903-5619 | 1234 | unktjdaw | Unlimited | Intermedia Comm | | | Tudley | |
| 43 | 9/1/2000 | 9/1/2000 | Vickery | Jeanne | | | (866) 886-9977 | 8150 | kBKsAW9F | Unlimited | Intermedia Comm | | | Vickery | |
| 44 | | | Wetsich | Michelle | | | (866) 886-9976 | 6121 | OlVNuaiz | Unlimited | Intermedia Comm | | | Wetsich | |

Officers_VPLT_Accounts.xls

KDW00211226

A 02374

# EXHIBIT J

A 02375

Intermedia Communications, Inc.

**intermedia**
COMMUNICATIONS

IntermediaOne-EffectNet

TEAM CONTACT LIST

| Name | Title | Phone |
|---|---|---|
| Jim Renforth | Marketing – Sr. Product Mgr.<br>JRENFORTH@Intermedia.com | 813/829-4962 |
| Sherrie Baughman | Marketing – Sr. Product Mgr.<br>SBAUGHMAN@Intermedia.com | 813/829-2494 |
| Wanda Friend | Sr. Mgr – Customer Care<br>WEFRIEND@Intermedia.com | 813/829-2594 |
| Carol Vigor | Customer Billing Operations Mgr.<br>CAVIGOR@Intermedia.com | 813/829-4148 |
| Theresa Blake | Sales Operations – Account Consulting<br>TMBLAKE@Intermedia.com | 813/829-2777 |
| Donna Serdinak | Billing Operations<br>DJSERDINAK@Intermedia.com | 813/829-6961 |
| Jhan West | Sales Operations Mgr<br>JAWEST@Intermedia.com | 813/829-6904 |
| Len Jasczak | HR-Training<br>LAJASCZAK@Intermedia.com | 813/829-2807 |
| Brian Pruitt | Network Operations<br>JBPRUITT@Intermedia.com | 813/829-2573 |
| Jack Kerrigan | Program Manager<br>JGKERRIGAN@Intermedia.com | 813/829-2064 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*USF – Advanced Data IS Projects*                                              1

**PH 00723**

**A 02376**

# EXHIBIT K

A 02377

**Javid Freeman**

From:           Renforth, Jim  [EXCH] [JRenforth@intermedia.com]
Sent:           Thursday, March 15, 2001 8:23 AM
To:             'jfreeman@effectnet.com'
Subject:        Forecast Template


Forecast
Template.xls
                          <<Forecast Template.xls>>
Here's your completed copy.

    Jim

1

PH 00560

A 02378

*EffectNet*    Intermedia Forecast Template

| Time Zone | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pacific | 31 | 12 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 46 | 500 |
| Mountain | 62 | 23 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 92 | 1000 |
| Central | 155 | 58 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 229 | 2500 |
| Eastern | 371 | 139 | 549 | 549 | 549 | 549 | 549 | 549 | 549 | 549 | 549 | 549 | 6000 |
| Cumulative Total | 618 | 850 | 1765 | 2680 | 3595 | 4510 | 5425 | 6340 | 7255 | 8170 | 9085 | 10000 | 10000 |





## Demographic Questions

**What percent of each age group best fits your customers?**

| Age | Percent |
|---|---|
| 0 - 20 | 0 |
| 20 - 40 | 25 |
| 40 - 60 | 60 |
| 60+ | 15 |

**What percentage do you feel is the technology level of your customers?**

| Level | Percent |
|---|---|
| Beginner | 35 |
| Novice | 30 |
| Expert | 35 |

**What percentage do you anticipate your customer population to use long distan[ce]**

| Type | Percent |
|---|---|
| Heavy | 60 |
| Medium | 20 |
| Low | 20 |

* Per Month

**What areas Geographically do you anticipate your users to be located?**

| Area | Percent |
|---|---|
| North Western United States | 5 |
| South Western United States | 10 |
| North Eastern United States | 25 |
| South Eastern United States | 60 |

PH 00561

A 02379

ce calling?



PH 00562

A 02380

# EXHIBIT L

A 02381

**Brad Steinmeyer**

| | |
|---|---|
| From: | Renforth, Jim [EXCH] [JRenforth@intermedia.com] |
| Sent: | Tuesday, November 28, 2000 12:31 PM |
| To: | 'rblanch@effectnet.com'; 'jfreeman@effectnet.com' |
| Subject: | Intermedia UM 2001 Forecast |



UM_Forecast_2001
.xls

        <<UM_Forecast_2001.xls>>
Forecast from ramp up through December 2001.

Jim

1

PH 00754

A 02382

## Intermedia
### Unified Messaging Forecast

| | 2000 DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Launch | 270 | 348 | 232 | | | | | | | | | | | |
| Ramp-up | | | | | | | | | | | | | | |
| Incremental | | | | | | | | | | | | | | |
| Box Quantities | | | | 915 | 915 | 915 | 915 | 915 | 915 | 915 | 915 | 915 | 915 | 10000 |
| Cumulative | | 618 | 850 | 1765 | 2680 | 3595 | 4510 | 5425 | 6340 | 7255 | 8170 | 9085 | 10000 | |
| Total | 270 | 618 | | | | | | | | | | | | |

Ratio: Basic/Unlimited
75/25

PH 00755

A 02383

# EXHIBIT M

A 02384

  

Based upon joint meetings held between EffectNet and Intermedia, Sept. 14 & 18, the following tentative process was discussed and in general agreed to. A formal process needs to be documented by Intermedia. What follows is a summary of the results of these meetings.

## Provisioning and Fulfillment

1. Intermedia desires to perform their own provisioning and fulfillment for communiKATE (KATE), i.e., end-users will work directly with Intermedia to create a KATE account and receive user materials.

    a. To provision a KATE account to a new subscriber, Intermedia Account Consultant will access an EffectNet provided WEB page for entry of a Unified Message order. The Web site will provide a formatted input form that will request all relevant information required to activate service, including the email ID of the Account Consultant.
    b. EffectNet will activate service within 24 hours, then notify the originator (AC) via email, that the ordered service has been activated.
    c. Billing to Intermedia will begin with the activation.
    d. Format of returned information from EffectNet about an order still needs to be finalized with EffectNet.
    e. Hours for support of Order Entry still needs to be finalized.
    f. Short term, Intermedia will receive use Effect Net provided 800 numbers.
    g. Long Term, Intermedia will provide Intermedia 800 numbers to be used.

2. Intermedia desires to brand end-user materials (hard copy and or soft copy).

    a. Effectnet will provide Intermedia with KATE end-user materials (softcopy) for branding.
    b. Going forward, Intermedia will receive Effectnet's updates to the end-user materials.

## Billing

1. Effectnet will send Call Detail Records (CDR) to Intermedia, and Intermedia will bill the end-users.

    a. On a daily schedule, Effectnet will send CDRs to Intermedia. The CDRs will have a one day lag time, e.g., Monday's CDRs will be sent on Tuesday, and Tuesday's CDRs will be sent on Wednesday, etc.
    b. CDRs will be sent via SCP (secured copy). Further discussion is needed on this transmission.
    c. Effectnet has provided their CDR format to Intermedia for review.
    d. Activities to coordinate customer Billing will be handled internally by Intermedia between the established Core Team members.
    e. Intermedia contact person for CDR transmission activity is Carol Vigor, 813/829-4148.

## Customer Care

1. Intermedia will provide their KATE subscribers with Customer Support. Effectnet will provide Intermedia, not the end-users, with KATE Technical Support.

    a. Effectnet will provide Intermedia Account Consultants, CS&NO (NOC) representatives with access to Effectnet's trouble ticketing system at: support.Intermedia.com.
    b. EffectNet will provide a trouble ticket system training session for the Intermedia Trainers. Intermedia Trainers, will then train Intermedia personnel on access and use of Trouble Ticketing system.

3/15/02                                          Page 1 of 2

PH 00721

A 02385

 

c.  Intermedia will have the capability to "call in" a trouble report or email it to a specific Trouble Ticket queue established for Intermedia.
d.  EffectNet will resolve each technical problem within 24 business hours.  NOC Technician reporting the problem will receive email notifications regarding status and resolution for each trouble ticket.
e.  Intermedia will have the capability to contact EffectNet while the customer is on the line to get questions answered real time or to effect a soft turnover to EffectNet to resolve more technical problems.
f.  Coverage for Trouble Reporting will be 24/7.
g.  Intermedia will provide EffectNet with a list of centers and the Business work hours for each.

### Internet

1.  EffectNet requires the following information from Intermedia:

    a.  URL / domain name for the Intermedia KATE platform ( Jim Renforth)
    b.  Customer Support email address used to receive end user email (Brian Pruitt)
    c.  Customer Support telephone number (Brian Pruitt)

### Further Discussion Required:

1.  Transmission method for daily CDRs to Intermedia (Carol Vigor).

PH 00722

A 02386

# EXHIBIT N

A 02387

**Richard Jeffers**

From:          Ryan Blanchard
Sent:          Thursday, July 19, 2001 2:30 PM
To:            Richard Jeffers
Subject:       DO NOT FORWARD!

Importance:    High

Javid-
Does this mean that;

1) we still have not prepared an invoice (July 16 has come and gone)? — *work g 2 inv'ce.*
2) we are still figuring out how to do multiple account sign-up (I
thought this was being worked on almost 6 mos. ago)?
3) they will not load any new accounts before August 1st (we will stay   ?
at the current 800 or so accounts)?
                                                                          *no users*
4) they are responsible for paying all the way back to August of 2000
(box time and usage)? Is this per Jay and Brad's instructions from
several months ago? It's been so long I think we all forgot what the
arrangement was.

At the present time, for those working on these projects and tasks, how
low on the priority list is Intermedia? It sure would be nice to get
these guys launched and out of your way.

Thanks Javid. I was just looking for a bit more detail.
-Ryan


-----Original Message-----
From: Javid Freeman
Sent: Thursday, July 19, 2001 1:27 PM
To: Ryan Blanchard
Subject: FW: Effectnet - Conf Call Notes 7/11
Importance: High


Here are the minutes of last weeks conf call. The last sentence is what
you are looking for....

Javid Freeman
Project Manager
EffectNet Inc.
jfreeman@effectnet.com
Phone / Fax (888) 539-5857


-----Original Message-----
From: Kerrigan, Jack G. (EXCH) [mailto:JGKerrigan@intermedia.com]
Sent: Wednesday, July 11, 2001 11:15 AM
To: 'Javid Freeman'; Ireland, Glenn T. (EXCH); Baughman, Sherrie (EXCH);
Serdinak, J. Donna [EXCH]
Cc: Renforth, Jim [EXCH]
Subject: Effectnet - Conf Call Notes 7/11
Importance: High


All,  Here is a summary of the items we covered and the decisions made:

1.  Notification Back on "Closed Accounts" submissions:

1

   a)  When closed accounts are submitted to Effectnet immediate
acknowledgement is recevd.
   b)  Effectnet is to provide an email back to the email submitting
the
Closed Accounts email within 24
         hours. This is not happening.   Javid will have Debbie contact
Jack
to bring closure.

2.  When will CDR file transmission officially begin:
   a)  According to Donna Serdinak, transmission is already underway.
   b)  CDRs on the files received go back to August 2000.   Should
these
files be processed?
         - Jack, Sherrie and Donna will meet to determine when to
begin
procesing the CDR files.

3.  When will we receive an invoice to proces:
   a)  Javid has committed to arranging to have the invoice provided
to
Sherrie Baughman by Monday,
         July 16.

4.  When will mulitple accounts entry be available:
   a)  A new design is being considered to handle this capability.
Javid
will send an email to Jack
         identifying the details and a potential date for when this
capability can be ready for testing.

5.  "Warm Tranover" process and followup:
   a)  Glenn Ireland and Debbie (Effectnet) have been discussion this
topic.
   b)  Glen will provide the details of how the process will work when
he
and Debbie have completed their
         discussions.

Increase in account volumes is not anticipated to begin before August 1,
2001.

Jack

2

A 02389
PH38465

# EXHIBIT O

A 02390

**Bob McConnell**

| | |
|---|---|
| **From:** | Renforth, Jim [EXCH] [JRenforth@intermedia.com] |
| **Sent:** | Friday, July 20, 2001 12:22 PM |
| **To:** | 'rblanch@effectnet.com'; 'bsteinmeyer@effectnet.com'; 'jjessup@effectnet.com'; 'treneau@effectnet.com' |
| **Cc:** | Faust, Jimmy J. [EXCH]; Mellon, Cheryl D. [EXCH] |
| **Subject:** | New Contact |

Hi Guys,

Next Friday, March 27, 2001 is my last day with Intermedia.

Your new contact person here is Jimmy Faust,  813-829-4327, JJFaust@intermedia.com
<mailto:JJFaust@intermedia.com> .

I have immensely enjoyed working with and getting to know you all and will certainly miss
you.  I wish you all the very best in both your professional and personal endeavors.

Best Regards,

Jim

1

PH30327
A 02391

# EXHIBIT P

A 02392

# Intermedia Revenue Share Worksheet 2001

| Packages | 2000 | Jan-01 | Feb-01 | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Users- Basic | | | 11 | 3 | | | 2 | | | 7 | | | | 23 |
| New Users-Unlimited | 36 | 15 | 133 | 117 | 323 | 16 | 112 | 12 | | | | | | 766 |
| (Cancellations- Basic) | | | | | | | | | | (19) | | | | (22) |
| (Cancellations-Unlimited) | | | | | | (2) | (3) | (1) | | (672) | | | | (720) |
| Total Users-Basic | | | 11 | 14 | 14 | 14 | 14 | 13 | 13 | 1 | 1 | 1 | 1 | 46 |
| Total Users-Unlimited | 36 | 51 | 184 | 301 | 624 | 638 | 747 | 716 | 716 | 46 | 46 | 46 | 46 | 47 |
| Total Intermedia Users | 36 | 51 | 195 | 315 | 638 | 652 | 761 | 729 | 729 | 47 | 47 | 47 | 47 | 47 |
| | | | | | | | | | | | | | | |
| Inbound Usage | | 1,825 | 1,057 | 3,313 | 7,994 | 12,638 | 15,029 | 19,956 | 23,001 | 6,386 | 6,386 | | | 97,585 |
| Outbound Usage | 1,619 | 982 | 746 | 1,692 | 5,879 | 10,682 | 11,307 | 15,558 | 21,839 | 6,282 | 6,282 | | | 82,948 |
| Inbound Usage- Average | | 35.8 | 5.7 | 11.0 | 12.8 | 19.8 | 20.1 | 27.9 | 32.1 | 138.8 | 138.8 | | | |
| Outbound Usage-Average | | 19.3 | 4.1 | 5.6 | 9.4 | 16.7 | 15.2 | 21.7 | 30.5 | 136.6 | 136.6 | | | |
| | | | | | | | | | | | | | | |
| EffectNet Wholesale- Basic | 11.45 | | 128 | 160 | 160 | 160 | 160 | 149 | 149 | 11 | 11 | | | 1,088 |
| Basic Discount (1st Month) | 50% | | (63) | (17) | | | (11) | | | (40) | | | | (132) |
| EffectNet Wholesale-Unlimited | 27.40 | 1,397 | 5,042 | 8,247 | 17,098 | 17,481 | 20,468 | 19,618 | 19,618 | 1,260 | 1,260 | | | 114,285 |
| Unlimited Discount (1st Month) | 50% | (206) | (1,822) | (1,603) | (4,425) | (219) | (1,534) | (164) | | (27) | | | | (10,001) |
| EffectNet Outbound Revenue | 0.10 | 162 | 98 | 169 | 588 | 1,068 | 1,139 | 1,556 | 2,184 | 628 | 628 | | | 8,295 |
| Total Gross Revenue | 2,957 | 1,290 | 3,357 | 6,957 | 13,421 | 18,491 | 20,221 | 21,159 | 21,951 | 1,833 | 1,900 | | | 113,635 |
| | | | | | | | | | | | | | | |
| Intermedia Fulfillment Materials | | | | 2,311 | | 594 | 39 | | | | | | | 2,944 |
| Intermedia Marketing Costs | | | | 12,048 | | | 625 | | 233 | | | | | 12,905 |
| Total Intermedia Costs | | | | 14,359 | | 594 | 664 | | 233 | | | | | 15,849 |
| | | | | | | | | | | | | | | |
| EffectNet Receivable | 2,957 | 1,290 | 3,357 | 21,316 | 13,421 | 19,085 | 20,885 | 21,159 | 22,184 | 1,833 | 1,900 | | | 129,385 |
| | | | | | | | | | | | | | | |
| EffectNet Payment to Intermedia | | | | | | | | | | 87,852 | 22,184 | | | 110,036 |
| Intermedia Payment to EffectNet | | | | | | | | | | | | | | |
| Total Owed to EffectNet | 2,957 | 4,247 | 7,604 | 28,920 | 42,340 | 61,425 | 82,310 | 103,469 | 125,652 | 53,655 | 19,349 | 19,349 | 19,349 | 19,349 |

Note 1 - Invoice          Rose sent an invoice for $82,309.77 to Intermedia.

Intermedia Revenue Share October 2001.xls

5/3/2005 1:46 PM

PH24810

A 02393

# EXHIBIT Q

A 02394

## Bob McConnell

**From:** Debbie Anbinder
**Sent:** Thursday, March 14, 2002 8:48 AM
**To:** Bob McConnell; Darius Reneau
**Subject:** FW: InterMedia Cancel Accounts

fyi. It appears that they are closing all remaining accounts as we show only 41 open InterMedia accounts. This is  similar to their request a while back to close 700 accounts in one day.  When I return to the office I will forward that email.

debbie

> -----Original Message-----
> **From:** Faust, Jimmy J.
> **Sent:** Friday, March 01, 2002 9:44 AM
> **To:** 'support@intermediamail.com'
> **Subject:** Cancel Accounts
>
> My records indicate that we have 47 active mailboxes on this account.
>
> Please cancel all mailboxes as of today (03-01-02).
>
> Thanks
>
> ***Jimmy J. Faust***
> Sr. Product Manager
> (813) 829-4327
> **WorldCom, Inc.**
> Jimmy.faust@wcom.com

5/3/2005

PH24949
A 02395

# EXHIBIT R

A 02396