Confidential Private Placement Memorandum                    Webley Systems, Inc.

This Page Intentionally Left Blank

CONFIDENTIAL   PH 00516

A 02497

# APPENDIX:

## FEATURES OF UNIFIED MESSAGING SOLUTIONS

CONFIDENTIAL   PH 00517

A 02498

**Confidential Private Placement Memorandum**                                         **Webley Systems, Inc.**

| Features | Simple Messaging | Enhanced Messaging | Unified Messaging | Unified Comm |
|---|---|---|---|---|
| **A Provisioning** | | | | |
| I Call Forwarding on Busy/No-Answer | | | | |
| II Personal, Toll-Free Voice Number | X | X | X | X |
| III Personal, Toll-Free Voice and Fax Number | | X | X | X |
| IV Personal, Local Fax Number | | | X | X |
|  | | | X | X |
| **B How Messages Enter System** | | | | |
| I Voice Messages | | | | |
| (a) Call Forwarded from Subscriber's Existing Number | | | | |
| (b) Local Number Portability | X | X | X | X |
| (c) Calls to Personal Toll-Free Number | | | X | X |
| (d) Calls to Subscriber's Wireless Number | | X | X | X |
|  | | | X | X |
| II Fax Messages | | | | |
| (a) Fax to Personal Toll-Free Voice and Fax Number | | | X | X |
| (b) Fax to Personal Local Fax Number | | | X | X |
| III Email Messages | | | | |
| (a) Email Messages Retrieved from Subscriber's Existing Mail Stores | | X | X | X |
| **C System Customization** | | | | |
| I Personal Information | | | | |
| (a) PIM Synchronization with Outlook, Notes, etc | | X | X | X |
| (b) Stock Quote Lists | | X | X | X |
| (c) Local News, Weather, Traffic Settings | | X | X | X |
| II System Personalities | | | | |
| (a) Selectable Voice Characters | X | X | X | X |

| Features | Simple Messaging | Enhanced Messaging | Unified Messaging | Unified Comm |
|---|---|---|---|---|
| **D Telephone User Interface** | | | | |
| I General | | | | |
| (a) Navigation and Call Flow Customization for Carrier | X | X | X | X |
| (b) Personal Greeting Recorded by Subscriber | | X | X | X |
| (c) Spoken Command Navigation / Speech Recognition | | X | X | X |
| (d) Personal Assistant Call Screening | | | | X |
| II Managing Voice Mail | | | | |
| (a) Playback Controls (FF,Rew,Skip) | | | | |
| (b) Message Status (Number New, Number Stored) | X | X | X | X |
| (c) Message Management (Delete, Archive, Forward, Reply) | X | X | X | X |
|  | X | X | X | X |
| III Managing Email | | | | |
| (a) Listen to Email via Text-to-Speech | | X | X | X |
| (b) Playback Controls (FF,Rew,Skip) | | X | X | X |
| (c) Email Status (Number New, Number Stored, Urgency) | | X | X | X |
| (d) Email Management (Delete, Archive, Forward, Reply) | | X | X | X |
| IV Managing Faxes | | | | |
| (a) Listen to Fax Header Information | | | X | X |
| (b) Fax Message Status (New, Stored) | | | X | X |
| (c) Fax Management (Delete, Archive, Forward) | | | X | X |
| (d) Follow-Me Fax Routing | | | X | X |
| V Originating, Replying and Forwarding Messages | | | | |
| (a) Originate an Outbound Voice Call | | | X | X |
| (b) Originate an Email Message w/ Voice Attachment | | X | X | X |
| (c) Forward Fax Message to an Email Address | | X | X | X |
| (d) Forward Fax Message to a Fax Machine via Outbound Fax Call | | | X | X |
| (e) Forward Voice Messages to Email Address | | | X | X |
| (f) Forward Email to Fax Machine via Outbound Fax Call | | X | X | X |
| (g) Reply to Email with Voice Call | | X | X | X |
| (h) Reply to Voice Mail with "Return the Call" Outbound Call | | X | X | X |
| VI Information Services (Voice Portal Services) | | | | |
| (a) Find Yellow Pages Information using Voice Commands | | X | X | X |
| (b) Listen to News Headlines | | X | X | X |
| (c) Listen to Financial Headlines | | X | X | X |
| (d) Listen to Info Clips (selected through WUI) | | X | X | X |
| (e) Listen to Traffic Reports using Voice Commands | | X | X | X |
| (f) Listen to Weather using Voice Commands | | X | X | X |
| (g) Access Address Book through Voice Commands | | X | X | X |
| (h) Access Calendar through Voice Commands | | X | X | X |

**CONFIDENTIAL   PH 00518**

**A 02499**

Confidential Private Placement Memorandum

Webley Systems, Inc.

| Features | Simple Messaging | Enhanced Messaging | Unified Messaging | Unified Comm |
|---|---|---|---|---|
| **E Web User Interface** | | | | |
| *I General* | | | | |
| (a) Web Site Customization for Center | | | X | X |
| (b) Security and Personal Settings Managed through WUI | X | X | X | X |
| (c) Personal Greetings Recorded and Managed via WUI | X | X | X | X |
| (d) Sort Messages by Subject, Date, Sender | | X | X | X |
| (e) SSL Security | X | X | X | X |
| (f) SPAM Blocking | X | X | X | X |
| *II Web Site Functional Design, General* | | | | |
| (a) Personal Folders (Creating and Managing) | | X | X | X |
| (b) Manage and Interface with Calendar and Address Book | | X | X | X |
| (c) Spell Check, Virus Check, Message Filtering | | X | X | X |
| *III Email Services* | | | | |
| (a) Retrieve and Manage External Email (Store, Delete, etc) | | X | X | X |
| (b) Originate Email through POP or SMTP Access | | X | X | X |
| (c) Record Voice Message for Email Delivery through POP or SMTP | | X | X | X |
| *IV Voice Mail Services* | | | | |
| (a) Retrieve and Manage Voice Mail (Store, Delete, Download) | X | X | X | X |
| (b) Listen to Voice Mail in MP3 or RealAudio Format | X | X | X | X |
| (c) Forward to Email Address | X | X | X | X |
| *V Fax Messaging Services* | | | | |
| (a) Retrieve and Manage Fax Messages (Store in Folders, etc) | | | X | X |
| (b) Originate a Fax (Compose Cover Sheet and Upload MS Word, Excel, PowerPoint, or Text File for Body) | | | X | X |
| (c) View and Download Fax Message using WUI (TIFF, PDF) | | | X | X |
| (d) Forward to Email Address, Selecting Through Address Book | | | X | X |
| *VI Address Book* | | | X | X |
| *VII Calendar* | | X | X | X |
| *VIII Web Site Registration and Provisioning* | | X | X | X |
| (a) Service Registration through Web Site | X | X | X | X |
| (b) Real-time Number Provisioning | X | X | X | X |

| Features | Simple Messaging | Enhanced Messaging | Unified Messaging | Unified Comm |
|---|---|---|---|---|
| **F Other User Interface Access to Messages** | | | | |
| *I WAP* | | | | |
| (a) WAP access to Email | | | X | X |
| (b) WAP access to Voice Mail and Fax Information | | | X | X |
| *II MS Exchange and Lotus Notes Platform Hosting* | | | X | X |
| (a) Voice, Fax, and Email Messages Delivered to Exchange | | | | X |
| **G Message Delivery and Notification Services** | | | | |
| *I Notification* | | | | |
| (a) Short Message Service Message Notification | | | | |
| (b) Web Site New Message Notifications | X | X | X | X |
| (c) Telephone New Message Notifications | X | X | X | X |
| (d) Pager Notification | X | X | X | X |
| *II Message Delivery and Call Routing* | | | | |
| (a) Call Routing Setup and Calendar Interface | | | X | X |
| (b) Voice Calling Find-me Follow-me Call Routing | | | X | X |
| (c) Fax Message Follow-me Call Routing | | | X | X |
| **H Calling Services** | | | | |
| *I Conference Calling* | | | | |
| (a) Ad-Hoc Conferencing (Outbound Calling) | | | | X |
| (b) Scheduled Conferencing (Inbound Calling) | | | | X |
| *II Broadcast Messaging* | | | | |
| (a) Voice Mail Broadcasts to User Groups | | | X | X |
| (b) Fax Broadcasts to User Groups | | | X | X |

CONFIDENTIAL  PH 00519

A 02500

**Confidential Private Placement Memorandum**                    **Webley Systems, Inc.**

**This Page Intentionally Left Blank**

CONFIDENTIAL   PH 00520

A 02501

# EXHIBIT U

A 02502

SALOMONSMITHBARNEY
A member of citigroup

**Confidential**

Presentation to:

# Webley Systems

INVESTOR SUMMARY

May 21, 2001

Confidential

PH05760

A 02503

WEBLEY SYSTEMS

# Selected Investor Summary

## Meetings Held – Con't. Interest

ABS Capital Partners
Alta Communications
Atlas Ventures
BancAmerica Ventures
Banc One Venture Partners
Barnard & Co.
Battery Ventures
BayStar Capital
e-Citi
First Analysis Venture Capital
GE Equity
Investor AB
Morgenthaler Partners
North Hill Ventures
Partech International
UBS Capital
**Total: 16**

## Meetings Scheduled

Soros Fund Management (2nd Round)

**Total: 1**

## Reviewing

3i Venture Partners
Accenture Technology Ventures
Adams Capital Management
Advent International
American Express
Amerindo Investment Advisors
Arlington Capital
August Capital
Austin Ventures
Axiom Ventures
BancBoston Capital
Bessemer Venture Partners
BG Media Investors
Blue Star Ventures
Boston Millennia Partners
Brand Equity
Canaan Partners
Carlyle Venture Partners
Charles River Ventures
CID Equity Partners
Citizens Capital
Commonwealth Capital Ventures
Dain Rauscher Wessels
DB Capital Partners, Inc.
Dell Ventures
Desai Capital Management
Doll Capital Management

## Reviewing

Dolphin Communication Partners
Dominion Ventures
Eos Partners
Fidelity Investments
Generation Partners
GeoCapital Partners
Gilbert Global Equity
Grotech Capital Group
Highland Capital Partners
Hillman Company
HLM Management
Hook Partners
Innovacom
Intel
JP Morgan Capital
Madison Dearborn Partners
M/C Venture Partners
Media Technology Ventures
Menlo Ventures
Meritech Capital Partners
Merrill Lynch Venture Capital
MeVC
MMC Capital
Nassau Capital
National Bank of Kuwait
Navis Partners
North Bridge Venture Partners

## Reviewing

Pacific Corporate Group
Pilgrim Baxter
Primus Venture Partners
Putnam Investments
Sandler Capital
Sands Brothers
SG Capital Partners
Spectrum Equity
StarVest
SunAmerica Ventures
Sycamore Ventures
TD Capital
TeleSoft Partners
Thales Corporate Ventures
Thoma Cressey
Thomas H. Lee Internet Partners
Trident Capital
Tudor Global Investments
Viventures
Vulcan Ventures
Wachovia Capital Associates
Walden Group
William Blair Capital Partners
Willis Stein & Partners
**Total: 78**

SALOMONSMITHBARNEY
A member of citigroup

Confidential

PH05761

A 02504

WEBLEY SYSTEMS

SALOMON SMITH BARNEY
A member of citigroup

# Selected Investor Summary

### Declined

Advantage Capital Partners
AIG Capital
Alcatel Ventures
Ampersand Venture Management
Apex Ventures
Ascent Venture Partners
Bain Capital
Baker Capital Corp.
BCI Partners
Berkley Capital
Berkshire Partners
Blackstone
Boston Ventures
Boulder Ventures
Brown Brothers Harriman & Co.
BV Capital
Canterbury Capital Partners
Capital Research & Management Co.
Capital Resource Partners
Catterton Partners
CEA/Seaport Capital
Charter Growth Capital
CIVC Capital Partners
Citigroup Technology Investments
Clarity Partners
Columbia Capital

### Declined

ComVentures
Coral Ventures
Cornerstone Equity Investors
Crosslink Capital
Edison Venture Fund
Essex Investment Management
First Union Capital Partners
Frontenac
GE Capital Commercial Finance
Gemini Investors
Golden Gate Capital
Goldman Sachs
Great Hill Partners
Gryphon
Hampshire Equity Partners
HarbourVest
Huff
ING Furman Selz Investments LLC
INVESCO
Investcorp
KB Partners
Kemper Ventures
Lehman Communications Fund
Mellon Ventures
Minotaur Capital Management
MSD Capital

### Declined

MSDW Venture Partners
Northwood Ventures
Pequot Capital
PNC Equity Management Corp.
Providence Equity
Rho Management
RRE Ventures
Saratoga Partners
Sentinel Capital Partners
The Shattan Group
Sofinnova Ventures
Spire Capital
Sprout Group
St. Paul Venture Capital
Summit Accelerator Fund
Summit Partners
TA Associates
Thayer Capital
T Rowe Price
U.S. Bancorp Piper Jaffray
Warburg Pincus & Co., LLC
Weston Presidio Capital
Whitney & Co.
Wind Point Partners
WorldCom Ventures
**Total: 77**

### Declined After Meeting

Bowman Capital
Broadview Capital Partners *
CIBC Capital Partners
General Atlantic Partners *
Greenbridge Capital
Halyard Capital/BMO
J&W Seligman
QuestMark
Technology Crossover Ventures
U.S. Trust Private Equity Group
**Total: 10**

### Excluded [a]

ABN-AMRO Private Equity
The Chatterjee Group
Greylock Capital
Ironside Ventures
JK&B Capital
Lightspeed Venture Partners
Moore Capital
Oak Investment Partners
Van Wagoner Capital
Worldview Technology Partners
**Total: 10**

\* Indicates Conference Call
(a) Excluded based on prior investment (6)

2

Confidential

PH05762

A 02505

WEBLEY SYSTEMS

SALOMON SMITH BARNEY
A member of citigroup

# | Investor Summary – Meetings Held

| Investor | Contact | Meeting Date | Comments | Next Steps |
|---|---|---|---|---|
| ABS Capital Partners | Deric Emry<br>Taz Turner | 5/01 | ▶ Reviewing due diligence material<br>▶ Have been preoccupied with one recent and one pending investment ($28mm and $66mm of trailing revenue, respectively)<br>▶ Concerned about group revenue concentration – uncomfortable with carrier revenue traction | ▶ SSB to continue dialogue |
| Alta Communications | Tom Trowbridge<br>Mark Egan | 5/15 | ▶ Focused on business model, including value proposition, pricing and competitive landscape<br>▶ Reviewing competitive landscape analysis<br>▶ Potential lead or follower | ▶ SSB to follow-up |
| Atlas Ventures | Saleena Goel | 5/15 | ▶ SpeechWorks investor<br>▶ Discussed technology, competition and business model<br>▶ Indicated interest in making customer calls and would like to meet Pat Mathis<br>▶ Prefers to lead investments | ▶ SSB to follow-up<br>▶ Reviewing at Monday's partner's meeting |
| BancAmerica Ventures | Bob Obuch<br>John Dougery | 5/09 | ▶ SpeechWorks investor<br>▶ Prefers to be a lead<br>▶ Focused on existing investor participation | ▶ Reviewing internally<br>▶ SSB to follow-up |
| Banc One Venture Partners | Paul Whiting<br>Gordon Pan | 5/03 | ▶ $3-5mm potential follower<br>▶ Concerned about multiple sales channels and related burn rate<br>▶ Investor in uReach.com, a Unified Communications company which focuses on carrier market<br>▶ Would require existing investor participation | ▶ Has requested the financial model |

3

Confidential

WEBLEY SYSTEMS

SALOMONSMITHBARNEY
A member of citigroup

# Investor Summary – Meetings Held

| Investor | Contact | Meeting Date | Comments | Next Steps |
|----------|---------|--------------|----------|------------|
| Barnard & Co. | Steve Chang | 5/02 | ► Reviewing due diligence information<br>► Interested in the Unified Communications space although concerned it's "crowded"<br>► Focused on visibility of revenue from carriers and OEMs | ► SSB to follow-up |
| Battery Ventures | Jodi Jahic | 5/16 | ► Informio investor. Unclear if Informio is a direct competitor to Webley<br>► Interested in hearing more about service offering, revenue/customer traction, and strategy for delivering to enterprises behind firewall | ► Jodi to set up a call with Webley and Informio to determine how directly competitive the two companies are and if it makes sense to continue dialogue |
| BayStar Capital | Steven Lamar | 5/09 | ► Reviewing due diligence information<br>► Interested as a follower | ► SSB to maintain dialogue |
| e-Citi | Bill Carson<br>Alan Young | 4/26 | ► SpeechWorks investor | ► e-Citi to determine opportunity to deploy Webley within Citigroup |
| First Analysis Venture Capital | Brian Boyer | 5/03 | ► Potential follower but concerned about direct marketing strategy | ► SSB to maintain dialogue |
| GE Equity | Louis Wolfowitz<br>Michael Pickholz | 5/17 | ► SpeechWorks investor<br>► Focused on revenue traction, contracts with AT&T and WorldCom, and sales and marketing strategy | ► Reviewing internally<br>► SSB to follow-up |
| Investor AB | Jennifer Kaffenberger<br>John Houston | 5/17 | ► Focused on pipeline, revenue traction, and existing investor participation | ► Reviewing due diligence information and discussing internally |
| Morgenthaler Partners | Gary Little<br>Drew Lanza<br>Jim Broderick<br>Paul Levine | 5/10 | ► Early Nuance investor<br>► Historically focused on early stage companies but considering more later stage deals currently<br>► Paul Levin sits on Informio board | ► SSB to follow-up |

4

PH05764

A 02507

WEBLEY SYSTEMS

SALOMON SMITH BARNEY
A member of citigroup

# Investor Summary – Meetings Held

| Investor | Contact | Meeting Date | Comments | Next Steps |
|---|---|---|---|---|
| North Hill Ventures | Thatcher Bell, Ben Malka | 5/15 | ▲ Reviewing internally<br>▲ Not a deep knowledge of UC space; potential follower at best<br>▲ Focused on valuation | ▲ SSB to follow-up |
| Partech International | Matt Wulfstat | 5/09 | ▲ Focused on competitive landscape and sales strategy | ▲ SSB to follow-up |
| UBS Capital | Chip Moore | 4/26 | ▲ Very impressed with technology<br>▲ Issues include valuation and existing investor participation in Series C<br>▲ dynamicsoft investor | ▲ SSB to follow-up |

5

PH05765

A 02508

WEBLEY SYSTEMS

SALOMON SMITH BARNEY
A member of citigroup

# Investor Summary – Meetings Scheduled

| Investor | Contact | Meeting Date | Comments | Next Steps |
|---|---|---|---|---|
| Soros Fund Management | Chris Michalik<br>Aaron Bendickson | 4/26, 6/7 | ▶ Focused on existing investor participation and 2001 revenue, especially with carriers and competitive landscape | ▶ Second meeting scheduled for June 7th in Washington DC |

6

PH05766

A 02509

WEBLEY SYSTEMS

SALOMON SMITH BARNEY
A member of citigroup

# Investor Summary – Reviewing

| Investor | Contact | Comments |
|---|---|---|
| 3i Venture Partners | Paul Rivers-Latham | ▶ Referred by BuzMe.com |
| Accenture Technology Ventures | Stephanie Schnabel | ▶ Concerned about integration issues and historical G&A expenses |
| Adams Capital Management | Andrea Joseph | ▶ Reviewing materials – "unlikely to move forward" |
| Advent International | William Uppington | ▶ Referred by BuzMe.com |
| American Express | John Everhart | ▶ Reviewing materials; may be too early |
| Amerindo Investment Advisors | Marc Weiss | ▶ Has invested in TellMe |
| Arlington Capital | Bob Knibb | ▶ Skeptical of revenue ramps given three years of little response; probably too early – like to see meaningful trailing revenue |
| August Capital | Andrew Rappaport | ▶ Reviewing materials |
| Austin Ventures | Joe Aragona | ▶ Reviewing materials |
| Axiom Ventures | Samuel McKay | ▶ Contacted in '98 by Webley. Initially contacted Martin Chanzit, who is no longer with the company |
| BancBoston Capital | Bill Charman | ▶ Reviewing materials |
| Bessemer Venture Partners | Rob Soni | ▶ Reviewing materials |
| BG Media Investors | Ted Carroll | ▶ Reviewing materials |
| Blue Star Ventures | William Steinmetz | ▶ Reviewing materials |
| Boston Millennia Partners | Rob Sherman | ▶ Concerned with valuation and revenue ramp up |
|  |  | ▶ Contact once lead investor is identified |
| Brand Equity | Josh Silberstein | ▶ Reviewing materials |
| Canaan Partners | Deepak Kamra | ▶ Reviewing material |
|  | Jim Furnivall |  |
| Carlyle Venture Partners | Brooke Coburn | ▶ Reviewing materials |
| Charles River Ventures | Richard Burnes | ▶ Reviewing materials; early stage investor |
| CID Equity Partners | Rajesh Pai | ▶ Reviewing materials |
| Citizens Capital | Daniel Corcoran | ▶ Reviewing materials |
| Commonwealth Capital Ventures | David Sung | ▶ Reviewing materials |
| Dain Rauscher Wessels | Jeff Greiner | ▶ Reviewing materials |

7

Confidential

WEBLEY SYSTEMS

SALOMONSMITHBARNEY
A member of citigroup

# Investor Summary – Reviewing

| Investor | Contact | Comments |
|---|---|---|
| DB Capital Partners, Inc. | Ted Dardani | ▶ Probably too early stage but reviewing materials |
| Dell Ventures | Steve Bailey | ▶ Reviewing materials |
| Desai Capital Management | Tom Perlmutter | ▶ Reviewing materials; may be too early stage |
| Doll Capital Management | David Chao | ▶ Reviewing materials; interested in leading California-based companies |
| Dolphin Communication Partners | Barry Stewart | ▶ Focused on valuation |
| | Jamie O'Connell | ▶ SpeechWorks investor |
| Dominion Ventures | Randolph Werner | ▶ Reviewing materials |
| Eos Partners | Mark First | ▶ Reviewing materials |
| Fidelity Investments | Rob Ketterson | ▶ Reviewing materials |
| Generation Partners | Mark Jennings | ▶ Reviewing materials |
| GeoCapital Partners | Whitney Bower | ▶ Reviewing materials |
| Gilbert Global Equity | Paul Wallace | ▶ Reviewing materials |
| Grotech Capital Group | Patrick Kerins | ▶ Reviewing materials |
| Highland Capital Partners | Sean Dalton | ▶ Reviewing materials |
| Hillman Company | William Hallett | ▶ Reviewing materials; expects valuation to be high |
| | | ▶ Questions regarding valuation, revenue visibility and customer traction |
| HLM Management | Judith Lawrie | ▶ Reviewing materials |
| Hook Partners | David Hook | ▶ Referred by BuzMe.com |
| Innovacom | Frederic Veyssiere | ▶ Referred by BuzMe.com |
| Intel | Mark Lydon | ▶ Had prior discussions with Webley through Dialogic, which Intel acquired |
| JP Morgan Capital Partners | Charles Goldman | ▶ Out for a month (getting married) |
| Madison Dearborn Partners | Andrew Sinwell | ▶ SSB contacting through London office |
| M/C Venture Partners | John Ward | ▶ Reviewing materials, unable to take on new project due to company meeting |
| | Seanmae Teo | ▶ Will follow-up at end of May |
| Media Technology Ventures | Bob Ackerman | ▶ Reviewing materials |
| Menlo Ventures | John Jarve | ▶ Reviewing materials |

8

PH05768

A 02511

WEBLEY SYSTEMS

SALOMON SMITH BARNEY
A member of citigroup

# Investor Summary – Reviewing

| Investor | Contact | Comments |
|---|---|---|
| Meritech Capital Partners | Paul Madera | ▶ Reviewing materials<br>▶ Unlikely because they invest largely in portfolio companies of Accel Partners, Brentwood Venture Capital, Oak Investment Partners, Redpoint Ventures, and Worldview Technology Partners |
| Merrill Lynch Venture Capital | David Pickering | ▶ Reviewing materials |
| MeVC | Nino Marakovic | ▶ Reviewing materials |
| MMC Capital | John Coghlin | ▶ Reviewing materials |
| Nassau Capital | Jeff Tuder | ▶ Reviewing materials |
| National Bank of Kuwait | Jason Bross | ▶ Reviewing materials |
| Navis Partners | Brad Wightman | ▶ Cautious toward Unified Communications space<br>▶ Focused on 2001 revenues |
| North Bridge Venture Partners | Edward Anderson | ▶ Reviewing materials |
| Pacific Corporate Group | Amin Hariri | ▶ Patricof introduction; contact when a lead is identified |
| Pilgrim Baxter | Sam Baker | ▶ Reviewing materials |
| Primus Venture Partners | James Bartlett | ▶ Reviewing materials |
| Putnam Investments | Rick Wynn | ▶ Reviewing materials |
| Sandler Capital | Mike Marocco | ▶ Reviewing materials; viewing new investments very cautiously |
| Sands Brothers | Lawrence Kass | ▶ Reviewing materials |
| SG Capital | Larry Neubauer | ▶ Reviewing materials; probably too early stage |
| Spectrum Equity | Benjamin Coughlin | ▶ Referred by BuzMe.com |
| StarVest | Deborah Farrington | ▶ Reviewing materials |
| SunAmerica Ventures | Troy Fukumoto | ▶ Reviewing materials; limited bandwidth issues |
| Sycamore Ventures | Simon Wong | ▶ Cautious about Unified Communications space; unlikely to proceed |
| TD Capital | Chris McDermott | ▶ Reviewing materials |
| TeleSoft Partners | Victor Liao | ▶ Reviewing materials |
| Thales Corporate Ventures | Francoise Lohezic | ▶ Referred by BuzMe.com |

9

Confidential

PH05769

A 02512

WEBLEY SYSTEMS

SALOMON SMITH BARNEY
A member of citigroup

# Investor Summary – Reviewing

| Investor | Contact | Comments |
|---|---|---|
| Thoma Cressey | Orlando Bravo | ▸ Expressed interest in Unified Messaging space; however may be more interested in Webley in 6-12 months |
| | | ▸ Has concerns about burn rate and dollars to profitability |
| Thomas Lee Internet Partners | Kent Weldon/Jeff Coates | ▸ Reviewing materials |
| Trident Capital | Peter Meekin | ▸ Reviewing materials |
| Tudor Global Investments | Carmen Scarpa | ▸ Reviewing materials |
| Viventures | Ed Colby | ▸ Referred by BuzMe.com |
| Vulcan Ventures | Scott Kushino | ▸ Reviewing materials; interested in the space |
| Wachovia Capital Associates | David Christopher | ▸ Reviewing materials |
| Walden Group | Andrew Kau | ▸ Reviewing materials |
| William Blair Capital Partners | Ellen Carnahan | ▸ Per Ellen Carnahan, she is very interested - focused on revenue/customer progress since she met with the company in 1998 and valuation expectations |
| | Andrew Garshargen | |
| Willis Stein & Partners | Mark Michaels | ▸ Reviewing materials |

10

Confidential

PH05770

A 02513

WEBLEY SYSTEMS

SALOMONSMITHBARNEY
A member of citigroup

# Investor Summary – Declined

| Investor | Contact | Comments |
|---|---|---|
| Advantage Capital Partners | Elliot Fishman | ► Not looking at start-ups<br>► Focused on sub debt financing for small profitable companies |
| AIG  Endeavor Partners | Bradley Schwab | ► Not interested in Unified Messaging space<br>► Concerned with the crowded space and no clear signs of adoption |
| Alcatel Ventures | Jeff Stevenson | ► Closed California office due to harsh VC environment |
| Ampersand Venture Management | Caroline Marple | ► Limited number of investments (six) per year – no internal bandwidth |
| Apex Ventures | Babu Ranganathan | ► Looked at Webley for its Series A and passed<br>► Limited interest in Unified Communications |
| Ascent Venture Management | C. Walter Dick | ► Too early stage |
| Bain Capital | James Nahirny | ► Too late stage (venture fund is focused on seed and A rounds) |
| Baker Capital Corp. | Jonathan Grabel | ► Believes valuation is too high given the current market and relative to other opportunities |
| BCI Partners | Steve Eley | ► Does not fit investment focus |
| Berkeley Capital | Bernie Geiger | ► Focused on companies on the West Coast, especially in Silicon Valley |
| Berkshire Partners | Michael Mayer | ► Not interested in space. |
| Blackstone | David Tolley | ► Focused on larger, later stage deals<br>► Has concerns about projected Unified Communications ramp |
| Boston Ventures | Barbara Ginader | ► Currently focused on later stage investments |
| Boulder Ventures | Andrew Jones | ► Too late stage, primarily focuses on A and B rounds; familiar with company |
| Brown Brothers Harriman & Co. | Andrew Cowen | ► Concerned with revenue traction and product differentiation<br>► Also cited competition from large equipment companies (e.g. Nortel) |
| BV Capital | Cara Henson | ► Does not fit investment focus |
| Canterbury Capital Partners | David Buttolph | ► Focused on mezzanine debt investments; limited equity |
| Capital Research & Management | Chris Buchbinder | ► Not interested in Unified Messaging |
| Capital Resource Partners | Mike Furey | ► Too early stage; too long to profitability<br>► Not enough revenue traction and concerns about customer acceptance |
| Catterton Partners | Andrew Talb | ► Does not fit investment focus; invests in core consumer companies<br>► Too early stage |

11

Confidential

PH05771

A 02514

WEBLEY SYSTEMS

SALOMON SMITH BARNEY
A member of citigroup

# Investor Summary – Declined

| Investor | Contact | Comments |
|---|---|---|
| CEA/Seaport Capital | Andrew Meyers | ▸ Concerned about adoption risk coupled with reliance on an aggressive revenue forecast |
| Charter Growth Capital | George Bischof | ▸ Not enough trailing revenue for the firm's current investment criteria |
| Citicorp Technology Investments | George Arnold | ▸ Limited existing revenue base, proof of business model, concerns with existing investors not stepping up |
| | | ▸ $130 pre-money valuation is much too high |
| | | ▸ Investor in Praxon which closed its door |
| CIVC Capital Partners | David Miller | ▸ Too early stage; too long to profitability |
| Clarity Partners | Clint Walker | ▸ Investor in Tornado; focus is on carriers |
| | | ▸ Monitored QuestMark's review of Webley |
| Columbia Capital | Matt Newton | ▸ Not interested in an enhanced services play. Believes that existing portfolio companies (edge2net and IP Communications) provide coverage within the space |
| ComVentures | David Helfrich | ▸ Not interested due to stage of investment |
| Coral Ventures | Yuval Almog | ▸ Does not fit current investment objectives |
| Cornerstone Equity Investors | Tony Downer | ▸ Believes that it is a challenging market for Unified Communications |
| | | ▸ Has concerns about current level of revenue and cash intensity |
| Crosslink Capital | Jason Sanders | ▸ Not comfortable with Unified Communications sector |
| | | ▸ Views the burn rate as too high given market conditions |
| Edison Venture Fund | Cyndy Ogle | ▸ Investment focus of $1 -$5 million |
| | | ▸ Capital requirements are too large for investment criteria |
| | | ▸ Keep posted once lead investor is identified |
| Essex Investment Management | Colin McNay | ▸ Skeptical of revenue and UC space |
| First Union Capital Partners | George Hashbarger | ▸ Not interested |
| Frontenac | Walter Florence | ▸ Too early stage |
| GE Capital Commercial Finance | Morty White | ▸ Not investing in the space currently |
| Gemini Investors | Jim Rich | ▸ Too early stage |
| | | ▸ Focused on revenue traction |
| Golden Gate Capital | David Dominik | ▸ Seeking control transactions |

12

Confidential

PH05772

A 02515

WEBLEY SYSTEMS

SALOMONSMITHBARNEY
*A member of citigroup*

# Investor Summary – Declined

| Investor | Contact | Comments |
|---|---|---|
| Goldman Sachs | Gerry Cardinale<br>David Castelblanco | ▲ Lack of technology differentiation |
| Great Hill Partners | Mark Evans | ▲ Outside of current areas of focus |
| Gryphon | Nick Orum | ▲ Not interested in the space |
| Hampshire Equity Partners | Ryan Brown | ▲ Looking for investments that have several quarters of positive cashflow |
| HarbourVest | Rob Wadsworth | ▲ Not interested at this time |
| Huff | Ed Banks | ▲ Not interested |
| ING Furman Selz Investments | Faye Weitzman | ▲ Not interested in the space |
| INVESCO | John Evans | ▲ Investor in Access Link in the UK and perceive space as too competitive |
| Investcorp | Mamoun Askari | ▲ Declined due to limited revenues to date and a high cost base |
| KB Partners | Keith Bank | ▲ Focused on smaller, earlier stage deals |
| Kemper Ventures | John Reynolds | ▲ Not interested, had look at before |
| Lehman Communications Fund | Adam Graev | ▲ Believes revenue traction is insufficient currently and doesn't believe carrier adoption is near term |
| Mellon Ventures | Paul Morrison | ▲ Too early stage, concerned with revenue traction |
| Minotaur Capital Management | William Lederer | ▲ Not interested in the Unified Communications space |
| MSD Capital | David Ford | ▲ Does not fit investment criteria |
| MSDW Venture Partners | Noah Walley | ▲ Concerned with integration risk and projected revenue |
| | | ▲ Portfolio companies had difficulty trying to sell through partners |
| Northwood Ventures | Paul Homer | ▲ Not focused on later stage deals, too technology oriented |
| Pequot Capital | Jen Walker | ▲ Not interested at this time |
| PNC Equity Management Corp. | Wali Bacdayan | ▲ Feels that he has looked at similar products in the last 4-5 months |
| | | ▲ Concerned about traction in the Unified Communications space currently |
| Providence Equity | Mark Masiello | ▲ Focused on positive cash flow businesses |
| Rho Management | Ben Terk<br>Mark Smolenski | ▲ Not comfortable with the UC space; concerned with competitive landscape |
| | | ▲ Webley technology not differentiated enough |
| RRE Ventures | Will Porteous | ▲ Focused on rounds with a $10-30 mm pre-money valuation |
| | | ▲ Aware of Webley from when Patricof made its original investment |

13

PH05773
A 02516

WEBLEY SYSTEMS

SALOMON SMITH BARNEY
A member of citigroup

# Investor Summary – Declined

| Investor | Contact | Comments |
|---|---|---|
| Saratoga Partners | Bret Russell | ▶ Too early stage |
| Sentinel Capital Partners | David Lobel | ▶ Too early stage |
| The Shattan Group | Kevin Fechtmeyer | ▶ Acts as a placement agent and invests small amounts, primarily in Shattan agented transactions |
| Sofinnova Ventures | Alain Azan | ▶ Only makes early stage investments |
| Spire Capital | Neil Sharma | ▶ Not investing in the Unified Communications space |
| Sprout Group | Pat Boroian | ▶ Focused on valuation and existing investor participation in the C round |
| St Paul Venture Capital | Katherine Carney | ▶ Only has limited investment opportunities |
| Summit Accelerator Fund | Kip Sheeline | ▶ Not interested |
| Summit Partners | Joseph Trustey | ▶ Only focusing on cash flow positive deals |
| TA Associates | David Lang | ▶ Focused currently on profitable companies |
| Thayer Capital | Rick Rickertsen | ▶ Too early stage |
| T. Rowe Price | Teral Jordan | ▶ Not active in privates currently, except for financial service companies |
| U.S. Bancorp Piper Jaffray | Dan Zuber | ▶ Has investment in SmarTalk, also in the Unified Messaging space |
| Warburg Pincus & Co., LLC | George Allen | ▶ Cautious towards the Unified Communications space overall |
| Weston Presidio Capital | Carlo von Schroeder | ▶ Not interested |
| Whitney & Co. | Steve Rodgers | ▶ Insufficient revenue traction to date and cautious about Unified Communications space (former Forrester analyst) |
| Wind Point Partners | Robert Cummings | ▶ Does not fit investment strategy |
| WorldCom Ventures | Susan Mayer | ▶ Believes Webley is the best UM company but not investing in UM due to low barriers to entry, low uptake by consumers and marketing $ requirement |

14

PH05774
A 02517

WEBLEY SYSTEMS

SALOMONSMITHBARNEY
A member of citigroup

# Investor Summary – Declined After Meeting

| Investor | Contact | Comments |
|---|---|---|
| Bowman Capital | Chris Depuy<br>Spencer Punter | ▸ Does not believe technology is differentiated enough |
| Broadview Capital Partners | Ed Diffendal | ▸ Concerned with customer appetite and implementation risk<br>▸ Apprehensive about returns over the next 18-24 months |
| CIBC Capital Partners | Jeff Valenty<br>Mia Ward | ▸ Concerned with revenue visibility and sales strategy |
| General Atlantic Partners | Phil Trahanas<br>David Rockwell | ▸ Not interested in "service bureau outsourced model", favor a platform installed at the service provider. Want carrier focus, not SOHO and direct. Also, SIP platform isn't fully developed<br>▸ Concerned with the risk of two pending acquisitions<br>▸ David Rockwell had lengthy review of the pipeline with Bob McConnell |
| Greenbridge Capital | Leslie DeBauge | ▸ Too early stage in terms of historical revenues and being a "product of choice" |
| Halyard Capital/BMO | Deepak Gupta | ▸ Not comfortable with the space<br>▸ Concerns with the two-pronged sales approach targeting enterprises and carriers |
| J&W Seligman | Chris Boova<br>Greg Cote | ▸ Declined due to concern with the sector |
| QuestMark Partners | Tom Hitchner | ▸ Too early in Unified Communications space<br>▸ Needs to see further carrier traction |
| Technology Crossover Ventures | Rick Friedman | ▸ Concerned with intensive burn rate and transition to SIP<br>▸ Technology is not seamless<br>▸ Not a true market leader; traction is poor |
| U.S. Trust Private Equity | Jim Dorment | ▸ Although UM/UC is interesting, feel there is insufficient proof of end user adoption; unconvinced to viability of business model |

15

Confidential

PH05775
A 02518

# EXHIBIT V

A 02519

## WorldCom/Webley Business Opportunities in Progress

1.  <u>SIP-based IP Platform Licensing Agreement</u> – WorldCom selected Webley's Sip-based Unified Communications platform for implementation of it's GenD NextGeneration IP Unified Messaging/Voicemail. The WorldCom EDMS and IPComm groups in Colorado Springs, CO labs selected Webley through a competitive in-lab trial and evaluation. Webley successfully outperformed against Iperia and the incumbent CiscoU1 platform. CiscoU1 was the favored platform going-in as a result of its deep relationships throughout WorldCom according to Scott Converse, VP EDMS Business Planning and Technology. However, Scott said Webley was the ultimate choice because our performance and architecture fit exactly with the WorldCom GenD vision and requirements.

    The licensing agreement supports an initial platform purchase and software license agreement for an initial 3-year term in the domestic US under a licensing agreement covering WorldCom's forecast of 10,000 to 150,000 subscribers. The agreement is an umbrella for all WorldCom divisions and affiliates worldwide.

    The initial rollout is for 10,000 internal users on the WorldCom IP internal network.. Additional users will be added as the service is resold to WorldCom customers externally under the WorldCom brand. Key WorldCom divisions are Business Markets selling to small –medium businesses, Carrier/Resellers and Enterprise. Webley has been asked to participate in the training sessions for the marketing and sales organizations as the product is launched.

2.  <u>SIP-based IP Unified Messaging/Voicemail for WorldCom EMEA.</u>

    WorldCom International is looking to implement the Webley Unified Messaging Voicemail product described above in the European, Middle East and African markets. The product feature/functionality is identical to the US based product with the exception of the multi-language requirements. Europe is the first market to be implemented in UK, France, Netherlands and Germany. Speechworks is working with Webley to communicate our joint current and near term capabilities and 6-month roadmap for additional language support.

3.  <u>MCI Consumer Voicemail</u>

    MCI is looking to rollout ASAP consumer voicemail in the 6 states where they offer local services under their CLEC status. The first market launch will be Atlanta no later than 4thQ01 with remaining markets shortly afterwards. MCI has a 300K-user forecast and capacity requirement. Webley is working to develop a message-waiting indicator solution to augment its current

notification options. MCI's feature/functionality requirements map perfectly
to the Webley suite of features.  This is not an RFP process. Webley was
recommended to MCI by the WorldCom personnel implementing the Webley
contract for the SIP platform.

**4.** HearMyMail

WorldCom's ISN (Intelligent Service Network) group is working with
Webley to deliver a private branded version of HearMyMail for WorldCom
ISN   Vnet customers national large scale application to their customer base.
This is  not  a  competitive RFP process.  Webley has been single sourced for
this opportunity. This is a service bureau hosted solution from the Webley
platform private branded for  WorldCom. The forecast given by
WorldCom is 7.5mil min. minimum for the first full year.
The product will be bundled the WorldCom Vnet calling cards as a feature.
The current product has a customer base of several million Vnet calling card
primarily sold into Fortune 500 firms. The targeted launch dates are mid-
August for marketing material proof of concept and an October full launch.