# EXHIBIT W

A 02522

COPY

1

# WorldCom Today



"In less than 20 years, WorldCom has grown from a start up long-distance reseller into a digital generation company providing "all-distance" products and services around the world. With our worldwide communications focus our name change to WorldCom best reflects who we are."

Bernie Ebbers
President/CEO
WorldCom, Inc.



WORLDCOM

generation

It's not an age,
it's an attitude

PH24645
A 02523



PH24646
A 02524

3

## The Focus is on Future

d

Our focus is on the future of Online Technologies, as well as commercial and infrastructure implications of:

- Next Generation - Component, Transport and Access Technologies
- Internet Architecture and Topologies
- Access Systems and End User Devices
- Network Management Tools and Technologies
- Service Platforms and Interfaces
- Portal and Microservices Development and Deployment

Change is imminent. With the advent of marketplaces running on "Internet time," companies must reinvent themselves and change their DNA."

Scott Converse

WORLDCOM

## generation

It's not an age, it's an attitude

Generation D brings together an extraordinary group of people who are focused on tomorrow's Internet marketplace.

PH24647
A 02525



PH24648
A 02526

5



**WORLDCOM**

**generation** d

It's not an age,
it's an attitude

## gen d and our Customers

WorldCom is uniquely positioned in scale, reach, resources and expertise to deliver

- Gen D initiatives = competitive advantage for our customers
- Empower customer growth and progress
- Enabling of e-business
  - Provider of Network and Access for Any-to-Any Solutions
  - Hosting Service
  - Software Development Toolkit
  - Turnkey or Custom web solutions
- Customers rely on us to "run" their e-business





PH24651

A 02529

8

# Leverage our Existing Backbone

- Today, UUNET Is The World's Largest ISP
  - Over 70,000 Corporate Clients
  - $2.2 Billion Revenues In 1998

- World's Most Extensive IP Network
  - Enough Backbone Fiber Miles To Span The Earth 12 Times
  - Fully Meshed, Redundant Network
  - 28 International Hubs
  - Diverse Fiber Paths
  - 24 x 7 Proactive Monitoring

- Comprehensive Authentication, Firewall & Security

WORLDCOM

generation

It's not an age,
it's an attitude

http://www

9



# Hosting

Hosting – one of the hottest parts of the market today, and one of the fastest growing.

- 126 sites worldwide (26 international)
- 13 collocation cities (collocation capacity up by 40%
- 2.6 million square feet by YE00
- $1.2B investment in 2000
- Combination of Customer Collocation/Managed Services and Web Hosting

*Un-matched Global Reach*

WORLDCOM

## generation

It's not an age, it's an attitude

Network & Access

- On-Net and Global Reach
- DSL in 2,000 domestic locations
- MMDS 2MB Trials



PH24654

A 02532



PH24655
A 02533

12



PH24656

A 02534

13



**Microservices**

API Wrapper

Software Developer Kit (SDK)

Web Based Integration (Portal)

Selected Micro Services

Provisioning with Web Hosting

Voice Browser

Combining three things:

1)Micro Services
2)API Wrapper
3)Software Development Kits

Creates New Services offering

**WORLDCOM**

**d**

**generation**

It's not an age, it's an attitude

Market input from Worldcom Sales, Marketing and Customer Input

Examples of Micro Services

Voice Browsing

Existing MicroServices

PH24657

A 02535

14

# Web Based Interaction Center

WORLDCOM

**generation**

It's not an age,
it's an attitude



- **Web Based Interaction Center
  (a.k.a. Web-enabled Call Centers)**

- Network-based Call Center Solution that
  integrates E-mail, Voice mail, chat, video,
  paging via rules-based engine

- No dedicated call center hardware/facility
  by the customer

- Include VoIP capability, Remote agent
  capability

- Will support both Cisco/Geotel and
  Genesys IP Call Center Solutions

- Ready for commercial availability – Q1-01

PH24658
A 02536

15



# IP Desk Top Services Phased Deliverables

**WORLDCOM**

## generation

It's not an age,
it's an attitude

- Release in a phased approach or VoIP will address customers present needs while introducing new and evolving technology as it becomes hardened

- The associated value of phased approach

    - Save toll and access costs while preparing customer for IP technology

    - Provide experience with self provisioning, configuration management and QoS review

    - On to Off Off On to On PSTN functionality

PH24659
A 02537

16



WORLDCOM
**generation**
It's not an age,
it's an attitude

# Web-Based Directory Services

## Web-Based Directory Services

- **Allows business customers to access WorldCom's extensive and accurate directory assistance database via web browser**

- **Access available from customer's intranet to WorldCom network via dedicated connection**

- **Directory Assistance Cost Savings of 80%**

- **In beta with 6 customers today: First Union Bank, Alliance Data Systems and Cigna Behavioral Health**

- **17 customers in queue; should close in next 60-90 days; includes customers like: Chase, CitiGroup, Bank of America, Daimler Chrysler, Fidelity, P&G**

- **Potential to be a $50M business in few short years – from just one MicroService**

PH24660
A 02538

17

## Voice Browsing

**d**

- **Voice Browsing** – gives users the ability to browse web content via PSTN, both via touch-tone interface and SIVR (Speaker Independent Voice Recognition)

- Expected to be an $11B market by 2003

- Available Q4-00

- Interested customers include finacial institutions and other interpises

- Partnerships are being formed with content aggregators and services providers

**WORLDCOM**

**generation**

It's not an age,
It's an attitude

# EXHIBIT X

A 02540

**Bob McConnell**

From:       Denise Pol
Sent:       Friday, November 16, 2001 12:54 PM
To:         Alex Kurganov; Darius Reneau; Bob McConnell; Taj Reneau; Brad Steinmeyer
Subject:    A Full Overview on WorldCom's plans for our technology

FYI for all of you as  this is the mother load of information to put all of us on the same page with WorldCom in terms of their vision and their purpose for our technology.  The PP is the plan and the XLS is the forecast projection for the EMEA SIP opportunity (very conservative numbers).

Thank you.

Denise

*Denise Pol*
Sr.Manager, Accounts Management
Webley Systems Inc.
Office #: 1-847-919-9499

Kate #: 1-877-878-1438

  

CBT Training    Voicemail
ol - November 2 rofile.xls (18 KB

1

**PH 00169**

**A 02541**



generation d

WorldCom℠
IPCommunications

Your Path to Converged Communications

PH 00170

A 02542



# Agenda                    generation d

WORLDCOM.

- What is IP Communications?
- How does IP Communications work?
- What features are available with IP Communications?
- What is the marketing proposition for IP Communications?
- The IP Communications roadmap
- How big is the Market?
- Who are our competitors?

PH 00171

A 02543



A 02544



generation d

WorldCom $^{SM}$ IP Communications is a network-based solution that allows customers to move voice traffic onto their Data network.

The value in IP Communications lies in what it does for customers today, as well as what it will do for them tomorrow.

WORLDCOM

PH 00173

A 02545



Today - Separate Data & Voice Networks

generation d

WIRLDCOM.

Wireless

Dial Plans

PSTN

Voice Networks

• Phone calls
• Intelligent routing
• High reliability and quality of voice
• Vendor specific implementations

Enterprise Data Networks

data network
moving files
Email
Web-based applications
Internet Access

PH 00174

A 02546