

Two Emerging VoIP Solutions    generation d

**Network-Based**

⌘ Centralisation
⌘ Easy enhancements
⌘ Cost efficiency

**Equipment-Based**

⌘ Proprietary equipment
⌘ Capital investment
⌘ Equipment obsolescence

PH 00175

A 02547

# IP Communications

generation d

WORLDCOM

- IP Com provides an outbound voice offering utilising WorldComs managed IP network

- IP Com allows you to maximise your communications infrastructure by combining voice, data and internet traffic over a single network

- IP Com is based on SIP signalling technology in which WorldCom are the industry technology leaders

- IP Com provides a futures path, through new added value features and applications

PH 00176

A 02548

## Customer benefits
generation d

| Feature | Benefit |
|---|---|
| Forced on net. | Efficient inter company communication |
| Private dial plans | Efficiency and cost savings |
| New features & services introduction | Time and cost saving. |
| Moves and changes are easy to do. | Staff efficiencies |
| "Integrated services on one network" | One stop shop. Central communication point |
| Maximise bandwidth usage | Better utilisation. Increase ROCE |

WORLDCOM

PH 00177

A 02549

# Feature-Rich Environment for Today and Tomorrow

generation d

- ☒ Traditional Outbound Features
- ☒ Standards-based environment
- ☒ Patented new features

WORLDCOM.

PH 00178

A 02550



PH 00179

A 02551

How does IP Communications work?

generation d

WORLDCOM

PH 00180

A 02552



## Architecture Map

### generation d

A 02553



'On-net' Call Example

generation d

PH 00182

A 02554



Outbound 'Off-net' Call Example

generation d

PH 00183

A 02555



Inbound PSTN to IP Call Example generation d

PH 00184

A 02556



**EMEA Network Topology**

generation d

- At least two Network Gateways chassis per country for redundancy

- Two NS in each country
- Two RS in EMEA, with the two US RS pairs for fallback

PH 00185

A 02557

## Architecture Network

generation d

**WORLDCOM.**

- SIP enabled architecture
- WorldComs Legacy UUNet IP Network.
  - High Bandwidth Managed Network
  - Spans more Europe and the Pacific Rim
  - More than 1.6 million modem ports
  - High levels of reliability
  - Redundant and diverse paths
  - Uninterruptible power supplies at every switching node
- Interoperability with the PSTN Circuit Switched network

PH 00186

A 02558

## Which access methods?

generation d

**WORLDCOM**

❋ From launch-:

– WorldCom Internet Dedicated

– Based on 'Tiered' Edition

– Customers provision enough bandwidth for today and tomorrow

– 2Mbps or 34Mbps circuit

– Select appropriate access speed

– Can change bandwidth speeds within 48 hours

– Good for 'high-end' users who

❋ Can predict their requirements

❋ Plan to grow steadily

❋ Need to understand and control costs

**PH 00187**



# Session Initiation Protocol (SIP) - generation d

SIP is a flexible, scalable, standards-based call control protocol that establishes and terminates media sessions.

*"WorldCom, out of all the large service providers including the large RBOCs and the large IXCs, ... [is] ... most vocal in laying out exactly what their ... [p]lans ... [are] for the delivery of enhanced voice services via a ... IP platform."*

Source: John C. Hodulik, Yankee Group, August 2001

WORLDCOM

PH 00188



generation d

What features are available at launch?

WORLDCOM

PH 00189

## Features at Launch
### generation d

⌘ Single access pipe
- Data applications
- Internet
- Inbound and Outbound Voice
  - ⌘ Local, National and International
    - Mobile
    - Emergency Calling
    - Freephone (not GIS)
    - Directory Enquiries
    - Number Portability

⌘ Private Dial Plans

⌘ Forced on-net routing

⌘ Network Based Voicemail

WORLDCOM

PH 00190

A 02562

# What is Private Dialling Plan?    generation d



* Private dialling plans ease inter-site communications

* They are 'short codes' that replace the need to dial complete digit strings

* Dialling Plans can be of any length between 2 to 15 digits

* Tactical dial plans are traditionally the most popular

* The digit analysis and routing decisions are done in the Redirection Server

WORLDCOM

A 02563



generation d

## Forced On-net routing

⌘ Enables customers to take full advantage of the unlimited 'on-net' calling proposition

The user dials the PSTN number, the network recognises it, and "forces" the PSTN call onto the IP Communications network using digit translation. Customer can define all numbers that terminate to a dedicated location to ensure they are rated correctly.

728 1234

IP Cloud

0 11 44 20 7626 1234

WORLDCOM.

PH 00192

A 02564



Virtual On-net

generation d

Enables customers to build national DDD and IDDD numbers into their dial plans for shorter dialed digits/ease of use. The customer is charged off-net rates.

011 71 543 1234

Company B

IP Cloud

Company A

WORLDCOM

PH 00193

A 02565



A 02566

# Network Based Voicemail

## generation d

* Network based 'message management' system allowing users to receive and manage incoming messages and voice calls

* The IP Communications Voicemail application comprises voice mail, call answering and messaging solution with personal notification services

* Provides customers with a cost effective, flexible and secure solution with a defined roadmap

  Features include
    – Message waiting notification
    – Fax mail message retrieval

* Future development will allow unified messaging features to be offered to customers

WORLDCOM

PH 00195

A 02567



generation d

Marketing Proposition

WORLDCOM

PH 00196

A 02568

# Market Strategy
### generation d

* Launch IP Communications as a simple voice service

Simple introductory sale targeting multi-site customers.

* Obtain customer lock-in

* Gain increased share of customers telecommunications spend

Move the customer up the value chain with future enhanced services

  – Voicemail will be the first Value Added Service

WORLDCOM

PH 00197

A 02569

# Target Customers

generation d

**WORLDCOM**

- ⌘ New Voice customers
- ⌘ Existing Uunet customers with an installed access link

- ⌘ Corporate and GAM multi-site customers
  - With high inter-site traffic flow
  - High network management costs

'Early Adopters'
  - Interest in a technology trial - typically existing network overlay
  - IP Communications is an enabler for future converged applications

PH 00198

A 02570



## Market Approach

generation d

- Stage 1 (Q2+, 2002)
  - Multi-site Companies
  - Simple voice requirements
  - Network based Voicemail with FMFM functionality (Quarter 3)

- Stage 2 (Q4+, 2002)
  - Multi site Companies
  - VPN, Centrex, Feature-net substitution

- Stage 3 (Q3+, 2003)
  - Single sites
  - Desktop services
  - Enhanced services

WORLDCOM.

PH 00199