# IP Communications Pricing

generation d

**uuWORLDCOM**

- ⌘ 3 Main elements
  - – NRR, MRR and Usage Based

- ⌘ Installation charge for Circuit

- ⌘ Bandwidth Charge

- ⌘ Managed Service Charge

- ⌘ Usage Based 'PSTN' Charge

- ⌘ Voicemail based on 'Users'

- ⌘ One off fee for service implementation

- ⌘ Future added value services will be charged as a 'premium' based on users, or site

PH 00200

A 02572

generation d



# IP Communications Roadmap

PH 00201

A 02573

# Future Value Added Services
### generation d

IP Communications allows customers
to migrate to new future services

- Unified Messaging
- Network Conferencing
- Instant Messaging and Presence
- Desktop SIP

**WORLDCOM.**

PH 00202

A 02574



# Unified Messaging

generation d

- The integration of messaging systems that allow universal access
  - Voice
    - Fixed and Mobile
  - Fax
  - Email
- Users can receive, manage, and respond to messages using a common infrastructure

PH 00203

A 02575

# Instant Messaging and Presence generation d



PH 00204

A 02576

generation d

# Instant Messaging and Presence

WORLDCOM.

- Polite calls are possible:
  * Is user online?
  * Willing to take calls?
  * In another call?
  * May I join?

- Avoid unsuccessful calls
- Location independence
- Route call to ACD
- *illegible*
- *illegible* voice, video, data



Promotes a new way of communicating

PH 00205

A 02577



PH 00206

A 02578



PH 00207

A 02579



PH 00208

A 02580



How big is the Market?

generation d

PH 00209

A 02581

# VoIP Revenue forecasts in W.Europe

generation d



Business VoIP Revenues

**Main trends:**

* Low cost/price will continue to be the main driver longer than originally anticipated due to economic slowdown and renewed drives toward efficiency/productivity.

* Data/voice convergence and/or value-added services will drive a significant minority (20-30%) of the market post-2001

VoIP revenues in 2005 represent around 2% of the W.European traditional voice market. Revenues today are around $130m in W.Europe.

WORLDCOM

PH 00210

A 02582

# Country Trends:  generation d

* The UK market for business VoIP revenues is forecast to reach $401m by 2006, having experienced a CAGR of 49%. Competitors active in this market include BT (CallServe Communications), Cerbernet, Alpha Telecom, & Colt

WORLDCOM.

PH 00211

A 02583



## Country Trends: generation d

WORLDCOM

Germany

x The German market for business VoIP revenues is forecast to reach $98m by 2006.

x Main competitors are KPN and Mannesmann

German Business VoIP Revenues

PH 00212

A 02584

# Country Trends: generation d



* The French market for business VoIP revenues is forecast to reach $71.5m by 2006, Competitors active in this market include, France Telecom, Global One and lpw@y

WORLDCOM

France Business VoIP Revenues

PH 00213

A 02585



## Country Trends: generation d

**Netherlands**

× The Dutch market for business VoIP revenues is forecast to reach $110m by 2006. Main competition in this market is KPN

PH 00214

A 02586

# What are the analysts saying about VoIP?

generation d

WORLDCOM

"This new industry is less than five years old and is now operating in 'Internet time', and shows every sign of growing and evolving as fast as the Internet itself" **Ovum**

"Factors that may slow growth in enterprise VoP services include potential economic, cultural and technology barriers. The typical PBX is replaced only every 10 every ten years and only then with replacance **Probe**

"IP Telephony is now shifting position; no longer running as underground parallel technology, it has become a main stream proposition" **IDC**

PH 00215

A 02587



PH 00216

A 02588

**WORLDCOM.**

# EMEA Competitor Overview

generation d

- ⌘ Cisco AVVID
  - Cisco's IP PBX
  - Uses premises-based Call Manager software for routing/features
    - Provides applications in conjunction with VAR's
  - ⌘ IP Communications is Network based

- Ignite,
  - IP Communications to the desktop
  - Only available in the UK
  - Communications has wider geographic coverage
    - and more flexible pricing for the customer
  - Mobile and Wireless
  - Managed IP PBX OR LAN based packages
    - Based on IP-VPN
  - ⌘ IP Communications extends to off-net PSTN termination

PH 00217

A 02589

generation d

# Why WorldCom℠ IP Communications?

IP Communications leverages your existing data network, centralizes your voice environment, and lays the foundation for future enhancements.

*"Yankee Group believes that WorldCom has dedicated the ... es toward the commercial deployment of ... Voice over IP services at an earlier stage than most ... mpetitors."*

*Source: Joe Gagan, Yankee Group, August 2001*

**WORLDCOM.**

PH 00218

A 02590



| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total New IPComCustomers Per Year | 2 | 4 | 12 | 9 | 8 | 8 | 9 | 16 | 8 | 12 | 13 | 13 |
| Total Cumulative IP Com Customers | 2 | 6 | 18 | 27 | 35 | 43 | 52 | 68 | 76 | 88 | 101 | 114 |
| Number of New Voicemail Customers | 1 | 1 | 4 | 3 | 3 | 3 | 4 | 6 | 3 | 5 | 5 | 5 |
| Number of Cumulative Voicemail Customers | 1 | 2 | 5 | 8 | 14 | 17 | 21 | 27 | 30 | 35 | 40 | 46 |
| Addressable number of New voicemail users | 178 | 355 | 1,066 | 799 | 947 | 947 | 1,066 | 1,894 | 947 | 1,421 | 1,539 | 1,539 |
| Addressable number of Cumulative voicemail Users | 178 | 533 | 1,598 | 2,396 | 4,144 | 5,091 | 6,157 | 8,051 | 8,998 | 10,419 | 11,958 | 13,498 |

PH 00219

A 02591

| 11 | 14 | 14 | 15 | 15 | 13 | 12 | 19 | 12 | 16 | 16 | 18 | 17 | 20 | 18 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 125 | 139 | 153 | 168 | 183 | 196 | 208 | 227 | 239 | 255 | 271 | 289 | 306 | 326 | 344 | 363 |
| 4 | 6 | 6 | 6 | 7 | 6 | 6 | 9 | 6 | 8 | 8 | 9 | 8 | 10 | 9 | 10 |
| 50 | 56 | 61 | 67 | 91 | 98 | 104 | 113 | 119 | 127 | 135 | 144 | 153 | 163 | 172 | 182 |
| 1,301 | 1,656 | 1,654 | 1,772 | 2,215 | 1,919 | 1,770 | 2,807 | 1,772 | 2,363 | 2,363 | 2,658 | 2,510 | 2,953 | 2,657 | 2,953 |
| 14,799 | 16,455 | 18,108 | 19,880 | 27,066 | 28,985 | 30,755 | 33,562 | 35,334 | 37,697 | 40,060 | 42,718 | 45,229 | 48,182 | 50,839 | 53,792 |

PH 00220

A 02592

# EXHIBIT Y

A 02593