UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

       WorldCom, Inc. et al.,

                                              Case No. 02-13533

                                              CHAPTER 11

                       Debtor
-----------------------------------------------------------------X


**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM:TRANSCRIPT OF HEARING**


Transcript of hearing held on September 13, 2005


Re: EXCERPT  Motion by Parus Holdings, Inc. to compel production fo documents and to extend discovery deadlines.  Response filed.




The transcript of the above hearing has been filed with the Clerk's office,
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408
and is available for viewing in Room 511 during regular court hours.



Copies of the transcript may be purchased from:
        Doyle Reporting, Inc. ( A Veritext Company)
        369 Lexington Avenue, Suite 400
        New York, New York 10017
        (212) 374-1138 or (212) 867-8220

**A 02825**