# APPENDIX PAGES

# A02838 – A02847

# HAVE BEEN PURPOSELY OMITTED.