UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    WorldCom, Inc. et al.,

                                                    Case No. 02-13533

                                                    CHAPTER 11

                Debtor
-----------------------------------------------------------------X

**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM:TRANSCRIPT OF HEARING**

Transcript of hearing held on November 1, 2005

Re: Motion by Parus Holdings, Inc. To Compel production of documents and to extend discovery deadlines.  Response filed.

The transcript of the above hearing has been filed with the Clerk's office,
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408
and is available for viewing in Room 511 during regular court hours.

Proceedings recorded by electronic sound recording, transcript produced by transcription service.

        Debora Huntsman
        198 Broadway, Suite 903
        New York, NY 10038
        (212) 608-9053 (917) 723-9898

**A 02886**