| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|----|----|-----------|
| 03/25/02 | MCIWC000328 | Richard Moore | Suresh Koshy, Steven Mccann, **Brett Bacon** | Richard Moore, Robert Laird, Donna Byington, Pamesa Dunnam, Barry Zipp, Teresa Hastings, Donald Fergus | E-mail providing advice to in-house counsel and others re: assessment of potential resolution of EffectNet claim for the purpose of obtaining legal advice. | Attorney-Client Communication |
| 03/26/02 | MCIWC000332-337 | **Brett Bacon** | **Laurie Adams** | | Fax from and to in-house counsel re: EffectNet 3/25/02 notice of default letter sent for the purpose of obtaining legal advice. | Attorney-Client Communication |
| 03/25/02 | MCIWC000346 | Don Ferguson | **Brett Bacon,** Scott Converse, Barry Zipp, **Laurie Adams,** Teresa Hastings, Patrice Carroll, Brenda Speer | Scott Pospichel, Robert Laird, Pamela Dunnam, **Paul Eskildsen,** Suresh Koshy, Steven McCann | E-mail re: EffectNet/Intermedia Contract and potential for resolution of contract dispute sent to in-house counsel and others to obtain legal advice. | Attorney-Client Communication |
| 03/25/02 | MCIWC000346 | **Brett Bacon** | Donald Fergus, Scott Coverse, Barry Zipp, **Laurie Adams,** Teresa Hastings, Patrice Carroll, Brenda Speer | Scott Pospichel, Robert Laird, Pamela Dunnam, **Paul Eskildsen ,** Suresh Koshy, Steven Mccann | E-mail re option for resolution of EffectNet claim sent to in-house counsel and others for the purpose of assisting them in providing legal advice. | Attorney-Client Communication  Attorney Work Product |

DB02/048629.0094_0019/6733688.2

A 03035

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| 03/25/02 | MCIWC000346 | Patrice Carroll | Teresa Hastings, **Laurie Adams,** Barry Zipp, **Brett Bacon,** Scott Converse, Donald Fergus | Steven McCann, Suresh Koshy, **Paul Eskildsen,** Pamela Dunnam, Robert Laird | E-mail to in-house counsel and others providing information to assist consideration of potential for resolution of EffectNet claim. | Attorney-Client Communication<br><br>Attorney Work Product |
| 03/24/02 | MCIWC000358 | Robert Laird | Teresa Hastings, **Laurie Adam,** Barry Zipp, **Brett Bacon,** Patrice Carroll | Steven McCann, Suresh Koshy, **Paul Eskildsen,** Pamela Dunnam | E-mail re: potential option for resolution of EffectNet contract claim sent to in-house counsel and others to obtain legal advice. | Attorney-Client Communication |
| 03/20/02 | MCIWC000382-383 | **Laurie Adams** | **Brett Bacon** | Steven Mccann, Suresh Koshy | E-mail from and to in-house counsel re: seeking legal advice on strategy to resolve EffectNet/Intermedia Contract dispute. | Attorney-Client Communication<br><br>Attorney Work Product |
| 04/25/02 | MCIWC000412-419 | **Jessica Fotinos** | **Jeffrey Hsu** | | Memo by outside counsel re: EffectNet/Intermedia Potential Issues and providing legal analysis of contract dispute issues. | Attorney-Client Communication<br><br>Attorney Work Product |
| 04/22/02 | MCIWC000420-451 | | | | Legal research performed by **Jeffrey Hsu.** | Attorney Work Product |

9

A 03036

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| 07/15/03 | Not Numbered | Ed Tolliver | **Matthew Harthun** | Coy Chezem, Chris Blunt, Jim Bynum | E-mail to in-house counsel re: letter seeking legal advice on contract with Webley. | Attorney Client Communication |
| 07/17/03 | Not Numbered | **Matthew Harthun** | Teresa Hastings, Steve Hooper | Carol Thedford, James Tolliver | E-mail from in-house counsel requesting assistance re: response to Webley's letter with attached 7/11/03 letter from Webley (7/11/03 letter has been produced). | Attorney-Client Communication<br><br>Attorney Work Product |
| 07/16/03 | Not Numbered | Jim Bynum | **Matthew Harthun** | Ed Tolliver, Chris Blunt, Coy Chezem | E-mail to in-house counsel re: phone call from Robert McConnell and Ed Karas seeking legal advice. | Attorney Client Communication |
| 07/17/03 | Not Numbered | **Matthew Harthun** | Steve Hooper, James Tolliver, James Bynum, Thomas Healy | Carol Thedford, Coy Chezem, Nasser Sheikh, Thomas Bush, Christopher Blunt, Teresa Hastings, Lara Carpenter | E-mail from in-house counsel re: response to Webley's demand letter providing legal advice and options. Attached to e-mail is Steve Hooper e-mail to **Matthew Harthun** requesting legal advice re: response to the Webley demand letter. | Attorney-Client Communication<br><br>Attorney Work Product |

10

**A 03037**

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| 07/18/03 | Not Numbered | Teresa Hastings | **Matthew Harthun**, Steve Hooper, James Tolliver, James Bynum, Thomas Healy | Carol Thedford, Coy Chezem, Nasser Sheikh, Thomas Bush, Christopher Blunt, Lara Carpenter | E-mail to in-house counsel and others responding to advice given by legal counsel re: response to Webley's demand letter. | Attorney-Client Communication |
| 07/18/03 | Not Numbered | Lara Carpenter | **Matthew Harthun**, Steve Hooper, James Tolliver, James Bynum, Thomas Healy | Carol Thedford, Coy Chezem, Nasser Sheikh, Thomas Bush, Christopher Blunt, Teresa Hastings, Charles McMahon | E-mail to in-house counsel and others responding to legal advice re: response to Webley's demand letter. | Attorney-Client Communication |
| 07/24/03 | Not Numbered | **Matthew Harthun** | Teresa Hastings, Steve Hooper, James Bynum, **Jeannie Yim Figer**, Coy Chezem | Carol Thedford, Nasser Sheikh, Thomas Bush, Christopher Blunt, Lara Carpenter, Robert Rodrigues, James Tolliver, Thomas Healy, Michael Bass | E-mail from in-house counsel re: status of Webley claim, including legal advice and evaluation of issues. | Attorney-Client Communication<br><br>Attorney Work Product |

DB02/048629.0094_0019/6733688.2

A 03038

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| 07/24/03 | Not Numbered | James Bynum | **Matthew Harthun**, Teresa Hastings, Steve Hooper, **Jeannie Yim Figer**, Coy Chezem | Carol Thedford, Nasser Sheikh, Thomas Bush, Christopher Blunt, Lara Carpenter, Robert Rodriguez, James Tolliver, Thomas Healy, Michael Bass | E-mail to in-house counsel and others summarizing letter received from Robert McConnell of EffectNet and providing legal counsel information to as a part of seeking legal advice. | Attorney-Client Communication |
| 07/24/03 | Not Numbered | Coy Chezem | **Matthew Harthun**, Teresa Hastings, Steve Hooper, James Bynum, **Jeannie Yim Figer** | Carol Thedford, Nasser Sheikh, Thomas Bush, Christopher Blunt, Lara Carpenter, Robert Rodriguez, James Tolliver, Thomas Healy, Michael Bass, Don Wilmoth | E-mail to in-house and outside counsel and others re: whether and when to pursue claim against Webley. | Attorney-Client Communication |

DB02/048629.0094_0019/6733688.2

A 03039

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| 07/24/03 | Not Numbered | Steve Hooper | Coy Chezem, **Matthew Harthun**, Teresa Hastings, James Bynum, **Jeannie Yim Figer** | Carol Thedford, Nasser Sheikh, Thomas Bush, Christopher Blunt, Lara Carpenter, Robert Rodrigues, James Tolliver, Thomas Healy, Michael Bass, Don Wilmoth | E-mail to in-house counsel and others providing information re: how to proceed on claim against Webley. | Attorney-Client Communication |
| 07/27/03 | Not Numbered | Teresa Hastings | Steve Hooper, Coy Chezem, **Matthew Harthun**, James Bynum, **Jeannie Yim Figer** | Carol Thedford, Nasser Sheikh, Thomas Bush, Christopher Blunt, Lara Carpenter, Robert Rodrigues, James Tolliver, Thomas Healy, Michael Bass, Don Wilmoth | E-mail to in-house and outside counsel and others providing information to legal counsel re: how to proceed on claim against Webley. | Attorney-Client Communication |

DB02/048629 0094_0019/6733688 2

A 03040

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 07/28/03 | Not Numbered | **Jeannie Yim Figer** | James Bynum, **Matthew Harthun**, Teresa Hastings, Steve Hooper, Coy Chezem | Carol Thedford, Nasser Sheikh, Thomas Bush, Christopher Blunt, Lara Carpenter, Robert Rodrigues, James Tolliver, Thomas Healy, Michael Bass | E-mail from outside counsel to in-house counsel and others re: Webley letter of 7/24/03 (attached) and legal advice to resolve numerous disputes between the parties. | Attorney-Client Communication<br><br>Attorney Work Product |
| 10/22/03 | Not Numbered | **Jeannie Yim Figer** | Steve Hooper, Coy Chezem, Carol Thedford, **Matthew Harthun**, Steven Walters, Robert Rodrigues | Christopher Blunt, James Bynum, Tom Tracey, William Vermette, William Klein, Susan Healy, Thomas Healy, Teresa Hastings | E-mail from outside counsel re: letter concerning Webley/EffectNet claim with draft of attached letter. | Attorney-Client Communication<br><br>Attorney Work Product |
| 12/30/03 | Not Numbered | **Susan Klein** | Steven Walters, Steve Hooper | Carol Thedford, Robert Rodrigues, **Matthew Harthun**, Jeannie Yim Figer, Coy Chezem | E-mail from outside counsel providing legal advice on dispute between MCI and Webley with attached invoices. | Attorney-Client Communication<br><br>Attorney Work Product |

14

A 03041

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 04/20/04 | Not Numbered | **Jeannie Yim Figer** | Steve Hooper, Coy Chezem, Carol Thedford, Steven Walters, Christopher Blunt, James Bynum, James Tolliver | **Brian Benjet,** Susan Klein, **Matthew Harthun** | E-mail from outside counsel with legal counsel's draft of responses to Webley's proposal attached. | Attorney-Client Communication<br><br>Attorney Work Product |
| 04/20/04 | Not Numbered | **Jeannie Yim Figer** | Steve Hooper, Carol Thedford, Steven Walters | **Susan Klein, Matthew Harthun, Brian Benjet** | E-mail from outside counsel providing draft notice of termination with draft attached. | Attorney-Client Communication<br><br>Attorney Work Product |
| 04/29/04 | Not Numbered | **Jeannie Yim Figer** | **Brian Benjet, Matthew Harthun,** Steve Hooper, Carol Thedford, Steven Walters | | E-mail from outside counsel forwarding notice of termination. E-mail re: payment schedule has been produced. | Attorney-Client Communication |
| 04/30/04 | Not Numbered | **Jeannie Yim Figer** | **Susan Klein** | Coy Chezem, **Brian Benjet,** Steve Hooper, Steven Walters, Carol Thedford, Matthew Duggan | E-mail from outside counsel providing Webley's responses to Figer's letter and providing legal advice re: same. | Attorney-Client Communication |
| 05/04/04 | Not Numbered | **Jeannie Yim Figer** | Steve Hooper, Coy Chezem, Carol Thedford, Steven Walters, Christopher Blunt, James Bynum, James Tolliver | **Susan Klein Matthew Harthun** | E-mail from outside counsel providing information regarding conversation with Webley's legal counsel. | Attorney-Client Communication |

15

DB02/048629.0094_0019/6733688.2

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 05/04/04 | Not Numbered | **Jeannie Yim Figer** | Steve Hooper, James Tolliver, Coy Chezem, Carol Thedford, Steven Walters, Christopher Blunt, James Bynum | **Susan Klein, Matthew Harthun** | E-mail from outside counsel describing counteroffer by Webley. | Attorney-Client Communication |
| 05/04/04 | Not Numbered | **Jeannie Yim Figer** | Steven Walters, Steve Hooper, Carol Thedford | **Susan Klein, Matthew Harthun** | E-mail from outside counsel arranging meeting and discussing counteroffer by Webley. | Attorney-Client Communication |
| 05/04/04 | Not Numbered | **Jeannie Yim Figer** | James Tolliver, Steve Hooper, Coy Chezem, Carol Thedford, Steven Walters, Christopher Blunt, James Bynum | **Susan Klein, Matthew Harthun** | E-mail from outside counsel to and from legal counsel re: how to respond to offer by Webley and seeking additional information before responding. | Attorney-Client Communication |
| 06/08/04 | Not Numbered | **Jeannie Yim Figer** | Steven Walters, James Tolliver | **Susan Klein, Matthew Harthun,** Steve Hooper, Coy Chezem, Carol Thedford, Christopher Blunt, James Bynum | E-mail from outside counsel re: update on Webley/EffectNet regarding settlement negotiations. | Attorney-Client Communication |

DB02/048629.0094_0019/6733688.2

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| 06/08/04 | Not Numbered | **Jeannie Yim Figer** | Steve Hooper, James Tolliver, Coy Chezem, Carol Thedford, Steven Walters, Christopher Blunt, James Bynum | **Susan Klein, Matthew Harthun,** Thomas Healy | E-mail from outside counsel re: update on migration off the Webley platform. | Attorney-Client Communication |
| 06/21/04 | Not Numbered | **Jeannie Yim Figer** | Steve Hooper, Steven Walters, Carol Thedford | **Susan Klein** | E-mail from outside counsel re: settlement negotiations. | Attorney-Client Communication |
| 06/21/04 | Not Numbered | Steven Walters | **Jeannie Yim Figer,** Steve Hooper, Carol Thedford | **Susan Klein** | E-mail to outside counse and others re: settlement negotiations. | Attorney-Client Communication |
| 06/21/04 | Not Numbered | **Jeannie Yim Figer** | Steven Walters, Steve Hooper, Carol Thedford | **Susan Klein** | E-mail from outside counsel re: settlement negotiations. | Attorney-Client Communication |
| 06/21/04 | Not Numbered | **Jeannie Yim Figer** | Steve Hooper, Coy Chezem, Carol Thedford, Steven Walters, Christopher Blunt, James Bynum, James Tolliver | **Susan Klein, Matthew Harthun** | E-mail from outside counsel re: draft settlement agreement with attached drafts. | Attorney-Client Communication Attorney Work Product |
| 06/22/04 | Not Numbered | Christopher Blunt | **Jeannie Yim Figer,** Steve Hooper, Coy Chezem, Carol Thedford, Steven Walters, James Bynum, James Tolliver | **Susan Klein, Matthew Harthun** | E-mail to outside counsel and others re: settlement negotiations. | Attorney-Client Communication |

DB02/048629.0094_0019/6733688.2

A 03044

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| 06/22/04 | Not Numbered | **Jeannie Yim Figer** | Steve Hooper, Coy Chezem, Carol Thedford, Steven Walters, **Matthew Harthun, Brian Benjet** | **Susan Klein,** James Bynum, James Tolliver, Christopher Blunt | E-mail from outside counsel re: settlement offer to Parus Holdings. (Letter and Proposed Agreement sent to Robert Duggan have been produced.) | Attorney-Client Communication<br><br>Attorney Work Product |
| 08/06/04 | Not Numbered | **Jeannie Yim Figer** | Steven Walters, Steve Hooper, Carol Thedford, Coy Chezem | Christopher Blunt, James Tolliver, James Bynum, **Matthew Harthun, Brian Benjet,** Susan Klein | E-mail re: settlement negotiations. Attached letter from Webley has been produced. | Attorney-Client Communication |
| 09/27/04 | Not Numbered | **Jeannie Yim Figer** | Carol Thedford, Coy L. Chezem, **Matthew Harthun, Brian Benjet,** Steve Hooper, | Susan Normand, Annie Bowles, Sandra Tolliver, Jamres Blunt, **Lawrence Bigus** | E-mail forwarding settlement agreement. Attached letter and Settlement Agreement has been produced. | Attorney Client Communication |
| 10/26/04 | Not Numbered | Teresa Hastings | Steve Hooper | **David Wachen** | E-mail re: proof of claim filed by Parus Holdings and advice from in-house counsel regarding the same. | Attorney-Client Communication<br><br>Attorney Work Product |

DR02/048629.0094_0019/6733688.2

A 03045

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|----|-----|-----------|
| 10/25/04 | Not Numbered | **David Wachen** | Barry Zipp Carleen Mitchell Jennifer Carroll Mandy Johnson Maria Ayala Mary Kilmartin **Matthew Harthun** Pamela Dunnam Peter Casidy Richard Black Shirley Dale Elizabeth Denham Susan Kennedy Teresa Hastings Nasser Sheikh Linda Stevens | **Larry Bigus (outside legal counsel)** | E-mail from in-house counsel requesting information relating to Parus Holdings claim in bankruptcy and providing legal advice to employees re: contacts by EffectNet or Parus Holdings. | |
| 10/26/04 | Not Numbered | **Sharon Stolte (outside legal counsel)** | Mary Azeltine, Barry Zipp, Carleen Mitchell, David Wachen, Jennifer Carroll, Mandy Johnson, Maria Ayala, Mary Kilmartin, **Matthew Harthun,** Pamela Dunnam, Peter Cassidy, Richard Black, Shirley Dale, Susan Kennedy, Teresa Hastings | | E-mail from outside counsel re: locating relevant documents. | Attorney-Client  Attorney Work Product |

DB02/048629.0094_0019/6713688.2

**A 03046**

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 08/09/05 | Not Numbered | Kristen Scott | **Jeff Befort** (outside legal counsel) | | Letter to outside counsel re: information on personnel files. | Attorney-Client Communication |
| 08/09/05 | Not Numbered | Kristen Scott | **Jeff Befort** (outside legal counsel) | | Letter to outside counsel re: information on personnel files. | Attorney-Client Communication |
| 08/09/05 | Not Numbered | Kristen Scott | **Jeff Befort** (outside legal counsel) | | Letter to outside counsel re: information on personnel files. | Attorney-Client Communication |
| 08/09/05 | Not Numbered | Kristen Scott | **Jeff Befort** (outside legal counsel) | | Letter to outside counsel re: information on personnel files. | Attorney-Client Communication |
| 08/09/05 | Not Numbered | Kristen Scott | **Jeff Befort** (outside legal counsel) | | Letter to outside counsel re: information on personnel files. | Attorney-Client Communication |
| 05/01/02 | Not Numbered | **Michele Kloeppel** | | | Attorney notes re: Intermedia and compliance with various indentures. | Attorney Work Product |
| 05/09/02 | Not Numbered | KM | **Michele Kloeppel** | | Attorney notes on phone call message re: Matt Nichols and legal advice on non-disclosure agreements.. | Attorney-Client Communication |
| 03/27/02 | Not Numbered | **Michele Kloeppel** | | | Attorney notes re: conversation with Matt Nichols re: merger issues and legal advice on non-disclosure agreements. | Attorney-Client Communication |

DB02/048629.0094_0019/6733688.2

A 03047

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 04/05/02 | Not Numbered | **Michele Kloeppel** | | | Attorney notes re: conversations with Bill Benston and M. Stockburger re: legal advice on sections of agreements. | Attorney-Client Communication |
| 04/04/02 | Not Numbered | **Michele Kloeppel** | | | Teamnet Communications re: Corporate Search. | Attorney Work Product |
| 11/10/00 | Not Numbered | **Stephen Martin** | **Bruce Borghardt** | | E-Mail from and to in-house counsel re: legal advice on SEC Informal Inquiry regarding WorldCom/ Intermedia Merger with attachment regarding chronology of merger negotiations prepared for litigation. | Attorney-Client Communication<br><br>Attorney Work Product |

21

A 03048

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| | | Thomas O'Neil | Stephanie Abruscato, Mona Abutaleb, George Alber, Mary Alexander, John Allen, Samir Ammari, Mark Anderson, Cynthia Andreotti, Donna Armstrong, Gerard Badorrek, Thomas Ballance, John Barrett, Paul Bates, Michael Beach, Sara Beardsley, Ron Beaumont, John Bell IV, Carmen Bell, William Berkowitz, Michael Bickel, Deborah Blackwell, Seth Blumenfeld, Tom Bosley, Kevin Boyne, Michael Bradshaw, Bob Brejcha, Brian Brewer, Fred Briggs, Joe Cerf, | Michael Salsbury, Stuart Blythe, Bruce Borghardt, Gram Meadors, Walter Nagel, Clint Smith, William Donovan, Stephen Martin, Ann Lafrance, Bradley Stillman, Carroll Casteel, Donna Sorgi, James Lewis, Lisa Smith, Mary Brown, Paul Eskildsen, Richard, Fruchterman, Richard Heitmann, Richard Whitt, Robert Koppel, Robert Peterson | E-Mail from in-house counsel re: Intermedia Merger and providing legal advice from in-house counsel re: merger issues. | Attorney-Client Communication<br><br>Attorney Work Product |

22

A 03049

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| | | | Brooks, Jeffrey Brown, Daniel Brunner, Evan Buchanan, John Bullock, Bradford Burns, Kenneth Caldwell, Michael Callahan, John Callari, Puri Carpinteyro, Patrice Carroll, David Case, Kerry Casey, Peter Cassidy, Vinton Michael Cerone, Paul Charbonneau, Michael Cipicchio, Antohony Cirieco, Lynn Coker, Diana Cole, Robert Connelly, Scott Converse, Joseph Cook, Peggy Coons, Cynthia Cooper, Vincent Corica, Daniel Crawford Steve Cress, D. Crookston, D. Crump, John Cucci, Lon Cunninghis, | | | |

DB02/048629.0094_0019/6733688.2

23

A 03050

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| | | | Phillip Dario, Diana Day, James Demerlis, Dolores Dicicco, Rosanne Dickerson, Leonard Disanza, Gary Dobel, Steve Dobel, Joyce Dorris, Diane Duggan, Scott Eason, Tracy Eastridge, Jerry Edgerton, Sonny Evans, Charles Fick, Thomas Flanagan, Edward Franklin, Jim Frawley, Kevin Gahan, Federico Gallart, Gretchen Gehret, Jerry Franklin, Jim Frawley, Kevin Gahan, Federico Gallart, Gretchen Gehret, Jerry Gerami, Todd Gerdes, Laura Giadone, Rick Gibbens, Diana Gowen, Thomas | | | |

DB02/048629.0094_0019/6733688.2

A 03051

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|----|----|-----------|
| | | | Graham, Frank Grillo, Bill Grothe, Jim Gwinn, Cynthia Hamer, George Hampton, Glen Hanson, Victoria Harker, Robert Hartnett, Matthew Harty, John Hendler, Marcel Henry, Suleiman Hessami, Michael Higgins, Anita Hoffmann, Robert Hudspeth, James Huebner, Wayne Huyard, Paul Jacoby, Tom Jeanettes, Matthew Johnson, Steven Johnson, Christopher Kane, Sushil Kapoor, Jared Kearney, Nancy Keeney Shamim Kahn, Hack Kim, Kevin Klein, Martina Knee, Phillip Knell, Jennifer Knox, Dennis Kolb, John Krummel, | | | |

25

DB02/048629.0094_0019/6733688.2

A 03052

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
|      |             |        | Deborah Kuba, Bob Lacy, Lawrence Laque, Robert Lecour, Omar Leeman, Gerald Leonard, Robert Licari, Jeff Lindauer, Sanford Link, Ron Lomenzo, James Looper, Terence Macko, Nicholas Marano, William Marmon, David Martin, Susan Mayer, Thomas McCambridge, Kevin McGann, Lisa McAdams, Jon Mckeown, Sally Mcmahon Ronald Mcmurtrie, Eloise Mcneal, Brian McQuaid, Phillip Meeks, Jay Meyers Dona Miller, Gregory Moore, Christopher Morris, Tim Muilenburg, David Muller, Robert Mullins, |     |             |           |

26

A 03053

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
|  |  |  | Dan Munger, Christopher Murphy, David Myers, James Myers, Terry Neal, John Nolan, Terence O'Connell, Michael O'Dell, Peter Olle, John Olmstead, Constance Paquette, Michael Pelcovits, Richard Perez, Melissa Pizzo, David Porter, Louis Prestwood, Richard Price, Patricia Proferes Robert Quinn, Paul Ramsey, Gina Rasure, Jay Rattien, Kenneth Rea, Timothy Reedy, Nicholas Ridolfi, Bert Roberts, Jorge Rodriguez, Jack Rosso, James Rush, Anthony Safavieh, Michael Sauer, Marc Schaub, Peter |  |  |  |

27

A 03054

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|----|-----|-----------|
| | | | Russo, Mehrdad Schulz, Caleb Schutz, Jeff Schweikert, Anthony Scire Chester Scott, Stephanie Scott, Michael Serbousek, Kevin Shaughnessy Kevin Sheldon, Dennis Sickle, John Sidgmore, Andy Sills, Jay Slocum, Michael Smith, Nancy Smith, Darren St. Amant, Nancy Stainer, Keith Steiner, Michael Stewart, Jeffrey Sturgeon, Scott Sullivan, Michael Sunderman, Deborah Surrette Ed Tagg, Bruce Thomas, Terri Thomas, Don Thomason, Brian Trosper, William Trower, Frederick Trumpler, Bob Vetera, Jeffrey Wade, James | | | |

28

DB02/048629.0094_0019/6733688.2

A 03055

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| | | | Waldo, John<br>Walters, Brooks<br>Warren, Rob<br>Whyley, Gregory<br>Wieboldt, Charles<br>Wiggs, Bruce<br>Willey, Steven<br>Williams, Gary<br>Wilson, Jack<br>Wimmer, James<br>Wolfinger, Sandra<br>Woznitski, Kay<br>Wulf, Stephen<br>Young, Jorge<br>Zapata, Rich<br>Zwicker | | | |
| 07/12/02 | | Michelle Berkovitz | **Michele Kloeppel** | | Phone Memo to in-house counsel re: Purchase Price for Intermedia. | Attorney-Client Communication |
| 06/29/01 | | **Michele Kloeppel** | **Bruce Borghardt** | | Phone Memo between in-house counsel re: Ruberg call on sale of stock. | Attorney-Client Communication<br><br>Attorney Work Product |
| 09/27/00 | | **Bruce Borghardt** | | | Phone Memo by in-house counsel re: Mark Wilson call. | Attorney-Client Communication<br><br>Attorney Work Product |
| 05/21/02 | | **Michele Kloeppel** | | | Attorney notes re: legal actions taken to complete Intermedia merger. | Attorney-Client Communication<br><br>Attorney Work Product |

29

DB02/048629.0094_0019/6733688.2

**A 03056**

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| 04/25/02 | | Michele Kloeppel | | | Attorney notes re: legal review of Intermedia indentures. | Attorney-Client Communication<br><br>Attorney Work Product |
| 04/30/02 | | Michele Kloeppel | | | Attorney notes re: sale of Intermedia assets and subsidiaries. | Attorney-Client Communication<br><br>Attorney Work Product |
| 04/10/02 | | Michele Kloeppel | | | Attorney notes re: Intermedia stock and payment of dividends. | Attorney Work Product |
| Undated | | Michele Kloeppel | | | Attorney notes re: Intermedia indentures. | Attorney-Client Communication<br><br>Attorney Work Product |
| 04/02/02 | | Michele Kloeppel | | | Attorney notes re: Intermedia closing documents and legal issues on stock certificates. | Attorney-Client Communication<br><br>Attorney Work Product |
| 04/03/02 | | Michele Kloeppel | | | Attorney notes re: Intermedia promissory note terms and legal issues on repayment. | Attorney-Client Communication<br><br>Attorney Work Product |
| 04/01/02<br>03/28/02 | | Michele Kloeppel | | | Attorney notes re: Intermedia closing follow up. | Attorney-Client Communication<br><br>Attorney Work Product |

DB02/048629.0994_0019/6733688.2

A 03057

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| 02/27/02 | | Michele Kloeppel | | | Attorney notes re: Intermedia closing issues regarding subordinated debt. | Attorney Work Product |
| 06/14/01 06/15/01 | | Michele Kloeppel | | | Attorney notes re: certificate of designation and preparation for closing of merger | Attorney-Client Communication<br><br>Attorney Work Product |
| 06/12/01 | | Michele Kloeppel | | | Attorney notes re: Intermedia closing and list of issues. | Attorney-Client Communication<br><br>Attorney Work Product |
| 06/11/01 | | Michele Kloeppel | | | Attorney notes re: Amendments to Merger Agreement. | Attorney-Client Communication<br><br>Attorney Work Product |
| 06/11/01 | | Michele Kloeppel | | | Attorney notes re: **Borghardt** message concerning how to handle stock owned by specific named individuals. | Attorney-Client Communication<br><br>Attorney Work Product |
| 05/17/01 | | Michele Kloeppel | | | Attorney notes re: Intermedia transaction and legal issues to be resolved. | Attorney-Client Communication<br><br>Attorney Work Product |
| 02/12/01 | | **Bruce Borghardt** | | | Attorney notes re: merger and shareholder vote. | Attorney Work Product |

31

DB02/048629.0094_0019/6733688.2

A 03058

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| 06/01/01 | | Michele Kloeppel | | | Attorney notes re: acquisition subsidiaries used in merger. | Attorney Work Product |
| 01/29/01 | | Michele Kloeppel | | | Attorney notes re: stock resolutions & Intermedia. | Attorney Work Product |
| 11/09/01 | | Bruce Borghardt | | | Attorney notes re: phone calls from Andrew Smith and Jerry Hennigan. | Attorney Work Product |
| 11/03/00 | | Bruce Borghardt | | | Attorney notes re: Intermedia SEC inquiry. | Attorney Work Product |
| 10/12/00 | | Michele Kloeppel | | | Attorney notes re: edits to S-4. | Attorney Work Product |
| 09/16/00 | | Bruce Borghardt | | | Attorney notes re: Intermedia and indemnity provisions. | Attorney Work Product |
| 09/15/00 | | Michele Kloeppel | | | Attorney notes re: Intermedia stock options and impact of merger on same. | Attorney Work Product |
| 09/15/00 | | Bruce Borghardt | | | Attorney notes re: sale of Intermedia. | Attorney Work Product |
| 09/06/00 | | Michele Kloeppel | | | Attorney notes re: SEC filings related to Intermedia merger. | Attorney-Client Communication  Attorney Work Product |
| 05/31/01 | | Michael Drayer | Arthur Horn | | E-mail from in-house counsel re: terms of Watsco agreement. | Attorney-Client Communication |

32

A 03059

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 03/06/01 | | Michael Drayer | Arthur Horn, Mike Myhand, Richard Klepacz | Scott Wagner | E-mail from in-house counsel re: terms of Watsco agreement (IntermediaOne customer agreement). | Attorney-Client Communication |
| 03/02/01 | | Michael Drayer | Arthur Horn, Mike Myhand, Scott Wagner | Tricia Gurr | E-Mail from in-house counsel re: terms of Watsco agreement and Appendix A to 3 documents. | Attorney-Client Communications |
| 03/01/01 | | Michael Drayer | Sherrie Butler | Richard Klepacz, Mike Myhand, Arthur Horn, Scott Wagner | E-Mail from in-house counsel re: edits to revised Watsco Voice Addendum to IntermediaOne customer agreement. | Attorney-Client Communication |
| 03/01/01 | | Richard Klepacz, | Michael Drayer, Sherrie Butler | Arthur Horn, Mike Myhand, Scott Wagner | E-Mail re: Revised Watsco Voice Addenda and responding re revised Addendum to IntermediaOne customer agreement. | Attorney-Client Communication |
| 03/01/01 | | Michael Drayer and Arthur Horn | Arthur Horn, Michael Drayer, Sherrie Butler, Richard Klepacz | Mike Myhand, Scott Wagner | E-Mail to and from in-house counsel re: Watsco Voice Addenda (IntermediaOne customer agreement). | Attorney-Client Communication |
| 03/01/01 | | Michael Drayer | Sherrie Butler, Richard Klepacz | Arthur Horn, Mike Myhand, Scott Wagner | E-Mail from in-house counsel re: Revised Watsco Voice Addenda (IntermediaOne customer agreement). | Attorney-Client Communication |

33

A 03060

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 03/01/01 | | **Michael Drayer** | Sherrie Butler Richard Klepacz | Arthur Horn, Mike Myhand, Scott Wagner | E-Mail from in-house counsel providing legal advice re: Watsco Addenda-Voice (IntermediaOne customer agreement). | Attorney-Client Communication |
| 02/28/01 | | Richard Klepacz | Mike Myhand, **Michael Drayer** | | E-Mail to in-house counsel and others re: Watsco Addendum to IntermediaOne customer contract accepting changes proposed by legal counsel. | Attorney-Client Communication |
| 03/01/01 | | Arthur Horn | Tricia Gurr | **Michael Drayer** | E-Mail re: pricing & address for use in addendum to IntermediaOne customer contract. | Attorney-Client Communication |
| 02/28/01 | | **Michael Drayer** | Arthur Horn, Mike Myhand, Scott Wagner | | E-Mail providing legal advice re:  Watsco Data MSA. | Attorney-Client Communication |
| 02/28/01 | | **Michael Drayer** | Mike Myhand, **Michael Drayer** | Arthur Horn, Scott Wagner | E-Mail from and to in-house counsel re:  legal advice on negotiation of contract terms. | Attorney-Client Communication |
| 02/27/01 | | **Michael Drayer** | Arthur Horn, Mike Myhand, Scott Wagner | | E-Mail from in-house counsel providing legal advice re:  Watsco requested changes in agreement | Attorney-Client Communication |

DB02/048629 0094_0019/6733688.2

**A 03061**

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|---|---|---|---|---|---|---|
| 02/27/01 | | Mike Myhand | **Michael Drayer, Arthur Horn, Scott Wagner** | | E-Mail to in-house counsel and others re: meeting to discuss legal advice on contract issues. | Attorney-Client Communication |
| 02/23/01 | | **Michael Drayer** | Mike Myhand | | E-Mail from in-house counsel providing legal advice re: draft data MSA | Attorney-Client Communication |
| 02/21/01 | | Mike Myhand | **Michael Drayer** | | E-Mail to in-house counsel seeking legal advice re: Addendum to Watsco agreement. | Attorney-Client Communication |
| 04/30/01 | | **William Smith** | Christine Biagioni | | E-mail from in-house counsel re: Intermedia S-4 with attached draft of S-4 document. | Attorney-Client Communication<br><br>Attorney Work Product |
| 09/14/00 | | **Michele Kloeppel** | Mark Wilson | | E-mail from in-house counsel re: HSR filing plans. | Attorney-Client Communication |
| 09/14/00 | | **Mary Brown** | **Bruce Borghardt, Michele Kloeppel** | **Deborah Garza,** Rick Rule | E-mail from in-house counsel re: HSR filing plans. | Attorney-Client Communication |
| 10/24/00 | | **Michele Kloeppel** | | | Attorney handwritten notes on Hart Scott Rodino filings and conference with **Deb Garza (outside counsel).** | Attorney-Client Communication<br><br>Attorney Work Product |

DB02/048629 0094_0019/6733688.2

**A 03062**

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
| 10/13/00 | | Roland Behm | **Michele Kloeppel** | | E-mail to in-house counsel re: clarification regarding MAE with handwritten notes and attached draft of letter. | Attorney-Client Communication |
| 12/07/00 | | **Bruce Borghardt** | Scott Sullivan | | E-mail from in-house counsel re: FCC update on filings opposing merger | Attorney-Client Communication |
| 12/06/00 | | **Mary Brown** | Alan Weiss, Ann Lafrance, B. Knaus, Bradford Burns, Bradley Stillman, Brian Sulmonetti, Bruce Metge, **Bruce Sokler, Bruce Borghardt,** Carl Geisy, Carroll Casteel, Claire Hassett, Craig Silliman, Cristin Flynn, David Porter, **Deborah Garza,** Donna Sorgi, Douglas Brent, Elizabeth Yockus, Eric Artman, James Freeman, Gil Strobel, Heather Gold, James Lewis, J. Canis, Jean Kiddoo, Joan | | E-mail from in-house counsel re: FCC Update on filings opposing merger. | Attorney-Client Communication |

36

DB02/048629.0094_0019/6733688.2

A 03063

| Date | Bates Range | Author | Recipient | CC | Description | Privilege |
|------|-------------|--------|-----------|-----|-------------|-----------|
|  |  |  | Campion, Jonathan Spear, Kathy Wallman, Kerry Murray, Leigh Cox, Les Kumagai, Mario Filipponi, Marsha Ward, Michael Pelcovits, **Michele Kloeppel, Michael Salsbury**, Neal Larson, Pat Kurin, **Paul Eskildsen**, Peter Lucht, Rebecca O'Donnell, Richard Fruchterman, Richard Severy, Richard Metzger, Richard Whitt, Rick Heitmann, Rick Rule, Robert Koppel, Robert Lopardo, Ruth Milkman, Clint Smith, Terri Bryson, **Thomas O'Neil**, Valerie Yates, Timothy Vogel, William Donovan, Zainal |  |  |  |

37

A 03064