20.    At no time did I remove any of the Meeting Documents or UC Drafts from the locations described in Paragraph 18.

FURTHER AFFIANT SAYETH NOT.

GEORGETTE VEGA
MY COMMISSION # DD 361869
EXPIRES: November 15, 2008
Bonded Thru Notary Public Underwriters

James Renforth

Signed this 12th day of June, 2007.

Notary Public

JAMES RENFORTH       VOLUME I       NOVEMBER 17, 2006

**Page 14**

1    Q.   And when did you join Intermedia?
2    A.   That was January 1998.
3    Q.   And how did you join Intermedia?
4    A.   I joined Intermedia as a consultant,
5    contractor.
6    Q.   And for how long were you a consultant?
7    A.   About nine months.  There were three
8    successive 90-day contracts.
9    Q.   And what did you do, Mr. Renforth, as a
10   consultant during that nine-month period?
11   A.   The initial charter for me was to analyze the
12   local resale business unit, to identify sales
13   improvements, process improvements, and to turn the
14   gross margins around.
15   Q.   Now, when you say charter, what do you mean by
16   charter?
17   A.   My responsibility.
18   Q.   Now, let me back up.  You said you had three
19   successive 90-day contracts.  So were those renewed
20   after --
21   A.   Yes.  The initial contract was 90 days.  It
22   was then renewed again for another 90 days, and then a
23   third 90 days.
24   Q.   And tell me a little bit about the local
25   resale business that you were chartered with

**Page 15**

1    responsibilities.
2    A.   Okay.  The local resale business, when they --
3    when Intermedia brought me in, had -- initially, the
4    objective of the local resale business was for
5    Intermedia to obtain a market presence in the local
6    telephone business.
7        And subsequently to that, over a period of
8    time, their gross margins had dropped to like a negative
9    34 percent.  And the C.E.O., Dave Ruberg, wanted to know
10   what do we need to do to fix this.
11       So my analysis, my team's analysis uncovered
12   several discrepancies in that -- in that business unit
13   whereby we could recover lost monthly recurring
14   revenues.
15   Q.   And how did you identify those discrepancies?
16   What were those problems that you corrected?
17   A.   Okay, good question.
18       One of the initial things we did was to look
19   at what was being resold.  And the company, Intermedia,
20   at that time was doing what's known in the industry as
21   bill flips.
22       In other words, they were taking over the
23   responsibility of billing the end-user customers simply
24   by contacting the local incumbent, who was at the time
25   Verizon, or Bell South, or Southwestern Bell, whatever

**Page 16**

1    area that customer resided in, and just flipping a bill
2    from the end-user customer to Intermedia, then
3    Intermedia would bill the end-user customer.
4        And there was an inherent ten percent margin
5    built into that for Intermedia.  But what we found when
6    we looked first into the billing system was that there
7    were over 10,000 items in the billing system that had
8    been zero rated, in other words, Intermedia was charging
9    zero to the customer because they didn't know what it
10   was.
11       So our team restructured the local resale
12   business unit with regard to products being resold and
13   identified just like a half a dozen features that should
14   be part of the local resale business, rather than just
15   everything.
16       So we streamlined the business unit with
17   regard to what they were selling, we identified what
18   those items were in the local incumbent's tariffs, and
19   then charged accordingly to the end-user customer.
20   Q.   And how successful were you in restructuring
21   the business?  I know you mentioned that you had -- that
22   Intermedia had negative 34 percent margin?
23   A.   Yes.
24   Q.   When you were done, what --
25   A.   When we were done, the margins had improved to

**Page 17**

1    a positive 35 percent, and we recovered over 5 million
2    dollars in monthly recurring revenues to the company.
3    Q.   So needless to say, you did a good job.
4    A.   Well, we did a good job.
5    Q.   So what happened after your nine-month
6    consultant period was over?
7    A.   Intermedia brought me on full time.
8    Q.   And why were you brought on full time?  What
9    did you do as a full-time employee?
10   A.   Oh, as a full-time employee?
11   Q.   Um-hum (affirmative).
12   A.   I came in as a product manager.  Senior --
13   senior product manager.
14   Q.   And can you tell me what you did as a senior
15   product manager?
16   A.   Sure.  As a senior product manager, I was then
17   responsible for what I had created.  I was responsible
18   for life cycle support of the local resale business,
19   initially.
20   Q.   And can you tell us what you mean by life
21   cycle support for the resale business?
22   A.   Just to make sure that sales was selling what
23   they should be selling, to provide any updated training
24   that was required in the field for salespeople, and to
25   monitor results.

ESQUIRE DEPOSITION SERVICES, LLC - CHICAGO
312.782.8087   800.708.8087   FAX: 312.704.4950


EXHIBIT
C

Exhibit A

b0c218e2-9fb7-469b-8cdf-a857571f6a3b
A 03911

JAMES RENFORTH       VOLUME I       NOVEMBER 17, 2006

Page 18

1    Q.  Now, you had mentioned that you had assembled
2  a team regarding local resale.  Can you tell us a little
3  bit about that team?
4    A.  Sure.  That team was comprised of several unit
5  representatives within the company.  We had
6  representatives from the billing department, a
7  representative from sales.  We had a representative from
8  the product marketing department, product management,
9  the service department, and customer operations.
10    Q.  And you were in which department, Mr.
11  Renforth?
12    A.  Well, I was assigned under product management.
13    Q.  And tell me what this team did with respect to
14  local resale.
15    A.  They did the actual legwork with regard to
16  downloading reports from the billing system, identifying
17  the products that were being resold, and then the next
18  step would be -- was to identify the products that we
19  should be reselling.
20    Q.  And did these teams -- or did the team members
21  meet?
22    A.  Oh, yes.
23    Q.  And for local resale, about how many times did
24  they meet, if you recall?
25    A.  At least once a week.

Page 19

1    Q.  And do you know if minutes were kept of these
2  team meetings?
3    A.  Absolutely.
4    Q.  And what were done with these minutes, were
5  they distributed to anyone?
6    A.  Yes, minutes were distributed to each of the
7  members.
8    Q.  Each of the members of the team?
9    A.  Each of the team members.  Each of their
10  immediate supervisors, those respective directors, and
11  the executive staff.
12    Q.  And were all team minutes distributed to these
13  people?
14    A.  Yes.
15    Q.  And do you recall how they were distributed?
16    A.  Yeah.  They were both -- they were distributed
17  both soft copy and hard copy.
18    Q.  And when you say soft copy, do you mean, for
19  example, e-mail, or --
20    A.  E-mail, with the document attached.  And then
21  hard copies through intercompany mail.
22    Q.  Okay.  So let's jump back to when you were
23  retained by Intermedia or brought on full time.  What
24  happened when you were retained full time?  What were
25  you charged to do?

Page 20

1    A.  Life cycle support for the local resale
2  business initially.
3    Q.  And for about how long was that?
4    A.  That was about four months.
5    Q.  Um-hum (affirmative).  And then what happened
6  next?
7    A.  Then right before Thanksgiving that same year
8  --
9    Q.  And that year would be?
10    A.  That was '98.
11      My immediate supervisor and our director and
12  myself met at a lunch meeting.  And my director during
13  that meeting gave me a new responsibility.
14    Q.  Um-hum (affirmative).
15    A.  And that was to develop a local line-side
16  service product.  And when I say line side, prior to
17  that, the only -- well, not the only, but the two major
18  products and service that Intermedia sold were the local
19  resale and a product called single T.  Single T was
20  targeted towards larger P.B.X. business customers, and
21  provided trunk-side services.
22      Intermedia had an imbedded -- an imbedded base
23  of Northern Telecom central office switches around the
24  country that also had the capability to provide
25  line-side services, and that being for residential or

Page 21

1  smaller business customers that used key systems.
2      Key systems were targeted at that time for
3  customers that had, oh, typically from one to -- to ten
4  lines for business lines.  But that capability was not
5  being used anywhere in the company.
6      So at that meeting, our director asked me to
7  develop a new line-side service product for the smaller
8  and midsized business customers.
9    Q.  And when you say smaller and midsized business
10  customers, about how large would those be?
11    A.  Typically, from 20 to a hundred employees, and
12  five to ten lines, business lines.
13      That was a market segment that Intermedia had
14  never been able to access before.
15    Q.  And so what happened at this meeting in
16  November '98 to create a product to target these smaller
17  and midsized business customers?  What do you do after
18  that meeting?
19    A.  Put the team back together.  Same members as
20  described before.
21    Q.  And what happened after you put the team
22  together?
23    A.  Well, that was after the holidays.  We came
24  back after Thanksgiving, put that team back together.  A
25  lot of the representatives were the same.  We had

6 (Pages 18 to 21)

b0c218e2-9fb7-469b-8cdf-a85f574b3b2
A-02912

Page 22

1 billing represented, customer service, customer
2 operations, switching, sales, sales support, product
3 marketing. Regulatory was then brought in, because we
4 were creating a new product, and it would have to be
5 tariffed.
6        Our director then took that -- took that idea
7 to the executive committee, presented what we had --
8 what we were planning to do with regard to putting this
9 new product together. They got terrific buy-in, all the
10 way from the C.E.O. through all the -- all the executive
11 staff. There was tremendous dedication given to
12 developing that product and launching that product.
13        Our team -- the team that we assembled met
14 nearly every day for about the first month and a half.
15        Q. And when you say there was tremendous dedicate
16 -- well, let me back up.
17        What did this product -- what was the name of
18 this product that it eventually became?
19        A. It became Unified Voice.
20        Q. And for Unified Voice, you said that there was
21 tremendous dedication by the team. What kinds of things
22 did the team do specifically to try to get this product
23 launched?
24        A. Well, we had to design the product first, what
25 was it going to do, who was it going to be targeted to.

Page 23

1 We had to identify what the market was that we were
2 going to sell into. We had to bring human resources
3 training department in to put together training
4 curriculum for the sales force and for customer service
5 and switching service.
6        We had to allocate funds, certainly, from --
7 from the company to do this work. And when I say
8 dedication, I mean people worked around the clock on
9 this, seven days a week at times. And the product was
10 launched in 62 days.
11        Q. That seems like it's pretty fast.
12        A. Real fast. Typically in the industry for that
13 time, life cycle for the product -- for the launch of a
14 new product was anywhere upwards to three years.
15        But the company was small enough that we could
16 move quickly. So 62 days from that meeting in November
17 of '98, the product was launched.
18        Q. Now, you talked about steps that the team
19 took, for example, the product had to be designed. What
20 went into the product -- designing the product?
21        A. One of the things that we did was to --
22 product marketing contacted a -- a market analysis
23 company in Long Beach, California.
24        And one of the things we did was set up focus
25 groups, customer focus groups. We did that in five

Page 24

1 cities around the country, where we brought prospective
2 market segment customers in to identify are we making
3 something that you really want.
4        Q. And in what cities were the focus groups
5 conducted, if you recall?
6        A. They were Boston, Charlotte, Chicago, New
7 York, and Raleigh.
8        Q. And can you tell me a little bit more how the
9 focus groups were conducted?
10        A. Sure. It was fun. We had -- the company that
11 we hired for out of California -- out of Long Beach was
12 the facilitator.
13        Product marketing and product management put
14 together a list of questions and specific scenarios with
15 regard to size, and features, and functionality that we
16 asked the customers are these items important to you, or
17 based upon a range from one to ten, which are most
18 important to you.
19        And we invited companies from all over the
20 spectrum. I mean, mom-and-pop pizza places. We had
21 Fortune 500 and Fortune 200 people in those groups. And
22 those groups ranged anywhere from 15 to 20 attendees in
23 each session.
24        And we performed these in areas that provided
25 an isolated space for Intermedia people to be behind the

Page 25

1 one-way mirrors to take notes and watch what was going
2 on and just to learn from that. And it was a -- it was
3 a great experience in actually asking our customers what
4 would you like to have.
5        Q. And did you ever help determine or create any
6 questions for the focus groups?
7        A. Oh, sure. With regard to features and
8 functionality. Since I was the product manager
9 designing the product, we had to know what kinds of
10 things would you like for us to be able to do, other
11 than just being able to get dial tone and make calls.
12        Q. And what kind of things and features and
13 functionality did you see that people were interested
14 in?
15        A. For the Unified Voice product, they just
16 wanted -- they wanted basic custom calling features
17 along with being able to get dial tone and make calls,
18 and those being voicemail, call waiting, three-way
19 calling, call forwarding, transfer.
20        Q. And were the results of the focus groups
21 documented?
22        A. Yes.
23        Q. In addition to conducting the focus groups,
24 what else were your responsibilities in terms of
25 designing the product?

7 (Pages 22 to 25)

b0c218e2-9fb7-469b-8cdf-a89760193313

A 03213

JAMES RENFORTH          VOLUME I          NOVEMBER 17, 2006

Page 26

1    A.  Well, certainly working with product marketing
2  to identify what is our target market, where do we sell
3  this and who do we sell it to.  And also identifying
4  what do we charge for it.
5    Q.  And how was it determined what was a target
6  market?
7    A.  Product marketing led that effort with regard
8  to where we were going to sell it, who we were going to
9  sell it to.
10       And that department actually assembled the
11  data based on market demographics and research
12  information that they had, and then made the
13  recommendations to product marketing -- or to product
14  management and to -- with input from sales, of course,
15  as to where we would sell it initially.
16       Ultimately, it was going to be ubiquitously
17  available across the United States in all of the large
18  metropolitan areas where Intermedia had a switch.
19    Q.  And when you say where Intermedia had a
20  switch, what do you mean?
21    A.  Well, if you think about your -- your line
22  here or at home, when you pick it up, you get a dial
23  tone.  And that dial tone comes from a central office.
24       Well, when I mean Intermedia had a switch, I
25  mean they had a central office in 54, 55 cities around

Page 27

1  the country.
2    Q.  Now, in terms of designing this Unified Voice
3  product, were each of the steps in designing the product
4  documented?
5    A.  Yes.
6    Q.  And how were they documented?
7    A.  In minutes.  And not only minutes, but we also
8  had -- the team had a project coordinator assigned to
9  keep track of everything, all of the meeting minutes,
10  each department's responsibility, who that key person
11  was on the team that represented the particular
12  department, put timelines and milestones together that
13  were to be met during that launch period.
14       And that was documented in Microsoft Projects.
15    Q.  And were these documents distributed among the
16  team members?
17    A.  Yes.
18    Q.  And again, that would have been hard copy and
19  soft copy?
20    A.  Hard copy and soft copy.
21    Q.  Were there any forecasts or financial analysis
22  created in the launch of Unified Voice?
23    A.  Sure, there were.  We had a lot of detail that
24  came in from product marketing with regard to forecasts,
25  based upon, again, where we were going to take it, who

Page 28

1  we were going to sell it to, and how much we were going
2  to charge for it, and what the -- well, what the costs
3  were going to be to Intermedia.
4    Q.  And again, this was all documented?
5    A.  That was documented.
6    Q.  Were there any Excel spreadsheets as well?
7    A.  Yes, Excel spreadsheets, Microsoft Projects,
8  Word documents.
9    Q.  What was the culture at Intermedia in terms of
10  documenting a launch of a product such as this?
11    A.  Not only just the launch of this product, the
12  culture was -- it was document, document, document.
13  Paper trail was extremely high profile at Intermedia.
14    Q.  So was it safe to say that basically every
15  step you took in the launch of a new product would have
16  been documented by Intermedia?
17    A.  Yes.
18    Q.  And would this have been done, this
19  documenting each of the steps, would that have been done
20  for every launch of a new product?
21    A.  Oh, absolutely.
22    Q.  Sir, you talked about there were four steps in
23  bringing Unified Voice to market, and that was to design
24  the product, to target the market, and then the third
25  one you mentioned was training.  Can you talk a little

Page 29

1  bit about training?
2    A.  Yes.  Product management and human resources
3  training department took the lead on developing the
4  product description and providing a final document that
5  would become the training curriculum for sales and
6  customer service.
7    Q.  And again, was this all documented?
8    A.  Oh, yeah.
9    Q.  And I think the fourth step you mentioned was
10  allocating funds from the company?  Is that budgeting?
11  What do you mean by that?
12    A.  Budgeting.  We had -- certainly, there was
13  operating capital that the company operated on and
14  functioned on.  And there had to be funds dedicated to
15  pay salaries, pay expenses, pay for material creation,
16  sales collateral, public relations, bulletins, internal
17  and external.
18       Dollars had to be allocated and earmarked for
19  that launch.
20    Q.  So this wasn't something that was simply done
21  in isolation.  It seems to me it would impact a whole
22  host of areas within the company.
23    A.  Yes, impacted the entire company.
24    Q.  And how successful was Unified Voice?
25    A.  Very.

ESQUIRE DEPOSITION SERVICES, LLC - CHICAGO
312.782.8087   800.708.8087   FAX: 312.704.4950

JAMES RENFORTH        VOLUME I        NOVEMBER 17, 2006

Page 30

1    Q.  What were the estimated revenues from Unified
2  Voice for the first year?
3    A.  First year, the revenues for the company
4  increased from -- I believe it was 65 million to over a
5  hundred and -- over a hundred million.
6    Q.  So people must have liked this product?
7    A.  Yes.
8    Q.  And when you joined Intermedia, do you
9  remember approximately how many employees there were?
10   A.  I think about 3,000.
11   Q.  And how would you compare your experience
12  between G.T.E. and Intermedia?  How would you compare
13  those two?
14   A.  G.T.E. was great.  I mean, it was a terrific
15  experience, a terrific career.  Intermedia was exciting.
16  A little different than G.T.E., because it felt like
17  G.T.E. probably would have been 20 years earlier,
18  because it was smaller, had a lot of excitement,
19  individual activity.
20        Not that that didn't exist, but it was just --
21  it was just a different culture.  It wasn't as fast
22  paced.  Intermedia was -- it was a little faster paced.
23  Decisions could be made very, very quickly.  We could
24  change direction of the company quite rapidly because it
25  was so -- it was so much smaller.

Page 31

1    Q.  So how often would the Unified Voice team
2  meet?
3    A.  For the first month and a half or so, it was
4  nearly every day.
5    Q.  And were minutes taken?
6    A.  Yes.
7    Q.  And about how long would these meetings be
8  every day?
9    A.  About an hour.
10   Q.  And --
11   A.  First thing in the morning.
12   Q.  Bright and early.
13   A.  Bright and early.
14   Q.  And the minutes were then distributed to team
15  members?
16   A.  Just -- not just team members.  They were
17  distributed to the same distribution list that I
18  mentioned before; team members, their immediate
19  supervisors, directors, and executive staff.
20   Q.  And when you say executive staff, does that
21  include Dave Ruberg?
22   A.  Yes.
23   Q.  And what was Dave's title at Intermedia?
24        MR. IBA:  Asked and answered.
25   A.  C.E.O.

Page 32

1  BY MS. MURCH:
2    Q.  How many markets were -- was Unified Voice
3  going to be put in?
4    A.  All 50-some.  54, 55.
5    Q.  Now, were there any reports after the -- let
6  me back up.  You said that there were 62 -- this product
7  was launched in 62 days.  After the launch, were any
8  reports made with respect to the Unified Voice product?
9    A.  Sure.  Business analysis did monthly reports
10  on product performance, net gain for customers, new
11  customers brought on.
12   Q.  Any kind of monthly revenue reports?
13   A.  And the revenue reports, certainly.
14   Q.  Let's talk a little bit in general about the
15  development of new products overall.  How is it that, at
16  Intermedia, a new product would be developed?  And I
17  mean how did you determine if there was a need or what
18  direction Intermedia was going?
19        Did you learn that from sales staff?  What --
20   A.  Actually, two fronts -- well, three, really.
21  Product marketing certainly did the -- the demographics
22  and the -- the market research.  And let me -- let me
23  preface that with saying Intermedia was a market-driven
24  company, rather than being product driven.
25        So, in other words, the company didn't just

Page 33

1  design something and then try to force feed the public
2  with it.  We actually designed our products based on the
3  market.  So it was a market-driven company.
4        So the -- the design of new products actually
5  rested on the shoulders of three or four departments;
6  product marketing, product management, sales, and then
7  certainly switching services, is it something we can do.
8  It had to be available.
9    Q.  So would it be something that, for example,
10  your sales force would be out there and they would have
11  customers say, "We would like X, Y feature," and then
12  they would come back to you or -- and say this is a
13  trend we are seeing?
14        Or is it something you -- you would research
15  and say, "Boy, the market seems to be wanting this?"  Or
16  --
17   A.  Actually, both.  Yeah, sales would come in
18  with requests from customers for what was called then a
19  special assembly process where it was a little bit
20  outside what was in the box for them.
21        If they wanted a -- a capability or feature
22  that wasn't part of the standard offering, then they
23  would come to product management and request some
24  special pricing, and to determine is it something that
25  we can do.

9  (Pages 30 to 33)

ESQUIRE DEPOSITION SERVICES, LLC - CHICAGO
312.782.8087  800.708.8087  FAX: 312.704.4950

b0c218e2-9fb7-469b-8cdf-a8f76b73db15

A03915

JAMES RENFORTH        VOLUME I        NOVEMBER 17, 2006

Page 38

1  Voice?  What were you -- what were your responsibilities
2  after that?
3      A.  Again, life cycle support.  And being the
4  product manager, part of the product manager's
5  responsibility is to add services and -- and -- vertical
6  services and enhancements to an existing product set.
7  Which led us to the next iteration of Unified Voice,
8  which was to add high-speed internet access to it.
9      Q.  To Unified Voice?
10     A.  To Unified Voice.
11     Q.  And what was that product called?
12     A.  That product was called Unified Voice Dot Net,
13  after the internet component was added to it.
14     Q.  And do you remember about what time frame
15  Unified Voice Dot Net was created?
16     A.  Oh, gosh, that was --
17     Q.  If you don't remember, that's okay.
18     A.  I think it was mid 1999.
19     Q.  And why was it that internet access was added?
20     A.  Customer demand.  Customer desire.
21     Q.  And was a team assembled, then, for the
22  creation of Unified Voice Dot Net?
23     A.  It was, but it was not nearly as demanding as
24  the initial launch, because not every department really
25  needed to be involved in developing it.

Page 39

1          Because we pretty much knew what internet was.
2  And we had the capability to do it, we just needed to
3  create the -- the billing system information, do a
4  little updated training for sales, and operations, and
5  customer service, price it and tariff it, and assign
6  someone responsible for it.
7      Q.  And so Unified Voice Dot Net was basically
8  Unified Voice, the same thing, but just adding internet
9  service?
10     A.  Exactly.
11     Q.  Okay.  And what came after the Unified Voice
12  Dot Net product?
13     A.  Ah.  After the Unified Voice Dot Net product
14  came -- well, it ultimately became IntermediaOne.
15     Q.  And can you tell me how IntermediaOne came
16  about?
17     A.  Yeah, that was exciting, too.
18          We had research from market -- product
19  marketing and from product management that identified a
20  new vertical service that the market was seeing that was
21  being received extremely well, it was called Unified
22  Messaging.
23     Q.  And when was this about, kind of the inception
24  of IntermediaOne?
25     A.  The inception of IntermediaOne was -- in a

Page 40

1  nutshell was bringing the Unified Messaging service onto
2  the Unified Voice Dot Net platform.
3      Q.  And would this have been sometime in 2000?
4      A.  It was -- yes, that was in 2000.
5      Q.  And how was it Intermedia came to learn about
6  this Unified Messaging component?
7      A.  Actually, it came from two directions; one
8  internally, one externally.  And when I say that, I mean
9  it had caught our eye in product management because it
10  had been appearing in -- in trade journals, business
11  industry magazines, publications.
12          And I as a product manager started looking at
13  Unified Messaging, and had put out a few feelers,
14  looking for someone that could provide that service,
15  rather than us building it, because it was already being
16  built, we just needed to find somebody that could do it.
17     Q.  Um-hum (affirmative).
18     A.  And about that same time, we had -- we got a
19  call -- actually, I got a -- one of these lovely little
20  sticky notes handed to me that had said, "You need to
21  call these guys."  That's what the note said.
22          And it was a note -- the note came from Dave
23  Ruberg's office through my director to my supervisor to
24  me.  And it was a Unified Messaging provider.  The
25  company's name was EffectNet.

Page 41

1      Q.  And what happened after you got that little
2  sticky post-it?
3      A.  Well, there was a flurry -- flurry of
4  activity.
5          But at that time, there was one other company
6  that I had weeded through and kept to make contact with.
7  And EffectNet and this other company were the only two
8  that were really in the running.
9          I made the phone call to EffectNet, and I
10  think the -- Jay Jessup was the gentleman I had the name
11  and phone number for that came from Dave Ruberg's office
12  that said, "You need to call these guys."
13          So I called Jay Jessup, explained what we
14  were, who Intermedia was, what we were looking to do.
15  This was -- and I remember distinctly because it was so
16  unique in the industry.
17          At that time, again, remember, the industry
18  being huge, it moves like a battleship.  I mean, it's so
19  slow.  But Intermedia being able to move quickly.  And
20  it was unique to see another company that moved as
21  quickly.
22          The conversation I remember took place on a
23  Tuesday.  And I had, in talking to Jay Jessup, I
24  described what we were thinking of doing, had a little
25  bit of an idea what EffectNet could provide, and I asked

11  (Pages 38 to 41)

b0c218e2-9fb7-469b-8cdf-a85fc02916

JAMES RENFORTH        VOLUME I        NOVEMBER 17, 2006

Page 42

1  him how soon can we get together.
2          He said, "We'll be there Thursday."
3      Q.  And can you tell me when you say Unified
4  Messaging what you mean?
5      A.  Yes.  Unified Messaging at that time was the
6  capability to access all of your messaging information,
7  I mean voicemail, e-mail, faxes, via a touchtone
8  telephone.  It had the capability, the system had the
9  capability to do text-to-voice translations.
10         One of the things that we had gotten from our
11  customer base was I need to be -- I need to be able to
12  access my messaging, I need to be able to access
13  voicemail, e-mail, and faxes from other than in my
14  office, because I'm not there, I'm out, I'm traveling,
15  I'm in the airport, I can't get my e-mail, I know there
16  is an important e-mail in there for me, I can't get to
17  it.
18         Well, Unified Messaging has -- has that
19  service -- inherent with that service, one of the
20  capabilities was to be able to access all of that
21  messaging information, translate it from text to voice,
22  and have your e-mails read to you over the phone.
23         Then you could not only respond to that e-mail
24  with a voice message attached back to an e-mail message
25  as a wav file for the sender to receive, but you could

Page 43

1  also forward it, you could save it, you could have faxes
2  read to you over the phone.
3          So it was a -- it was an incredible asset to
4  our -- to our product set.
5      Q.  And what did you think of Unified Messaging at
6  the time, your overall impression?
7      A.  Cutting edge.  It was expected to be a huge
8  business.  Market analysis at that time calculated a 16
9  billion dollar business.
10     Q.  And did Intermedia conduct business analysis
11  regarding Unified Messaging and its profitability?
12     A.  Yes.
13     Q.  Now, I'm just going to back up a second.  You
14  said you talked to someone from EffectNet on a Tuesday,
15  and they came out on a Thursday.
16     A.  Right.
17     Q.  So what happened on that Thursday?
18     A.  That Thursday, we had -- I got my team
19  together.  My team included at that time my -- my peers
20  in product management, because it encompassed other than
21  just the -- the Unified Voice product, in fact, the
22  Unified Voice Dot Net.
23         So it was my peers, our supervisor, and I
24  think there were two -- two members from EffectNet that
25  were in that meeting.  They brought PowerPoint

Page 44

1  presentations and product description information, more
2  detailed than what I had had at that time.
3          And in that meeting, we decided, "we",
4  Intermedia decided to move forward with negotiations
5  with EffectNet.
6      Q.  And what exactly happened at that meeting?
7      A.  Well, we saw a terrific presentation that
8  described what we envisioned as being a great product to
9  add to our Unified Voice Dot Net service.  And we saw a
10  team of people that was as dedicated as we were and
11  responsive to -- to our needs.
12     Q.  And do you know if there were profitability
13  studies conducted regarding Unified Messaging at
14  Intermedia?
15     A.  Yes.
16     Q.  So let's talk about the decision to go with
17  EffectNet and offer a Unified Messaging product.  That
18  addition of Unified Messaging to Unified Voice Dot Net
19  eventually became IntermediaOne?
20     A.  Became IntermediaOne.
21     Q.  So can you walk me through the systems for the
22  launch for that product?
23     A.  The launch was -- it was -- it was very
24  exciting to launch.  It wasn't as demanding as
25  developing a brand new product, like Unified Voice was,

Page 45

1  because we already had the -- the basic framework in
2  place.
3          But the Unified Voice -- I mean the Unified
4  Messaging component of IntermediaOne -- of what became
5  IntermediaOne created a lot of excitement, again, in the
6  company.
7          IntermediaOne, based upon its capabilities,
8  Intermedia became the -- largest CLEC in the United
9  States that was able to provide that combined service,
10  that integrated service.
11         Dave Ruberg, our C.E.O., dubbed IntermediaOne
12  our flagship product.
13     Q.  So was the IntermediaOne product important to
14  Intermedia's revenues?
15     A.  Tremendously.
16     Q.  You said there was a lot of excitement about
17  the IntermediaOne product.  What do you mean by
18  excitement?
19     A.  Oh, yeah.  Because this was something that the
20  salespeople had brought in to us.  So they were
21  tremendous -- they were behind it a hundred percent.
22         Because one of the things they had told us
23  from the customers was I need to be able to get access
24  to our messaging.  I can't do it, I'm in the airport.
25  You know, there was no wi-fi in those days, no hot --

12  (Pages 42 to 45)

b0c218e2-9fb7-469b-8cdf-a85... A7030917

JAMES RENFORTH        VOLUME I        NOVEMBER 17, 2006

Page 46

1  you know, or very few hot spots. So you had -- you just
2  couldn't get that -- the access to that information
3  while you were a business traveler.
4       So we were satisfying a need sales saw. We
5  were satisfying an opportunity product marketing saw
6  that was going to be a tremendous business opportunity,
7  16 billion dollars. So Intermedia saw an opportunity to
8  make a lot of money with that product.
9       Q.  And do you know if there was any marketing
10  analysis?
11      A.  Yeah. Yeah, there was. And we had -- and
12  that was done, again, by product marketing. We didn't
13  see a lot of the detail in the background information,
14  but we just saw pretty much a flag go up, say, "Yeah,
15  the market wants it, and here's what -- here's what it
16  can bear with regard to pricing."
17      Q.  And would you describe Intermedia as being
18  thorough in terms of its investigation of a new product
19  launch?
20      A.  Yes.
21      Q.  And why would you say it would be thorough?
22      A.  Thorough because we didn't -- we didn't make a
23  move, the company didn't make a move on launching any
24  product without all of the I's being dotted, all of the
25  T's being crossed, document, document, document, the

Page 47

1  analysis being done, and approval from the executive
2  staff to go forward.
3       Q.  And how was IntermediaOne viewed with respect
4  to Intermedia's strategic plan going forward?
5       MR. IBA: Objection, foundation.
6  BY MS. MURCH:
7       Q.  Let me back up. You testified earlier that
8  Intermedia was, I'll paraphrase, extremely important to
9  Intermedia's revenues. How was it viewed within
10  Intermedia this IntermediaOne product going forward?
11      MR. IBA: Objection, foundation.
12  BY MS. MURCH:
13      Q.  You can answer.
14      A.  IntermediaOne, again, Dave Ruberg called it
15  our flagship product. So that message coming personally
16  from our C.E.O., that led every employee in the company
17  to believe we need to focus on making this successful.
18      Q.  And -- and how did people try to make this
19  product as successful as possible?
20      A.  Well, the -- the Unified Messaging component
21  was not only added to the Unified Voice Dot Net product,
22  which became IntermediaOne.
23      The Unified Voice -- or the Unified Messaging
24  capability was also added to every other business unit
25  in the company as a standalone product that could be

Page 48

1  sold independently. And I say independently, I mean
2  independently from what had been Unified Voice Dot Net
3  and IntermediaOne.
4       Unified Messaging was not only part of the
5  IntermediaOne offering, it could also be sold standalone
6  to existing customers that were in the single T product
7  environment, to other business units, the Advanced
8  Business Unit, called A.B.U., that encompassed
9  multi-tenant high-rise buildings in large metropolitan
10  service areas around the country. That business unit
11  was also chartered with selling Unified Messaging.
12      The single T customer was going to be up-sold
13  Unified Messaging. And Unified Messaging as a
14  standalone product could be sold to any business,
15  anywhere.
16      Q.  So if I'm understanding you correctly, in
17  addition to selling it in the 54, 55 markets where
18  Intermedia had a product, it could be sold nationwide?
19      A.  Where Intermedia had a switch --
20      Q.  A switch.
21      A.  -- it could be sold nationwide.
22      And not just nationwide. Worldwide. Because
23  access to that functionality was based upon having a
24  touchtone phone and dialing a toll free 800 number.
25      Q.  And EffectNet was the partner with Intermedia

Page 49

1  in assisting with that Unified Messaging?
2       A.  Yes.
3       Q.  How committed at that meeting that you had, I
4  believe it was on a Thursday, did EffectNet seem to
5  making the Unified Messaging a reality?
6       A.  Extremely. There was -- Jay Jessup's words
7  were "We'll do whatever we have to do to make this
8  happen for you."
9       Q.  And do you feel that EffectNet did that?
10      A.  Yeah. Yes, I do.
11      Q.  Did product marketing at Intermedia perform
12  demographic studies and due diligence regarding
13  IntermediaOne product?
14      A.  Yes.
15      Q.  And again, were these documented?
16      A.  Yes, they were.
17      Q.  And were there -- we talked a little bit
18  earlier in your deposition about team meetings, you
19  know, the team was assembled.
20      A.  Um-hum (affirmative).
21      Q.  Was a team assembled for IntermediaOne?
22      A.  Yes, IntermediaOne, and the team was led by
23  actually our director, Jack Lee, he took the forefront
24  on that to ensure that we had representation from all
25  the departments, buy-in from all the executives.

13 (Pages 46 to 49)

b0c218e2-9fb7-469b-8cdf-a85737176930

A.03918

JAMES RENFORTH        VOLUME I        NOVEMBER 17, 2006

Page 50

1    And when I say the executives, I mean senior
2  V.P.'s, V.P.'s, C.E.O., C.F.O., all the C level
3  officers. And I know he had independent meetings with
4  them that our team certainly wasn't involved in, but I
5  know he -- he acquired all of the support that the
6  company needed to go forward with developing the
7  IntermediaOne product, which again, became the flagship
8  product.
9    Q.  And the team assembled included which
10  departments?
11    A.  All of those I mentioned before.
12    Q.  Um-hum (affirmative).
13    A.  Product marketing, product management, sales,
14  customer service, customer operations, switching,
15  regulatory, public relations, and -- I think I said
16  switching.
17    Q.  And were there minutes taken of the
18  IntermediaOne team meetings?
19    A.  Yes.
20    Q.  And what did you -- and were those minutes for
21  the IntermediaOne team meetings documented?
22    A.  Yes.
23    Q.  And how were they documented?
24    A.  Documented, again, in Word, Microsoft
25  Projects, Excel spreadsheets.

Page 51

1    Q.  And how did you receive copies of those
2  minutes?
3    A.  Soft and hard copies.
4    Q.  And what did you do with those copies you
5  received?
6    A.  I had two repositories -- actually, three. We
7  had a shared drive on a company server. I had soft
8  copies in folders on my hard drive. And then hard
9  copies in file drawers in my office.
10    Q.  And do you remember the name or the letter of
11  the shared drive at IntermediaOne where the
12  IntermediaOne information was stored?
13    A.  Yeah.
14    Q.  And that was which drive?
15    A.  It was K. I hadn't thought of that in years.
16    Q.  And so you said you had information on the
17  shared drive. So would any -- would financial or any
18  other information regarding the IntermediaOne product
19  have been put on the shared drive at Intermedia?
20    A.  Yes.
21    Q.  So in addition to you, there were other users
22  who would put information on that shared drive?
23    A.  That's correct.
24    Q.  And you said you also had electronic
25  documents?

Page 52

1    A.  That's right.
2    Q.  And where did you keep those electronic
3  documents, Mr. --
4    A.  On my hard drive.
5    Q.  Would that include e-mail, Mr. Renforth?
6    A.  Yes, ma'am.
7    Q.  And did you ever delete any of these documents
8  off of your hard drive?
9    A.  Only really old e-mail messages. And I say
10  old, 1990 -- 1998, early 1998, as a -- as a prompt from
11  our I.T. folks saying, "Hey, you've got too much stuff.
12  You need to get rid of some of it."
13    Q.  And so the old e-mail messages -- the only
14  thing you got off -- deleted from your hard drive is old
15  e-mail messages from 1997 and 1998?
16    A.  19 --
17    MR. IBA:  Objection, misstates the testimony.
18  BY MS. MURCH:
19    Q.  Can you tell me, was there anything else you
20  deleted off your hard drive besides certain e-mails?
21    A.  No.
22    Q.  And when were those e-mails deleted off --
23  from what time period did those e-mails come?
24    A.  Probably first few months of 1998.
25    Q.  Did you ever delete any of the documents

Page 53

1  related to IntermediaOne off your hard drive?
2    A.  No.
3    Q.  And you --
4    A.  And let me back up. The e-mails weren't
5  deleted. They were removed and saved to floppies.
6    Q.  So there was always a copy of the e-mails you
7  had?
8    A.  Oh, yeah.
9    Q.  And what happened to those floppies?
10    A.  They were in my desk.
11    Q.  So is it safe to say that during your time at
12  IntermediaOne, you always kept records of every
13  electronic e-mail and document you had, whether it was
14  on your hard drive or on floppy?
15    A.  Yes.
16    Q.  Did other people at Intermedia embrace kind of
17  the same policy you had of saving all of this
18  information?
19    MR. IBA:  Objection, foundation.
20  BY MS. MURCH:
21    Q.  You can answer.
22    A.  I -- yes. I think because of the culture of
23  the company.
24    Q.  And you also mentioned that you had hard copy
25  documents relating to the IntermediaOne product?

14 (Pages 50 to 53)

b0c218e2-9fb7-469b-8cdf-a89760f2dd19

JAMES RENFORTH        VOLUME I        NOVEMBER 17, 2006

Page 54

1    A.  That's correct.
2    Q.  And where were those stored, Mr. Renforth?
3    A.  In a file drawer in my drawer -- in my office.
4    Q.  And were these file drawers relate -- somehow
5  labeled?
6    A.  The folders in the drawers were.
7    Q.  And so if you had -- well, let me back up.
8      Did you have file folders related to the
9  IntermediaOne product?
10    A.  Sure.
11    Q.  And were these folders labeled?
12    A.  Yes.
13    Q.  And how were they labeled?
14    A.  Well, there were several -- several hanging
15  folders, because of the amount, that were labeled
16  IntermediaOne, and then manila folders inside those
17  hanging folders with specific labels with regard to
18  content, such as "product description", "training,"
19  "forecasts", "reports".
20    Q.  So you kept a hard copy of the reports and
21  forecasts for the IntermediaOne product?
22    A.  Yes.
23    Q.  And again, this was both -- I'm sorry, was on
24  hard copy in file -- labeled file folders in your
25  office, on your hard drive, and as well as on the shared

Page 55

1  drive in Intermedia?
2    A.  That's correct.
3    Q.  Mr. Renforth, we've been going about an hour,
4  so I'm going to take a little five- or ten-minute break,
5  if that's okay with you.
6    A.  Works for me.
7    Q.  Let you get a cup of coffee.
8      THE VIDEOGRAPHER:  Going off the record at
9    10:45.
10    (Recess.)
11      THE VIDEOGRAPHER:  This is tape number two of
12    the continued videotaped deposition of James
13    Renforth.  We're back on the record at 10:58.
14  BY MS. MURCH:
15    Q.  Okay.  Mr. Renforth, we were talking about,
16  earlier in your deposition, that you had stored
17  information on the shared K drive, the hard drive, and
18  you also had hard copies.
19      Would that information that you kept on the
20  shared K drive, the Intermedia -- on your personal hard
21  drive, and the hard copies regarding the IntermediaOne
22  product include information regarding Unified Messaging?
23    A.  Yes.
24    Q.  I'm going to talk about -- you had mentioned
25  that everyone at Intermedia was very excited about the

Page 56

1  IntermediaOne product and enthusiastic.  Were there
2  forecasts created for the usage of the IntermediaOne
3  product?
4    A.  For usage?
5    Q.  I'm sorry, for the number of customers or --
6    A.  Oh, yes.  For the number of customers, yeah.
7    Q.  And what kind of forecasts were created?
8    A.  Two that I was familiar with.  And there were
9  others, again with the other business units, A.B.N. and
10  standalone.
11      We had a forecast from product marketing that
12  identified the objective for -- or the -- the estimate
13  for new customers and existing customers.
14    Q.  And can you tell me about the forecasts for
15  new customers?
16    A.  New customers, sure.  We had, from product
17  marketing, that identified an estimate of 300 plus,
18  excuse me, new customers a month.  Each of those new
19  customers was estimated to have 100 employees, and
20  conservatively, to be equipped with five Unified
21  Messaging mailboxes for each customer.
22    Q.  So about how many mailboxes would that have
23  been per month?
24    A.  About -- between 15 and 16,000 -- no.
25    Q.  1500?

Page 57

1    A.  Yeah, 15 to 1600.
2    Q.  And then we would multiply that by 12 months?
3    A.  Yes.
4    Q.  Okay.
5    A.  The other forecast was for existing customers,
6  both Unified Voice Dot Net, which ultimately became
7  IntermediaOne, and single T customers.  There were
8  approximately 12,000 existing customers that could be
9  up-sold.  And that estimate was at ten percent, which
10  would have been 1200 customers.  And again, we used the
11  five mailbox figure.
12      So in addition to the 15 to 1600, we were
13  talking about adding about 6,000 a month to that base.
14    Q.  So if I understand the forecast correctly, the
15  new customers would be about -- you said there were
16  about 15 to 16 hundred a month.  That would be at a
17  minimum about 18,000 mailboxes for the first year?
18    A.  For the first year.
19    Q.  And then for the existing customers, you said
20  about 6,000 a month was being --
21    A.  A month.
22    Q.  To the base.
23      So 6,000 times 12, plus the 18,000 that you
24  had mentioned?
25    A.  That's correct.

15  (Pages 54 to 57)

b0c218e2-9fb7-469b-8cdf-a85fac03920

JAMES RENFORTH        VOLUME I        NOVEMBER 17, 2006

Page 58

1    Q.   And the forecasts you had seen, were they for
2  three years?  Or were they for just one year?  Projected
3  out.
4    A.   Three years.  With incremental growth monthly.
5    Q.   And what do you mean by incremental growth
6  monthly?
7    A.   Well, the -- the 1500 to 1600 plus the 6,000 a
8  month.
9    Q.   Um-hum (affirmative).
10    A.   Cumulative, cumulated over the three-year
11  period.
12    Q.   So IntermediaOne -- or Intermedia didn't
13  expect those numbers to remain stagnant?
14    A.   No, absolutely not.
15    Q.   And did IntermediaOne -- or, I'm sorry,
16  Intermedia continue to expect those numbers to grow year
17  after year?
18    A.   Yes.  Yes.  In fact, I might add that those --
19  the numbers were very conservative in these estimates.
20  Because if you think about having a sales force of 600
21  plus people, 600 salespeople, and targeting 300 new
22  accounts a month, that's only selling a half a deal a
23  month.
24    Q.   And do you know if whoever created those
25  forecasts factored in this sales force of 600?

Page 59

1    A.   No, I don't think they did.  No.  I'm sure
2  they didn't.
3    Q.   And do you know if there were any quotas for
4  sales staff?
5    A.   There were.
6    Q.   So sales staff did have to sell a certain
7  amount of IntermediaOne product?
8    A.   Yes.
9    Q.   And do you know if they received commissions
10  for IntermediaOne product?
11    A.   Yes, they did.  In fact, the commission was
12  structured so that they would be -- and, you know,
13  salespeople sell what they get paid for.
14        So IntermediaOne, with the Unified Messaging
15  component, was targeted in a very lucrative commission
16  base that would incent the salespeople, here is what I'm
17  going to sell because this is what I make money on.
18    Q.   Do you think that Intermedia was generally
19  conservative in its forecasts for new launches?
20    A.   Yes, I do.
21    Q.   And in terms of, for example, the Unified
22  Voice Dot Net, you had talked about the revenue base
23  jumped from, I may not quite have the numbers right,
24  approximately 65 million to over a hundred million?
25    A.   Um-hum (affirmative).  That's correct.

Page 60

1    Q.   And so then again, as exemplified by the
2  Unified Voice product, that also exceeded expectations?
3    A.   The Unified Messaging --
4        MR. IBA:  Objection, mischaracterizes
5    testimony, assumes facts not in evidence.
6  BY MS. MURCH:
7    Q.   Mr. Renforth, I'm going to back up.
8    A.   Okay.
9    Q.   And if you can explain to me how Unified
10  Voice, that product, exceeded expectations.
11    A.   The Unified Voice product?
12    Q.   Um-hum (affirmative).
13    A.   Exceeded expectations exponentially.  Nearly
14  doubled the company's revenues.
15    Q.   And the Unified Voice product was basically
16  the basis for Unified Voice Dot Net, which was the basis
17  then in turn for IntermediaOne; is that fair?
18    A.   That's correct.
19    Q.   And let's talk about how many cities were
20  targeted for the launch, if you recall, for the
21  IntermediaOne product.
22    A.   For IntermediaOne?
23    Q.   Um-hum (affirmative).
24    A.   Initially, seven.
25    Q.   And do you recall which cities those were?

Page 61

1    A.   I think so.  Now, I know five of them were the
2  five that we did the customer focus groups in.
3    Q.   Okay.
4    A.   And then there were two additional ones.  The
5  additional ones were Minneapolis and Pittsburgh.
6    Q.   And just for the record, if you could recall
7  what the other five were.
8    A.   Boston, Charlotte, Chicago, New York, and
9  Raleigh.
10    Q.   And how were the other cities factored in?  I
11  know you had mentioned that IntermediaOne had 54 to 55
12  cities.  How did those factor into the launch in
13  IntermediaOne?
14    A.   They were going to be -- those cities were
15  going to be turned up for sales monthly after the
16  initial launch in those seven cities through the end of
17  2000.  So there would have been probably four to five a
18  month, new cities turned on.
19    Q.   And would the financial -- I'm sorry, the
20  forecasts, would those have been updated as the
21  additional cities were added to the launch?
22    A.   Yes, they would be.
23    Q.   And what time frame did Intermedia have for
24  adding all of the 54 to 55 cities?
25    A.   That was through the end of 2000.

16  (Pages 58 to 61)

b0c218e2-9fb7-469b-8cdf-a897c673231

JAMES RENFORTH          VOLUME I          NOVEMBER 17, 2006

**Page 66**

1  Q. And so to your knowledge, then, Intermedia was
2  also looking to sell Unified Messaging through its
3  Advanced Business Unit arm?
4  A. That's exactly right.
5  Q. And I believe you also talked about agent
6  sales --
7  A. Agent sales.
8  Q. -- as another area in addition to what you
9  were familiar with where this Unified Messaging would be
10 sold?
11 A. That's right.
12 Q. And can you tell me a little bit about that?
13 A. Just a little bit, because I was involved just
14 briefly at the outset, and that was to go train one
15 specific agent in Boston on what the product was and how
16 to sell it.
17     And then they were going to implement it on
18 their website to sell to business customers in the
19 Boston area.
20 Q. And who was going to provide that online sales
21 vehicle? Do you know?
22 A. It would be a direct electronic link from that
23 company to Intermedia's order entry system.
24 Q. And so a customer, rather than having to deal
25 with a live person, could just go online and place an

**Page 67**

1  order for those Unified Messaging product?
2  A. That's correct.
3  Q. And do you remember the name of the company
4  that would offer that internet service with Intermedia?
5  A. That one was called Simplicity.
6     (Knock on door.)
7     MR. JUNG: Come in.
8  BY MS. MURCH:
9  Q. And do you know what ever happened with
10 Simplicity?
11 A. No.
12 Q. Mr. Renforth, let's talk about pricing of the
13 IntermediaOne product.
14 A. IntermediaOne or the Unified Messaging
15 Q. Unified Messaging component.
16 A. Okay.
17 Q. What can you tell me about that?
18 A. We had three different tiers set up, based
19 upon customer's need. And I'm not -- I don't really
20 remember the exact numbers, but I'm thinking 9.95,
21 19.95, and 24.95, something like that.
22 Q. And how was this pricing determined?
23 A. Based upon market -- product marketing,
24 research, what the market would bear, and Intermedia's
25

**Page 68**

1  costs, make sure we had a margin.
2  Q. So for the 4.90 -- or, I'm sorry, the 9.95,
3  what was the approximate cost to Intermedia?
4  A. It was around $5.
5  Q. $5?
6     And so the gross margin would have been, what,
7  about a hundred percent?
8  A. About a hundred percent. And that was -- that
9  was across the board for all three tiers.
10 Q. Now, under the Unified Communications
11 Agreement, there were two tiers of pricing, there was
12 limited service and unlimited service. Do you know, for
13 purposes of the new mailboxes, did Intermedia assume it
14 would be unlimited service at the 27.40 price or at the
15 lower price?
16     MR. IBA: Objection, leading, misstates, the
17     contract speaks for itself.
18 BY MS. MURCH:
19 Q. Mr. Renforth, do you know which pricing would
20 have been used under the Unified Communications
21 Agreement?
22 A. The -- the unlimited was used.
23 Q. Okay. I'm going to hand you a copy of the
24 Unified Communications Agreement, which has been marked
25 as Exhibit 2. Here is a copy for your counsel.

**Page 69**

1     Mr. Renforth, I'm going to ask you to go to
2  the very last page, which is pricing. And you'll see
3  there is a basic of 11.45 and an unlimited of 27.40. Do
4  you see those two figures there?
5  A. I do.
6  Q. And so which two of these figures did
7  Intermedia assume, was it the 11.45 or the 27.40?
8  A. 27.40.
9     MR. IBA: Objection.
10     Mr. Renforth, you need to let me assert my
11     objections first --
12     THE DEPONENT: Oh, I'm sorry.
13     MR. IBA: -- before you answer.
14     I'm going to object to foundation, and vague
15     and ambiguous.
16     MS. MURCH: Okay.
17 BY MS. MURCH:
18 Q. We'll back up, Mr. Renforth. You see Exhibit
19 2, which is the EffectNet Unified Communications Service
20 General Agreement for Intermedia Communications, Inc.?
21 A. Yes.
22 Q. Have you seen this document before?
23 A. Yes.
24 Q. And were you involved at all in negotiating
25 this agreement?

18 (Pages 66 to 69)

A.03922

b0c218e2-9fb7-469b-8cdf-a85757176b9b

JAMES RENFORTH        VOLUME I        NOVEMBER 17, 2006

Page 74

1    A. I left because my product was scrapped.
2    Q. And how did you learn your product was
3    scrapped?
4    A. Product management staff meeting April, May
5    time frame.
6    Q. Of which year, Mr. Renforth?
7    A. 2001.
8        We had our vice president, Kathy Victory, Jack
9    Lee, our director, Cheryl Mellon, my supervisor, my
10   peers, and myself. In that meeting, we learned that the
11   IntermediaOne product was going to be dropped, and that
12   Intermedia's focus would go back to the single T
13   product.
14   Q. So let me get this straight. So all of the
15   work for Unified Voice, which was transferred into
16   Unified Voice Dot Net, which was then transferred into
17   the flagship product of IntermediaOne, was being
18   scrapped?
19   A. Yes.
20   Q. And Intermedia was going back to the single T
21   product which it had back in 1990 --
22   A. In the 1990's.
23   Q. How was it determined, do you know, that the
24   IntermediaOne product was going to be scrapped?
25   A. The reason we were given -- because several of

Page 75

1    us were very involved, as you know, and were verbally
2    upset by that news. And when we asked why, the reason
3    that we were given from our V.P. was "The back office
4    can't keep up."
5    Q. Did you believe that reason?
6    A. No.
7    Q. And what role did the executives have in
8    scrapping that product?
9    A. I don't know. Other than just saying we're
10   not going to sell it anymore.
11   Q. Was there ever a -- in April, May 2001, was
12   there an executive committee decision to scrap the
13   product?
14       MR. IBA: Objection, foundation.
15   A. I don't know.
16   BY MS. MURCH:
17   Q. I'm sorry?
18   A. There had to have been.
19       MR. IBA: Speculative.
20   BY MS. MURCH:
21   Q. And so the product you found out in April, May
22   2000 was going to be scrapped, and you decided to leave
23   because?
24       MR. IBA: Objection, asked and answered.
25   BY MS. MURCH:

Page 76

1    Q. You can answer.
2    A. I just thought my product is gone, I need to
3    get out of here.
4    Q. What can you tell me about the merger between
5    M.C.I. and Intermedia --
6        MR. IBA: Objection, calls --
7    BY MS. MURCH:
8    Q. -- and your involvement?
9        MR. IBA: It calls for a narrative answer.
10   BY MS. MURCH:
11   Q. Mr. Renforth, did you do anything in
12   connection with the M.C.I./Intermedia merger?
13   A. No.
14   Q. Were you aware of the M.C.I./Intermedia
15   merger?
16   A. I was aware that there were negotiations.
17   Q. And what was your knowledge of those
18   negotiations?
19   A. Initially was that M.C.I. was doing due
20   diligence or asked for due diligence from Intermedia.
21   And the word that we got as employees was their initial
22   interest was in just the Digex Properties.
23   Q. And Digex, D-I-G- --
24   A. D-I-G-E-X.
25   Q. And was Digex related to the IntermediaOne

Page 77

1    product?
2    A. They provided the transport, the -- the
3    connectability between all those cities, they provided
4    the backbone, transport facilities through digital
5    medium.
6    Q. At the time, did you feel that the
7    M.C.I./Intermedia merger would have had an impact on
8    IntermediaOne?
9    A. No.
10   Q. And why not?
11   A. Because we were a local services provider and,
12   again, their interest, what we heard from our -- from
13   our other employees was that they were interested in
14   just Digex, not the Intermedia products or services.
15   Q. So Intermedia products and services were
16   independent of the Digex?
17   A. Independent from the Digex Property, sure.
18   Q. I'm just going to skip around for one quick
19   moment. We had talked about gross margins for the
20   IntermediaOne product. And I think you said it was
21   roughly 90 to a hundred percent? Is that accurate?
22   A. Unified Messaging was.
23   Q. Yes. Um-hum (affirmative).
24   A. Yes.
25   Q. And was it always geared towards 90 to a

20 (Pages 74 to 77)

b0c218e2-9fb7-469b-8cdf-a89f6c492923
A-02923

JAMES RENFORTH        VOLUME I        NOVEMBER 17, 2006

Page 82

1  manager when I left. And I gave him access to those
2  files with my I.D. and password.
3      Q. So when you left, did you throw anything away?
4      A. No.
5      Q. Did you delete anything from your hard drive
6  when you left?
7      A. No.
8      Q. Did you delete any e-mail?
9      A. No.
10     Q. Did you throw away any hard-copy documents?
11     A. No.
12     Q. So all of the information relating to
13 IntermediaOne and Unified Messaging, when you left
14 Intermedia, was kept intact by you?
15     A. Yes.
16        MS. MURCH: I'm just going to take a quick
17     five-minute break.
18        THE VIDEOGRAPHER: Going off the record at
19     11:38.
20        (Recess.)
21        THE VIDEOGRAPHER: This is tape number three
22     of the continued videotaped deposition of James
23     Renforth. We're back on the record at 11:48.
24 BY MS. MURCH:
25     Q. Now, Mr. Renforth, can you tell me when

Page 83

1  approximately your last day of employment was with
2  Intermedia?
3      A. Yes. June 27th, 2001.
4      Q. Now, do you know if Intermedia had a document
5  retention policy? A written document retention policy?
6      A. I don't remember seeing one, but I know it was
7  verbally stated throughout the company.
8      Q. And what was that verbal statement?
9      A. Document, document, document. I can hear my
10 director saying it.
11     Q. And do you know if there was a periodic
12 destruction of records by Intermedia?
13     A. Periodic destruction?
14     Q. Um-hum (affirmative). For example, was there
15 a schedule where documents would be destroyed monthly or
16 yearly?
17     A. Not that I know of.
18     Q. Do you know if other people who were working
19 on the IntermediaOne product put documents on the K
20 drive?
21     A. Yes.
22     Q. And who had access to the K drive?
23     A. The team -- the team members, their directors,
24 immediate supervisors, and the executive staff. And I
25 know they were password protected, so not just anybody

Page 84

1  could get in there.
2      Q. And do you know what departments shared the K
3  drive?
4      A. Some. That would have been product
5  management, product marketing.
6      Q. And so would all -- oh, go ahead.
7      A. And I don't know who else.
8      Q. And so would all information, say, for
9  example, related to a launch, whether it be Unified
10 Voice or IntermediaOne, would that have been stored on
11 the K drive?
12     A. Yes.
13        MS. MURCH: I don't have any other questions
14     for you right now.
15        THE DEPONENT: You're not -- you're done?
16        MS. MURCH: I -- I think so. Knock wood. I'm
17     going to turn it over to Mr. Iba.
18        THE DEPONENT: Thank you.
19        MR. JUNG: All right.
20           CROSS-EXAMINATION
21 BY MR. IBA:
22     Q. Mr. Renforth, I want to just take us back
23 quickly and talk a little bit about Intermedia as a
24 company.
25     A. Um-hum (affirmative).

Page 85

1      Q. What did Intermedia do?
2      A. Intermedia was a competitive local exchange
3  carrier, a CLEC.
4      Q. And how do CLEC's work?
5      A. CLEC's, at that time, when I joined them, they
6  resold local resale.
7      Q. So they would go to the incumbent local
8  exchange carrier, buy time on the local company's
9  facilities, and then resell that time, is that --
10     A. That, plus take ownership and responsibility
11 for specific end-user customers who had agreed to sign
12 up with that CLEC.
13        In other words, nothing would change, the
14 infrastructure would not change in the way a customer
15 was connected to the local incumbent's facilities. The
16 only thing that would change is the billing.
17        The billing from the incumbent would move from
18 billing end-user customer to billing the CLEC, then the
19 CLEC would bill the end-user customer with a seven
20 percent gross margin built in.
21     Q. So if -- I can't remember where Intermedia had
22 switches. Did they have switches down here in Florida?
23     A. Yes.
24     Q. All right. What city?
25     A. Tampa.

22 (Pages 82 to 85)

b0c218e2-9fb7-469b-8cdf-a857571f8a96

A-03924

JAMES RENFORTH        VOLUME I I        NOVEMBER 17, 2006

Page 256

1    Q.  So is it fair to say IntermediaOne was an
2  evolving product with enhancements going forward?
3    A.  Yes.  Absolutely.
4    Q.  Mr. Renforth, I remember you testifying about
5  an E.D.I. transport upgrade?
6    A.  Yes.
7    Q.  Could you tell me what that is?  I don't know
8  that I followed you on that.
9    A.  E.D.I. stands for electronic data information,
10  or data interface.  That was the automated billing
11  system that we wanted to put in place between EffectNet
12  and Intermedia.  Where before I said we received both a
13  paper copy and a C.D. with the billing data.
14    Q.  Um-hum (affirmative).
15    A.  We wanted to be able to upgrade that, so we
16  had immediate and real time of day updates to the
17  system.
18    Q.  And would the E.D.I. have been part of the
19  enhancements to the IntermediaOne product?
20    A.  Yes.
21    Q.  Now, I believe earlier you testified that you
22  left Intermedia in June 2001, but based on the
23  correspondence you see today, it would have been in July
24  2001; is that accurate?
25    A.  It was -- that's correct, July 27th.

Page 257

1    Q.  Now, Mr. Renforth, I want to get back to your
2  reasons for leaving Intermedia.  You had mentioned that
3  you thought there was a meeting where it was announced,
4  and I may be wrong, so correct me, I thought it was
5  maybe the April, May 2001 time frame where there was an
6  announcement where the IntermediaOne product was going
7  to be scrapped.  And you were going to leave as a result
8  of your product being scrapped.
9        And today we've seen some correspondence that
10  talks about the IntermediaOne product that postdates
11  that.
12        Can you kind of square away your recollection
13  as to when that announcement was made where the product
14  was going to be scrapped?  Do you remember hearing that?
15  And how that kind of fits in with the -- for example,
16  the exhibits that Mr. Iba gave?
17    A.  That announcement was made to us through our
18  V.P., Kathy Victory, through our direct supervisors,
19  that the focus, Intermedia's focus was shifting back to
20  the single T product, and that the IntermediaOne product
21  was not going to be our primary objective for sales.
22        And that didn't mean that there was not going
23  to be any sales, because there were still some in the
24  process.  What I saw that was, what I saw that as being
25  was that the product was going to be scrapped, and I

Page 258

1  being the product manager, you know, you see the
2  handwriting on the wall.
3        So I thought, okay, this -- this shows a lack
4  of confidence on the company's part for product that I'm
5  managing.  So, you know, I just felt that my expertise
6  and my abilities were in danger.
7        So rather than waiting for the ax to fall, I
8  said, hey, I've got to get out of here.
9    Q.  And can you tell me a little bit more about
10  that conversation that Kathy Victory made the
11  announcement?  Was that common knowledge, or was that
12  just disseminated to you, or --
13    A.  I don't know where else it had gone in the
14  company, but I know it came from her, which meant that
15  it had to have come from some agreement that the
16  executive committee -- or the executive staff had come
17  to.
18        And it was -- I don't know who else knew it,
19  at that time whether we were the first to know it or
20  whether we were the last to know it.  But I know the
21  statement was made, and it was quite nonchalant.
22  Actually, it was just an agenda item in the meeting,
23  IntermediaOne was gone, single T is the primary focus.
24        And we were just all very much in shock.  We
25  all just said, "Well, what do you mean?  Why are we

Page 259

1  doing this?"  And the reason, again, as I stated before,
2  was, as she said, the back office can't keep up.
3    Q.  And when she told you Intermedia was gone, why
4  did Intermedia continue to sell the IntermediaOne
5  product?
6    A.  Because it was still part and parcel of the
7  products that we sold.
8    Q.  Did you construe that to mean while you might
9  continue to sell it now, it might be scrapped in the
10  near future entirely?  Or how did you --
11    A.  And, yeah, that was just my thoughts.  My
12  thoughts were, and my instinct told me if -- if our
13  focus is now off the IntermediaOne product, it's -- it's
14  downhill from here.
15    Q.  Okay, Mr. Renforth, I'm going to ask you to go
16  to Exhibit 27.
17    A.  Got it.
18    Q.  Now, if I recall your testimony, you said that
19  these requirement -- the -- for example, the attachment
20  to be 27, the second page, I believe you said that these
21  were requirements, not forecasts?  What did you mean by
22  that?
23    A.  These were requirements that we had put into
24  place to meet that 10,000 bogey by the end of the first
25  year of the agreement.  It was not our forecast.  Our

22 (Pages 256 to 259)

fa2bd518-aeb9-45ff-93ed-bef8e0e2896b

A.03925

1           Ramsay
2 documents relating to issues in these proceedings.
3      Q.  Do you recall what Miss Stolte's request
4 was of them?
5      A.  Not specifically.  I remember it was a
6 very broad request for anything, as I recall,
7 relating to EffectNet or Webley, or the
8 relationship between the Intermedia and EffectNet
9 or MCI, and Webley or MCI; any of those parties,
10 anything, period.  I can't recite what it said, but
11 I remember it was very broad.
12     Q.  Do you know if Stinson still has the
13 e-mail, or e-mails, that were sent by either Miss
14 Stolte or Mr. Bigus to those individuals?
15     A.  I have no reason to think they wouldn't.
16 I would think they would.
17         MR. SMITH:  I make a request for a copy
18 of those e-mails that were sent to the
19 individuals by Miss Stolte and/or Mr. Bigus.
20         MR. DRISCOLL:  Take it under advisement.
21     Q.  Do you know if any of the individuals
22 who responded to Miss Stolte, responded either
23 verbally or in an e-mail?
24         MR. DRISCOLL:  I'm sorry, could you read
25 that back?
                                    Page 26

1           Ramsay
2     (Record read.)
3      A.  Either one.  I believe they did.
4      Q.  In both matters?
5      A.  No, I'm not sure about e-mail.  It may
6 have been.  I don't remember.  There may be.
7         MR. SMITH:  To the extent that there
8 were e-mail responses to Miss Stolte and
9 Mr. Bigus, in response to their requests for
10 documents, we request a copy of those
11 documents.
12     Q.  Do you know if Mr. Bigus received any
13 responses from any individuals that he contacted?
14     A.  I believe that he did.
15     Q.  Do you know who from?
16     A.  Specifically, no.
17     Q.  Do you recall for which entities, or
18 entity, any of the individuals Miss Stolte
19 contacted were either working for at the time, or
20 had worked for previously?
21     A.  No.  The specific name of -- the
22 corporate name of the entity that they worked for
23 at the time, I don't recall.
24     Q.  Do you know the name of the individuals,
25 employees that Mr. Bigus contacted?
                                    Page 27

1           Ramsay
2      A.  I don't recall.  I'm not sure that I
3 knew, but I don't recall now.
4      Q.  In late fall 2004, was anyone else
5 involved in locating, coordinating the review of
6 documents in this proceeding?
7      A.  Other than the in-house counsel, no one
8 from the firm, no.
9      Q.  Who from in-house counsel was involved?
10     A.  David Wachen.
11     Q.  Can you spell the last name?
12     A.  W A C H E N.
13     Q.  Was Mr. Wachen involved at the same time
14 we've been discussing Miss Stolte's roles, or role,
15 as well as Mr. Bigus's role?
16     A.  I believe it was.
17     Q.  What's Mr. Wachen's title; do you know?
18     A.  No.
19     Q.  You just know him to be in-house counsel
20 at MCI?
21     A.  Correct.
22     Q.  Is Mr. Wachen still involved in this
23 proceeding?
24     A.  I believe that he is.
25     Q.  Do you know what, if anything,
                                    Page 28

1           Ramsay
2 Mr. Wachen did in late fall, or in the fall of
3 2004, in connection with attempting to locate, or
4 locate documents, or coordinate review of documents
5 in this proceeding?
6         MR. DRISCOLL:  Excuse me, that's a
7 compound question.  I missed the second part.
8     (Record read.)
9         MR. DRISCOLL:  That's locate or
10 coordinate.
11         MR. SMITH:  If you have an objection,
12 I'll rephrase it.
13         MR. DRISCOLL:  It was a question of
14 understanding.
15         MR. SMITH:  Sure.
16     A.  I don't think I can recite everything he
17 did, but I'm aware that he sent an e-mail advising
18 employees to retain any documents they had; they
19 could not be destroyed.  I'm aware he provided, let
20 me hold that off.  He may have been the one I'm not
21 certain, who provided a list of individuals who
22 might have information.
23     Q.  Do you know when Mr. Wachen sent the
24 e-mail you mentioned, advising to retain e-mails or
25 documents?
                                    Page 29



Exhibit I

EXHIBIT

*D*

A 03926

Ramsay

1           Ramsay
2     A.   Part of that initial effort before I
3 became involved, early fall, late fall, of '04.
4     Q.   Do you know who he sent the e-mail to?
5     A.   I couldn't try to list them.
6     Q.   Do you know who?
7     A.   I don't recall the list of people he
8 sent it to.
9     Q.   Have you ever seen the e-mail that he
10 sent?
11    A.   I have.
12    Q.   Does Stinson have it in its possession?
13    A.   I assume so.
14        MR. SMITH: I'd like to request a copy
15 of that e-mail as well.
16    Q.   Aside from providing the list of
17 individuals to contact for information, did
18 Mr. Wachen, to your knowledge, do anything else
19 with respect to locating documents?
20    A.   I believe he did, yes.
21    Q.   What else?
22    A.   Again, I'm not certain at all, but my
23 memory is that he put us in contact with a
24 depository of some documents in Ashburn Virginia.
25 I believe he's the individual who located and

Page 30

Ramsay

1           Ramsay
2 advised us of those. I'm not sure, but I think so.
3     Q.   Do you know how he went about finding
4 these documents in Virginia?
5    A.   I don't.
6     Q.   Do you know if Mr. Wachen did anything
7 else, with respect to locating documents in this
8 proceeding?
9    A.   As I said, I don't recall all. He put
10 us in contact with a number of individuals, and as
11 we went through the process, I don't recall what he
12 did, or necessarily all the individuals, but I
13 recall that.
14    Q.   Who were the names of the individuals he
15 put you in contact with?
16    A.   Well the names that initial list I
17 believe, he provided to Sharon Stolte and Larry
18 Bigus. I believe, he put us in contact with a
19 woman by the last name of Tate, and a Beckman.
20    Q.   What was the first name?
21    A.   I think it's Roger, I think it's Brenda
22 Tate, and at one point put us in contact with a
23 gentleman by the name of Mancini.
24    Q.   Do you know the first name?
25    A.   I don't remember, I don't recall. I

Page 31

Ramsay

1           Ramsay
2 don't recall his first name.
3     Q.   Anyone else that you recall him putting
4 you in touch with?
5    A.   As I sit here, no, I don't recall. As
6 we go through, I may hear questions as we go
7 through this process, I may think of something
8 else, but at the top of my head, no.
9    Q.   Do you have any documents that would
10 refresh your recollection, as to any other
11 individuals he put you in contact with?
12    A.   Do I have them with me, or do they
13 exist; what's the question?
14    Q.   Do they exist?
15    A.   There are some.
16    Q.   What are those documents?
17    A.   I have made some notes as I went through
18 the process.
19    Q.   Anything else?
20    A.   E-mail that went back and forth might
21 refresh my memory.
22    Q.   Do you recall anything else that
23 Mr. Wachen did in connection with locating
24 documents in this proceeding?
25    A.   I recall that he participated in at

Page 32

Ramsay

1           Ramsay
2 least two phone conferences with individuals
3 regarding back up tapes.
4     Q.   Anything else?
5    A.   That's all that's coming to mind right
6 now. As we go through this, I'll try, something
7 might jog my memory from your questions, but that's
8 all I think of now.
9    Q.   With respect to the two phone
10 conferences; were you on the phone as well?
11    A.   Yes.
12    Q.   Did you take notes of those phone calls?
13    A.   I don't recall. I may have, but I
14 don't -- I'm not certain.
15    Q.   You mentioned a person by the name of
16 Brenda Tate that Mr. Wachen put you in touch with?
17    A.   Correct.
18    Q.   Who is she?
19    A.   I believe, and she is one of the
20 individuals with the WorldCom records management
21 function.
22    Q.   She's still employed by MCI, or
23 reorganized debtors?
24    A.   As far as I know.
25    Q.   Yes, as far as you know?

Page 33

A 03927

Ramsay

1
2  January 1, 2000 through the end of 2002, December
3  of 2002?
4      A.   Time frame for what?
5      Q.   For your request for of their search in
6  these stored documents?
7      A.   Well, that is a time frame we worked
8  with, but I don't believe their search for stored
9  documents was limited in that way. They searched
10  for terms and sometimes what I recall concepts,
11  marketing, that sort of thing, Intermedia
12  marketing, names. I'm sure we did give them dates,
13  but I know the index we produced includes documents
14  from earlier time frames, so it can't have been
15  that limited.
16      Q.   Do you know where the documents that
17  they had indices of were stored?
18      A.   I don't know where they were stored.
19  They were stored sometimes, at least in commercial
20  storage companies, like Iron Mountain, and perhaps
21  all over the world for that matter.
22      Q.   Do you know how the indices that they
23  had were created?
24      A.   I have some information about how the
25  index of Intermedia originating documents were

Page 50

Ramsay

1
2  created.
3      Q.   Before I get to that, you make a
4  distinction between the index of Intermedia
5  documents and between other documents?
6      A.   In terms of how they were created, yes.
7      Q.   Do you know if there were different
8  indices for different entities?
9      A.   My understanding, again, is it's when
10  computerized indexing system, whether they go to
11  two to three separate systems. I'm not absolutely
12  sure of that, but the information on the indexes, I
13  guess, is what I have some information on as it
14  relates to Intermedia originated documents.
15      Q.   I don't recall if this was the question
16  I just asked you. Do you know how the indices were
17  created?
18      A.   I again, I've been told, in some respect
19  how information for the indexes was generated for
20  Intermedia.
21      Q.   Okay, and what information were you told
22  about, how the information was gathered for
23  Intermedia documents?
24      A.   That as Intermedia was winding up and
25  employees were leaving their employment, RIF, they

Page 51

Ramsay

1
2  were asked to box up documents and create an index
3  and leave them in their office or their space.
4      Q.   You said RIF, I assume you're talking
5  about reduction in force?
6      A.   Correct.
7      Q.   As I understand your testimony, at the
8  time when Intermedia was either being merged into
9  or shutting down, in some way the employees who
10  were laid off or terminated, in some way were told
11  to box up their documents, create an index for
12  those documents, and leave them where they were?
13      A.   That's my understanding, yes.
14      Q.   Do you know if they were given some
15  template to create an index what was contained in
16  whatever documents they had?
17      A.   I don't know.
18      Q.   Do you know what information they
19  included in there respective indices?
20      A.   Well, we have the index, but beyond
21  that, no. We have overall large index you've seen
22  on those boxes.
23      Q.   Well, were the indices that were given
24  to you, and ultimately given to us in this case,
25  the indices of each individual employee?

Page 52

Ramsay

1
2      A.   That is my understanding.
3      Q.   For employees who were not either laid
4  off, terminated, or in some way, do you know what
5  they did with respect to their documents?
6      A.   I only know that was the process and, I
7  don't know who you'd be referring to, or what
8  circumstance you'd be referring to, but as they
9  left to merge to go to MCI or to leave employment,
10  whatever; they were asked to box them and leave an
11  index.
12      Q.   Do you know if their boxes were titled
13  in some way specific to those particular
14  individuals?
15      A.   Well again, from the indexes that you've
16  seen, we've seen, there are some instances where
17  that's the case, but generally not.
18      Q.   Do you know if, for example, I think you
19  mentioned a Jim Renforth or James Renforth; do you
20  know if he had created an index of whatever
21  documents he had at the time that he left
22  employment with Intermedia?
23      A.   I know that I'd ask records management
24  to run his name against their stored documents, and
25  it produced only his personal file. No other

Page 53

A 03928

Ramsay

1  Ramsay
2  documents identify as his.
3     Q.  Aside from individual employees creating
4  indices for documents they had in their offices, do
5  you know, otherwise, how documents stored by
6  Intermedia were indexed?
7     A.  That's it.  I believe, that's what I
8  understand, that's what I understand the practice
9  was.
10    Q.  Do you know if Intermedia had, I'm going
11 to try and phrase the question; tell me if you
12 understand it or not.
13        Do you know if Intermedia had a records
14 management office that on a rolling basis
15 employees, would send documents or files so that
16 these documents could be maintained in a central
17 storage space contemporaneously with their own work
18 files, for example?
19    A.  Well, I believe my understanding is the
20 same storage function to the extent that happened,
21 it would be through records management and part of
22 their stored documents that is, encompasses all, so
23 to the extent documents were stored prior to, or
24 other than, I think it would be part of that as
25 well.

Page 54

1  Ramsay
2     Q.  Let me give you an example of what I'm
3  driving at and see if it's any clearer.  For
4  example, here at Kelly Drye, if I receive a
5  document or letter, correspondence, whatever it
6  might be, I send that letter when I receive it, or
7  a copy of it, to our records management department.
8  I also keep a copy for myself so I have a work
9  file.  Do you know if Intermedia had a similar type
10 of records management, where on either,
11 contemporaneously, employees would send a document
12 or file that they received or sent out to that
13 central records management, and also perhaps retain
14 their own work file?
15    A.  I'm not certain of that.  What I
16 understand, is that whatever that process is, it
17 would have ended up with RIM after it closed, after
18 Intermedia closed.
19    Q.  With respect to indices not of
20 Intermedia, do you know how those indices were
21 created?
22    A.  I'm not certain how those were created.
23    Q.  Did any of the individuals from RIM,
24 including Mr. Hasselvander, Miss Taylor, Miss Tate,
25 Mr. Beckman, or Mr. Mancini, ever indicate to you

Page 55

1  Ramsay
2  how other indices were created?
3     A.  Don't recall that they did.
4     Q.  Aside from Intermedia documents, did
5  they have indices of other entities?
6     A.  Well, again, I'm not- I don't know that
7  their indices are divided by entities.  It's my
8  understanding, their computer indexes cross entity
9  lines, so I don't believe they were separated
10 necessarily, by corporate entity, they may.  I'm
11 not aware of what they do, and I have been informed
12 that their searches cross corporate lines.
13    Q.  Aside from the terms you mentioned
14 earlier, I believe EffectNet Intermedia One and
15 merger between MCI and Intermedia, were there other
16 search terms that were used to search the indices
17 that RIM had in its possession?
18    A.  Again, I believe Webley would have been
19 used, and individual names were also used.
20    Q.  Well, I understand.  I'm just talking
21 about terms, I wasn't talking about names.
22    A.  Unified Communications, probably was
23 used.
24    Q.  Probably?
25    A.  I believe it was.

Page 56

1  Ramsay
2     Q.  Why do you believe it was?
3     A.  Well, one of the boxes produced is
4  labelled Unified Communications.  It was a key
5  term.  It was logically, one that we would have
6  used, might have used, Webley in connection with
7  master software licensing agreement.  I'm not
8  certain at all, but I think they may have looked
9  for management reports, marketing, that sort of
10 thing, but I don't recall the terms.
11    Q.  Do you have any notes of what terms they
12 did use?
13    A.  I don't believe I do.
14    Q.  When you discussed with them, or
15 communicated with them in connection with the terms
16 to be used, did you send them anything in writing
17 to include the terms to be used to search the
18 indices?
19    A.  I simply don't recall.
20    Q.  You mentioned earlier that they used the
21 term EffectNet to conduct the search, and there
22 were no results from that search; is that accurate?
23    A.  I believe that's true, that's my best
24 recollection.
25    Q.  Do you know how they input that search

Page 57

A 03929

1          Ramsay
2   Records Management people earlier, yes.  Losing my
3   voice.
4       Q.   What did you discuss with Records
5   Management, in terms of that process that you
6   described right now?
7       A.   I asked them if there was anyone who
8   could read the index and know what was going to be
9   contained in the boxes from the index, to help us
10  select or help anybody, Parus, anybody select boxes
11  to be reviewed.
12      Q.   Did they have a response to you?
13      A.   They indicated there was none, didn't
14  have anybody that can do that.
15      Q.   When you say they didn't have anybody
16  that can do that, meaning no one that could
17  interpret, so to speak, the terms of the index and
18  tell you based on that, what was in the actual
19  boxes?
20      A.   Yes.
21      Q.   Aside from that conversation with
22  Records Management, did you have any other
23  discussions with anyone at WorldCom Intermedia
24  about the process you undertook to identify certain
25  boxes on the indices?

                                        Page 106

1          Ramsay
2       MR. DRISCOLL:  You're talking about
3   something that happened in June or July of
4   '05, according to this witness's testimony.
5       MR. SMITH:  Okay.
6       MR. DRISCOLL:  Intermedia didn't
7   function.
8       Q.   At any of the debtor's--  I'll rephrase
9   my question to say that -- do you understand my
10  question?
11      A.   You probably have to rephrase it.
12      Q.   Sure.  Did you have any discussions with
13  anyone at the debtors, aside from what you
14  mentioned at Records Management, regarding the
15  process you undertook to identify boxes on the
16  indices?
17      A.   Don't recall that I did.  You can go
18  ahead and ask questions if you want.  I'm just sort
19  of --
20      Q.   Let me know if you want to take a break.
21  I don't mind continuing if you're standing.
22      A.   Go ahead.
23      MR. DRISCOLL:  Kevin, why don't we take
24  a break.
25      (Time noted: 2:51 p.m.)

                                        Page 107

1          Ramsay
2       (Recess taken.)
3       MR. SMITH:  Can you mark this as Ramsay
4   4.
5       (Ramsay Exhibit 4, search report from
6   Iron Mountain Records, received March 25,
7   2005, marked for identification, as of this
8   date.)
9       Q.   Mr. Ramsay, I'm going to put in front of
10  you a multi-page document that we've marked for
11  identification as Ramsay Exhibit No. 4, and on the
12  first page it has at the top, Records center, Iron
13  Mountain Records Center, and it looks like you
14  stamped "received of March 25, 2005" what appears
15  to be search result.  It's a fairly lengthy
16  document, and I don't have the page number in
17  total, but do you recognize this set of documents?
18      A.   Generally, yes.
19      Q.   What you recognize it as?
20      A.   One of the indexes that was provided by
21  our clients.
22      Q.   That you received?
23      A.   That we received, yes.
24      Q.   Do you know what the index purports to
25  contain, in terms of types of documents -- strike

                                        Page 108

1          Ramsay
2   that.
3       Let me try and rephrase the question,
4   I'm sorry.
5       Do you have an understanding as to how
6   this index that we've marked as Ramsay Exhibit No.
7   4 was created?
8       A.   I can't tell you about this specific.
9   It's one of a number that came as they did
10  searches.  Obviously they have highlighted the term
11  Intermedia on this, but I'm not sure what searches,
12  terms were used for this one.
13      Q.   So this index Ramsay Exhibit No. 4 is an
14  index, as I understand it, and correct me if I'm
15  wrong, I'm trying to understand all of this.  This
16  index that was marked as Ramsay Exhibit No. 4 is an
17  index created from computer data base, based on a
18  search of the term Intermedia?
19      A.   I really can't say-- well if you read it
20  at the top, all I can say it's records containing
21  Intermedia.  One of 10 of 338 records searched,
22  records containing Intermedia, but I don't
23  otherwise know what terms were used.
24      Q.   Did you have any conversations with
25  anyone at Records Management Group to determine how

                                        Page 109

A 03930

Ramsay

1 they came up with, or where this resulted from,
2 this index, meaning Ramsay Exhibit No. 4?
3    A. **Probably with, generally, I did, but I**
4 **don't know that I can -- I probably --**
5    Q. Do you have a recollection of doing
6 that?
7    A. **I don't have a current recollection.**
8      MR. DRISCOLL: I got lost.
9      Could you read it back?
10      (Record read.)
11    Q. Do you have an understanding as to
12 whether or not the documents -- strike that.
13      Do you have an understanding as to
14 whether or not the index that we marked as Ramsay
15 Exhibit No. 4 is an index of all the documents
16 maintained by Iron Mountain of debtor's documents?
17    A. **I have an understanding that it's not.**
18    Q. That it's not?
19    A. **Correct.**
20    Q. So this index is an index of documents
21 that resulted from a search of the word, or records
22 containing Intermedia; is that correct?
23    A. **Well, again, as I said before, the face**
24 **of it says records containing Intermedia and that**

Page 110

---

Ramsay

1 term is highlighted in the descriptions of each of
2 these boxes, but I don't have a present
3 recollection of a conversation about that.
4    Q. I see. Okay.
5      On the first page of Ramsay Exhibit No.
6 4 towards the middle of the page, there's an entry
7 that says one of 10 of 338 records searched.
8    A. **I see that, yes.**
9    Q. Do you know what this refers to, what
10 that means?
11    A. **I'm not certain.**
12    Q. And the next line says "with customer
13 equals M" as in Mary "WLDK."
14    A. **I see that, yes.**
15    Q. Do you have an understanding as to what
16 that line is referring to, and then what the
17 customer is referring to?
18    A. **No.**
19    Q. Do you have an understanding as to what
20 the next line refers to as "records containing
21 Intermedia"?
22    A. **Only what appears on its face, that it**
23 **is a search to identify records containing the term**
24 **Intermedia. The term Intermedia is highlighted in**

Page 111

---

Ramsay

1 **major, and all descriptions.**
2    Q. Still, on the first page of Ramsay
3 Exhibit No. 4, there's an entry that says 290 and
4 then there's a space or something, 48. Do you know
5 what that refers to?
6    A. **I don't.**
7    Q. And then moving across on the same line,
8 it says status; do you know what this is referring
9 to.
10    A. **I don't.**
11    Q. And then dropping down, there's an entry
12 of a long number, it's 273788675; do you know what
13 that refers to?
14    A. **That's the box number. That's a number**
15 **they put on the boxes.**
16    Q. And then across from there to the right,
17 there's an entry that says at Iron Mountain?
18    A. **Yes.**
19    Q. Do you have an understanding of what
20 that means?
21    A. **My understanding is that they're stored**
22 **at Iron Mountain.**
23    Q. And then below the lengthy number that
24 we read a second ago, there's an entry that says

Page 112

---

Ramsay

1 customer MWLDK. I think you indicated, you didn't
2 have an understanding?
3    A. **I don't.**
4    Q. And then the next line is box department
5 59823. Do you have an understanding of what that
6 means?
7    A. **I don't.**
8    Q. There's an entry for box record code
9 with the entry of RS45. Do you have an
10 understanding of what that means?
11    A. **I don't currently. No, I should say**
12 **that I discussed some of those things, and I don't**
13 **remember which, with Phil Hasselvander and others,**
14 **Joe Stevens, but they did not appear to provide**
15 **anything significant to me in finding documents,**
16 **and I don't remember which one it is, but I did go**
17 **through some of those. I just don't remember now**
18 **what they were.**
19    Q. And then there's another entry major
20 description next to it, it says WorldCom A slash P,
21 storage forms for.
22      Do you have an understanding as to what
23 the major description refers to?
24    A. **It's a description they had of contents**

Page 113

---

A 03931

1           **Ramsay**
2  of the box.
3     Q.   Okay.
4          When you say "they had", meaning?
5     A.   **Records Management at MCI, part of their**
6  **computer system.**
7     Q.   And then there's an entry for minor
8  description, with next to it, it says Jackson /
9  Clinton MS office.
10    A.   **Right.  Sometimes it's additional**
11 **information about the contents, sometimes it's a**
12 **location, sometimes it's a topic.**
13    Q.   And then below that, there's an entry
14 for long description?
15    A.   **Same thing.**
16    Q.   I'm not going to read that, but do you
17 have an understanding as to what long description
18 is referred to there?
19    A.   **It's my understanding, it's information**
20 **that he had about what's in the box.**
21    Q.   Okay.
22         With respect to any of the major
23 description, minor descriptions, or long
24 descriptions that are contained, not just in this
25 particular entry in Ramsay Exhibit No. 4, but all
                                           Page 114

1           **Ramsay**
2     Q.   Do you know where else the documents
3  that are contained in Ramsay Exhibit No. 4 came
4  from, if not Intermedia?
5     A.   **Well, they could have come from MCI**
6  **entity of some kind, and relate to Intermedia in**
7  **some way.**
8     Q.   Are all of the boxes that are contained
9  in Ramsay Exhibit No. 4, boxes that were reviewed
10 by Stinson to determine whether they contain
11 responsive documents?
12    A.   **No.**
13    Q.   Does Ramsay Exhibit No. 4 contain
14 reference to any documents that were reviewed by
15 Stinson for possible production in this proceeding?
16    A.   **Yes.**
17    Q.   Can you tell me which ones those are?
18    A.   **I believe we provided to you the list**
19 **that was highlighted.**
20    Q.   I'm sorry, say that again?
21    A.   **I belive on the list we provided you, I**
22 **believe they're highlighted.**
23    Q.   They're highlighted on this Ramsay
24 Exhibit No. 4?
25    A.   **Correct.**
                                           Page 116

1           Ramsay
2  of the entries in Ramsay Exhibit 4, did you contact
3  anyone at Records Management to determine what
4  different entries meant?
5     A.   **Well, I talked to them to some extent,**
6  **as I mentioned, and tried to find somebody who**
7  **maybe could interpret the descriptions, and was**
8  **told there really wasn't anybody who could**
9  **interpret those description any better than we**
10 **could, from looking at them.  They didn't know**
11 **about what was in these boxes.**
12    Q.   Did they indicate how Records Management
13 arrived at the descriptions that are contained in
14 the major, minor, and long description categories?
15    A.   **Only it was my understanding that at**
16 **least in part, the information came from what was**
17 **left by employees as they were leaving the company.**
18 **Other than that, I'm not- I don't.**
19    Q.   So is it your understanding, that the
20 documents that are referenced in Ramsay Exhibit No.
21 4, are documents from Intermedia?
22    A.   **Not necessarily, because, I mean, there**
23 **are documents that relate to Intermedia, some of**
24 **them may be from Intermedia, some of them may not**
25 **be.**
                                           Page 115

1           **Ramsay**
2     Q.   So if you turn to page, for example,
3  page five of the Exhibit, it's not a numbered five,
4  but just turn to the fifth page of the Exhibit.
5     A.   **Correct.**
6     Q.   In the middle of the page there's an
7  entry with the number, it looks like 307327251.
8     A.   **Correct.**
9     Q.   On the copy it looks as though it's a
10 grayed line, shaded so to speak.  Is that the
11 highlighting you're referring to as to those
12 documents that were identified to be reviewed for
13 possible production?
14    A.   **Yes.**
15    Q.   With respect to that particular entry,
16 how did you determine to review that entry for
17 possible production in this proceeding?
18         MR. DRISCOLL:  Maybe it's clear on the
19 record, but I'm not clear.  Which one are you
20 referring to?
21         MR. SMITH:  It's on page five of the
22 Exhibit not numbered five, but the fifth page
23 of the Exhibit with the number 307327251.
24         MR. DRISCOLL:  Got it, thank you.
25    A.   **You know, I believe, and I'm not hundred**
                                           Page 117

A 03932

1    Ramsay
2  review?
3    A.  That's correct.
4    Q.  Do you have an understanding as to what
5  is mentioned in the major, minor, and long
6  descriptions here?
7    A.  "TCOMS Exemption, clean up reports a
8  location, Intermedia, source reports for initial
9  cleanup:  Mega standalone response file."
10   Q.  Other than what's described there, you
11 don't have any understanding of what you believe
12 that means?
13   A.  I believe source is a reference to one
14 of their billing systems, at some point in time.
15   Q.  One of their billing systems, is that
16 what you said?
17   A.  Correct, Intermedia's.
18   Q.  Do you know what is referred to as
19 cleanup reports?
20   A.  I do not.
21   Q.  Did you contact anyone at either Records
22 Management, or anyone else at WorldCom to determine
23 what any of the terms within that description
24 meant?
25   A.  Not this specific description.

Page 122

1    Ramsay
2    Q.  After having received index that we
3  marked for identification as Ramsay Exhibit No. 4,
4  did you contact anyone to determine what any of the
5  descriptions meant within the index?
6    MR. DRISCOLL:  Object to the question.
7  Asked and answered.  He already said he spoke
8  to Mr. Hasselvander and others.
9    A.  I talked to Joe Stevens and/or
10 Hasselvander about descriptions and what they might
11 mean.  I was told they didn't know either.
12   Q.  My apologies.  If you go to the 33 page
13 of the Exhibit.
14   MR. DRISCOLL:  What's the caption?  204
15 is on top and.
16   MR. SMITH:  The number would be a
17 highlighted number, 273701050.
18   MR. DRISCOLL:  All right.  270.
19   MR. SMITH:  It may be Page 32.
20   A.  What's the number?
21   Q.  273701050.  And it also has a check mark
22 next to it?
23   A.  I found it, yes.
24   MR. DRISCOLL:  Good.  I'm going to look
25 over your shoulder.

Page 123

1    Ramsay
2    Q.  That indicates from the highlight, based
3  on my understanding of your testimony earlier, that
4  - that box that's referenced here was requested and
5  reviewed by Stinson; is that correct?
6    A.  That's correct.
7    Q.  There appears to be a check mark to the
8  right-hand side of the descriptions there, do you
9  see where I'm referring?
10   A.  I do.
11   Q.  Do you have an understanding of what the
12 check mark refers to?
13   A.  No.
14   Q.  Do you know who placed the check mark
15 there?
16   A.  No.
17   Q.  Do you know if it was anyone from
18 Stinson that may have placed the check mark there?
19   A.  I don't know.
20   Q.  Aside from just that entry there, are
21 other check marks on the page that we were looking
22 at, as well as other pages, do you have an
23 understanding of the check marks otherwise within
24 the document?
25   A.  No.

Page 124

1    Ramsay
2    Q.  Do you know who else reviewed the index
3  that we marked as Ramsay Exhibit No. 4 at Stinson?
4    A.  As I testified, Jeff Befort.
5    Q.  Aside from him, did anyone else that
6  you're aware of?
7    A.  I'm sure Diaz, the legal assistant would
8  have.  Not reviewed to select boxes, but probably
9  looked through the index.
10   MR. DRISCOLL:  Clarification counsel.
11 Does anyone else include Mr. Ramsay or not?
12   MR. SMITH:  I don't understand what you
13 mean.
14   MR. DRISCOLL:  Well --
15   MR. SMITH:  My question was, did anyone
16 else other than Mr. Ramsay review the Exhibit
17 that we marked as Exhibit No. 4?
18   MR. DRISCOLL:  And he said Befort.
19   MR. SMITH:  I'm sorry, I thought it was
20 clear that Mr. Ramsay had reviewed.
21   A.  I'm not certain that I, on this
22 particular index -- I reviewed this index --
23 whether I selected the boxes.  Maybe all Befort
24 did.  I just don't recall.  There's over ten
25 thousand of them.

Page 125

Ramsay

1 Ramsay
2 A. It didn't appear to have anything to be
3 linked to the issues in this case.
4 Q. If you look on the first line of that
5 entry, it says engagement letter for sale of
6 Intermedia, attorneys notes and correspondence. Is
7 there any way to tell from this file why, or is
8 there any way to tell from this entry as to what
9 attorneys notes and correspondence might contain?
10 A. I can't tell from that entry. This is
11 among the reasons we asked for -- Parus on
12 selection of boxes. Can I take a quick break.
13 (Recess taken.)
14 MR. SMITH: Can you mark this as Exhibit
15 Ramsay No. 7?
16 (Ramsay Exhibit 7, document stating DEPT
17 record CUST box, WorldCom Unified Messaging,
18 marked for identification, as of this date.)
19 Q. Mr. Ramsay, you should have in front of
20 you, what we marked as Ramsay Exhibit No. 7. It's
21 a legal sized paper, it appears to be a
22 spreadsheet, and it has at the top left corner of
23 it DEPT record CUST box and various different
24 columns for entries, and just for purposes of
25 identifying the document aside from the Exhibit No.
Page 138

1 Ramsay
2 Q. Okay. The ten thousand boxes or so we
3 discussed earlier, or something else?
4 A. No -- I'm sure -- ten thousand is what
5 the results -- the data base would be much larger
6 than that.
7 Q. Maybe I'm misunderstanding something.
8 What is the universe of documents or boxes of
9 documents, that were searched within the data base
10 on the computerized data base at WorldCom?
11 A. I believe it to be all of MCI and their
12 related entities stored documents.
13 Q. How many boxes of documents?
14 A. I have no idea.
15 MR. DRISCOLL: In that data base?
16 MR. SMITH: Correct.
17 A. I don't know.
18 Q. So there's more than ten thousand boxes?
19 A. Oh, I'm- yes.
20 Q. The ten thousand boxes of documents that
21 have been referred to in responses and letters
22 regarding discovery in this case, are referring to
23 what?
24 A. They are the boxes of documents on the
25 indexes we provided, and they are the boxes
Page 140

1 Ramsay
2 Within the major description, it has WorldCom
3 Unified Messaging. Have you had a chance to take a
4 look at document?
5 A. I have.
6 Q. What do you recognize it to be?
7 A. One of the indexes provided to us by the
8 Records Management Group at MCI as a result of the
9 search that was done.
10 Q. Do you know what they were searching to
11 arrive at the index that we marked as Ramsay
12 Exhibit No. 7?
13 A. Well as you mentioned, and at the top
14 entry it's Unified Messaging project plans. I
15 don't really know what produced that, but I can
16 guess, I'd have to be guessing, a guess that it was
17 Unified Messaging who produced it, but the names
18 below that are names that I believe, they were
19 provided among the names that were provided to us
20 search.
21 Q. I guess my question is, what was the
22 data base they were searching to come up with this
23 index?
24 A. Okay. Their stored documents data base
25 of all their stored documents.
Page 139

1 Ramsay
2 produced or the results of the searches produced by
3 a list, or lists that included over ten thousand
4 boxes.
5 Q. Okay, thank you.
6 And the index that we've marked as
7 Ramsay Exhibit No. 7, is an index of some boxes
8 that include or encompass that ten thousand boxes,
9 or make up part of that ten thousand boxes correct?
10 A. The boxes identified on Exhibit 7 are
11 part of the boxes, part of the ten thousand boxes,
12 yes.
13 Q. Do you have an understanding as to what
14 each of the different, I guess, column codes stand
15 for at the top of the page?
16 A. As I sit here now, I don't. I do recall
17 going over some of this information with, if not
18 all, with people at Records Management, but it was
19 not helpful to me in the search.
20 Q. Was it your understanding that within
21 the first entry there, that next in the row that
22 starts with CP661 --
23 A. Yes.
24 Q. -- that the date of the documents that
25 were contained in that box, were from January 1,
Page 141

A 03934

1          **Ramsay**
2     Q.   There are on some of the pages
3 highlighted, or what look to be shaded since
4 they're not colored on here, entries is it correct,
5 that those shaded entries are ones that you
6 selected for review?
7     A.   No.
8     Q.   Can you tell me what those shaded
9 entries mean?
10     **A.   No, I can't.  I don't know, I don't**
11 **recall.**
12     Q.   Do you know if any of the boxes that are
13 contained within Ramsay Exhibit No. 10 were
14 selected for review?
15     **A.   I'm hesitating because this may be a**
16 **duplicate of another index that was printed in**
17 **another format, and I'm not certain.**
18          MR. SMITH:  Can you mark this as 11?
19          (Ramsay Exhibit 11, duplicate printout
20          in landscape format, marked for
21          identification, as of this date.)
22     Q.   You should have in front of you what we
23 marked as Ramsay Exhibit No. 11.  You can take a
24 look at that document as well.  Do you recognize
25 Ramsay Exhibit No. 11?

Page 178

1          **Ramsay**
2     Q.   June 2000 Intermedia, do you know what
3 that refers to?
4     **A.   I don't for certain, no.**
5     Q.   Going up on that page under, I guess,
6 it's box 50.
7     **A.   Yes.**
8     Q.   It's a description management book
9 analysis balance sheet REC's, February to September
10 2001.  It carries over to the following line.  It
11 says STFI revenue elimination January to September
12 2001.
13     **A.   Yes.**
14     Q.   Do you know what those entries refer to?
15     **A.   I do not for certain, no.**
16     Q.   Dropping down below to box number 65 it
17 looks like, it says a description it says JE Jan
18 '01 - Sept '01.
19     **A.   I see that.**
20     Q.   Do you know what that refers to?
21     **A.   I don't.**
22     Q.   Do you know what JE stands for?
23     **A.   It sometimes refers to journal entry,**
24 **but I don't know what it is in this case.**
25     Q.   Do you know if it could be a person's

Page 180

1          Ramsay
2     **A.   I believe it's a duplicate, simply**
3 **printed out, landscape, yes.**
4     Q.   Is that what you are referring to --
5     **A.   Seeing it now, yes, I believe it is.**
6     Q.   From the other format which seems to be
7 in Ramsay No. 11, are you able to tell whether or
8 not any documents or boxes were selected for review
9 from this set?
10     **A.   I do not believe they were.  If they**
11 **were, we would have advised you of it.**
12     Q.   So the shading, or highlighting doesn't
13 indicate that those boxes were selected?
14     **A.   No, I don't believe so.  It's shading**
15 **done -- something other than by hand apparently.**
16     Q.   Either you or someone else at Stinson
17 had, in order to make that determination to select
18 boxes for review, looked at the description of the
19 materials that are contained in Exhibit 11?
20     **A.   I believe we did, yes.**
21     Q.   If you go to the fourth page of Exhibit
22 11, and it will be box number 62.  It says
23 Intermedia, and then under the description it
24 appears to say JE logbooks.
25     **A.   Yes.**

Page 179

1          Ramsay
2 initials, or something like that?
3     **A.   It's possible.**
4     Q.   Box number 68, if you look under the
5 description for that it says GLIFC 2000, GLDGX
6 2000, GLD Roman numeral two or two I's, 2000,
7 GLINT8 / 2000.  Do you know what that refers to?
8     **A.   I don't for certain, no.**
9     Q.   On the following page box 71.
10     **A.   Devnet concession fees.**
11     Q.   Right.  There's a number of different
12 entries, then there's an entry for shared revenue
13 2001, and then below that within the same box it
14 appears ICIMGNT book 7 / '01.  Do you know what any
15 of those entries mean?
16     **A.   Other than what's said there, I don't**
17 **know.**
18     Q.   With respect to any of the entries and
19 the descriptions, aside from what just may be
20 within the words that are there, do you have any
21 idea of what they refer to?
22     **A.   I know they do not appear to me to have**
23 **a significant likelihood of anything in response to**
24 **-- that's my view of it.**
25     Q.   Just so I'm clear, Ramsay Exhibit No.

Page 181

A 03935

*CONFIDENTIAL*



Records and Information Management

# RECORDS MANAGEMENT PROGRAM

## *POLICIES AND PROCEDURES*

**by Lisa Hayward**

**July 1, 1998**

**Edited : July 2001**

**by Victoria S. Lucas**

**Edited : April 2004**

**by Chris Moses/James Green**

Exhibit Q

*CONFIDENTIAL*



MCIWC031794

Records Management Program – Policies & Procedures ▬▬▬▬▬▬▬▬▬

# TABLE OF CONTENTS

Records Retention Program, Introduction ................................................................. 4

Records Retention Schedule (RRS)

      History ................................................................................................... 5

      How to Use ............................................................................................ 7

Vital Records ...................................................................................................... 11

Storage Information ............................................................................................ 13

Retention Hold Codes......................................................................................... 18

Inventory Reviews .............................................................................................. 19

Inventory Projects .............................................................................................. 19

Destruction Review............................................................................................. 20

Imaging Systems or Other Electronic Data ........................................................ 21

HR Records and Imaging.................................................................................... 22

Other Storage Medium / Tape Rotation .............................................................. **22**

Decommissioning Systems.................................................................................. **26**

Acquisitions, Mergers & Joint Ventures.............................................................. 27

RIM Compliance Audit Program.......................................................................... 28

Records Retention Initiative (RRI)....................................................................... 29

Internal Email Policy ........................................................................................... 30

Records Management Training............................................................................. 31

New Employee Communication………................................................................. 32

Off-site Storage Inventory Database ................................................................... 35

RIM's Website ..................................................................................................... 36

MCI Resources ................................................................................................... 37

Other RIM Resources ......................................................................................... 39

Appendix A – Record Retention Schedule (RRS) .............................................. 41

Appendix B – Records Needed by LPP for Possible Litigations ......................... 42

**Appendix C – RRS, Merged Records (1998)** ..................................................... 47

Appendix D – RRS, Electronic version for storage vendors .............................. 48

Appendix E – Statement of Work and "MCI Procedures for Vendor

   Off-Site Records Management and Storage"....................................................... 49

Appendix F – Inventory Forms and Fax Order Form........................................... 62

Appendix G – Inventory Project documents ........................................................ 63

MCIWC031795    A 03937

Appendix H – Destruction, Memo to LPP and Spreadsheet listing eligible
   records..................................................................................................72
Appendix I – IRS Rev. Proc 97-22 and 98-25 .............................................73
Appendix J – HR Records Imaged and LPP Approval Memo................................74
Appendix K – Guide for New Acquisitions, Memo and Questionnaire ....................76
**Appendix L – Compliance Audit Exhibits**................................................97
Appendix M – RRI, List of HLQs and required retention.........................................98
Appendix N – LPP "E-Mail Guidelines" .................................................99
Appendix O – Training Handouts and daily RIM questions ....................................105
Appendix P – RIM Website extracts.......................................................144

MCIWC031796

A 03938

## INTRODUCTION

The objective of MCI's records retention program is to ensure legal compliance; audit protection; access to valuable information; cost savings; and, maintain an orderly and efficient records life-cycle management. MCI's records retention program covers all media forms and has been approved by the Law & Public Policy Department (LPP) and the Tax Department.

A records retention program is considered one element of an organization's larger preventive law strategy, designed to insulate the organization from potential legal or financial problems and risks. Also, the program is designed to ensure that, in the event that legal or financial problems do occur, the organization will have, in a readily retrievable form, the information it needs to defend itself.

The backbone of the Records Management Program is the Record Retention Schedule (RRS). The RRS specifies the length of time that business records must be retained. The retention program is based upon the concept that information has a life cycle and the value of most information tends to decline as time passes. This program provides for the disposal of obsolete information in order to control the volume of records. The record retention schedule constitutes the official policy for information retention and disposal. Without it, records may be unnecessarily maintained for excessive periods of time or hastily disposed of without regard for their value.

A records retention program provides for the identification of records that must be retained for business purposes, and the systematic destruction of records that no longer serve any useful business purpose. Under this program the process of records retention and disposal is designed to occur regularly, in the normal course of business, rather than on an arbitrary or selective basis.

MCIWC031797

A 03939