Records Management Program – Policies & Procedures

## OFF-SITE STORAGE INVENTORY DATABASE

An inventory of all off-site storage located at Iron Mountain is available on RIM's website, under "Inventory Queries". This inventory data is submitted by Iron Mountain on a weekly basis.

Currently, storage vendors other than Iron Mountain do not have the capability to FTP their inventory data to MCI TeamNet. Our other vendors could provide this information in a spreadsheet format but this would entail TeamNet's manual involvement to download this information.


MCIWC031828

**A 03970**

Records Management Program – Policies & Procedures

# RIM'S WEB-SITE:

Records management policies, procedures and information are located on a RIM's website: https://teamnet2.mcilink.com/departments/rim/.

**The website contains the following:**

**Policies & Procedures** – all the policies and procedures on the records management program. Also has instructions on "how to" use off-site storage.

**Record Retention** – MCI's Records Retention Schedule. You can either use the RRS by a search query or in PDF format.

**Inventory Queries** – query pages to search database of entire off-site storage inventory.

**Off-Site Storage Requests** – contains all request forms to storage vendors for services. Also contains the MCI Box Inventory Form, the File-Level Inventory form and the Fax Order Form in PDF. A copy of each of these forms is in Appendix?

**Points of Contact** – names, addresses and telephone number of the RIM staff and all off-site storage vendors.

**Vital Records** – listing of records that are considered "vital" within the company.

**Disaster Recovery** – guidance for establishing disaster recovery procedures.

**Help** – frequently asked questions along with their answers.

**Tidbits & Reminders** – some basic reminders

**infoRM contains the following:**

    **Retrievals or Queries** – contains web pages that perform a retrieval or query on financial or corporate functions.

    **Information** – contains web pages that provide information regarding a variety of issues (i.e., a listing of MCI's applications and HLQs, a listing of departments audited under RIM's compliance audit, etc.)

See Appendix P, for screen prints of major web pages within the website.

MCIWC031829

A 03971

## MCI RESOURCES

**Law & Public Policy (LPP)**
http://lpp.MCIt.com

LPP is essential in assisting records management with legal questions that might arise. LPP also authorizes destruction of records in off-site storage.

Litigation, under Anastasia Kelly, Executive VP & General Counsel, provides commercial, employment and regulatory litigation services for MCI and its affiliates. The department also handles all requests for information and documents from civil litigants and law enforcement authorities. Finally, it provides advice and educational presentations designed to protect MCI from litigation.

Records & Information Management's contact with LPP is Jeff Jacobs.  The destruction review listing should be sent as an e-mail attachment marked confidential to Jeff Jacobs.

Jeff Jacobs
1133 19th Street, NW
Washington, DC 20036
Phone:  Vnet 222-6605
Fax:  Vnet 222-6072
E-Mail:  Jeff.Jacobs@mci.com


**Tax Department**
http://nml.MCIt.com/tax/tax.htm

Tax is essential in assisting Records Management in many financial recordkeeping requirements, whether it's IRS or State requirements.

Any issues regarding tax requirements should be addressed with Jon Thoren, whether the issue is federal or state.  If he does not handle your question or matter, he will direct you to the correct contact.

Jon Thoren
Income Tax Audits & Appeals
22001 Loudoun Country Parkway
Ashburn, Virginia 20147
Phone:  Vnet 806-5280 or 1-703-886-5280
E-Mail:  jon.thoren@mci.com

Any issues regarding tax requirements of financial systems or decommissioning of financial systems should be addressed with Bob Evans.

MCIWC031830

A 03972

Robert J. Evans
Senior Manager, Tax Systems
22001 Loudoun Country Parkway
Ashburn, Virginia 20147
Phone:  Vnet 806-4949 or 703-886-4949
E-mail:  robert.j.evans@mci.com

## Resource Management

Resource Management is responsible for tape storage of all mainframe applications data. RIM works closely with this department for system certification under the RRI, as well as during the IRS Compliance Audit Program.

????
1424/117
2424 Garden of the Gods Road
Colorado Springs, CO  80919
Phone:
E-mail:

## Production Support

Production Support is a major contributed to the RRI and the certification of HLQs.

Mark Mancini, Sr. Manager / IT Provisioning
2424 Garden of the Gods Road
Colorado Springs, CO  80919
Vnet:  622-6475
E-mail:  mark.s.mancini@mci.com

MCIWC031831

A 03973

## OTHER RIM RESOURCES

There are many resources that can assist with records management issues.

**Association of Records Managers and Administrators, Inc. (ARMA)**
13725 W. 109th Street, Suite 101
Lenexa, KS 66215
Phone: 1-800-422-2762
Fax:    913-341-3742
E-mail: hq@arma.org
http: www.arma.org/hq

ARMA International - the Association of Records Managers and Administrators, Inc. - is a not-for-profit professional association of over 10,000 records and information management professionals in the United States, Canada, and around the world.

The Mission of ARMA International is:

1.    To advance records and information management as a discipline and a profession.
2.    To organize and promote programs of research, education, training, and networking in the profession of records and information management.
3.    To support the enhancement of professionalism of the members of ARMA International.
4.    To promote cooperative endeavors with related professional groups.

It is highly recommended that you become a member of ARMA.

**Association for Information and Image Management International (AIIM)**
1100 Wayne Avenue, Suite 1100
Silver Spring, MD 20910
Phone: 301-587-8202
Fax:    301-587-2711
Email: aiim@aiim.org
http: www.aiim.org

AIIM is an international organization made up of people in the information management community. It is the meeting place users, vendors and solution providers come together to solve problems, present ideas, provide solutions and relationships.

Joining AIIM is not necessary; however, if emphasis continues to grow in information technology, then it would be advisable to become a member.

**Records Management Listserv**
The records management listserv is a great source for information and a great place to meet others within the records management field. The listserv is a place to post questions and keep in touch with what is happening throughout the world.

MCIWC031832

A 03974

Records Management Program – Policies & Procedures ▬▬▬▬▬▬▬▬

To join the listserv send an e-mail to: listserv@listserv.syr.edu  In the body of the e-mail type the word 'subscribe'.  Do not add anything else.  You will get an e-mail in return asking you to confirm your subscription, along with directions on how to use the listserv

MCIWC031833

A 03975

Records Management Program – Policies & Procedures

# APPENDIX A

# Record Retention Schedule (RRS)

MCIWC031834

A 03976

# APPENDIX B

# "Records Needed By LPP For Possible Litigations"

MCIWC031835

A 03977

Records Management Program – Policies & Procedures

## RECORDS NEEDED BY LPP FOR POSSIBLE LITIGATIONS

| | |
|---|---|
| 900 monthly settlement records | C + 10 |
| 900 records previously designated to Records Management | C + 10 |
| A/P bills and MCI payment | CY + 7 |
| Account receivable and payment | CY + 7 |
| Advertisements and marketing material considered (approved/disapproved) by MCI | S + 3 |
| Affirmative Action Plans | S + 3 |
| Agreement for tariff services | C + 3 |
| Alternate Channels agent records and reports | CY + 3 |
| ANI call detail reports for 900 services | CY + 7 |
| ANI caller credit detail reports for 900 services | CY + 7 |
| Annoyance Call Bureau Records | CY + 3 |
| Applicant flow logs | CY + 3 |
| Arbitration case files | C + 10 |
| Benefits plan documentation (e.g. SPDs) | S + 6 |
| Billing records of local customers | CY + 7 |
| Branch customer file records | C + 3 |
| Business Analysis records regarding customer contract support | CY + 3 |
| Call detail records | CY + 7 |
| Carrier Invoice records for lease-line services and services in support of MCI's Real Time | CY + 7 |
| Collector's notes | CY + 7 |
| Commission information internal/external | CY + 7 |
| Commissions data | CY + 7 |
| Commissions plans | S + 3 |
| Compensation Manuals | S + 3 |
| Contracts (any and all) with drafts and correspondence relating to contract negotiations | C + 15 |
| Copies of checks issued by Accounts Payable. | CY + 7 |
| Copyright registrations | T + 3 |
| Correspondence between MCI and the government related to government contracts | C + 15 |
| Correspondence to and from local exchange carriers. | CY + 3 |
| Credit Write-offs | CY + 7 |
| Credit and Collections Records including phone contacts made with debtor/customer | C + 3 |
| Customer activity documents, correspondence and communications | CY + 3 |
| Customer complaints and MCI responses | C + 15 |
| Customer contract records | C + 15 |
| Customer credits and adjustments | CY + 7 |
| Customer data - OCIS notes (online customer note screens) | CY + 3 |
| Customer files maintained by the branch sales units | T + 3 |
| Customer invoices and payments | CY + 7 |
| Customer service records | CY + 3 |
| Documents regarding how account is established. | CY + 3 |

MCIWC031836

A 03978

Records Management Program – Policies & Procedures ▬▬▬▬▬▬▬▬

| | |
|---|---|
| Documents to prove lost profits damages (e.g., sales, marketing and accounting-type documents -- these can constitute summary documents) | CY + 3 |
| E-mail of departing/reassigned employees | T + 3 |
| EEO-1 Reports; FCC-395 Report; Vets-100 Report | C + 3 |
| Employee benefits files | T + 30 |
| Employee Handbooks | S + 3 |
| Employee Monitoring Consent forms | CY + 3 |
| Employee Survey results | AR + 3 |
| Employment applications | CY + 3 |
| Equipment Receipt Forms | CY + 3 |
| Field Engineer fiber-cut repair records re: equipment replacement costs | CY + 3 |
| Field Engineer time records for fiber-cut repairs | CY + 7 |
| Financial documents which support MCI government contracts bids, including the business case and documents prepared by Business Development | S + 10 |
| General statistical records for customer service calls, i.e. # of calls received on daily basis | CY + 3 |
| HR policies and practices | S + 3 |
| HR Open Door/Investigatory Files | T + 3 |
| Immigration Documentation (I-9s) | T + 3 |
| Inactive account fees | CY + 7 |
| Installation, capacity or port availability records | C + 3 |
| Internet Postmaster records | CY + 3 |
| Internet related records re customer complaints on spamming or spoofing | CY + 3 |
| IP licenses and assignments | T + 3 |
| Letter of Agency/Authorization records | CY + 5 |
| Litigation case files | C + 10 |
| Manager/Supervisor desk/working employee files | T + 30 |
| Marketing and Sales Materials | S + 3 |
| Mass Market agent records and reports | CY + 3 |
| Material from 'Road Shows' in which MCI executives participate | S + 3 |
| MCI Mail records relating to complaints about spamming and spoofing | CY + 3 |
| MCI Marketing materials | S + 3 |
| MCI's compliance with state abandoned property laws | CY + 10 |
| Monitoring acknowledgement forms | CY + 3 |
| NETCAP records | CY + 3 |
| Network reliability records, including records regarding outages and fiber-cuts | C + 1 |
| Non-publication/non-listing records (local) | S + 3 |
| OCIS records | CY + 3 |
| Options documentation | CY + 3 |
| Order entry records | CY + 3 |
| Organizational charts or other staffing information | S + 1 |
| Original patents | T + 20 |
| Paid commission sales rep. files | CY + 10 |

MCIWC031837    A 03979

Records Management Program – Policies & Procedures

| | |
|---|---|
| Payroll | CY + 10 |
| Payroll Deduction Authorization | CY + 10 |
| Performance plans | S + 1 |
| Performance Reviews | T + 30 |
| Personnel Action Forms relating to terminations | T + 30 |
| Personnel files (complete) | T + 30 |
| Policies, procedures, and business plans related to local markets | S + 1 |
| Presentations to customers | S + 3 |
| Prime and subcontract agreements | C + 15 |
| Procurement records | C + 15 |
| Product descriptions and B/D requirements (i.e. B/D Playbooks) | S + 3 |
| Product Fulfillment packages | S + 3 |
| Promotional Materials | S + 3 |
| Prosecution histories relating to patents, trademarks and copyrights | T + 20 |
| Provisioning records for loops, platforms, transport, etc. | S + 3 |
| Purchase orders | C + 15 |
| Real estate administration and contract records | C + 15 |
| Records reflecting investigations performed by other MCI groups (e.g. HR) | C + 3 |
| Records related to capacity issues or inability to provide service in a timely basis (correspondence, memos, e-mails) | CY + 3 |
| Records related to local service trials (operational trials as well as alpha and beta testing). | CY + 5 |
| Records showing restoration efforts | C + 1 |
| Relocation assistance files | C + 5 |
| Reports related to performance on government contracts | CY + 1 |
| Resolution of billing disputes | C + 1 |
| Resumex Documentation | CY + 3 |
| Sales award program materials and results | S + 1 |
| Sales commissions and bonuses | CY + 7 |
| Sales contests | C + 3 |
| Sales Representatives commission files | T + 1 |
| Service order records from customers and to incumbent LEC | CY + 3 |
| Signed agreements such as the Non-disclosure/Confidentiality Agreement | C + 15 |
| Signed confidentiality and non-compete agreements | C + 15 |
| Suppression records | C + 3 |
| Switch records (processed & unprocessed), i.e. rated records and non-rated records | CY + 3 |
| T&E documentation | CY + 7 |
| Tariff provisions | S + 1 |
| Telemarketing records | CY + 3 |
| Telemarketing training materials | S + 3 |
| Telemarketing scripts for basic service and various products | S + 3 |
| Trademark registrations | T + 3 |
| Trouble tickets | CY + 3 |
| Unapplied Cash | CY + 10 |
| Wage & Bonus documentation (Payroll) | CY + 10 |

MCIWC031838

**A 03980**

Records Management Program – Policies & Procedures

Written employee acknowledgement of receipt thereof          T + 3

Customer Information, such as:                                C + 3
      customer billing name
      customer billing address
      customer phone number
      account number
      account status (active/deactive/pending/rejected)
      detailed billing information
      summary billing information
      calling plans
      language indicator
      tax status
      SSN/DOB
      address changes
      inter/intra lata indicator
      telephone number
      credit card number (if appliciable)
      promo code(s) and history
      account establishment code
      install date
      deactivate date
      financial history (payment)
      master history
      cus code (if applicable)
      calling card number
      OCIS notes (this gives a detail of actions performed on any particular account)
      FCUR
      FAHT (financial history)
      LOA's
      PIC fee(s)
      lead information (phone number, date sent, date called, term code, SSN,
          sales city, application/campaign code, contact name, language indicator)
      payment method

CY = calendar year
C = closed, completed or canceled
S = superseded
T = terminated
AR = annual review

MCIWC031839

A 03981

# APPENDIX C

# RRS
# Merged Records

MCIWC031840

A 03982

Records Management Program – Policies & Procedures

# APPENDIX D

# RRS
# Electronic Version

**To be provided to storage vendors to download to their system. An electronic copy is with the electronic version of this Procedures manual.**

MCIWC031841

A 03983

# APPENDIX E

## Storage Vendor
## Statement of Work

## and

## "MCI Procedures for Vendor Off-Site Records Management and Storage"

MCIWC031842

A 03984

Records Management Program – Policies & Procedures ▬▬▬▬▬▬▬

## EXHIBIT A

## <u>STATEMENT OF WORK</u>

The following Statement of Work sets forth tasks to be performed by Iron Mountain (the Contractor) and performance standards that apply to all MCI locations utilizing Contractor for offsite records storage and management, unless otherwise indicated.

### OVERVIEW

Contractor shall provide all labor, equipment and personnel to provide all records management services to MCI including, but not limited to client interface services, records storage, accession, retrieval, refile and destruction services; special projects, documentation / certification of destruction, comprehensive and accurate data entry and support services; and accurate invoicing and reporting.

### DEFINITIONS

**Records & Information Management ("RIM"):** MCI's RIM department is responsible for the overall management of MCI's records management program. All services shall be reviewed, coordinated and approved by this department.

**Work:** Includes all records management services including but not limited to data support services, records storage, accession, retrieval, refile, destruction, customer education and support services necessary to support all requirements of this SOW.

**Carton:** Used interchangeably with box and container. Refers to the packaging used to store records.

### GENERAL REQUIREMENTS

The following are general requirements for records management services to be provided by the Contractor.

A.  The Contractor will ensure the security of MCI records in accordance with Articles 6, 7, 8 and 11 of this Agreement.

B.  The Contractor will assign to the MCI account, at a minimum: A National Account Service Manager, and at the district level, a District Manager and customer support personnel.

C.  All records storage, accession, retrieval, refile and destruction services shall be in accordance with MCI's Records Retention Schedule ("RRS") which is attached hereto and made a part of this Agreement (see Attachment A).

D.  The Contractor shall not acknowledge nor use, under any circumstances, Record Classification Codes or Record Series (RS) numbers other than those contained in MCI's Record Retention Schedule (RRS).    If an RS number is in question RIM should be contacted.

MCIWC031843

A 03985

E.  The Contractor shall only use electronic mail to communicate with MCI sites for the purpose of receiving and acknowledging service requests, unless other communication methods have been approved by RIM in writing.

F.  All communications with MCI end-users will be 'copied' (cc) to RIM.

G.  The Contractor's customer support personnel must be knowledgeable about the MCI's account. Support personnel will answer questions from local users, receive and initiate orders, communicate with MCI users and make every effort to answer billing, service and operational issues within 24 hours. A Program Manager will be assigned to the MCI account and serve as the primary source of communication and information between RIM, MCI end-users and Iron Mountain support personnel. The Program Manager will respond to MCI issues within 24 hours, if only to acknowledge the issue and discuss necessary follow-on work.

H.  Only the MCI requestor's name will be used in connection with the service request unless otherwise stated in the special instructions. Default names will not be used.

I.  The Contractor will maintain an in-house box tracking system which captures the following data:

| Field | Field Type | Characters |
|---|---|---|
| MCI department | alpha numeric | 8 |
| Carton Barcode Number | alpha numeric | vendor specific |
| Reference Number | alpha numeric | |
| Record series # | alpha numeric | 5 |
| From date | date | 8 |
| Thru date | date | 8 |
| Contents Description | alpha numeric | 55 |
| Retention Hold Code | alpha numeric | 3 |
| Destruction Review Date | date | 8 |
| Service Order Number (SO cartons were received on) | alpha numeric | vendor specific |
| Order Requestor (MCI submitter) | alpha | 20 |
| Service Date (date cartons were received) | date | 8 |

The Contractor will be responsible only for the information as provided by MCI

J.  MCI's Records Retention Schedule must be incorporated into the Contractor's database. Destruction dates must be calculated using the RRS data and thru dates.

K.  The Contractor's personnel should instruct MCI users to contact RIM if they need guidance on utilizing MCI's Record Management Program.

L.  The MCI Box Inventory Form will be utilized exclusively (see Attachment H). The contractor will direct MCI end-users to RIM for a supply of the Form.

MCIWC031844

A 03986

M.  Inventory forms must accompany all new inventory/records sent to storage. Orders with no accompanying inventory forms will not be accepted for pick up. MCI will review the Inventory Forms prior to placing the pick-up order.

All information will be entered in to the Contractor's system as received on the Inventory Form provided by MCI, to include the Retention Code if completed. (For the "Record Classification Code" field, enter "RS" with the corresponding number entered by the submitter.  For example: RS45.)

N.  File-level indexing.  All cartons that have been file-level indexed will be accompanied by the MCI Carton / File-Level Inventory Form (see Attachment I) or listing in an acceptable electronic format.  A hardcopy of the Inventory Form or listing will be contained in the carton and a duplicate copy will be transmitted to the Contractor electronically.  Prior to receipt by the Contractor, each carton will contain a carton barcode number and each file will have assigned a Customer File ID number and a File Description.

Upon receipt, the Contractor must verify the contents of each carton against the accompanying inventory form or listing.  Any discrepancies will be referred back to the submitter, copying RIM.

O.  Only RIM personnel, and MCI personnel given authorization by RIM, can permanently withdrawal MCI records. The Contractor's Chicago and Kansas City districts will be provided an authorization list identifying MCI personnel authorized to permanently withdrawal. In all other circumstances, RIM will submit permanent withdrawal orders to the Contractor's Program Manager for routing to the pertinent Contractor district for processing. All permanent withdrawal orders must be received by the Contractor in writing.

P.  The Contractor will provide MCI with an electronic version of their inventory data contained within Contractor's inventory system in an agreed upon format and frequency.

Q.  The Contractor shall exercise disaster recovery procedures as described in Attachment D, of this Agreement.

## REPORTING

MCI's requirements with regard to reporting and invoicing for the Contractor's account are as follows:

A.  The following reports will be delivered to MCI as outlined below, in mutually agreed upon formats:

1)  New box storage activity report (monthly).  Due the 15th of each month, reporting on the previous month. Contains: All new storage for that month.  This report will be sorted by MCI department.

2)  Retrieval / Outcard Report (quarterly).  Due April 15th, July 15th, October 15th, and January 15th.  Contains: This report lists all retrievals outcarded for more than one day.  This report will be sorted by the retriever's name.

MCIWC031845

A 03987

3) Inventory Report (annually). Due March 31st or after the annual destruction project is completed. Contains: Full inventory listing. This report will be sorted by Record Classification Code.

4) Candidates for destruction (annually). Due November 15th. Contains: All cartons eligible for destruction as of the end of that calendar year, in accordance with MCI's Record Retention Schedule. This report will be sorted by Record Classification Code.

5) Retention Hold Code (annually). Due June 30th. Contains: Lists all cartons assigned a Retention Hold Code. This report will be sorted by the Retention Hold Code.

Items 1, 3, 4 & 5 above will contain the information/fields listed under Item I, herein, "General Requirements".

Item 2, the Retrieval / Outcard Report, will contain MCI department, carton barcode number, carton description, Record Classification Number, name of the MCI requestor, the date of retrieval and the service order number.

B. All reporting and invoicing will be provided to MCI using the exact same cut-off date. That cut off date will be the last business day of the month.

## RETRIEVAL / REFILE / NEW STORAGE

MCI checks the departments of all requestors versus the information related to the individual boxes which the requestor has asked to pull; this is to help ensure sensitive material, such as HR records, are kept private. The Contractor shall provide retrieval/refile and storage services at locations as designated and agreed to by MCI and the Contractor. These services include the following specific requirements:

A. Types of service:

"Regular": Retrieval / pickup the next service day.

"Same day": Request is received before 10am; delivery will be made that service day. This type of service must be specified by the requestor (otherwise it is a "regular" service request).

"Rush": Service provided within two (2) hours of the request (but within regular business hours). This type of service must be specified by the requestor in the submitted service request. The requestor must follow the service request by a telephone call to the Contractor informing them of the submission of the rush order.

B. If certain Contractor facilities/areas are unable to provide two (2) hour rush service, these facilities/areas must be identified to RIM by the Contractor. With RIM's concurrence, only "Regular" and "Same day" service will be provided in those areas.

C. Services should be performed throughout the week (Monday-Friday).

D. Retrieval, refile and new storage requests received by 4:00pm will be serviced on the next scheduled run. Requests received on a Friday will be delivered / picked up on the following Monday.

MCIWC031846

A 03988

E.   Under no circumstances will the Contractor perform nor charge MCI for Rush or After Hour *pickups*.

F.   Respond to service requests by electronic mail within four (4) hours of receiving the request.  Electronic mail is the only acceptable method to be used for service requests.  Electronic mail confirmations will be sent for each service request, copying **all** addressees.  The confirmations will contain the service order number and the delivery date.

G.   New storage and refiles will be shelved, data entered with information received, and fully processed within 72 hours of receipt.

H.   The Contractor will not retrieve MCI records for any reason other than responding to MCI service requests without written approval from RIM.

I.   If there is to be a delay in delivering records under a service request due to locating / retrieving the requested records, the Contractor will notify the requestor, by phone, prior to delivery of the order.  If the requested service will be delayed beyond the normal service schedule (i.e., beyond the next day scheduled delivery), a follow-up email will be sent to the requestor with a copy ('cc') to RIM. Notifications should provide the reason for the delay and expected delivery reschedule. Under no circumstances should notification occur only at the point of delivery.

J.   The Contractor will obtain the signature of the individual receiving MCI records on a delivery.

K.   The Contractor will not, under any circumstances, deliver MCI records to a MCI mailroom, loading dock or similar facility unless a specific exception is authorized in writing by RIM and agreed upon by Contractor.

## CONSOLIDATED DATABASE

The consolidated database, maintained by MCI, refers to the merged descriptive and retention information for *all* MCI records stored offsite.

A.   The Contractor will provide consolidated datastrips to MCI in a mutually agreed upon format.

B.   Datastrips, will include all descriptive and retention information (listed in item I, herein, under General Requirements) for all of MCI's boxes in Contractors' system.

## THE CONTRACTOR'S DATABASE

The Contractor shall use their computerized inventory control system to manage MCI's records.

A.   Data entry will be performed with 99% accuracy.

An error is defined as:  Any miss-keyed data and/or Record Series Number, any transposition, missing digits.  Reasonable occurrences of missing punctuation,

MCIWC031847   A 03989

Records Management Program – Policies & Procedures

misspellings, inaccurate abbreviations etc. will not constitute errors. (For the "Record Classification Code" field, enter "RS" with the corresponding number entered by the submitter. For example: RS45.)

B.  New storage and refiles will be shelved, data entered with information received, and fully processed within 72 hours of receipt.

C.  The Contractor's inventory control system will contain (at a minimum) the information listed under item I (herein), General Requirements.

D.  The Contractor will receive and process into their data system any updates to the database submitted by MCI. The Contractor will ensure that these changes have been incorporated into the data provided to MCI via monthly reports.

E.  The Contractor's system will automatically calculate destruction review dates for all new storage, based on retention periods from MCI's Record Retention Schedule, which will have been loaded into their system.

F.  MCI will provide the Contractor with a diskette containing any changes to MCI's Record Retention Schedule, as soon as the change is adopted.


## DESTRUCTION

Destruction of MCI records will be in accordance with industry standards. To include, or in addition to:

A.  Contractor shall not destroy or purge any MCI boxes or information without written approval from RIM. Only RIM has the authority to approve destruction of boxes or information contained in Contractor's warehouse.

B.  The destruction sequence to include the following:

1.  Produce a Destruction Review Report listing all containers eligible for disposal. This report must be sorted by Record Classification Code. Submit to MCI by November 15.

2.  Upon receipt of the Destruction Review report back from MCI, any changes by MCI are entered and returned to MCI for final approval. MCI will return the final report with no remaining corrections to Iron Mountain to initiate the destruction.

3.  Report Unavailable Items to MCI. After identifying authorized containers from the Destruction Review report, generate a listing of containers that are unavailable for disposal because they are out on retrieval at the customer. MCI will use this report to research the retrieval and contact the MCI user for status.

4.  Verify that the containers pulled are those authorized on the Destruction Order (preferably utilizing bar code scanning).

5.  The Contractor will provide MCI a Destruction Certificate report after the completion of destruction. This report, signed by the Contractor, will list all the containers destroyed. It will include complete descriptive data for each container.

MCIWC031848

A 03990

Records Management Program – Policies & Procedures ▬▬▬▬▬▬▬▬▬▬

## MCI PROCEDURES
### FOR
### VENDOR OFF-SITE RECORDS MANAGEMENT AND STORAGE

## GENERAL REQUIREMENT

The following are general requirements for records management services to be provided by the Contractor.

A.   The Contractor will assign to the MCI account, at a minimum: An Account Manager and appropriate Customer Support personnel in each district.

B.   All records storage, accession, retrieval, refile and destruction services shall be in accordance with MCI's Records Retention Schedule ("RRS") which is attached hereto.

C.   The Contractor shall only use electronic mail to communicate with MCI sites for the purpose of receiving and acknowledging service requests, unless other communication methods have been approved by RIM in writing.

D.   All communications with MCI end-users, no matter the subject matter, will be 'copied' (cc) to RIM.

E.   The Contractor's customer support personnel must be knowledgeable about and cross-trained on all aspects of the MCI's account.  Support personnel must be able to answer questions from local users, receive and initiate orders, communicate with MCI users and must make every effort to answer billing, service and operational issues within 24 hours.

F.   The Contractor will maintain an in-house box tracking system which captures the following data:

MCIWC031849

A 03991

Records Management Program – Policies & Procedures

| Field | Field Type | Characters |
|---|---|---|
| MCI department | alpha numeric | 8 |
| Carton Barcode Number | alpha numeric | vendor specific |
| Reference Number | alpha numeric | |
| Record series # | alpha numeric | 5 |
| From date | date | 8 |
| Thru date | date | 8 |
| Contents Description | alpha numeric | 55 |
| Retention Hold Code | alpha numeric | 3 |
| Destruction Review Date | date | 8 |
| Service Order Number (SO cartons were received on) | alpha numeric | vendor specific |
| Order Requestor (MCI submitter) | alpha | 20 |
| Service Date (date cartons were received) | date | 8 |

G. MCI's Records Retention Schedule must be incorporated into the Contractor's data system.  Destruction dates must be calculated using the RRS data and thru dates.

H. The MCI Box Inventory Form will be utilized exclusively.

I. Inventory forms must accompany all cartons sent to storage. Cartons without accompanying inventory forms will not be accepted for picked up. All fields must be entered in to the Contractor's system, to include the Retention Code if completed. (For the "Record Classification Code" field, enter "RS" with the corresponding number entered by the submitter.  For example: RS45.)

J. File-level indexing.  All cartons that have been file-level indexed will be accompanied by the MCI Carton / File-Level Inventory Form (see Attachment III for copy).  This form must be completed in full, to include data for all files contained in the carton.

Prior to receipt by the contractor, each carton will contain a carton barcode number, and each file will have assigned a six-digit file identification number.  The carton barcode number and the file identification numbers will be included in the inventory data on the File-Level Inventory Form and will be entered in to the Contractor's system.

Upon receipt, the Contractor must verify the contents of each carton against the accompanying inventory form.

K. Only RIM personnel, or MCI personnel given authorization by RIM, can authorize the permanent withdrawal of any MCI records.  A list of authorized personnel will be given to Contractor.  A request for permanent withdrawal, from authorized personnel, must be received by the Contractor in writing.

MCIWC031850

A 03992

L. The Contractor will provide MCI with an electronic version of their inventory data contained within Contractor's inventory system in an agreed upon format.

M. The Contractor shall exercise disaster recovery procedures as described in Exhibit B, of this contract.

## REPORTING

MCI's requirements with regard to reporting and invoicing for the Contractor's account are as follows:

A. The following reports will be delivered to MCI as outlined below, in mutually agreed upon formats:

1) New box storage activity report (monthly). Due the 15th of each month, reporting on the previous month. Contains: All new storage for that month. This report will be sorted by MCI department.

2) Retrieval / Outcard Report (quarterly). Due April 15th, July 15th, October 15th, and January 15th. Contains: This report lists all retrievals outcarded for more than one day. This report will be sorted by the retriever's name.

3) Inventory Report (annually). Due March 31st or after the annual destruction project is completed. Contains: Full inventory listing. This report will be sorted by Record Classification Code.

4) Candidates for destruction (annually). Due November 15th. Contains: All cartons eligible for destruction as of the end of that calendar year, in accordance with MCI's Record Retention Schedule. This report will be sorted by Record Classification Code.

5) Retention Hold Code (annually). Due June 30th. Contains: Lists all cartons assigned a Retention Hold Code. This report will be sorted by the Retention Hold Code.

   Items 1, 3, 4 & 5 above will contain the information/fields listed under item I, herein, "General Requirements".

   Item 2, the Retrieval / Outcard Report, will contain MCI department, carton barcode number, carton description, Record Classification Number, name of the MCI requestor, the date of retrieval and the service order number.

B. All reporting and invoicing will be provided to MCI using the exact same cut-off date. That cut off date will be the last business of the month.

## RETRIEVAL / REFILE / NEW STORAGE

The Contractor shall provide retrieval/refile and storage services at locations as designated and agreed to by MCI and the Contractor. These services include the following specific requirements:

MCIWC031851

A 03993

A.    Types of service:

"Regular":  Retrieval / pickup the next service day.

"Same day":  Request is received before 10am; delivery will be made that service day.  This type of service must be specified by the requestor (otherwise it is a "regular" service request).

"Rush":  Service provided within two (2) hours of the request (but within regular business hours).  This type of service must be specified by the requestor.

B.    Deliveries or pick-ups should be performed throughout the week (Monday-Friday).  If a user requires delivery after hours, weekends or 2-hour rush retrieval /delivery, the Contractor will inform the user that their department will be charged for the delivery.

C.    Retrieval, refile and new storage requests received by 4:00pm will be delivered / picked up on the next scheduled run.  Requests received on a Friday will be delivered / picked up on the following Monday.

D.    Under no circumstances will the Contractor perform nor charge MCI for Rush or After Hour *pickups*.

E.    Respond to service requests by electronic mail within two (4) hours of receiving the message.  Electronic mail is the only acceptable method that should be used for service requests.  Electronic mail confirmations will be sent to each service request, copying **all** addressees.  The confirmations will include the number of cartons/files, the service order number and delivery date.

F.    New storage and refiles will be shelved, data entered, and fully processed within 72 hours of receipt.

G.    The Contractor will not retrieve MCI records for any reason other than responding to MCI service requests.

H.    If there is to be a delay in delivering records under a service request due to locating / retrieving the requested records, the Contractor will notify the requestor immediately by email, with a copy ('cc') to RIM. Notification should provide the reason for the delay and expected delivery reschedule. Under no circumstances should notification occur only at the point of delivery.

I.    The Contractor will obtain the signature of the individual receiving MCI records on a delivery.

## CONSOLIDATED DATABASE

The consolidated database, maintained by MCI, refers to the merged descriptive and retention information for *all* MCI records stored offsite.

A.    The Contractor will provide consolidated datastrips to MCI in a mutually agreed upon format.

MCIWC031852

A 03994

B.    Datastrips, will include all descriptive and retention information (listed in item I, herein, under General Requirements) for all of MCI's boxes in Contractors' system.

## THE CONTRACTOR'S DATABASE

The Contractor shall use their computerized inventory control system to manage MCI's records.

A.  Data entry will be performed with 99% accuracy. Redundant data entry will be used for barcode numbering.

An error is defined as:
Any incorrect data and/or Record Series Number, any transposition, missing digits, or incorrect descriptive information such that either the number is inaccurate or unusable for its intended purpose, or that the description if inaccurate or unusable for its intended purpose.  Reasonable occurrences of missing punctuation, misspellings, inaccurate abbreviations etc. will not constitute errors.
(For the "Record Classification Code" field, enter "RS" with the corresponding number entered by the submitter.  For example: RS45.)

B.  New storage and refiles will be shelved, data entered, and fully processed within 72 hours of receipt.

C.  The Contractor's inventory control system will contain (at a minimum) the information listed under item I (herein), General Requirements.

D.  The Contractor will receive and process into their data system any updates to the database submitted by MCI.  The Contractor will ensure that these changes have been incorporated into the data provided to MCI via monthly reports.

E.  The Contractor's system will automatically calculate destruction review dates for all new storage, based on retention periods from MCI's Record Retention Schedule, which will have been loaded into their system.  If this is not possible, the Contractor will calculate the destruction review dates based on retention periods from MCI's RRS and enter the date into their system.

F.  MCI will provide the Contractor with a diskette containing any changes to MCI's Record Retention Schedule, as soon as the change is adopted.

## DESTRUCTION

Destruction of MCI records will be in accordance with industry standards.  To include, or in addition to:

A.  Contractor shall not destroy or purge any MCI boxes or information without written approval from RIM.  Only RIM has the authority to approve destruction of boxes or information contained in Contractor's warehouse.

B.  The destruction sequence to include the following:

MCIWC031853

A 03995

1. Produce a Destruction Review Report listing all containers eligible for disposal. This report must be sorted by Record Classification Code. The report should provide a section in which MCI can indicate, for each container, instructions not to destroy containers or make changes to Disposal Dates or Retention Codes. Submit to MCI by November 15.

2. Upon receipt of the Destruction Review report back from MCI, any changes by MCI are entered and then reviewed by a supervisor.

3. Report Unavailable Items to MCI. After identifying authorized containers from the Destruction Review report, generate a listing of containers that are unavailable for disposal because they are out on retrieval at the customer. MCI will use this report to research the retrieval and contact the MCI user for status.

4. Verify that the containers pulled are those authorized on the Destruction Order (preferably utilizing bar code scanning).

5. The Contractor will ensure the security of MCI records during transport and actual destruction.

6. The Contractor will provide MCI a Destruction Certificate report after the completion of destruction. This report, signed by the Contractor, will list all the containers destroyed. It will include complete descriptive data for each container and will be accompanied by a description of where and when the destruction occurred and the method of destruction.

MCIWC031854

A 03996

Records Management Program – Policies & Procedures ▬▬▬▬▬▬

# APPENDIX F

## Box Inventory Form

## File-Level Inventory Form

## Fax Order Form

MCIWC031855

A 03997

# APPENDIX G

# Inventory Project Documents

MCIWC031856

A 03998

Records Management Program – Policies & Procedures

## Inventory Project Requirements and Expectations

1.  A written estimate that outlines the full scope of the project and its costs is required. The estimate should include:

    - estimated start and completion date
    - labor (number of people, level (supervisor, etc.) and hours). Iron Mountain (IM) will identify if labor pool will be non-IM personnel, such as contractors or temporaries.
    - actual number of cartons
    - **condition of all cartons,** along with the number that requires a new carton
    - number of cartons that need to be inventoried, broken down by type of inventory (date range only, description only or both)
    - number and cost of data entry

2.  At least one supervisor, who is an IM employee, will be responsible for any inventory project. IM will provide the name of the individual responsible for the inventory project and a phone number where that individual may be reached during business hours.

3.  Project cost overruns should be discussed with MCI's Records & Information Management (RIM), prior to the costs being incurred. RIM, with input from IM, will evaluate the costs and the justification. RIM, if the costs are approved, will provide written approval to IM. It is RIM's expectation that such situations will be infrequent.

4.  IM will submit to RIM, via e-mail, a weekly Inventory Project Status Reports by Monday of the following week. The status report should indicate, if applicable:

    a.  The number of cartons inventoried;
    b.  The number of cartons data entered;
    c.  The number of cartons reboxed;
    d.  The number of cartons shipped to RIM;
    e.  If the project is on target for the indicated completion date;
    f.  Any problems that may have occurred; and
    g.  Any changes in IM personnel regarding the project.

5.  Cartons that are retrieved within IM's warehouse, for this inventory project, will be outcarded to Chicha Barnes. IM will be able to identify, at all times, the location of all cartons retrieved for an inventory project.

6.  RIM will supply the Inventory Form to be used for each inventory project; the form is titled "MCI Inventory Form – for Projects". IM will be responsible for copying the form to be used throughout the project.

7.  IM will review the outside of each carton for data information. However, IM will not solely rely on any information written on the outside of cartons, especially if

MCIWC031857

A 03999