```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x      Case No.
In re                                 02-13533(AJG)

WORLDCOM, INC., et al,                New York, New York
                                      July 10, 2007
        Reorganized Debtors.          10:12 a.m.
-------------------------------x

                DIGITALLY RECORDED PROCEEDINGS

10:00 STATUS CONFERENCE re Amended Motion of Parus Holdings,
Inc. For Relief Resulting from the Debtors' Spoliation of
Evidence.  Opposition filed.


B E F O R E:

    THE HONORABLE ARTHUR J. GONZALEZ
    United States Bankruptcy Judge


A P P E A R A N C E S:

    STINSON MORRISON HECKER LLP
    Special Counsel for Reorganized Debtors WorldCom
    and Intermedia
        1201 Walnut Street
        Kansas, Missouri   64106

    BY:  ALLISON MURDOCK, ESQ.   (via telephone)

    FOLEY & LARDNER LLP
    Attorneys for Parus Holdings
        777 East Wisconsin Avenue
        Milwaukee, Wisconsin  53202

    BY:  JILL MURCH, ESQ.   (via telephone)



              DEBORAH HUNTSMAN, Court Reporter
       (212) 608-9053   (718) 774-2551   (917) 723-9898
       Proceedings Recorded by Electronic Sound Recording,
            Transcript Produced by Court Reporter
```

1         JUDGE GONZALEZ:  Please be seated.

2         This is Judge Gonzalez.

3         MS. MURDOCK:  Your Honor, Allison Murdock on behalf of

4    the Debtors.

5         MS. MURCH:  Your Honor, Jill Murch on behalf of Parus

6    Holdings.

7         JUDGE GONZALEZ:  All right.  Sorry to keep you both

8    waiting.  We are here as a follow-up to the conference call on

9    a status conference as to how we are going to proceed, and if

10   we are going to proceed with the spoliation motion.

11        So go ahead.  I'll hear first from the Debtors.

12        MS. MURDOCK:  Your Honor, Allison Murdock.  It was not

13   Debtors' intention to raise issues with respect to finality.

14   I have conferred with my client, and Debtors will amend their

15   motion seeking permission to partially withdraw their claim

16   objection to remove the language that gave you pause with

17   respect to Debtors' reservation of rights to refile the claim

18   objection.  If the summary judgement ruling is appealed and

19   any part of the case is sent back, then Debtors will have

20   whatever rights they have at that time and we can cross that

21   bridge if and when we ever come to it.  At this time, Debtors

22   will amend the motion to take out the language seeking a

23   determination now that they would have a reservation of rights

24   to refile that claim objection.

25        JUDGE GONZALEZ:  All right.  Parus Holdings?

1        MS. MURCH:  Your Honor, Jill Murch.  I'm here on

2   behalf of Parus Holdings.

3        That is fine.  If the Debtors want to go ahead and

4   amend that motion, we have no problem with that.

5        JUDGE GONZALEZ:   All right.  Amend the motion, and I

6   would suggest that, if you show it to Parus Holdings and they

7   have no objection to that withdrawal, I will enter that order;

8   where are we then with the claim?

9        MS. MURDOCK:  Your Honor, Allison Murdock.  If we

10  enter that order, I think that order then takes care of all of

11  those pending motions.  There would be no need to consider the

12  amended spoliation motion, Debtors' request for a Rule

13  30(b)(6) deposition, or Debtors' request to make an offer of

14  judgment under 7068.  I think that would resolve everything

15  that is left.  The only thing otherwise that would need to be

16  decided is that Debtors have filed a notice of presentment on

17  the summary judgment ruling and Parus did object.  But that

18  would be the only thing that I believe would still be left to

19  be resolved, if the motion to partially withdraw the claim

20  objection were granted.

21       MS. MURCH:  Your Honor, this is Jill Murch on behalf

22  of Parus Holdings.  The only thing that we ask is that the

23  Court not rule on the spoliation motion or the amended

24  spoliation motion at this time.  It is at this point that

25  Parus Holdings believes it is premature that you consider any

1  rights they have.

2          So in the event that there may be an appeal in the

3  future, and if there is a reversal, we would just ask that you

4  hold those as pending motions and just not rule on them at

5  this time.

6          JUDGE GONZALEZ:  Maybe it is better that we all think

7  about it, but it seems to me that -- assume I relatively

8  quickly resolve whatever dispute there is to the order

9  regarding the opinion, you effectively have all the issues in

10 the case, at least on their face, resolved, and you have

11 whatever appellate rights you have.

12         If the case gets sent back and WorldCom argues that

13 they have some right to dispute the damage calculation, and,

14 if I were to disagree with them, then the spoliation motion

15 and everything else goes away anyway.  It seems to me that, if

16 it comes back to me on a reversal and a remand, that whatever

17 issues are then before me, if it's relevant to deal with

18 spoliation, you would deal with it in the context of a new

19 motion.  I don't see why the spoliation motion and everything

20 else just isn't withdrawn.  Why would it be carried forward,

21 if the claims adjudication process is really concluded, but

22 for any reversal and remand?

23         MS. MURCH:  Judge, I would like to preserve the

24 ability to argue one of the bases that, if an appeal were to

25 be taken, is a ruling on spoliation.  We would like to

1    preserve that as an issue.

2         At the commencement of the cases one of the concerns

3    we had was that spoliation would not be ruled on prior to an

4    adjudication of the summary judgment motion.  So that is a

5    concern that we would have, that which cannot be ruled on at

6    this point.

7         JUDGE GONZALEZ:  As I said before, it doesn't make any

8    sense to me.  There is nothing left before me.  How could I

9    have an open motion on a claims adjudication, and, unless I am

10   missing something, the claim has been fully adjudicated.

11   There is a liability basis established and there is a damage

12   amount for that liability.  It is over.  It is over until

13   someone sends it back to me and says "you are wrong," and then

14   once that happens, everything else opens itself back up again?

15        MS. MURCH:  Your Honor, we just want to preserve a

16   ruling on the pending spoliation motion.

17        JUDGE GONZALEZ:  It is moot.  Once the objection to

18   the use of which damage calculation applies is withdrawn,

19   there is nothing left for the spoliation motion unless my

20   opinion and determination is reversed.

21        MS. MURCH:  Your Honor, I would be glad to work out

22   the terms of an order with Ms. Murdock, an order that would

23   resolve all of these issues and present it to the Court.  If

24   an appeal is taken and if Your Honor's opinion were to be

25   reversed, then Parus would want the ability to refile the

1    amended spoliation motion at that time.
2            JUDGE GONZALEZ:  All right.  Try to work it out.  Both
3    of you, keep in mind -- and I know you are advocates for your
4    clients, and rightfully so protecting their interests -- you
5    have to still look at this from a practical standpoint.  If
6    there is nothing left before me, what rights are you
7    preserving by keeping motions open?
8            MS. MURDOCK:  Your Honor, Allison Murdock.  I can see
9    we have a dispute coming down the road on this, because the
10   purpose of our withdrawing the claim is so that we don't have
11   open motions because all of those pending motions, including
12   the ones that Debtors have filed, are moot, if the order is
13   granted permitting partial withdrawal of the claim objection.
14           We can try to work something out with Parus Holdings,
15   but I don't contemplate that procedurally we will have the
16   ability to present an order to the Court that provides
17   anything other than that these pending motions, including
18   Debtors' pending motions, are moot in light of an order
19   granting partial withdrawal of the claim objection.
20           JUDGE GONZALEZ:  Schedule it all.  I will deal with
21   both of you in person.  File the amended motion to withdraw.
22   We will address all the issues at one hearing, and see where
23   that takes us.
24           MS. MURCH:  Your Honor, this is Jill Murch.  I do
25   believe we can work something out here.  I just want to have

1   the ability to consult with my client first.  I do believe we

2   can reach a mutually satisfactory resolution with the Debtors

3   and the Court.  I just need a little bit of time to talk to my

4   client and hammer that out.

5           JUDGE GONZALEZ:  All right, thank you.

6           MS. MURCH:  Thank you, Your Honor.

7           JUDGE GONZALEZ:  All right.  Good day.

8           MS. MURDOCK:  Thank you.  Bye.

9           JUDGE GONZALEZ:  All right.  The next matter in

10  WorldCom, I believe, commences at 12:00 p.m.  I will return to

11  the bench at that time.

12          (Whereupon, from 10:20 a.m. to 12:04 p.m. a recess was

13  taken.)

1           C E R T I F I C A T E

2  STATE OF NEW YORK    )
                        : SS:
3  COUNTY OF NEW YORK   )

4

5           I, DEBORAH HUNTSMAN, a Shorthand Reporter and

6  Notary Public within and for the State of New York, do hereby

7  certify:

8           That the within is a true and accurate

9  transcript from the official electronic sound recording of the

10 proceedings held on the 10th day of July, 2007.

11          I further certify that I am not related by blood

12 or marriage to any of the parties and that I am not interested

13 in the outcome of this matter.

14          IN WITNESS WHEREOF, I have hereunto set my hand

15 this 18th day of July, 2007.

16

17

18
                                    *DEB0RAH HUNTSMAN*
19                                  **DEBORAH HUNTSMAN**

20 NOTE FILE BY MOSES BENASHER

21 PRELIMINARY TRANSCRIPT DELIVERED VIA E-MAIL 7/15/2007

22

23

24

25

**0**

**02-13533(AJG** [1] - 1:3

**1**

**10** [1] - 1:4
**10:00** [1] - 1:7
**10:12** [1] - 1:5
**10:20** [1] - 7:12
**10th** [1] - 8:10
**1201** [1] - 1:16
**12:00** [1] - 7:10
**12:04** [1] - 7:12
**18th** [1] - 8:15

**2**

**2007** [3] - 1:4, 8:10, 8:15
**212** [1] - 1:23

**3**

**30(b)(6** [1] - 3:13

**5**

**53202** [1] - 1:20

**6**

**608-9053** [1] - 1:23
**64106** [1] - 1:16

**7**

**7/15/2007** [1] - 8:21
**7068** [1] - 3:14
**718** [1] - 1:23
**723-9898** [1] - 1:23
**774-2551** [1] - 1:23
**777** [1] - 1:19

**9**

**917** [1] - 1:23

**A**

**a** [23] - 2:8, 2:9, 2:22, 2:23, 3:12, 3:16, 4:3, 4:16, 4:18, 4:25, 5:4, 5:9, 5:11, 5:15, 6:5, 6:9, 7:2, 7:3, 7:12, 8:5, 8:8
**A** [4] - 1:13, 8:1
**a.m** [2] - 1:5, 7:12
**ability** [4] - 4:24, 5:25, 6:16, 7:1
**about** [1] - 4:7
**accurate** [1] - 8:8
**address** [1] - 6:22
**adjudicated** [1] - 5:10
**adjudication** [3] - 4:21, 5:4, 5:9
**advocates** [1] - 6:3
**again** [1] - 5:14
**ahead** [2] - 2:11, 3:3
**al** [1] - 1:4
**all** [7] - 3:10, 4:6, 4:9, 5:23, 6:11, 6:20, 6:22
**All** [7] - 2:7, 2:25, 3:5, 6:2, 7:5, 7:7, 7:9
**ALLISON** [1] - 1:17
**Allison** [4] - 2:3, 2:12, 3:9, 6:8
**am** [3] - 5:9, 8:11, 8:12
**amend** [3] - 2:14, 2:22, 3:4
**Amend** [1] - 3:5
**Amended** [1] - 1:7
**amended** [4] - 3:12, 3:23, 6:1, 6:21
**amount** [1] - 5:12
**an** [11] - 3:13, 4:2, 4:24, 5:1, 5:3, 5:9, 5:22, 5:24, 6:16, 6:18
**and** [35] - 1:15, 2:9, 2:14, 2:18, 2:20, 2:21, 3:3, 3:5, 3:6, 3:17, 4:3, 4:4, 4:10, 4:12, 4:13, 4:15, 4:16, 4:19, 4:22, 5:9, 5:11, 5:13, 5:20, 5:23, 5:24, 6:3, 6:4, 6:22, 7:3, 7:4, 8:5, 8:6, 8:8, 8:12
**any** [5] - 2:19, 3:25, 4:22, 5:7, 8:12
**anything** [1] - 6:17
**anyway** [1] - 4:15
**appeal** [3] - 4:2, 4:24, 5:24
**appealed** [1] - 2:18
**appellate** [1] - 4:11
**applies** [1] - 5:18
**are** [10] - 2:8, 2:9, 2:10, 3:8, 4:17, 5:13, 6:3, 6:6, 6:12, 6:18
**argue** [1] - 4:24
**argues** [1] - 4:12

**ARTHUR** [1] - 1:11
**as** [4] - 2:8, 2:9, 4:4, 5:1
**As** [1] - 5:7
**ask** [2] - 3:22, 4:3
**assume** [1] - 4:7
**at** [11] - 2:20, 3:24, 4:4, 4:10, 5:5, 6:1, 6:5, 6:22, 7:10, 7:11
**At** [2] - 2:21, 5:2
**Attorneys** [1] - 1:19
**Avenue** [1] - 1:19
**away** [1] - 4:15

**B**

**B** [1] - 1:10
**back** [5] - 2:19, 4:12, 4:16, 5:13, 5:14
**BANKRUPTCY** [1] - 1:1
**Bankruptcy** [1] - 1:12
**bases** [1] - 4:24
**basis** [1] - 5:11
**be** [13] - 2:1, 3:11, 3:15, 3:18, 3:19, 4:2, 4:20, 4:25, 5:3, 5:5, 5:21, 5:24
**because** [2] - 6:9, 6:11
**been** [1] - 5:10
**before** [4] - 4:17, 5:7, 5:8, 6:6
**behalf** [4] - 2:3, 2:5, 3:2, 3:21
**believe** [4] - 3:18, 6:25, 7:1, 7:10
**believes** [1] - 3:25
**BENASHER** [1] - 8:20
**bench** [1] - 7:11
**better** [1] - 4:6
**bit** [1] - 7:3
**blood** [1] - 8:11
**Both** [1] - 6:2
**both** [2] - 2:7, 6:21
**bridge** [1] - 2:21
**But** [1] - 3:17
**but** [3] - 4:7, 4:21, 6:15
**BY** [3] - 1:17, 1:21, 8:20
**by** [4] - 1:24, 1:24, 6:7, 8:11
**Bye** [1] - 7:8

**C**

**C** [3] - 1:13, 8:1
**calculation** [2] - 4:13, 5:18
**call** [1] - 2:8
**can** [5] - 2:20, 6:8, 6:14, 6:25, 7:2
**cannot** [1] - 5:5
**care** [1] - 3:10
**carried** [1] - 4:20
**Case** [1] - 1:2
**case** [3] - 2:19, 4:10, 4:12
**cases** [1] - 5:2
**certify** [2] - 8:7, 8:11
**claim** [9] - 2:15, 2:17, 2:24, 3:8, 3:19, 5:10, 6:10, 6:13, 6:19
**claims** [2] - 4:21, 5:9
**client** [3] - 2:14, 7:1, 7:4
**clients** [1] - 6:4
**come** [1] - 2:21
**comes** [1] - 4:16
**coming** [1] - 6:9
**commencement** [1] - 5:2
**commences** [1] - 7:10
**concern** [1] - 5:5
**concerns** [1] - 5:2
**concluded** [1] - 4:21
**CONFERENCE** [1] - 1:7
**conference** [2] - 2:8, 2:9
**conferred** [1] - 2:14
**consider** [2] - 3:11, 3:25
**consult** [1] - 7:1
**contemplate** [1] - 6:15
**context** [1] - 4:18
**could** [1] - 5:8
**Counsel** [1] - 1:15
**COUNTY** [1] - 8:3
**COURT** [1] - 1:1
**Court** [6] - 1:23, 1:24, 3:23, 5:23, 6:16, 7:3
**cross** [1] - 2:20

**D**

**damage** [3] - 4:13, 5:11, 5:18
**day** [3] - 7:7, 8:10, 8:15

**deal** [3] - 4:17, 4:18, 6:20
**DEBORAH** [4] - 1:23, 8:5, 8:18, 8:19
**Debtors** [11] - 1:5, 1:15, 2:4, 2:11, 2:14, 2:19, 2:21, 3:3, 3:16, 6:12, 7:2
**Debtors'** [6] - 1:8, 2:13, 2:17, 3:12, 3:13, 6:18
**decided** [1] - 3:16
**DELIVERED** [1] - 8:21
**deposition** [1] - 3:13
**determination** [2] - 2:23, 5:20
**did** [1] - 3:17
**DIGITALLY** [1] - 1:6
**disagree** [1] - 4:14
**dispute** [3] - 4:8, 4:13, 6:9
**DISTRICT** [1] - 1:2
**do** [3] - 6:24, 7:1, 8:6
**doesn't** [1] - 5:7
**don't** [3] - 4:19, 6:10, 6:15
**down** [1] - 6:9

**E**

**E** [7] - 1:10, 1:13, 8:1, 8:21
**E-MAIL** [1] - 8:21
**East** [1] - 1:19
**effectively** [1] - 4:9
**electronic** [1] - 8:9
**Electronic** [1] - 1:24
**else** [3] - 4:15, 4:20, 5:14
**enter** [2] - 3:7, 3:10
**ESQ** [2] - 1:17, 1:21
**established** [1] - 5:11
**et** [1] - 1:4
**event** [1] - 4:2
**ever** [1] - 2:21
**everything** [4] - 3:14, 4:15, 4:19, 5:14
**Evidence** [1] - 1:8

**F**

**F** [2] - 1:10, 8:1
**face** [1] - 4:10
**File** [1] - 6:21
**FILE** [1] - 8:20
**filed** [3] - 1:8, 3:16, 6:12

**finality** [1] - 2:13
**fine** [1] - 3:3
**first** [2] - 2:11, 7:1
**FOLEY** [1] - 1:18
**follow** [1] - 2:8
**follow-up** [1] - 2:8
**For** [1] - 1:8
**for** [8] - 1:15, 1:19, 3:12, 4:22, 5:12, 5:19, 6:3, 8:6
**forward** [1] - 4:20
**from** [5] - 1:8, 2:11, 6:5, 7:12, 8:9
**fully** [1] - 5:10
**further** [1] - 8:11
**future** [1] - 4:3

**G**

**gave** [1] - 2:16
**gets** [1] - 4:12
**glad** [1] - 5:21
**go** [2] - 2:11, 3:3
**goes** [1] - 4:15
**going** [2] - 2:9, 2:10
**GONZALEZ** [13] - 1:11, 2:1, 2:7, 2:25, 3:5, 4:6, 5:7, 5:17, 6:2, 6:20, 7:5, 7:7, 7:9
**Gonzalez** [1] - 2:2
**Good** [1] - 7:7
**granted** [2] - 3:20, 6:13
**granting** [1] - 6:19

**H**

**had** [1] - 5:3
**hammer** [1] - 7:4
**hand** [1] - 8:14
**happens** [1] - 5:14
**has** [1] - 5:10
**have** [21] - 2:14, 2:19, 2:20, 2:23, 3:4, 3:7, 3:16, 4:1, 4:9, 4:10, 4:11, 4:13, 5:5, 5:9, 6:5, 6:9, 6:10, 6:12, 6:15, 6:25, 8:14
**hear** [1] - 2:11
**hearing** [1] - 6:22
**HECKER** [1] - 1:14
**held** [1] - 8:10
**here** [3] - 2:8, 3:1, 6:25
**hereby** [1] - 8:6
**hereunto** [1] - 8:14
**hold** [1] - 4:4
**Holdings** [9] - 1:7, 1:19, 2:6, 2:25, 3:2, 3:6, 3:22, 3:25, 6:14
**Honor** [11] - 2:3, 2:5, 2:12, 3:1, 3:9, 3:21, 5:15, 5:21, 6:8, 6:24, 7:6
**Honor's** [1] - 5:24
**HONORABLE** [1] - 1:11
**How** [1] - 5:8
**how** [1] - 2:9
**HUNTSMAN** [4] - 1:23, 8:5, 8:18, 8:19

**I**

**I** [31] - 2:14, 3:5, 3:7, 3:10, 3:14, 3:18, 4:7, 4:14, 4:19, 4:23, 5:7, 5:8, 5:9, 5:21, 6:3, 6:8, 6:15, 6:20, 6:24, 6:25, 7:1, 7:3, 7:10, 8:1, 8:5, 8:11, 8:12, 8:14
**I'll** [1] - 2:11
**I'm** [1] - 3:1
**if** [12] - 2:9, 2:21, 3:6, 3:19, 4:3, 4:14, 4:15, 4:17, 4:21, 4:24, 5:24, 6:12
**If** [6] - 2:18, 3:3, 3:9, 4:12, 5:23, 6:5
**IN** [1] - 8:14
**In** [1] - 1:3
**in** [9] - 4:2, 4:9, 4:18, 6:3, 6:18, 6:21, 7:9, 8:13
**INC** [1] - 1:4
**Inc** [1] - 1:8
**including** [2] - 6:11, 6:17
**intention** [1] - 2:13
**interested** [1] - 8:12
**interests** [1] - 6:4
**Intermedia** [1] - 1:15
**is** [31] - 2:2, 2:18, 2:19, 3:3, 3:15, 3:16, 3:21, 3:22, 3:24, 3:25, 4:3, 4:6, 4:8, 4:21, 4:25, 5:4, 5:8, 5:11, 5:12, 5:17, 5:18, 5:19, 5:20, 5:24, 6:6, 6:10, 6:12, 6:24, 8:8
**isn't** [1] - 4:20
**issue** [1] - 5:1
**issues** [5] - 2:13, 4:9, 4:17, 5:23, 6:22
**it** [14] - 2:21, 3:6, 3:25, 4:6, 4:7, 4:16, 4:18, 4:20, 5:7, 5:13, 5:23, 6:2, 6:20
**It** [6] - 2:12, 3:24, 4:15, 5:12, 5:17
**it's** [1] - 4:17
**itself** [1] - 5:14

**J**

**J** [1] - 1:11
**JILL** [1] - 1:21
**Jill** [4] - 2:5, 3:1, 3:21, 6:24
**Judge** [3] - 1:12, 2:2, 4:23
**JUDGE** [12] - 2:1, 2:7, 2:25, 3:5, 4:6, 5:7, 5:17, 6:2, 6:20, 7:5, 7:7, 7:9
**judgement** [1] - 2:18
**judgment** [3] - 3:14, 3:17, 5:4
**July** [3] - 1:4, 8:10, 8:15
**just** [6] - 4:3, 4:4, 4:20, 5:15, 6:25, 7:3

**K**

**Kansas** [1] - 1:16
**keep** [2] - 2:7, 6:3
**keeping** [1] - 6:7
**know** [1] - 6:3

**L**

**language** [2] - 2:16, 2:22
**LARDNER** [1] - 1:18
**least** [1] - 4:10
**left** [5] - 3:15, 3:18, 5:8, 5:19, 6:6
**liability** [2] - 5:11, 5:12
**light** [1] - 6:18
**like** [2] - 4:23, 4:25
**little** [1] - 7:3
**LLP** [2] - 1:14, 1:18
**look** [1] - 6:5

**M**

**MAIL** [1] - 8:21
**make** [2] - 3:13, 5:7
**marriage** [1] - 8:12
**matter** [2] - 7:9, 8:13
**may** [1] - 4:2
**Maybe** [1] - 4:6
**me** [8] - 4:7, 4:15, 4:16, 4:17, 5:8, 5:13, 6:6
**Milwaukee** [1] - 1:20
**mind** [1] - 6:3
**missing** [1] - 5:10
**Missouri** [1] - 1:16
**moot** [3] - 5:17, 6:12, 6:18
**MORRISON** [1] - 1:14
**MOSES** [1] - 8:20
**Motion** [1] - 1:7
**motion** [18] - 2:10, 2:15, 2:22, 3:4, 3:5, 3:12, 3:19, 3:23, 3:24, 4:14, 4:19, 5:4, 5:9, 5:16, 5:19, 6:1, 6:21
**motions** [7] - 3:11, 4:4, 6:7, 6:11, 6:17, 6:18
**MS** [13] - 2:3, 2:5, 2:12, 3:1, 3:9, 3:21, 4:23, 5:15, 5:21, 6:8, 6:24, 7:6, 7:8
**Ms** [1] - 5:22
**Murch** [4] - 2:5, 3:1, 3:21, 6:24
**MURCH** [9] - 1:21, 2:5, 3:1, 3:21, 4:23, 5:15, 5:21, 6:24, 7:6
**Murdock** [5] - 2:3, 2:12, 3:9, 5:22, 6:8
**MURDOCK** [6] - 1:17, 2:3, 2:12, 3:9, 6:8, 7:8
**mutually** [1] - 7:2
**my** [5] - 2:14, 5:19, 7:1, 7:3, 8:14

**N**

**N** [1] - 1:13
**need** [3] - 3:11, 3:15, 7:3
**new** [1] - 4:18
**NEW** [3] - 1:2, 8:2, 8:3
**New** [3] - 1:4, 8:6
**next** [1] - 7:9
**no** [3] - 3:4, 3:7, 3:11
**No** [1] - 1:2
**not** [6] - 2:12, 3:23, 4:4, 5:3, 8:11, 8:12
**Notary** [1] - 8:6
**NOTE** [1] - 8:20
**nothing** [3] - 5:8, 5:19, 6:6
**notice** [1] - 3:16
**now** [1] - 2:23

**O**

**O** [1] - 1:10
**object** [1] - 3:17
**objection** [8] - 2:16, 2:18, 2:24, 3:7, 3:20, 5:17, 6:13, 6:19
**OF** [3] - 1:2, 8:2, 8:3
**of** [35] - 1:7, 1:8, 2:3, 2:5, 2:17, 2:19, 2:23, 3:2, 3:10, 3:13, 3:16, 3:22, 4:18, 4:24, 5:2, 5:4, 5:18, 5:22, 5:23, 6:3, 6:10, 6:11, 6:13, 6:18, 6:19, 6:21, 7:3, 8:6, 8:9, 8:10, 8:12, 8:13, 8:15
**offer** [1] - 3:13
**official** [1] - 8:9
**on** [17] - 2:3, 2:5, 2:8, 3:1, 3:16, 3:21, 3:23, 4:4, 4:10, 4:16, 4:25, 5:3, 5:5, 5:9, 5:16, 6:9, 8:10
**once** [1] - 5:14
**Once** [1] - 5:17
**one** [3] - 4:24, 5:2, 6:22
**ones** [1] - 6:12
**only** [3] - 3:15, 3:18, 3:22
**open** [3] - 5:9, 6:7, 6:11
**opens** [1] - 5:14
**opinion** [3] - 4:9, 5:20, 5:24
**Opposition** [1] - 1:8
**or** [3] - 3:13, 3:23, 8:12
**order** [9] - 3:7, 3:10, 4:8, 5:22, 6:12, 6:16, 6:18
**other** [1] - 6:17
**otherwise** [1] - 3:15
**our** [1] - 6:10
**out** [6] - 2:22, 5:21, 6:2, 6:14, 6:25, 7:4
**outcome** [1] - 8:13
**over** [2] - 5:12

**P**

**P** [2] - 1:13
**p.m** [2] - 7:10, 7:12
**part** [1] - 2:19
**partial** [2] - 6:13, 6:19
**partially** [2] - 2:15, 3:19

parties [1] - 8:12
Parus [11] - 1:7, 1:19, 2:5, 2:25, 3:2, 3:6, 3:17, 3:22, 3:25, 5:25, 6:14
pause [1] - 2:16
pending [6] - 3:11, 4:4, 5:16, 6:11, 6:17, 6:18
permission [1] - 2:15
permitting [1] - 6:13
person [1] - 6:21
Please [1] - 2:1
point [2] - 3:24, 5:6
practical [1] - 6:5
PRELIMINARY [1] - 8:21
premature [1] - 3:25
present [2] - 5:23, 6:16
presentment [1] - 3:16
preserve [3] - 4:23, 5:1, 5:15
preserving [1] - 6:7
prior [1] - 5:3
problem [1] - 3:4
procedurally [1] - 6:15
proceed [2] - 2:9, 2:10
PROCEEDINGS [1] - 1:6
Proceedings [1] - 1:24
proceedings [1] - 8:10
process [1] - 4:21
Produced [1] - 1:24
protecting [1] - 6:4
provides [1] - 6:16
Public [1] - 8:6
purpose [1] - 6:10

Q

quickly [1] - 4:8

R

R [3] - 1:10, 1:13, 8:1
raise [1] - 2:13
re [2] - 1:3, 1:7
reach [1] - 7:2
really [1] - 4:21
recess [1] - 7:12
Recorded [1] - 1:24
RECORDED [1] - 1:6
recording [1] - 8:9

Recording [1] - 1:24
refile [3] - 2:17, 2:24, 5:25
regarding [1] - 4:9
related [1] - 8:11
relatively [1] - 4:7
relevant [1] - 4:17
Relief [1] - 1:8
remand [2] - 4:16, 4:22
remove [1] - 2:16
Reorganized [2] - 1:5, 1:15
Reporter [3] - 1:23, 1:24, 8:5
request [2] - 3:12, 3:13
reservation [2] - 2:17, 2:23
resolution [1] - 7:2
resolve [3] - 3:14, 4:8, 5:23
resolved [1] - 3:19, 4:10
respect [2] - 2:13, 2:17
Resulting [1] - 1:8
return [1] - 7:10
reversal [3] - 4:3, 4:16, 4:22
reversed [2] - 5:20, 5:25
right [8] - 2:7, 2:25, 3:5, 4:13, 6:2, 7:5, 7:7, 7:9
rightfully [1] - 6:4
rights [6] - 2:17, 2:20, 2:23, 4:1, 4:11, 6:6
road [1] - 6:9
rule [2] - 3:23, 4:4
Rule [1] - 3:12
ruled [2] - 5:3, 5:5
ruling [4] - 2:18, 3:17, 4:25, 5:16

S

S [1] - 1:13
said [1] - 5:7
satisfactory [1] - 7:2
says [1] - 5:13
Schedule [1] - 6:20
seated [1] - 2:1
see [3] - 4:19, 6:8, 6:22
seeking [2] - 2:15, 2:22
seems [2] - 4:7, 4:15
sends [1] - 5:13

sense [1] - 5:8
sent [2] - 2:19, 4:12
set [1] - 8:14
Shorthand [1] - 8:5
show [1] - 3:6
so [2] - 6:4, 6:10
So [3] - 2:11, 4:2, 5:4
some [1] - 4:13
someone [1] - 5:13
something [3] - 5:10, 6:14, 6:25
Sorry [1] - 2:7
sound [1] - 8:9
Sound [1] - 1:24
SOUTHERN [1] - 1:2
Special [1] - 1:15
spoliation [12] - 2:10, 3:12, 3:23, 3:24, 4:14, 4:18, 4:19, 4:25, 5:3, 5:16, 5:19, 6:1
Spoliation [1] - 1:8
SS [1] - 8:2
standpoint [1] - 6:5
STATE [1] - 8:2
State [1] - 8:6
STATES [1] - 1:1
States [1] - 1:12
status [1] - 2:9
STATUS [1] - 1:7
still [2] - 3:18, 6:5
STINSON [1] - 1:14
Street [1] - 1:16
suggest [1] - 3:6
summary [3] - 2:18, 3:17, 5:4

T

T [2] - 8:1
take [1] - 2:22
taken [3] - 4:25, 5:24, 7:13
takes [2] - 3:10, 6:23
talk [1] - 7:3
telephone [2] - 1:17, 1:21
terms [1] - 5:22
than [1] - 6:17
thank [1] - 7:5
Thank [2] - 7:6, 7:8
that [49] - 2:16, 2:20, 2:23, 2:24, 3:4, 3:6, 3:7, 3:10, 3:14, 3:15, 3:16, 3:17, 3:18, 3:22, 3:24, 3:25, 4:2, 4:3, 4:6, 4:7, 4:12, 4:15, 4:16, 4:24, 5:1, 5:3, 5:4, 5:5, 5:12, 5:14, 5:22, 6:1, 6:10, 6:12, 6:15, 6:16, 6:17, 6:23,

7:4, 7:11, 8:11, 8:12
That [2] - 3:3, 8:8
The [3] - 3:15, 3:22, 7:9
the [71] - 1:8, 2:4, 2:8, 2:10, 2:11, 2:16, 2:17, 2:18, 2:19, 2:22, 3:3, 3:5, 3:8, 3:11, 3:17, 3:18, 3:19, 3:22, 3:23, 4:2, 4:8, 4:9, 4:10, 4:12, 4:13, 4:14, 4:18, 4:19, 4:21, 4:23, 4:24, 5:2, 5:4, 5:10, 5:16, 5:17, 5:18, 5:19, 5:22, 5:23, 5:25, 6:9, 6:10, 6:12, 6:13, 6:15, 6:16, 6:19, 6:21, 6:22, 7:1, 7:2, 7:3, 7:11, 8:6, 8:8, 8:9, 8:10, 8:12, 8:13
THE [1] - 1:11
their [4] - 2:14, 2:15, 4:10, 6:4
them [2] - 4:4, 4:14
then [7] - 2:19, 3:8, 3:10, 4:14, 4:17, 5:13, 5:25
there [6] - 4:2, 4:3, 4:8, 5:11, 5:19, 6:6
There [3] - 3:11, 5:8, 5:11
these [2] - 5:23, 6:17
they [5] - 2:20, 2:23, 3:6, 4:1, 4:13
thing [3] - 3:15, 3:18, 3:22
think [3] - 3:10, 3:14, 4:6
This [1] - 2:2
this [11] - 2:21, 3:21, 3:24, 4:5, 5:6, 6:5, 6:9, 6:24, 8:13, 8:15
those [3] - 3:11, 4:4, 6:11
time [7] - 2:20, 2:21, 3:24, 4:5, 6:1, 7:3, 7:11
to [55] - 2:7, 2:8, 2:9, 2:10, 2:13, 2:15, 2:16, 2:17, 2:21, 2:22, 2:24, 3:3, 3:6, 3:7, 3:11, 3:13, 3:15, 3:18, 3:19, 4:7, 4:8, 4:13, 4:14, 4:15, 4:16, 4:17, 4:23, 4:24, 4:25, 5:3, 5:8, 5:13, 5:15, 5:17, 5:21, 5:23, 5:24, 5:25, 6:2, 6:5, 6:14, 6:16, 6:21, 6:25, 7:1, 7:3, 7:10, 7:12, 8:12
TRANSCRIPT [1] - 8:21

transcript [1] - 8:9
Transcript [1] - 1:24
true [1] - 8:8
Try [1] - 6:2
try [1] - 6:14

U

under [1] - 3:14
UNITED [1] - 1:1
United [1] - 1:12
unless [2] - 5:9, 5:19
until [1] - 5:12
up [2] - 2:8, 5:14
us [1] - 6:23
use [1] - 5:18

V

VIA [1] - 8:21
via [2] - 1:17, 1:21

W

waiting [1] - 2:8
Walnut [1] - 1:16
want [4] - 3:3, 5:15, 5:25, 6:25
was [3] - 2:12, 5:3, 7:12
We [4] - 2:8, 4:25, 6:14, 6:22
we [18] - 2:9, 2:10, 2:20, 2:21, 3:4, 3:8, 3:9, 3:22, 4:3, 4:6, 5:3, 5:5, 5:15, 6:9, 6:10, 6:15, 6:25, 7:1
were [4] - 3:20, 4:14, 4:24, 5:24
what [1] - 6:6
whatever [4] - 2:20, 4:8, 4:11, 4:16
when [1] - 2:21
where [2] - 3:8, 6:22
WHEREOF [1] - 8:14
Whereupon [1] - 7:12
which [2] - 5:5, 5:18
why [1] - 4:19
Why [1] - 4:20
will [8] - 2:14, 2:19, 2:22, 3:7, 6:15, 6:20, 6:22, 7:10
Wisconsin [2] - 1:19, 1:20
with [14] - 2:10, 2:13, 2:14, 2:16, 3:4, 3:8, 4:14, 4:17, 4:18, 5:22,

A 04296

6:14, 6:20, 7:1, 7:2
 **withdraw** [3] - 2:15, 3:19, 6:21
 **withdrawal** [3] - 3:7, 6:13, 6:19
 **withdrawing** [1] - 6:10
 **withdrawn** [2] - 4:20, 5:18
 **within** [2] - 8:6, 8:8
 **WITNESS** [1] - 8:14
 **work** [4] - 5:21, 6:2, 6:14, 6:25
 **WORLDCOM** [1] - 1:4
 **WorldCom** [3] - 1:15, 4:12, 7:10
 **would** [17] - 2:23, 3:6, 3:11, 3:14, 3:15, 3:18, 4:3, 4:18, 4:20, 4:23, 4:25, 5:3, 5:5, 5:21, 5:22, 5:25
 **wrong** [1] - 5:13

# X

 **x** [2] - 1:2, 1:5

# Y

 **YORK** [3] - 1:2, 8:2, 8:3
 **York** [3] - 1:4, 8:6
 **you** [18] - 2:7, 2:16, 3:6, 3:25, 4:3, 4:9, 4:10, 4:11, 4:18, 5:13, 6:3, 6:4, 6:6, 6:21, 7:5, 7:6, 7:8
 **your** [1] - 6:3
 **Your** [12] - 2:3, 2:5, 2:12, 3:1, 3:9, 3:21, 5:15, 5:21, 5:24, 6:8, 6:24, 7:6