Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: rscher@foley.com

-and-

Mark L. Prager (*admitted pro hac vice*)
William J. McKenna (*admitted pro hac vice*)
Jill L. Murch (*admitted pro hac vice*)
Joanne Lee (*admitted pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Phone: (312) 832-4500
Fax: (312) 832-4700
*Attorneys for Claimant Parus Holdings, Inc.*
*Successor-By-Merger to EffectNet, Inc. and*
*EffectNet, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                  :
                                                       :   Chapter 11 Case No. 02-13533 (AJG)
WORLDCOM, INC., et al.,                                :
                                                       :   (Jointly Administered)
                         Debtors.                      :
---------------------------------------------------------x

**ORDER PARTIALLY GRANTING AND PARTIALLY DENYING DEBTORS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE PORTIONS OF AFFIDAVITS CONCERNING CLAIM 11242 (REPLACING 9291) AGAINST MCI WORLDCOM COMMUNICATIONS, INC. AND CLAIM 11173 (REPLACING 9293) AGAINST INTERMEDIA COMMUNICATIONS, INC.**

THE COURT has considered (i) Debtors' Motion for Summary Judgment (the "Summary Judgment Motion") Against Parus Holdings, Inc. ("Parus"), Successor-By-Merger to EffectNet, Inc. and EffectNet, LLC, in which Debtors sought summary judgment on Claim No. 11242 (replacing 9291) against MCI WorldCom Communications, Inc. ("WorldCom") and Claim No. 11173 (replacing 9293) against Intermedia Communications, Inc. ("Intermedia"); and (ii) Debtors' Motion to Strike Portions of Affidavits Submitted in Support of Claimant Parus Holdings, Inc.'s Response and Opposition to WorldCom's Motion for Summary Judgment (the

"Motion to Strike"). The Court also has considered the papers submitted in support of and in opposition to these motions and the arguments that the parties presented at oral argument to the extent such supporting and opposing papers were submitted and to the extent such oral argument was heard. For the reasons stated in the Court's Opinion Partially Granting and Partially Denying Debtors' Motion for Summary Judgment and Motion to Strike Portions of Affidavits, which was entered on May 2, 2007 (Docket No. 18853) (the "Opinion"), it is ORDERED that:

1. The Debtors' Motion to Strike is granted in part and denied in part.

2. With regard to Parus's breach of contract claim against Intermedia, the Debtors' Summary Judgment Motion is denied with respect to the Debtors' interpretation of "base monthly price."

3. With regard to Parus's breach of contract claim against Intermedia, the Debtors' Summary Judgment Motion is granted with regard to the number of payments remaining under the November 20, 2000 Unified Communications Services General Agreement ("UC Contract"), the effect of the March 12, 2002 and March 25, 2002 letters of Mr. Robert McConnell, and the applicability of the Limitation of Liability clause contained in the UC Contract.

4. The Debtors' Summary Judgment Motion is granted with regard to Parus's claims against Intermedia for unfair and deceptive trade practices, breach of the implied covenant of good faith and fair dealing, and civil conspiracy.

5. The Debtors' Summary Judgment Motion is granted with regard to Parus's claims against WorldCom for civil conspiracy, tortious interference with a contract, and unfair and deceptive trade practices.

SO ORDERED                              **s/Arthur J. Gonzalez**
Dated: New York, New York        UNITED STATES BANKRUPTCY JUDGE
      October 3, 2007