Robert A. Scher (RS 2910)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY  10016
Phone:     (212) 682-7474
Facsimile: (212) 682-2329
Email: rscher@foley.com

-and-

Mark L. Prager (*pro hac vice*)
Steve Szczepanski (*pro hac vice*)
David B. Goroff (*pro hac vice pending*)
Mary Jo Boldingh (*pro hac vice pending*))
Jill L. Murch (4535712)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL  60610
Phone:     (212) 832-4500
Facsimile: (213) 832-4700
Email: sszczepanski@foley.com
*Attorneys for Appellant Parus Holdings, Inc.
Successor-By-Merger to EffectNet, Inc. and
EffectNet, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11<br>Jointly Administered |
| WORLDCOM, INC., et al., | Case No. 02-13533 (AJG) |
| Debtors. | |
| Parus Holdings, Inc., | Case No. 07-cv-10507 (BSJ) |
| Appellant, | ECF Case |
| v. | **CERTIFICATION OF SERVICE** |
| WorldCom, Inc., et al., | |
| Appellees. | |

## CERTIFICATION OF SERVICE

Katherine E. Hall, of full age, certifies as follows:

I am a Paralegal employed with the firm of Foley & Lardner LLP, Attorneys for Claimant Parus Holdings, Inc. successor by merger to EffectNet, Inc. and EffectNet, LLC listed in the documents herein.

On January 4, 2008, I filed the foregoing 1) Opening Brief for Appellant Parus Holdings, Inc. and 2) Appendix to Opening Brief for Appellant Parus Holdings, Inc., electronically with the United States District Court for the Southern District of New York.

The following were served at the addresses set forth herein as indicated.

*(Courtesy Copy)*
**Via Overnight Delivery**
Hon. Barbara S. Jones
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St, Room 620
New York, NY 10007
Tel: 212.805.6185

**Via Overnight Delivery**
Allison Murdock
Mark Iba
Stinson Morrison Hecker LLP
1201 Walnut Street, Suite 2900
Kansas City, Missouri 64106-2150
amurdock@stinsonmoheck.com
miba@ stinsonmoheck.com
Fax: 816.691.3495

    /s/ Katherine E. Hall

Sworn to before me this
4th day of January, 2008
/s/ Yolanda C. Peña
Notary Public, State of Illinois