SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Parus Holdings, Inc.<br>(Appellant) | Plaintiff, | 7 cv 10507 (BSJ) |
| - against - | | MOTION TO ADMIT COUNSEL |
| WorldCom, Inc.<br>(Appellee) | Defendant. | PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I,   Robert A. Scher   a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: David B. Goroff
Firm Name: FOLEY & LARDNER LLP
Address: 321 NORTH CLARK STREET, SUITE 2800
City/State/Zip: CHICAGO, ILLINIOS  60610
Phone Number: (312) 832-4500
Fax Number: (312) 832-4700

David B. Goroff   is a member in good standing of the Bar of the States of Illinois

There are no pending disciplinary proceeding against   David B. Goroff
in any State or Federal court.

Dated:   1/11/2008
City, State: New York, NY

Respectfully submitted,

*Robert A. Scher* (signature)

Sponsor's Robert A. Scher
SDNY Bar RS 2910
Firm Name: Foley & Lardner LLP
Address: 90 Park Ave.
City/State/Zip: New York, New York 10016
Phone Number: 212-682-7474
Fax Number: 212-687-2329

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | | |
|---|---|---|
| Parus Holdings, Inc. | | 07 cv 10507 (BSJ) |
| | Appellant, | |
| - against - | | AFFIDAVIT OF<br>ROBERT A. SCHER |
| WorldCom, Inc. | | IN SUPPORT OF MOTION |
| | Appellee. | TO ADMIT COUNSEL<br>PRO HAC VICE |
| State of New York | ) | |
| | ) ss: David B. Goroff | |
| County of New York | ) | |

Robert A. Scher, being duly sworn, hereby deposes and says as follows:

I am a Partner at Foley & Lardner LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit David B. Goroff as counsel pro hac vice to represent Plaintiff in this matter.

1. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 23, 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

2. I have known David B. Goroff since 2004.

3. David B. Goroff is a Partner at Foley & Lardner LLP in Chicago, Illinois. Mr. Goroff is a member in good standing of the bar in Illinois (Certificate of Good Standing attached hereto as Exhibit A).

4. I have found Mr. Goroff to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of David B. Goroff, pro hac vice.

6. I respectfully submit a proposed order granting the admission of David B. Goroff, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit David B. Goroff, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: January 11, 2008          Respectfully submitted,
City, State: New York, NY

                                 _____
Sworn to before me this          Name of Movant: Robert A. Scher
11th day of January, 2008        SDNY Bar Code: RS 2910

_____

CHIC_1684736.1

DOUGLAS HEFFER
Notary Public, State of New York
No. 02HE6172505
Qualified in New York County
Commission Expires Aug. 13, 20___

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David Barry Goroff

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 1985 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, January 08, 2008.

*Juleann Hornyak*
Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Parus Holdings, Inc. (Appellant)     Plaintiff,

7  cv  10507  (BSJ)

- against -

WorldCom, Inc. (Appellee)     Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Robert A. Scher     attorney for  Parus Holdings, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David B. Goroff |
| Firm Name: | FOLEY & LARDNER LLP |
| Address: | 321 NORTH CLARK STREET, SUITE 2800 |
| City/State/Zip: | CHICAGO, ILLINOIS  60610 |
| Telephone/Fax: | (312) 832-4500 |
| Email Address: | (312) 832-4700 |

is admitted to practice pro hac vice as counsel for  Parus Holdings, Inc.    in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, NY

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PARUS HOLDINGS, Inc.                         :   Index No. 7 cv 10507 (BSJ)
                Appellant,      :
   against                                    :
:   **AFFIDAVIT OF SERVICE**
WORLDCOM, INC.                               :
                Appellee.       :
:
------------------------------------------------------------X

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NEW YORK  )

    SHIRA BLUM, being duly sworn, deposes and says:

    Deponent is not a party to the action, is over 18 years of age, and resides at 440 East 58th Street, New York, New York 10022.

    That on the 11th day of January, 2008, deponent served a true and accurate copy of appellant Parus Holdings, Inc.'s **Motion to Admit Counsel *Pro Hac Vice* of David B. Goroff** by Regular Mail on:

    Brian K. O'Bleness, Esq. (BO 9790)
    Allison M. Murdock, Esq.
    Mark M. Iba, Esq.
    1201 Walnut Street, Suite 2900
    Kansas City, MO 64106
    Telephone: (816) 842-8600
    Facsimile: (816) 691-3495

                                                  _____
                                                   SHIRA BLUM

Sworn to before me this
11th day of January, 2008

_____
Notary Public

DOUGLAS HEFFER
Notary Public, State of New York
No. 02HE6172565
Qualified in New York County
Commission Expires Aug. 13, 20__

NYC_54468.1