≈SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

SCANNED 1/15/08



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Parus Holdings, Inc.         Plaintiff,
(Appellant)

  - against -

WorldCom, Inc.         Defendant.
(Appellee)

____7____ cv __10507__ (BSJ)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert A. Scher a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: Mary Jo Boldingh
Firm Name: FOLEY & LARDNER LLP
Address: 321 NORTH CLARK STREET, SUITE 2800
City/State/Zip: CHICAGO, ILLINIOS 60610
Phone Number: (312) 832-4500
Fax Number: (312) 832-4700

Mary Jo Boldingh is a member in good standing of the Bar of the States of Illinois

There are no pending disciplinary proceeding against Mary Jo Boldingh in any State or Federal court.

Dated: 1/11/2008
City, State: New York, NY

Respectfully submitted,

Sponsor's Robert A. Scher
SDNY Bar RS 2910
Firm Name: Foley & Lardner LLP
Address: 90 Park Avenue
City/State/Zip: New York, New York 10016
Phone Number: 212-682-7474
Fax Number: 212-687-2329

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT

*SOUTHERN DISTRICT OF NEW YORK*

| | | |
|---|---|---|
| Parus Holdings, Inc. | | 07 cv 10507 (BSJ) |
| Appellant, | | |
| - against - | | AFFIDAVIT OF ROBERT A. SCHER |
| WorldCom, Inc. | | IN SUPPORT OF MOTION TO ADMIT COUNSEL |
| Appellee. | | PRO HAC VICE |

State of New York     )
                      )  ss: Mary Jo Boldingh
County of New York    )

Robert A. Scher, being duly sworn, hereby deposes and says as follows:

I am a Partner at Foley & Lardner LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Mary Jo Boldingh as counsel pro hac vice to represent Plaintiff in this matter.

1. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 23, 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

2. I have known Mary Jo Boldingh since 2004.

3. Mary Jo Boldingh is a Partner at Foley & Lardner LLP in Chicago, Illinois. Ms. Boldingh is a member in good standing of the bar in Illinois (Certificate of Good Standing attached hereto as Exhibit A).

4. I have found Ms. Boldingh to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move the admission of Mary Jo Boldingh, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Mary Jo Boldingh, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Mary Jo Boldingh, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: January 11, 2008          Respectfully submitted,
City, State: New York, NY

                                 /s/ Robert A. Scher
Sworn to before me this          Name of Movant: Robert A. Scher
11th day of January, 2008        SDNY Bar Code: RS 2910

/s/ Douglas Heffer

DOUGLAS HEFFER
Notary Public, State of New York
No. 02HE6172565
Qualified in New York County
Commission Expires Aug. 13, 20 11

CHIC_1684736.1

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Mary Jo Boldingh

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 7, 1991 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, January 08, 2008.

*Juleann Hornyak*
Clerk

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Parus Holdings, Inc. (Appellant)     Plaintiff,

7 cv 10507 (BSJ)

- against -

WorldCom, Inc. (Appellee)     Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Robert A. Scher     attorney for Parus Holdings, Inc.
and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Mary Jo Boldingh |
| Firm Name: | FOLEY & LARDNER LLP |
| Address: | 321 NORTH CLARK STREET, SUITE 2800 |
| City/State/Zip: | CHICAGO, ILLINOIS 60610 |
| Telephone/Fax: | (312) 832-4500 |
| Email Address: | (312) 832-4700 |

is admitted to practice pro hac vice as counsel for Parus Holdings, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State: New York, NY

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $       SDNY RECEIPT#
SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PARUS HOLDINGS, Inc.

        Appellant,

against

WORLDCOM, INC.

        Appellee.

-------------------------------------------------------------X

Index No. 7 cv 10507 (BSJ)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                ) ss.:
COUNTY OF NEW YORK  )

        SHIRA BLUM, being duly sworn, deposes and says:

        Deponent is not a party to the action, is over 18 years of age, and resides at 440 East 58th Street, New York, New York 10022.

        That on the 11th day of January, 2008, deponent served a true and accurate copy of appellant Parus Holdings, Inc.'s **Motion to Admit Counsel *Pro Hac Vice* of Mary Jo Boldingh** by Regular Mail on:

    Brian K. O'Bleness, Esq. (BO 9790)
    Allison M. Murdock, Esq.
    Mark M. Iba, Esq.
    1201 Walnut Street, Suite 2900
    Kansas City, MO 64106
    Telephone: (816) 842-8600
    Facsimile: (816) 691-3495

                                                            _/s/ Shira Blum_
                                                            SHIRA BLUM

Sworn to before me this
11th day of January, 2008

_/s/ Douglas Heffer_
Notary Public

DOUGLAS HEFFER
Notary Public, State of New York
No. 02HE6172565
Qualified in New York County
Commission Expires Aug. 13, 20_11_

NYC_54468.1