

**STINSON**
**MORRISON**
**HECKER** LLP

Allison M. Murdock
(816) 691-3138
amurdock@stinson.com
www.stinson.com

1201 Walnut, Suite 2900
Kansas City, MO 64106-2150

February 13, 2008



2/14/08 dc

Tel (816) 842-8600
Fax (816) 412-8127

VIA FACSIMILE 212/805-6191

The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007-1612

    Re:   In re WorldCom, et al.; Parus Holdings, Inc., Appellant v. WorldCom, et al., Appellees, Appellate Case No. 07-cv-10507(BSJ)
           Appellees request for Leave to File Over Length Brief

Dear Judge Jones:

    Our firm represents the Appellees in the above-referenced case. I am writing to respectfully request leave for Appellees to file an over-length brief in response to the Opening Brief for Appellant Parus Holdings, Inc. (Docket No. 19).

    Appellees' responsive brief is due next Tuesday, February 19. Although it is not yet finalized, we anticipate the brief will be approximately 10 pages over length (or 60 pages) using the same line spacing (1.5 rather than double spacing) Appellant used in its Opening Brief. (Appellant's Opening Brief is 47 pages long.) If the Court prefers double spacing, Appellees' response brief will be approximately 25 pages over length (or 75 pages). Appellees respectfully submit that the additional pages are needed to fully address the arguments set forth in Appellant's Opening Brief.

    If the foregoing meets with the Court's approval, we would appreciate Your Honor endorsing this letter and returning it to this office *via* facsimile. Upon receipt, we will forward a copy to each party in this matter.

    Thank you for your consideration.

Respectfully submitted,
**STINSON MORRISON HECKER LLP**

Allison M. Murdock
Counsel for Appellees

KANSAS CITY
OVERLAND PARK
WICHITA
WASHINGTON, D.C.
PHOENIX
ST. LOUIS
OMAHA
JEFFERSON CITY

cc:   Jill Murch, Esq. (*via* FAX)
      Counsel for Appellant

DB02/048629.0094_0019/7938834.1

Application Granted
Please use double spacing
SO ORDERED _____
Dated:      BARBARA S. JONES
          U.S.D.J.
2/12/08