# ≡FOLEY

**FOLEY & LARDNER LLP**

February 21, 2008

ATTORNEYS AT LAW
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60610-4764
312.832.4500 TEL
312.832.4700 FAX
foley.com
mboldingh@foley.com
CLIENT/MATTER NUMBER
078616-0103

**VIA FACSIMILE (212) 805-6191**
The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007-1312

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 2/27/08 dk

Re: In re: WorldCom, Inc., et al., Debtors; Parus Holdings, Inc., Appellant, v. WorldCom, Inc., et al., Appellees; Case No. 07-cv-10507 (BSJ) Appellant's Request for Leave to File Over-Length Reply Brief

Dear Judge Jones:

Parus Holdings, Inc., Appellant in the above-referenced case, respectfully requests leave to file an over-length reply brief in reply to Appellees' over-length responsive brief (Docket No. 27). Appellees' request for leave to file an over-length responsive brief was granted by the Court on February 13. Appellant's reply brief is due on March 10.

Appellant anticipates that it will need more than the limit of 25 pages to respond to Appellees' 75-page brief, which includes 43 lengthy, single-spaced, footnotes. Appellant respectfully requests half of the number of pages of Appellees' response brief, i.e., 37 double-spaced pages for its reply brief.

Should this request meet with the Court's approval, we respectfully request that the Court endorse this letter and transmit it to our office via facsimile at 312-832-4700. We will then forward a copy to counsel for Appellees.

Application Granted.

Sincerely,

SO ORDERED
Dated: _____
BARBARA S. JONES
U.S.D.J.

Mary Jo Boldingh
Counsel for Appellant

cc: Allison M. Murdock (via facsimile)
Counsel for Appellees

BOSTON        JACKSONVILLE   NEW YORK            SAN FRANCISCO   TOKYO
BRUSSELS      LOS ANGELES    ORLANDO             SHANGHAI        WASHINGTON, D.C.
CENTURY CITY  MADISON        SACRAMENTO          SILICON VALLEY
CHICAGO       MIAMI          SAN DIEGO           TALLAHASSEE
DETROIT       MILWAUKEE      SAN DIEGO/DEL MAR   TAMPA

CHIC_1966798.1
TOTAL P.02