SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Parus Holdings, Inc. (Appellant)     Plaintiff,

07   cv   10507   (BSJ)

- against -

WorldCom, Inc. (Appellee)     Defendant.

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of  Robert A. Scher   attorney for  Parus Holdings, Inc.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | David B. Goroff |
| Firm Name: | FOLEY & LARDNER LLP |
| Address: | 321 NORTH CLARK STREET, SUITE 2800 |
| City/State/Zip: | CHICAGO, ILLINOIS 60610 |
| Telephone/Fax: | (312) 832-4500 |
| Email Address: | (312) 832-4700 |

is admitted to practice pro hac vice as counsel for  Parus Holdings, Inc.   in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 16, 2008
City, State: New York, NY

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006